**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JESSICA LIGHT,** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:22-cv-00425 (AVC)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **individual capacity** | : | |
| **Defendants.** | : | **MAY 12, 2022** |

## NOTICE OF APPEARANCE OF PETER J. MURPHY

Please enter my appearance as an attorney for defendants New Haven Board of

Education and Margaret-Mary Gethings in her individual capacity in connection with the

above-captioned matter.

Dated at Hartford, Connecticut, this 12th day of May 2022.

<div style="margin-left: 40%;">

DEFENDANTS,
NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS in her
individual capacity


By     /s/ *Peter J. Murphy*
    Peter J. Murphy
    Federal Bar No. ct26825
    For Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Telephone: (860) 25l-5950
    Facsimile:  (860) 251-5316
    pjmurphy@goodwin.com
    Their Attorneys

</div>

11110659

2

## CERTIFICATION OF SERVICE

This is to certify that on May 12, 2022, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Peter J. Murphy*
Peter J. Murphy

11110659