**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JESSICA LIGHT,** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:22-cv-00425 (AVC)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **individual capacity** | : | |
| **Defendants.** | : | **MAY 12, 2022** |

## NOTICE OF APPEARANCE OF SARAH A. WESTBY

Please enter my appearance as an attorney for defendants New Haven Board of

Education and Margaret-Mary Gethings in her individual capacity in connection with the

above-captioned matter.

Dated at Hartford, Connecticut, this 12th day of May 2022.

> DEFENDANTS,
> NEW HAVEN BOARD OF EDUCATION
> and MARGARET-MARY GETHINGS in her
> individual capacity
>
>
> By _____ /s/ *Sarah A. Westby* _____
>     Sarah A. Westby
>     Federal Bar No. ct29548
>     For Shipman & Goodwin LLP
>     One Constitution Plaza
>     Hartford, CT  06103-1919
>     Telephone: (860) 25l-5503
>     Facsimile:  (860) 251-5216
>     swestby@goodwin.com
>     Their Attorneys

11110677

2

## CERTIFICATION OF SERVICE

This is to certify that on May 12, 2022, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Sarah A. Westby*
Sarah A. Westby

2

11110677