UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JESSICA LIGHT,** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:22-cv-00425 (JAM) |
| | : | |
| v. | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| individual capacity | : | |
| Defendants. | : | JULY 17, 2023 |

## EXHIBIT LIST

1. Transcript of Deposition of Jessica Light

2. Transcript of Deposition of Margaret-Mary Gethings (12/19/2022)

3. Transcript of Deposition of Jenny Clarino

4. Declaration of Margaret-Mary Gethings

5. Transcript of Deposition of Margaret-Mary Gethings (2/27/2023)

6. Transcript of Deposition of Taryn Bonner