# EXHIBIT C

```
                   UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


   -------------------------------x
   JESSICA LIGHT
                 Plaintiff            Case No.
                                      3:22CV425 (AVC)
          vs.

   NEW HAVEN BOARD OF EDUCATION       May 18, 2023
   AND MARGARET-MARY GETHINGS
                 Defendants
   -------------------------------x




                  DEPOSITION OF JENNY CLARINO




        Taken before Irma Sanchez-Farnham, a Notary Public within
   and for the State of Connecticut, pursuant to Notice and Federal
   Rules of Civil Procedure, at the law office of Shipman &
   Goodwin, LLP, 265 Church Street, New Haven, Connecticut, on
   May 18, 2023, commencing at 9:47 a.m.








                    FALZARANO COURT REPORTERS, LLC
                           4 Somerset Lane
                         Simsbury, CT 06070
                            860.651.0258
                    www.falzaranocourtreporters.com
```

1      A    I was assistant principal at Clemente, also in New
2  Haven.
3      Q    How long were you the assistant principal there?
4      A    Two years.
5      Q    And where did you go after that?
6      A    Worthington Hooker.
7      Q    When did you start at Worthington Hooker as the
8  assistant principal?
9      A    Three years ago.
10     Q    So about 2020?
11     A    Right, yes.
12     Q    Okay.  And in your role as assistant principal it
13 seems to me that that started with Lincoln Bassett, right?
14     A    Yes.
15     Q    Through Worthington Hooker, have your job
16 responsibilities always been the same?
17     A    Yes.
18     Q    Tell me some of the job responsibilities you've had
19 as an assistant principal for the New Haven Public School
20 system?
21     A    Developing procedures, schoolwide procedures,
22 operational procedures, arrival, dismissal, lunch, creating
23 a crisis plan, monthly lockdown drills, fire drills,
24 budgeting, creating purchase order, evaluating teachers,
25 providing professional development, planning staff

1   felt so strongly that she shouldn't be in person.
2       Q   Which parents were those?
3       A   The parents who said it to me?
4       Q   Yeah.
5       A   Were Vicki Grubaugh and Dominique O'Connell said
6   that it is uncomfortable -- both their kids were in person.
7   It was uncomfortable -- it's uncomfortable to listen to.
8   It's uncomfortable to hear, and they can only imagine how
9   the parents feel, of the third grade students in that
10  classroom.
11      Q   Did Vicki or Dominique say anything else to you as
12  it related to the public comments that Ms. Light had made
13  in early 2021?
14      A   Did they say anything else to me?
15      Q   Yeah.  So you said they felt uncomfortable, right?
16      A   And they think that it must be horrible -- like it
17  must be hard for the parents of the third grade.
18          Not that I could remember.
19      Q   Did Ms. O' Connell provide you anything in writing
20  that, like, outlined her concerns or, you know, thoughts
21  about Ms. Light and what she said?
22      A   No.  If a concern is brought to my attention and
23  that would need action, then I always say, "can you send me
24  an email" and then I have it and I know it's something I
25  need to do.  But if a concern is shared with me that we

1     wouldn't take action or do anything about, such as Jessica
2     Light speaking at board meetings, then I don't ask them to
3     put it in writing.
4         Q    Okay.  So you had Ms. Grubaugh and Ms. O'Connell
5     make some comments to you?
6         A    Yes.
7         Q    And that's all you can remember at this time?
8         A    Vicki Grubaugh, in May of that year, said to me --
9     it was May and that's when we do teacher appreciation.  She
10    felt badly that I guess it was communicated to her through
11    the PTA, every teacher got an Atticus gift card.  And it
12    was communicated to Vicki, who did all this on the PTA
13    board that Ms. Light was disappointed with the Atticus gift
14    card and would have appreciated, and thought all the
15    teachers would have appreciated an Amazon gift card
16    instead.
17             So I asked her can you send me that -- can you send
18    me that because I needed to look into that a little bit
19    more.  Can you send me that in writing or can you send me
20    an email?
21             And then when she sent it, she shared more concerns
22    about Ms. Light, through the -- she had felt, I believe, in
23    the letter that it reflected poorly on the PTA or
24    Ms. Light's -- something with the PTA.
25        Q    You said her letter?

```
 1                    STATE OF CONNECTICUT

 2

 3         I, Irma Sanchez-Farnham, a Notary Public, duly

 4   commissioned and qualified in and for the State of

 5   Connecticut, do hereby certify that pursuant to Notice

 6   there came before me, on the 18th day of May 2023, the

 7   following named person, to wit:  JENNY CLARINO, who was by

 8   me duly sworn to testify to the truth and nothing but the

 9   truth; that she was thereupon carefully examined upon her

10   oath and her examination reduced to writing under my

11   supervision; that this deposition is a true record of the

12   testimony given by the witness.

13         I further certify that I am neither attorney

14   nor counsel for, nor related to, nor employed by any of

15   the parties to the action in which this deposition is

16   taken, and further, that I am not a relative or employee

17   of any attorney or counsel employed by the parties hereto,

18   or financially interested in this action.

19         IN WITNESS THEREOF, I have hereunto set my hand

20   this 18th day of May 2023.

21

22              s/s_____
                            Irma Sanchez-Farnham
23                          Notary Public

24
     My Commission Expires:  February 29, 2028
25
```