# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JESSICA LIGHT,** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:22-cv-00425 (JAM)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **individual capacity** | : | |
| Defendants. | : | **JULY 17, 2023** |

<u>**DECLARATION OF MARGARET-MARY GETHINGS**</u>

Pursuant to 28 U.S.C. § 1746, I, Margaret-Mary Gethings, declare that:

1.    I am of legal age and believe in the obligations of an oath or affirmation.

2.    I make this declaration of my own personal knowledge.

3.    I was employed by the New Haven Board of Education.  Since 2018, I have

been the principal at Worthington Hooker Elementary School in New Haven.

4.    Jessica Light was a teacher at Worthington Hooker in the 2020-2021 and 2021-

2022 school years.

5.    Ms. Light taught third grade in the 2020-2021 school year.

6.    For the 2021-2022 school year, I moved:

    i.   Julie Villanueva from second to third grade;

    ii.   Laura Tortora from first grade to kindergarten;

    iii.   Katherine Paine from first grade to second grade; and

    iv.   Jessica Light from third grade to first grade.

7.    Ms. Light's son would be in third grade during the 2020-2021 school year, and

I did not want Ms. Light teaching in the same grade. I could not move Ms. Light to second

grade, as the other second grade teacher, Hilarie Alden, had difficulties with Ms. Light in the 2020-2021 school year when she had Ms. Light's son in her class. Mrs. Alden then also filed a complaint against Ms. Light. A true and accurate copy of Mrs. Alden's complaint is attached as Exhibit 1.

8.      Ms. Light filed a complaint with human resources against me and Jenny Clarino, who has been the Assistant Principal at Worthington Hooker since 2020. A true and accurate copy of that Complaint is attached as Exhibit 2.

9.      Ms. Clarino and myself filed a response to that complaint, which asserted was a cross-complaint against Ms. Light. A true and accurate copy of that response and complaint is attached as Exhibit 3.

10.     In the 2020-2021 school year, the COVID regulations for schools were evolving and it was a time of change. During that time, myself and 13 other Principals meet every Wednesday with the Assistant Superintendent in order to obtain updated information on COVID protocols, which we would pass on to our respective schools. During that time, it was important for schools to be consistently messaging COVID information, and for all information to be accurate.

11.     Myself and Ms. Clarino met with Ms. Light in November 2022, and during that meeting we discussed the need for teachers to be accurate with information we were sharing with the public.

12.     At that time, Ms. Light and other teachers were also given a form created by their union, which described when teachers' comments and statements might now be protected speech. A true and accurate copy of that union form is attached as Exhibit 4.

13.     On March 2, 2022, I received a copy of an email from Matt Rodeheffer, who was a parent of a Worthington Hooker student.  A true and accurate copy of that email is attached as Exhibit 5.

14.     On March 12, 2021, I sent a schoolwide email stating: "It has been brought to our attention from several community members including staff and parents that WHS is being mentioned with inaccurate information which also includes social media.  We ask that if you are aware of any negative talk or postings, to please help protect and preserve our school. We hope that people will refrain from making their own inferences and/or misrepresenting our school.  We must always keep in mind that we are working together and not against each other."  A true and accurate copy of that email is attached as Exhibit 6.

15.     In March 2021, Plaintiff met with me and Ms. Clarino to receive her mid-year teacher evaluation, which is known as TEVAL.  Within that document, I stated: "As we discussed in your mid year, please consider asking any time you  have a concern, if we do not have the answer we will do our best to attain the answer." A true and accurate copy is attached as Exhibit 7.

16.     On the morning of March 22, 2021, Ms. Light and I had an email exchange concerning Ms. Light's question about where the six-foot rule applied when students were eating in the school.  A true and accurate copy of that email chain is attached as Exhibit 8.

17.     In the 2020-2021 school year, once students returned to the building we had a phased dismissal where parents would pull up to the building, show the sign with their student's name, and their child would then be sent to the car.  Teachers were required to be with their students for this process.

18.     On May 25, 2021, I discovered that Phyllis Maffuid, a paraprofessional, was covering Ms. Light's classroom at dismissal time. When I saw Ms. Maffuid in Plaintiff's classroom, she had her back to the cars and she was not familiar with the students in that class because she was a special education paraprofessional and worked with a different cohort. Ms. Maffuid told me that she was covering for Ms. Light, who was in the bathroom getting changed for running club.

19.     It was inappropriate for Ms. Maffuid to be covering Ms. Light's classroom at that time, which I explained to Ms. Light in an email on May 25, 2021. A true and accurate copy of the May 25, 2021 email is attached as Exhibit 9.

20.     On May 26, 2021, a Worthington Hooker parent, Vicki Grubaugh, raised a concern at school about Plaintiff's approach to gift cards recently distributed to teachers by the PTA. In accordance with my standard practice, Ms. Clarino asked her to put it in writing. Ms. Grubaugh them sent me and Ms. Clarino an email, which addressed her concerns as well as some prior concerns she had about Ms. Light's comments to the Board. A true and accurate copy of that email is attached as Exhibit 10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: __7/16/2023__                    _Mm Gethings_

Margaret-Mary Gethings

# EXHIBIT 1

# Exhibit 1

List of concerns:

1. Prior to the start of school, Jessica and I worked cordially and effectively on a Summer project for the upcoming year. I was looking forward to having her son, ███ in my class, and getting to know the family this year. ███ remains in a remote learning POD with two other classmates.

2. During the first week of school for the CY20-21 year, I communicated to all of my families via the "Remind App" that we would have a read aloud and hot chocolate at East Rock Park during lunch. Jessica immediately and without any communication whatsoever sought out the school's administration to formally complain that I was planning this during school hours. Given the extraordinary times of a global pandemic where all educators were attempting to more fully engage with their students in unique and creative ways, it was most disconcerting that a colleague wouldn't extend a courtesy and express her opinion directly. The Administration asked me to plan an after-school optional gathering of the class, and the other second grade teacher and I hosted an informal "Meet and Greet" at East Rock Park for the families that was extremely well attended and appreciated by all of the attending families. Again, without expressing an iota of concern or extending a simple professional courtesy, Jessica ignored any collegiality and again went to the Administration to be the self-proclaimed "voice of the parents in my classroom." In this circumstance, Jessica inaccurately claimed the optional "meet and greet" had no activity planned or provided, and the kids were not socially distancing. In fact, I actually heard the opposite from several parents and they were grateful to have the students get together in a safe and secure setting. This was an optional opportunity to have the children get acquainted with their friends, meet their teacher in person ( on the teacher's own time) at an outdoor venue on a Friday after- school.

3. In November, I scheduled parent teacher conferences via remote technology. I expressed substantial and sincere concern to Jessica and her husband Dave that their son ███ was not turning in his assignments on Google Meets, and that this was one area that I would greatly appreciate their assistance to ensure that the next semester would be more productive for their son. I explained that it is hard for me to help ███ if he was unwilling to submit his work products consistent with requirements of all other members of the class. It became very difficult for me to understand the strengths and opportunities and offer additional support to ███ if the requisite work was not submitted. Rather than being a supportive parent and agreeing to help make sure their son is turning in his assignments, Jessica and her husband requested that I offer even more of my own personal time and send the parents a personalized email detailing the required work and its due dates. I explained that I have sent numerous "Remind app" messages to the parents that detailed the curriculum, and asked them to please check google classroom and make sure their child is turning in the work. The google classroom communication format allows parents and students to easily view what is assigned and what needs to be turned in. What was meant to be a 15 minute conversation, turned into a 45 minute conference that needed to be continued. The following day, Jessica sent me over 35 emails to my personal email of all his late work. This is not acceptable. I did not ask her to do this, nor did I feel it necessary to go back and grade all last semesters late work. This is when I began to

feel very uncomfortable communicating with Jessica and her husband, and asked the administration to join me in our continued conference and on all correspondences.

4. At our second conference, I felt harassed and bullied --- retaliation by Jessica and Dave for fulfilling my duties and responsibilities for communicating ⬛⬛⬛ inability to submit his work. In my opinion, they attacked my google classroom organization, my daily slide decks provided to all of the students, and my communication methods as to what needs to be turned in versus what is classwork practice. I offered them an additional accommodation that they could turn in his work in person, rather than upload the materials in the hopes that it may yield a better result for the family and the student. This accommodation was not made for any other family, nor did any other student have difficulty in adhering to the process. I expressed my disappointment in her as a colleague who uses the same google classroom platform, and knows how challenging it is to manage 22 students work remotely. I told her that I expected my colleague would understand, and would at the very least follow the classroom protocols, rather than expecting me to send her individualized emails and allow him to turn in his work in person. Jessica's husband ended the conference at this time and said he has never been so offended by a teacher.

5. In December, my administrator checked-in with Jessica and her husband to see how things were going, and to determine if ⬛⬛⬛ was turning in his work via the in person accommodation. Right before break an email was sent back attacking my teaching, my assignments, my judgment, and how I was not spending enough individualized and small group time with their son. For example, I received a courtesy phone call from another students parents in my class that my name was submitted to the antiracist/anti bias Hooker parent group regarding a video clip I shared with my students that showed architectural pictures of different houses around the world. I was accused of promoting North American superiority over other countries. I felt that my integrity was being questioned and in some ways being inaccurately labeled as a racist within the Hooker community. Open communication obviously had not improved, nor was there demonstrated effort on the parent's part, notwithstanding my additional and focused attention to assist ⬛⬛⬛ and his continued development.

6. Having Jessica as a colleague and also as a parent of a Hooker student has made me extremely uncomfortable, especially given her unwillingness to engage in a productive and professional rapport. Rather than having a partner to work with, I feel that I have someone who is always judging me as a teacher and looking for ways to complain. It is not a healthy environment having a colleague's child, and is exacerbated by the fact that he is a remote learner and is often sitting in his own home with both parents listening in to our classroom. I spoke with other teachers seeking advice to effect a more positive result, and they expressed that this was a very big concern and recurring problem in first grade as well.

7. As a member of the NHPS and Hooker educational community, Jessica has become extremely vocal on social media and has misrepresented our school and the protocols we have in place. I am embarrassed by how she incorrectly addresses the BOE and feels compelled to function as the voice of " New Haven Teachers." I am afraid to share my opinions for fear of

continued harassment and retaliation, and her continued misrepresentations shared on social media, as well as to parents in my class. The parents in Jessica's learning Pod have directly discussed information about our school, which can only originate from an employee. For example, one parent asked if he could walk the building with a checklist of items to ensure we are following guidelines and protocols. This created a lack of trust between the parents in second grade and the administration and school staff. I felt that any open and honest transparency and relationship that were built this year were violated. Her aggressive and misguided interpretations of what plans we had in place made me uncomfortable and fearful of the parents' trust in me to keep their child safe. I also do not feel comfortable volunteering my time to grow professionally on committees or projects in fear that I will have to work side by side with her. This should not be stifling my own professional growth, but it has impacted me significantly.

8. We have recently been asked to share our preference for teaching next year. My only request is that the administration please consider the extreme challenges that teachers have endured during the pandemic and will continue to have if Jessica continues to serve as both parent and teacher at Hooker. It is not a healthy combination in light of Jessica's history and combative approach. She has severely impacted the trust, our willingness to openly and transparently communicate and share our opinions with each other, and how we chose to manage our classroom, the online resources we utilize, and how we manage our daily schedules. I am aware of many teachers who are fearful that she will discuss our school and protocols on social media. This has created a hostile work environment at both the upper and lower school. She is not considered a teammate, but rather someone who only serves her own mission. Teaching during a pandemic has its own challenges, but when you are in constant fear of what you say and how you teach, it is not considered healthy. We need to be a united front, not divided individuals, or in fear or concern regarding what or how Jessica Light may react pursuant to her personal agenda!

# EXHIBIT 2

## I.     Introduction

I, Jessica Light, am filing this complaint because Ms. Gethings and Ms. Clarino have engaged in a pattern of retaliation for approximately six months. The retaliation is due to my exercise of protected activities relating to how the New Haven School District was addressing, or was planning to address, the Covid-19 pandemic. Ms. Gethings and Ms. Clarino believe that these activities put their administration of Worthington Hooker, and presumably them, in a bad light.

As a result of their belief, Ms. Gethings and Ms. Clarino have engaged in various forms of retaliation. First, they pressured me to stop or to modify my public speech regarding the school district's response to the Covid-19 pandemic, and in the process instructed me not to allow my students' parents to have telephonic access to me. Second, they falsely accused me of revealing to a parent information about another teacher having contracted Covid-19. Third, they have prevented me from engaging meaningfully in the various school-related committees and groups and in the professional development opportunities I have expressed an interest in; although any of these decisions alone, and many of these decisions together, could be explained by idiosyncratic non-retaliatory reasons, whether sound or not, all together, and in context, they smack of retaliation. Fourth, they engaged in conversations about me with fellow teachers and parents that negatively affected their perception of me and damaged our relationship, including, but not limited to, informing the teacher who had contracted Covid-19 that I had revealed information about her condition. Fifth, they included a comment in my TEVAL that is unjustified and that is intended to raise a warning flag for anyone reviewing my record in the future. Sixth, they required me to attend a series of meetings with them regarding these issues and my TEVAL where they berated, belittled, accused me falsely, and attempted to undermine my confidence in myself and my relationship with my peers, including one meeting with the teacher who had contracted Covid-19. Seventh, they moved me from teaching the third grade to teaching the first grade in the upcoming year on pretextual grounds and despite all of my experience being in, and all my continuing education being geared towards, higher grades.

These retaliatory acts create a culture of fear that stifles continuous improvement to the democratic process. Additionally they have caused me a great deal of emotional pain and have damaged my professional standing, my professional prospects, and my relationship with my peers. Limiting my students' parents from having phone access to me, constantly pulling me out of my class for meetings, and causing me emotional distress have potentially diminished my teaching effectiveness and damaged my current students. And moving me to the first grade will do a disservice to both the first grade students I will be teaching and the third grade students that I will not be teaching.

## II.    My Protected Activities

Since summer 2020, I have engaged in public activities seeking to affect how the New Haven School District addressed the Covid-19 pandemic. For example, in summer 2020, I participated in the New Haven Teacher Union organized Car Caravan for Safety and spoke publicly, including on television, asking for a unified district-wide plan to reopen schools safely. Thereafter, I spoke at most Board of Education meetings raising concerns and requesting answers to safety questions. The most recent Board of Education meeting I spoke at was on March 22, 2021. At all times, when I have spoken it has been about district-wide safety concerns, not concerns relevant only to Worthington Hooker. Thus, these concerns could not have been addressed by Ms. Gethings or Ms. Clarino alone.

The statements Ms. Gethings is upset about were made in the public forum of a civic meeting, on a matter of clear public concern, and thus one of the most protected types of speech, plus one Facebook post on the a public teacher's and advocacy group. I have attached that social media post below. I have recordings or notes regarding all of my public speech.

## III.    Attempts to Stifle My Protected Activities

While Ms. Gethings and Ms. Clarino may not have made an explicit demand that I stop speaking publicly, the number of meetings, the aggressive tone of the meetings, and the relentless pressure and questioning from them made it abundantly clear they did not want me to speak publicly and that they wanted to be able to vet anything that I did say publicly. Some examples of Ms. Gethings and Ms. Clarino's attempts to stifle my protected activities are summarized below:

- At a November 2, 2020 meeting with Ms. Gethings and Ms. Clarino requested by Ms. Gethings, Ms. Gethings told me that not all of my speech was protected by the first amendment and that I was creating a false narrative about the school.

- Thereafter in early November 2020, Ms. Gethings called me to her office and told me it was inappropriate for parents to have my cell phone number, and that I should not speak to them on my cell phone because I was spreading hysteria and panic. I explained that I could not sever all ties with the community, but that I was committed to never giving any false information.

- On March 9, 2021, I was pulled out of my class for a conversation with Ms. Gethings and Ms. Clarino that lasted ninety minutes. They stated that my speaking at the board of education about Covid-19 safety concerns was creating a negative narrative about our school.

- On March 12, 2021, Ms. Gethings emailed the staff the following:

  *It has been brought to our attention from several community members including staff and parents that WHS is being mentioned with inaccurate information which also includes social media. We ask that if you are aware of any negative talk or postings, to please help protect and preserve our school. We hope that people will refrain from making their own inferences and/or misrepresenting our school. We must always keep in mind that we are working together and not against each other.*

- On March 22, 2021, I asked Ms. Gethings by email to clarify a safety procedure, but she was unable to answer my question. That evening, after I raised the issue at a Board of Education meeting, Ms. Gethings emailed me about my having done so. She mischaracterized our earlier email exchange, claiming:

  *I assured you that I would seek an answer regarding snacks and lunch distancing which I have done. I said we need to remain patient for a response and that in the meantime we would be following the existing guidelines,...*

  In fact, her earlier email was, in full, as follows:

  *We are awaiting full details from the district. I will share as soon as I know them. I have heard of other districts yeah 2 to 3 feet everywhere so I am not sure. We will only make changes once we have the directions & approval.*

  Moreover, we did not otherwise communicate about the issue before the Board of Education meeting. Ms. Gethings later expressed disappointment at my having discussed the issue at the Board of Education meeting, and suggested that I needed to be patient:

  *I am sorry that you felt you needed to bring the same question to the board. We all must be patient as changes are being considered in response to the CDC new guidelines, then reviewed by Dr. Tracey and our health department will advise.*

While this may appear on the surface to be a benign statement, in context, it was actually a reprimand intended to make me not raise further questions with the Board of Education.

- On March 26, 2021, I was scheduled for a 15 minute TEVAL meeting. At that meeting, Ms. Gethings and Ms. Clarino reprimanded me for over an hour regarding, among other things, speaking to the Board of Education on March 22, 2021, and having posted on Facebook publicly available data.

  With respect to the posting, on March 9, 2021, Melody Gallagher, a representative from the Executive Board for the New Haven Teachers Union, posted that it appeared that the state reported data regarding the number of student Covid-19 cases at each school during each week indicated more cases than the quarantine letters that had been sent. I stated factually that Worthington Hooker had not sent out any quarantine letters, and responded that Worthington Hooker was listed in the state data for the week of 2/11, but that I did not know how many cases Worthington Hooker had or if any were quarantined. I also replied "right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently."

  Among other things, administration told me:

  - It did not seem like I was advocating for the city, and that it did not matter that I do not mention Worthington Hooker by name because everyone knows who I am.

  - Every night I speak, Ms. Gethings feels pressure, asked to share more information, receives lots of phone calls, and gets scrutinized about what she has and has not told the staff. I was told it was not my place to speak on these matters.

  - I increase the level of fear in the community because I do not keep my opinions private.

  - It does not feel good when negative things are highlighted publicly.

- Ms. Gethings asked me to attend a March 31, 2021 meeting with her and Ms. Clarino, Ms. Morrison, our school Union representative, and the teacher who had contracted Covid-19. At that meeting, Ms. Gethings said it was not my place to publicly tell

DEF000156

people that Worthington Hooker had not done something. She also said that people come to them and ask why I always have to talk.

- Ms. Gethings requested me to attend an April 20, 2021 meeting with her and Ms. Clarino. I asked that Dave Cicarella, President of the New Haven Teacher Union be present, and he was. At that meeting, Ms. Gethings continued to express her concern over my public speaking and the Facebook post. However, Ms. Gethings sent an email following that meeting stating, in part:

  > *Lastly, at no time did we ever ask you not to speak at board meetings. We asked for the opportunity to answer questions at the school-level first before you ask the board in the event that we can help. ... We also asked about clarification about your postings on social media that referenced our school.*

## IV. False Accusations that I Revealed Information About Another Teacher

Ms. Gethings and Ms. Clarino's conduct relating to their accusation that I revealed information about another teacher having contracted Covid-19 ("Teacher X") is summarized below:

- At the March 9, 2021 meeting discussed above, Ms. Gethings and Ms. Clarino stated they believed I leaked information to parents about Teacher X having contracted Covid-19. They continued to press me despite my repeatedly assuring them that this was not the case. They also placed the burden on me to identify where the leak came from, as if I must be to blame if I could not do so. I speculated that parents began to assume she had Covid-19 because she was out for so long in the middle of the pandemic.

- At the March 26, 2021 meeting discussed above, Ms. Gethings and Ms. Clarino once again accused me of spreading rumors and threatened that Teacher X would be filing an official complaint related to my public statements.

- At the March 31, 2021 meeting discussed above, three things became clear. First, Teacher X believed I violated her privacy, and considered filing an official complaint, because Ms. Gethings and Ms. Clarino told her I had told parents and posted online about her. Second, that Ms. Gethings and Ms. Clarino did so based on unfounded assumptions fueled by their animus towards me, and despite me having made clear at the March 9, 2021 meeting that I had not told any parent anything about the Teacher's condition. Third, that Ms. Gethings and/or Ms. Clarino had spoken to

parents and possibly teachers about whether I had spread information about the Teacher, thereby impugning my integrity and creating rumors about me.

Teacher X stated that a "staff member" told her that I had gone to parents about why she was out of school, and asked me if that was true. I told her it was not true. Teacher X then brought up that she believed one of the parents went to administration to talk about contact tracing, and Ms. Clarino clarified that it came to her from another staff member, and then she called the parent.

Ms. Gething stated that the parent was informed about the Teacher's condition by someone and that there had been social postings. I explained again that if that parent was informed by someone it was not by me. Ms. Gethings and Ms. Clarino assumed that I told that parent about the Teacher's condition because that parent serves on the PTA board with me and we are friendly. But I only learned about Teacher X's diagnosis after that parent came to believe that the teacher had Covid-19, when Teacher X emailed me on February 25, 2021 and told me she was recovering from COVID-19.

Teacher X then raised that there had been social posts. However, the post being referenced were the March 9, 2021 Facebook posts discussed above regarding the state reported student Covid-19 cases and the quarantine letters. Those posts had nothing to do with the Teacher, or even teachers with Covid-19 generally.

Ms. Gethings claimed that no one had said that anyone but me was the source, and that every person, whether teacher or parent, said I was the source. When I asked who "every person" was, she said she did not have to tell me their names, that she had promised them that she would not tell me their names, and that she would not say who they were because she knew that I would go right to them and that they did not want to be dragged into this.

In sum, there were no relevant online postings, and Ms. Gethings and Ms. Clarino relied on unspecified and untested statements of unidentified individuals. Based on this, they possibly solicited an official complaint from the Teacher, and at the least destroyed my relationship with Teacher X, damaged my relationship with Ms. Morrison, the school Union representative, and created or fed rumors about me with an unknown number of unknown people. Ultimately, Teacher X did not file a complaint because the accusation was unfounded. But this has caused me emotional distress. In addition, because I will have to work with Teacher X in the future, the damage to our relationship will make it harder for Teacher X and I to work together, and the children we jointly teach will suffer from it. Moreover, I fear that my reputation has been irreparably damaged in the small Worthington Hooker parent/teacher/staff community.

DEF000158

V.    **Minimizing My Involvement in School-Related Committees and Groups and Professional Development Opportunities**

I recognize that when multiple people want to participate or hold leadership positions in school-related committees and groups, administration must make choices to accommodate what is best for the school and the community of teachers and staff. However, since I began my protected speech activities in Summer 2020, Ms. Gethings and Ms. Clarino's have engaged in an escalating pattern of choices minimizing my involvement in school-related committees and groups and professional development opportunities. Those choices are summarized below somewhat chronologically:

- In 2020, Ms. Gethings asked for volunteers for a summer play-based learning workshop. I volunteered but was not given the opportunity to attend. In her April 23, 2021 email, Ms. Gethings stated "This workshop was for 3 representatives from our school and several members were interested. I selected a K teacher, 2nd grade and our literacy coach for our first steps were to try to build capacity in our K-2 building and expand to grades 3-4…."

- On July 17, 2020, staff were asked to join committees. I volunteered to be on the scheduling committee. On August 14, 2020, I was informed that two other teachers would lead this committee and my input was never considered. In her April 23, 2021 email, Ms. Grethings stated "I had thought Ms. Light attended scheduling meetings and her input of request not to have a special first thing in the morning was honored."

- In Summer 2020, I volunteered to lead the signage committee and was told another teacher would lead. In her April 23, 2021 email, Ms. Gethings stated "…While she was not the lead she was on the committee. We are constantly striving to build capacity in our school others volunteered and we were trying to take the load off of classroom teachers and have some non-classroom teachers become chairs of committees."

- I have chaired the Gardening Committee with parents and other teachers for two years. The garden committee's largest task has been organizing school clean up and outdoor maintenance days. When the other teachers on the committee transferred to new schools, instead of recruiting new members for the committee, on March 8, 2021, Ms. Gethings announced in a staff meeting that she chose to have the Boys Club run the Gardening Committee and have another teacher take over the Garden Committee work.

DEF000159

In her April 23, 2021 email, Ms. Gethings stated "Ms. Light had made a plea that she needed assistance with the gardening committee. Subsequently [Teacher Y] was looking for a service project for his 092, I suggested organizing a few of our annual spring clean-ups. Never to take away just to assist in our school wide commitment to cleaning up school grounds to ensure that our students can be outside at both sites. I never announced that [Teacher Y] was taking over the garden committee just that he was hosting 2 clean-up days. Our school's outdoors are very important to all of us and I was simply trying to support [Teacher Y] with a project, including our students the boys club had been planning to do a clean-up last year. Teacher Y connected with Jessica for thoughts and ideas."

I have no problem with Teacher Y's activities related to the Garden Committee, regardless of whether he was "taking over" or not. What I do have a problem with is that however Ms. Gethings wants to portray events, the manner in which she supported Teacher Y with a project left me outside the loop and essentially removed from the Gardening Committee.

- On March 26, 2021, Ms. Gethings emailed the staff asking if anyone wanted to be an SEL ambassador. I immediately said I did. In her April 23, 2021 email, Ms. Gethings stated that eleven teachers were interested in doing this role, and she selected two of the others.

- Ms. Gethings is actively trying to replace me in my role on the PTA. This is particularly egregious because my position is not assigned by administration, but is an elected position.

I have served on the board of the PTA as the Teacher Representative for two years. The position can be held by any PTA member. I was nominated and elected to serve in this role by parents. It is inappropriate for Ms. Gethings to actively recruit someone to run for a position I currently hold. Yet, on March 28, 2021, in the "Hooker Happenings" newsletter, under "Other Teacher Opportunities," Ms. Gehtings stated "**PTA**: Please let us know if you are interested in being the teacher representative for next year."

In her April 23, 2021 email, Ms. Gethings stated "In our weekly newsletter we communicate a wealth of information. We shared that there were other opportunities [sic] for teacher leading positions in the future. Ms. Light has been in the position of teacher rep on the PTA for 2 years."

DEF000160

In addition, at a recent PTA meeting, Ms. Gethings publicly humiliated me when I announced that a parent had nominated another teacher who is a friend of mine for the position. Ms. Gethings said, "we have met about this already and that nomination could not come from a parent but will be dealt with at the school level." The PTA board assured me that Ms. Gethings' statement is false.

- The school is required to have an SPMT committee. At the beginning of this school year after hearing that Ms. Gethings had asked others to chair SPMT, and that they declined the offer, I volunteered to be chair and was told she would get back to me. After months passed, in the March 28, 2021 "Hooker Happenings" post, in "Other Teacher Opportunities," Ms. Gethings stated "We are seeking two staff members to co-chair the SPMT....Please send us an email." That same day I sent an email stating "I am also able to continue to serve on SPMT and can co-chair." Ms. Gethings responded, "…We know that others may be interested. We will wait to see who we hear from." After no one else volunteered for more than three weeks, during the meeting on April 20, 2021 discussed above, Ms. Gethings said the school had not started the SPMT committee this year because *"no one"* was willing to chair the committee." In her April 23, 2021 email, Ms. Gethings acknowledged I volunteered to chair the committee, but said she needed "to see the interest of all of our staff members."

## VI.  Damaging My Reputation

It appears Ms. Gethings and/or Ms. Clarino have engaged in conversations about me with fellow teachers and parents that negatively affected their perception of me and damaged our relationship. Their conversations with the teacher who contracted Covid-19, discussed above, may be the most egregious example. And my reputation has also been sullied with respect to Ms. Morrison by that issue. Moreover, Ms. Gethings and/or Ms. Clarino also spoke about me with parents and, possibly with other teachers, regarding that issue. In addition, given their claim during some of our meetings that I am viewed negatively by fellow teachers and other staff, it appears that they have also engaged in, at best, gossiping about me, and possibly in actively seeking to obtain negative input about me. Any conversations that they had with others about me could have created a bad impression and led to rumors and more gossip.

## VII.  Negative Comment in My TEVAL

Although my April 2, 2021 TEVAL "Feedback from Instructional Manager" was generally fine, Ms. Gethings included the following comment: "As we discussed in your mid year please

consider asking questions any time you have a concern, if we do not have the answer we will do our best to attain the answer." This statement was a direct response to my having spoken to the Board of Education on March 22, 20121 and the March 26, 2021 meeting discussed above. While this statement may appear innocuous to the layperson, sophisticated managers will see this as a warning flag that I am a "trouble-maker." It was both unnecessary and inappropriate.

## VIII.    Constant Abusive Meetings

Apart from what specifically occurred during the meetings, constantly requiring me to attend abusive meetings itself amounted to retaliation. I have had to attend at least five meetings that should not have been necessary, some of which were both long and emotionally distressing. And the TEVAL meeting, instead of being 15 minutes, lasted much longer.

In addition to the specific facts discussed above, in some of these meetings Ms. Gethings and Ms. Clarino made clear that they thought I was lying, and/or spoke to me in disrespectful, condescending, and/or angry tones. In addition, in some of these meetings they took the opportunity to tell me that my peers did not like me, found me confrontational, or otherwise had negative things to say about me. For example, they made vague references to anonymous complaints they have received about me, stated nobody likes to work with me, and that other teachers are scared of what I might say about them. This caused me great distress, as I believe I have a good working relationship with most of my colleagues. Moreover, according to the Teacher Union contract, all complaints about a teacher must be communicated to the teacher at the time of the complaint. This was never done.

## IX.    Changing My Teaching Assignment to Punish Me

Ms. Gethings and Ms. Clarino have re-assigned me from the Third Grade to the First Grade on pretextual grounds and despite all of my experience being in, and all my continuing education being geared towards, higher grades.

Ms. Gethings has stated the reason I am being reassigned is that my youngest child would be entering the third grade next year, and it is policy that a parent cannot teach in the grade with their own child, even if their child is in a different class. Dave Cicarella, President of the New Haven Teachers Union, informed me that Ms. Gethings's reason for changing my grade was not a New Haven School District policy, or even a common practice. It is my understanding that there are few examples, if any, of teachers being reassigned for that reason in any New Haven schools.

Ms. Gethings and Ms. Clarino have chosen to do this despite having other options and being informed of why this is the worst possible assignment for both me and the children I will be teaching. I discussed with Ms. Gethings and Ms. Clarino where I would be better suited. I have experience in Third, Fourth, Fifth, and Sixth Grades. I have received top ratings on my previous evaluations in the Third Grade. I explained that I would be ill-suited for lower grades because of my lack of experience and severe dyslexia that makes teaching phonics and beginning reading difficult for me. Moreover, continuing education studies are usually organized K through 2 and 3 through 5, and I have always taken the courses towards Third Grade and higher. This means that I have not studied phonics to any professional extent since my university days. Accordingly, when asked earlier in the year for assignment preferences, I ranked first grade as my eighth choice of nine positions I am certified for; only Kindergarten was lower.

I acknowledge principals have the discretion to change teacher's grade assignments for the betterment of the school. At my previous school, I changed grades several times to where I was most needed without complaint. And I would have been open to a change in assignment at Worthington Hooker if it was not retaliatory. But there is no rational basis for assigning me to the First Grade, and not only I, but the children will suffer.


## X.   My Injuries

Ms. Gethings and Ms. Clarino's actions have hurt me personally and professionally, and have impeded and will impede my ability to teach to the best of my ability.

I feel consistently in a state of conflict while at the school, but know I have done nothing wrong. The ongoing harassment makes my heart rate increase every time I enter the school building, and I often have to meditate in my room before the students arrive to clear my head for the day when mornings used to be my most productive times. I have missed large amounts of instructional and preparation time for long meetings about my "conduct" with no resolution, and that always lead to a follow-up meeting for me to dread. Aside from the time pulled from my classroom for meetings, the hostility and constant harassment about my public comments distracts me from my lessons. The anxiety from upcoming or recent meetings can be debilitating. And time spent addressing these issues takes away from the time I have to prepare lessons both in my prep periods and in the evenings.

As a result of the psychological manipulation of being repeatedly told "no one likes you" and "everyone is too afraid to tell you how they really feel," I have questioned my professional and personal relationships. It is known throughout the school that Ms. Gethings does not like me, and my colleagues feel she will treat them unfavorably if she sees them as my ally. I worried eating lunch with my grade level partner would harm him so we stopped eating together for awhile.

Until he reached out to me as a friend and said I shouldn't eat alone. I find it harder to connect with friends and colleagues. I feel isolated. And I have come home in tears on countless days.

I have experienced increased anxiety and nightmares about the school from constantly being questioned, admonished, and having to defend myself in countless meetings about the same subjects. I have been mentally and physically exhausted from replaying and recounting conversations during the day and after I get home. I feel absent at dinner as my mind circles about a looming meeting or a conversation with Ms. Gethings I was just subjected to. I lay awake at night reimagining discussions, and how I can prove myself. My husband has had to take on a larger burden of household duties, because I am unable to be as productive as I normally am. My family is concerned about my mental and physical state.

I have spent hours in the evenings and on weekends typing notes, compiling documents, and searching for the Facebook post Ms. Clarino took issue with. I have missed time with my sons and husband.

Ms. Gethings and Ms. Clarino have tarnished my professional reputation. As discussed above, Ms. Gethings and Ms. Clarino have not kept their concerns about me private. Several other teachers have been in meetings where I have been inappropriately admonished. Ms. Gethings has referenced several conversations she's had about me with other staff members, both named and anonymous. Colleagues have asked me if everything was alright because they have noticed long and frequent meetings in the office, or my class needing coverage because of meetings with administration. Other colleagues likely also notice and wonder what I have done "wrong."

DEF000164

New Haven Public School Advocates
Admin · March 7 at 5:59 PM · 

So apparently these are the schools that have had positive student covid cases in NHPS since 1/19, as reported to the state and on the state website.

I believe this list is to be read that if a school is listed as <6 they had positive cases that week and that may mean 1,2,3,4, or 5 positive cases. (If I am reading it wrong please let me know.)

It seems we may be missing some letters here on this group page ... See More



**New Haven Public School Advocates**
March 6 at 3:01 PM · 

NHPS Covid reports to the State since Jan 19 reopening

🩹 Positive Cases & Quarantine Letters

 1                                          23 Comments

👍 Like                    💬 Comment

 1                                          23 Comments

👍 Like            💬 Comment

 **Jessica Light**
I don't think letters were sent

Like  Reply  2w

 **Melody Gallagher** Admin
Jessica Light for your school?

Like  Reply  2w

 **Jessica Light**
Hooker never sent a letter

Like  Reply  2w

 **Melody Gallagher** Admin
Jessica Light hmmm... interesting- I thought that was part of their protocol to notify families and such.
How many cases? And what week? Any quarantined?

Like  Reply  2w

 **Jessica Light**
We are listed at week of 2/11, I don't know the other answers for sure

Like  Reply  2w

 **Melody Gallagher** Admin
Jessica Light thank you!

Like  Reply  2w

  Write a reply...

 **Kenneth Caldwell**
Not all cases are or have to be reported. I know that some kids tested positive on say a snow day or the weekend so they didn't get counted.

Like · Reply · 2w

**Jessica Light**
Kenneth Caldwell right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently

Like · Reply · 2w

**Kenneth Caldwell**
Yeah. Also, if the kid calls out and then tests positive it doesn't count. There are lots of ways to work around counting a case it seems.

Like · Reply · 2w

**Melody Gallagher** Admin
Kenneth Caldwell interesting to know thank you! Does the contact tracing still take into account the 2 days prior to positive test results in those cases?

Like · Reply · 2w · Edited

**Melody Gallagher** Admin
Kenneth Caldwell and do not all cases have to be reported to the state or to the school community in the form of a letter, do you know?

Like · Reply · 2w

 Write a reply...

On March 9th Melody Gallagher a representative from the Executive board for the New haven Teachers Union, posted that the state reported data indicated more cases than we had quarantine letters for. I stated factually that no quarantine letters had been by Hooker. I was then asked follow up questions and responded that I did not know the answers to most of her questions, but that Hooker was listed as having a student case during the week of 2/11. I also replied "right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently.

I was simply clarifying questions from colleagues about student data. This has absolutely nothing to do with teacher cases and yet it was brought up repeatedly during meetings about respecting teacher privacy.

# EXHIBIT 3



# **Worthington Hooker School**

**691 Whitney Avenue, New Haven, CT  06511 (475) 220-7200, Fax (475) 220-7205**
**180 Canner Street, New Haven, CT  06511 (475) 220-3700, Fax (475) 220-3705**
**Margaret Mary Gethings,** *Principal*    **Margaret-m.gethings@new-haven.k12.ct.us**
**Jenny Clarino,** *Assistant Principal*    **Jenny.clarino@new-haven.k12.ct.us**

June 7, 2021

Dear Ms. Bonner,

Please accept this rebuttal against allegations made in reference to retaliatory actions by Margaret Mary Gethings and Jenny Clarino against teacher Jessica Light.

We provide the evidence contained herein to (1) discredit the libel allegations made against Principal and Assistant Principal of Worthington Hooker school and (2) *to file a retaliatory complaint to Human Resources to support that Jessica Light:*

- Submitted and fabricated false statements to Human Resources as retaliation for changing her grade level from Grade 3 to Grade 1
- Intentionally creates a hostile work environment for Administration and Staff
- Internalizes information shared at Staff Meetings and our weekly communication forum (Hooker Happenings) as personal messages or vendettas
- Undermines administration, breaches confidentiality and creates intentional and unneeded anxieties for our families.

For each of the 7 forms of retaliation Ms. Light identifies, we provide evidence identified by letter/number combination attached.

We look forward to the opportunity to further explain.

Sincerely,

Margaret Mary Gethings

Jenny Clarino

DEF000102

↰ Reply all  ∨   🗑 Delete   ⊘ Junk   Block   ···

## Fw: concerns from J. Light

**GETHINGS, MARGARET-MARY**
Mon 4/26/2021 12:48 PM
**To:** MACK, LISA; BONNER, TARYN
**Cc:** CLARINO, JENNY; CICARELLA, DAVID

👍 ↰ ↰ →  ···

AFT letter.pdf
62 KB

Good afternoon Lisa,

I spoke with you last week regarding our plans to change Jessica Light's teaching position. I just wanted to inform you that as of today according to Dave Cicarella, Jessica is saying that changing her grade level is retaliation. I anticipate that she may be contacting your office. We have met several times to time to resolve this matter.

*[handwritten annotation:] Email when notified — This is when it became apparent that Ms. Light used this as a means to stop her grade change*

I still plan to change Jessica's grade level; she will be informed tomorrow of new assignment for next school year. We have been sharing since December that some grade assignments would be made.

Please see below for my explanation about committees that Jessica feels she was overlooked for.

Please let me know if you have any questions.

Best,
Margaret Mary


**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* ~ Lady Bird Johnson



## Re: 3 feet

LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>

Mon 3/22/2021 6:14 PM

To: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>

I do believe we all have best intentions.

*We requested the opportunity to answer questions at the school-level before asking the BOE.*

Get Outlook for iOS

---

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 6:12:08 PM
**To:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Cc:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

You are not alone, that is the intention of our entire district & we are all working for hard.

Get Outlook for iOS

---

**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 6:09:32 PM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Cc:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

Thank you- I am hoping for a unified policy for not just Hooker but the district as a whole, this was just an example.

Get Outlook for iOS

---

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 6:04:50 PM
**To:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Cc:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

Jessica,

I am sorry if you didn't get my prompt response to your morning email, I responded very quickly. I assured you that I would seek an answer regarding snacks and lunch distancing which I have done. I said we need to remain patient for a response and that in the meantime we would be following the existing guidelines, I am sorry that you felt you needed to bring the same question to the board. We all must be patient as changes are being considered in response to the CDC new guidelines, then reviewed by Dr. Tracey and our health department will advise. All this information will be forthcoming.

I feel like we can often offer you a response to some of your questions, please do not hesitate to come to us as we have encouraged you to do.

Best,
Margaret Mary


**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
***"Children are likely to live up to what you believe of them"*** ~ *Lady Bird Johnson*



**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 5:44 AM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

Thank you

Get Outlook for iOS

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 5:39:37 AM
**To:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

We are awaiting full details from the district. I will share as soon as I know them. I have heard of other districts yeah 2 to 3 feet everywhere so I am not sure. We will only make changes once we have the directions & approval.

Get Outlook for iOS

**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 5:30:16 AM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Subject:** 3 feet

DEF000105

Hope you had a good weekend, my understanding is in areas where students are eating it is to remain 6 feet apart.  Since students eat breakfast and snack in our rooms does six feet still able to all classroom and the cafeteria?

Get **Outlook for iOS**

DEF000106

### Re: A few comments to share

GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>

Fri 5/28/2021 8:00 AM

To: Vicki Parsons Grubaugh <vparsons82@gmail.com>; CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>

Good morning Vicki,

Thank you for sharing your concerns. We are very sorry that you have had this experience. We appreciate you sharing your thoughts and impressions. We greatly appreciate all that you do for our school. I cannot tell you how much we all loved the Atticus gift cards!

Have a nice weekend!



Best,
Mrs. Gethings

I example of a
parent's perspective.
↓

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"*



From: Vicki Parsons Grubaugh <vparsons82@gmail.com>
Sent: Wednesday, May 26, 2021 4:16 PM
To: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>; GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Subject: A few comments to share

**CAUTION:**
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mrs. Gethings and Ms. Clarino,

I hope all is well. I just wanted to share some thoughts, just from a parent's perspective. I would appreciate some discretion. I have been concerned about teacher Jessica Light in how she represents

DEF000107

the school. As you know, I was an active advocate in many BOE meetings to safely reopen schools, particularly for our youngest and most vulnerable learners - as a kindergarten parent and advocating for what I truly saw as in the best interest of our children in New Haven. I was consistently shocked and uncomfortable with how Ms. Light presented in those meetings. When she showed up in said, which was later quoted in the paper, and said "I am a teacher and I do not want to die" forever remains in my brain. I felt so strongly that our school was ready to receive our children who needed to be in school so badly – and the science supported we could so safely. (Thankfully that viewpoint has proven accurate!) To be made to feel like by wanting to send my child to school (b/c remote was a serious struggle for her) I was sending teachers to their death was something was not a fair place for me to be as a parent. I respect anyone's right to voice their opinion – but felt her comments were hyperbolic, negative, and out of touch with the reality I saw at Hooker. I have said to my husband so many times – I am so glad we know that when schools open Sophie is going into a classroom where I am confident her teacher wants to be there. I can't imagine the struggle of the parents who wanted to send their children for in person learning knowing how strongly their teacher did not want to be there – and I can't imagine that the children couldn't feel that. It is completely unfair to the children and the parents.

Since that time, I have felt that Ms. Light has continued to present negatively in PTA meetings on a variety of subjects. You guys know me – I am quick to share about how wonderful it has been since school has been open since day 1 and quick for a positive plug on behalf of our teachers/experience in general. But I have felt compelled to do so time and time again in the PTA meetings b/c I worry about other parents who may be interested in becoming more involved in the PTA or the school in general will be turned off, as those meetings can feel negative and unfriendly. Just my impression, but it doesn't feel like Ms. Light speaks on behalf of the majority of the teachers based on my experience and at times, doesn't seem to be supporting the school or the administration. Her comments, tone, and general demeanor often present as negative and antagonistic. I was surprised to see her suggest that her fellow teachers submit proposals to access a measly $200 of PTA money to celebrate these amazing kids who have been through so much this year! I am new to WHS and unsure of the history – but I would hope that we can establish trust between the PTA and the school and not put that kind of burden on our teachers. The spirit of the PTA should be trusting administration/teachers to identify their needs as the experts – and supporting the school to meet those needs, without undue burden.

And this might be a petty thing – but it all goes into how people experience the school and their willingness to be involved – and I truly believe the more people engaged in the school, the stronger we are – when I was involved with the Teacher Appreciation Week activities – we were approached 2 times by another PTA Board Member (not on the committee) that Ms. Light complained about our choice of gift cards at Atticus. Twice we were told that teachers don't want that – they want Amazon or Target. On the committee, we decided that it was important to us to work with a local business for many reasons (cultivate long term relationships in our community, local businesses need our support more than ever these days) – and I am glad we did b/c Atticus doubled our $10 cards to $20 for everyone! However, it didn't feel good to have our ideas dismissed and didn't seem in the spirit of the week to have teachers dictating what gifts they receive. We trust that you two would tell us/PTA if we were ever doing something unwanted or off-base – but the backchannelling was uncomfortable. It will take a lot more to scare me out of engaging but many parents may have a bad taste in their mouth and not stay engaged after a situation like this. (Thankfully the feedback we got after the fact was that at least many teachers/staff appreciated their Atticus cards!)

There is a lot of work the PTA needs to do to bring in a larger, more diverse in every sense of the word, group of parents – and I hope to be a part of that change. I just wanted to share that I think that Ms.

DEF000168

Light has been a barrier to fostering the collaborative and positive relationship between the PTA and the school....and hasn't represented the school well publicly in BOE meetings or on social media through her negativity in my opinion. I think it is so important that every parent that chooses to find the time in their busy schedule to be involved in the PTA or participate in any school activities feels that the school environment and the relationship between parents/families and school administrators/teachers is positive and is always focused on the most important thing – our children's education and well-being. We are all on the same team!  I personally, at this point, would not feel comfortable with putting my children in Ms. Light's classroom and trust me, I do not say those words lightly. I have tried to assume positive intent - but I worry about how Ms. Light's behavior may continue to prevent a positive, supportive culture at WHS from thriving. I have no expectations for what you do with this information – but I keep thinking about our last PTA meeting and just felt it was in the best interest of the WHS community to share my thoughts.

Thank you both so much – you are always so appreciated.

Best,
Vicki Grubaugh

DEF000109

## Cafeteria

Teachers are responsible to drop off and pick up their students to the lunch room every day ON TIME. In addition, any child that is having lunch with a staff member can not go to that room without a pass.

## Classroom Environment

Teachers are responsible to create and maintain an environment that is welcoming to students, conducive to learning , and will promote rigorous challenging work. Rooms must be kept clean, making sure that at the end of each day students have picked up the floors and put up the chairs

- Create an area for student objectives to be clearly displayed
- Create areas for students to work other than their desks or tables
- Create a library with a variety of books, genres, and resources.
- Display PRIDE reminders

## Cell Phones

Cell phones are not to be used by staff members during class time, staff meeting, or staff development. Texting or speaking on the phone should only be done during time without students. Please refrain from sharing your personal phone number with parents. If you wish to provide an additional means to contact you other than Remind and the school phone number, please use Google Voice.

## Classroom attendance

It is the classroom teacher's responsibility to maintain accurate attendance records via Power School. Teachers must notify our School Counselor and Assistant Principal, Jenny Clarino, Attendance Committee Chair via email when a student is absent a total of 5 days, 10 days, or more, and when a student exceeds 5 days tardy or early pick up.

## Data

- It is expected that teachers maintain updated data that include all assessments given, both CFA and district, as well as the corresponding data.
- Teachers are required to be ON TIME and ACCURATE when submitting monthly data to the Data Team Leader and the BLDT Leader.
- Teachers will consistently use results from ongoing assessments to evaluate student learning and identify areas for further instruction and planning.

## Discipline

Positive reinforcement should be the norm. All staff members need to find the positive in each student and reinforce that behavior. Classroom rules, expectations, and logical consequences should be created at the beginning of the year as a class, agreed upon, then prominently displayed for frequent revisiting.

Creating a classroom community in which everyone feels respected by each other will help maintain an orderly environment. Consistency is crucial.

DEF000110



| WHS Reopening Subcommittees | | |
|---|---|---|
| **Operations:** *Arrival, Dismissal, Visitor Protocol* | **Academics** | ***PD for the Year using LINCSPRING*** |
| Kyle Miller<br>Paul Salem<br>Kevin Langstaff<br>Gina Daughenbaugh<br>Erin Drum | Eden Stein<br>Paul Salem<br>Julie Villanueva<br>Kristin Behn | Jenny Clarino<br>Hilarie Alden<br>Judie Cavanaugh<br>Kristin Behn<br>Daniela LaDore<br>Kyle Miller |
| **Remote Learning/Technology** | **Specials** | **Family and Student Engagement:** *Community Meetings, Virtual Events* |
| Beth Hart<br>Hilarie Alden<br>Meghan Rose<br>Kyle Miller<br>Tim Shortt<br>Kevin Langstaff<br>Sara Raznick | Myles Ross<br>Greg Stone<br>Kathleen Morrison<br>Aly Kegel<br>Beth Hart<br>Seth Mitchell | Tim Shortt<br>Kevin Langstaff<br>Doreen Flyn<br>Gina Daughenbaugh |
| **Health/SEL** | **Signage** | **Scheduling/Grouping** |
| Jessica light<br>Tim Shortt<br>Julie Villanueva<br>Gina Daughenbaugh<br>Erin Drum | Jessica Light<br>Cathy Traca<br>Ann Raymond<br>Daniela LaDore | Brigid Holms<br>Laurie Gwiazda<br>Jessica light<br>Kevin Langstaff<br>Julie Villanueva<br>Kristin Behn<br>Kathleen Morrison<br>Aly Kegel<br>Doreen Flynn |

Re: Clean-Up Days

*C2*

JONES, DOUGLAS <DOUGLAS.JONES@new-haven.k12.ct.us>
Wed 5/26/2021 1:01 PM

To: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>

Yes I agree with your recollection of our conversation. My part in the school clean-up days were only to satisfy my 092 course requirements, I am not in charge of the gardening committee.

Douglas Jones.

Sent from my T-Mobile 4G LTE Device
Get Outlook for Android

---

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Wednesday, May 26, 2021 12:30:57 PM
**To:** JONES, DOUGLAS <DOUGLAS.JONES@new-haven.k12.ct.us>
**Subject:** Fwd: Clean-Up Days

Get Outlook for iOS

---

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Tuesday, May 25, 2021 4:52 PM
**To:** JONES, DOUGLAS
**Subject:** Clean-Up Days

Mr. Jones,

Thank you again for organizing our most recent clean-up days! They were very productive days!!! All of our classes are benefitting from our spruced-up school grounds!

I have enjoyed working with you as you completed your coursework for your 092.

When you came to me about your service project, I asked you what you had in mind and then I shared areas of where the school could benefit from a service project. One of the recommendations that I gave you was to arrange for a clean-up day (s) at both sites this way we could include parents, students, and community at large. It is something we have done in the past and was much needed. I also asked you to connect with Mrs. Light about the project given that she has served on the gardening committee and was looking for help. I also mentioned the upcoming clean-up days at our staff meeting on March 8, 2021 to encourage staff to attend as well as to share that we would be cleaning up spaces outside for learning spaces for our students & staff.

Can you please confirm that my recollection of our conversation is what you recall and that at no point did I give the gardening committee to you?

Thank you again for assisting our school and completing a very successful service project!

Best,
Margaret Mary

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**

DEF000112

## Fw: concerns from J. Light

GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>

Fri 4/23/2021 3:30 PM

To: LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>; CICARELLA, DAVID <DAVID.CICARELLA@new-haven.k12.ct.us>

🖉 1 attachments (62 KB)
AFT letter.pdf;

Good afternoon Jessica,

As a follow up to our meeting on Tuesday, I have provided the notes to each of your concern to assure you that we value and appreciate your willingness to support WHS.

We recognize your interests and volunteerism, however need to inform you that your request to serve in a role does not automatically secure that position.

Please find an explanation below in blue:

- 1-mm asked for volunteers to for a **summer play-based learning workshop** I volunteered but was never given the opportunity to attend

   This workshop was for 3 representatives from our school and several members were interested. I selected a K teacher, 2nd grade and our literacy coach for our first steps were to try to build capacity in our K-2 building and expand to grades 3-4. We are delighted that Ms. Light has an interest in Play Based Learning and are currently providing the workshops for all teachers in grades K-4 this school year.

- 2-On 7/17 staff was asked to join committees , but when asked to sign up I volunteered to be on the **scheduling committee**- on 8/14 I was informed Julie and Kathleen would be leading this committee and my input was never considered

   I had thought Ms. Light attended scheduling meetings and her input of request not to have a special first thing in the morning was honored

- 3-I **volunteered to lead the signage committee** and was told Ann would lead. For the 2018-19 and

   Ms. Light was a valued member of the signage committee who dedicated her time and energy. While she was not the lead she was on the committee. We are constantly striving to build capacity in our school others volunteered and we were trying to take the load off of classroom teachers and have some non-classroom teachers become chairs of committees.

- 4-2019-2020 school years -I was on the head of **gardening committee** with parents and other teachers, the other teachers on the committee transferred to new schools, instead of recruiting new members for the committee, on March 8 Ms. Gethings announced in staff meeting she choose to have the Boys Club run my Mr. Jones take over garden committee work.

DEF000113

Ms. Light has done so much in creating a beautiful amphitheater for our school. Ms. Light had made a plea that she need assistance with the gardening committee. Subsequently Mr. Jones was looking for a service project for his 092, I suggested organizing a few of our annual spring clean-ups. Never to take away just to assist in our school wide commitment to cleaning up school grounds to ensure that our students can be outside at both sites. I never announced that Mr. Jones was taking over the garden committee just that he was hosting 2 clean-up days. Our school's outdoors are very important to all of us and I was simply trying to support Mr. Jones with a project, include our students the boys club had been planning to do a clean-up last year. Mr. Jones connected with Jessica for thoughts and ideas.

- 5-3/26- MM emailed staff asking if anyone wanted to be an **SEL ambassador** I immediately said I did- on 3/28 in a memo to staff I learned I could not serve as an SEL Ambassador.

We had 11 teachers interested in doing this role. We selected 2 of the 11. We dedicate staff and grade level time to sharing SEL ideas and included everyone in this process

- 6-3/28- In Staff memo MS. Gethings asked for volunteers to replace my position as **teacher rep on the PTA.**

In our weekly newsletter we communicate a wealth of information. We shared that there were other opportunties for teacher leading positions in the future. Ms. Light has been in the position of teacher rep on the PTA for 2 years. Here is the Hooker Happenings not a memo https://docs.google.com/document/d/1Xidm1l55KKbotE6U4hNqPpp_5wtQHkPPmmMq6 PH4amA/edit?usp=sharing

Google Docs - create and edit documents online, for free.

Create a new document and edit with others at the same time -- from your computer, phone or tablet. Get stuff done with or without an internet connection. Use Docs to edit Word files. Free from Google.

docs.google.com

- 7 -3/28 In Staff memo MS. Gethings asked for volunteers for **SPMT chair**- I have been on SPMT and previously volunteered for the role.

We value and appreciate Ms. Light's membership on SPMT, we know that she would like to be the chair. We also need to see the interest of all of our staff members

https://docs.google.com/document/d/1Xidm1l55KKbotE6U4hNqPpp_5wtQHkPPmmMq6PH4a mA/edit?usp=sharing

Google Docs - create and edit documents online, for free.

Create a new document and edit with others at the same time -- from your computer, phone or tablet. Get stuff done with or without an internet connection. Use Docs to edit Word files. Free from Google.

docs.google.com

DEF000114

Lastly, at no time did we ever ask you not to speak at board meetings. We asked for the opportunity to answer questions at the school-level first before you ask the board in the event that we can help. On 11/30/2020 we reinforced the document from the AFT as a reminder to all staff that you received from your union. We also asked about clarification about your postings on social media that referenced our school.

We look forward to resolution to our last meeting.

Best,
Margaret Mary & Jenny

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* ~ *Lady Bird Johnson*



**From:** CICARELLA, DAVID <DAVID.CICARELLA@new-haven.k12.ct.us>
**Sent:** Tuesday, March 30, 2021 6:07 PM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>; CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** concerns from J. Light

Good afternoon,
As we discussed on the phone call just now, I am conveying these instances where Jessica is interpreting this as her being pushed aside despite her efforts to be an active part of the school community. (I have copied and pasted this list from her email, with her permission). Please review, be reflective, and use your professional judgement as to how to best handle this concern.

Dave

1- mm asked for volunteers to for a **summer play-based learning workshop** I volunteered but was never given the opportunity to attend

2- On 7/17 staff was asked to join committees , but when asked to sign up I volunteered to be on the **scheduling committee**- on 8/14 I was informed Julie and Kathleen would be leading this committee and my input was never considered

DEF000115

3-I **volunteered to lead the signage committee** and was told Ann would lead. For the 2018-19 and

4-2019-2020 school years -I was on the head of **gardening committee** with parents and other teachers, the other teachers on the committee transferred to new schools, instead of recruiting new members for the committee, on March 8 Ms. Gethings announced in staff meeting she choose to have the Boys Club run my Mr. Jones take over garden committee work.

5-3/26- MM emailed staff asking if anyone wanted to be an **SEL ambassador** I immediately said I did- on 3/28 in a memo to staff I learned I could not serve as an SEL Ambassador.

6-3/28- In Staff memo MS. Gethings asked for volunteers to replace my position as **teacher rep on the PTA.**

7 -3/28 In Staff memo MS. Gethings asked for volunteers for **SPMT chair**- I have been on SPMT and previously volunteered for the role.

David Cicarella
President
New Haven Federation of Teachers
203-773-0266 office

...for in the final analysis, our most basic common link is we all inhabit this small planet. We all breathe the same air. We all cherish our children's futures...          President John F. Kennedy

DEF000116

*Dates of observations and type of feedback provided (debrief session, email, walkthrough in TalentEd, etc)*

completed by IM

3/11 Informal Observation
Remote and In person Walk throughs
Grade level meetings/Staff meetings

*Teacher's Reflection on Instructional Practice & Professional Values*

Completed by Teacher - Please reflect on your instructional practice and professional values. Describe areas of strength and growth for each.

The challenges of teaching unvaccinated during a pandemic has been difficult for me, but I am proud of what I have been able to accomplish. I continue to effectively support both in person and remote learners with hands on learning opportunities and creating a true sense of community. I also assist the school by working on the garden committee and working to create proposals for the PTA as the Teacher representative of the Executive board.

*Feedback from Instructional Manager*

Completed by IM

Jessica- your classroom embodies the joy of learning. You always integrate the arts and allow for students to create and express themselves. I think you have made a tremendous effort to balance the demands of in person and remote learners. The amphitheater that you envisioned and created is a gift to our students and teachers! Thank you for your willingness to chair the gardening committee, please know that as a result of your plea for support Mr. Jones and the boys club will be helping to ensure that our outdoor spaces are best prepared for the spring! As we discussed in your mid year please consider asking questions any time you have a concern, if we do not have the answer we will do our best to attain the answer. I look forward to seeing how you will include play based learning in your classroom. Thank you for serving for the past two years as the teacher representative on the PTA.

*Attached Workflow*          Supervisor then Teacher

*Current Status*             Approved

*Workflow Steps*

What, specifically, is unjustified and meant to raise a warning flag?

1    Signed by MARGARET GETHINGS on 04/01/2021 at 11:10 PM          PRINCIPAL
     **Signature:** Margaret Mary Gethings

2    Signed by JESSICA LIGHT on 04/02/2021 at 0:01 PM               TEACHER - GRADE 3
     **Signature:** Jessica Light

 

**AFT Connecticut**
*A Union of Professionals*

AFT Connecticut
AFT, AFL-CIO

———————————

Healthcare
Higher Education
Public Employees
PSRP
Teachers

35 Marshall Road
Rocky Hill, CT 06067
860/257-9782
Fax: 860/257-8214
Toll Free: 888/398-3373
www.aftct.org

———————————

Jan Hochadel
PRESIDENT

John Brady, RN
VICE-PRESIDENT

David Hayes
SECRETARY-TREASURER

———————————

VICE PRESIDENTS
Michael Barry
Dennis Bogusky
David Cicarella
Shellye Davis
John DiSette
Sal Escobales
Bill Garrity, RN
Joshua Hall
Ivonne Hamm, RN
Heather Howlett
Andrea Johnson
Stephanie Johnson, RPSGT
Christine Jean-Louis
Tom Kuroski
Ed Leavy
Kristen Malloy Scanlon
Laila A. Mandour
Steve McKeever
Ally Sexton
Janice Stauffer, RN
Mary Symkowicz
Krista Verneal
Mike White
Mary Yordon

July 21, 2020

PreK-12 & PSRP Union Presidents:

Recently there have been public statements made by educators about the safe reopening of schools. This is understandably a very important issue for all educators as well as the students and families they serve.

Educators should know that not all speech is protected by the 1st Amendment to the US Constitution. Some speech may subject the educator to discipline under certain circumstances. While this memo cannot address every situation or scenario, it does attempt to provide some guidance relating to speech that may be protected and speech that may lead to discipline.

The general rule is that speech made by a citizen regarding a matter of public concern is protected by the 1st Amendment of the US Constitution as well and the Connecticut State Constitution. *Garcetti v. Ceballos*, 547 U.S. 410, (2006), *Brown v. Office of CT State Comptroller*, 2020 WL 1955328 (2020) (Appeal Filed).

Conversely, when speech is made pursuant the educator's job duties, it will not be considered a matter of public concern and therefor not protected by the 1st Amendment and subject to potential discipline. *Weintraub v. BOE for the City of New York*, 593 F.3d 196 (2015)

Specifically, *Garcetti* held that when public employees make statements pursuant to their official duties, the employees are not speaking as citizens for First Amendment purposes, and the Constitution does not insulate their communications from employer discipline.

One has to be speaking as a citizen about a matter of public concern and not about a matter that is related to her/his official duties. The Supreme Court has strived to arrive at a balance between the interests of the teacher, as a citizen, in commenting upon matters of public concern and the interest of the State, as an employer, in promoting the efficiency of the public services it performs through its employees. *Pickering v. BOE*, 391 US 563 (1968)

The COVID-19 pandemic is clearly a matter of public concern. The safe reopening of our public schools is also a matter of public concern. Any <u>citizen</u> speaking about these matters would correctly assert that their speech is protected by the 1st Amendment.



◀ Camera ▪▪ 📶                9:26 PM                58% 🔋

‹                            **March 10**
                            8:40 AM                **Edit**



**3 People** ›

Jessica Light
I don't think letters were sent

4 mins    Like    Reply    More

Melody Gallagher
Jessica Light for your school?

4 mins    Like    Reply    More

Jessica Light
Hooker never sent a letter      ⟵

2 min    Like    Reply    More

Write a reply



F1

Parents (Please see F2.) This became concerned. This comment was interpreted as negligence and thus built a lack of trust amongst the community

reported to the state and on the state website

I believe this list is to be read that if a school is listed as
<6 they had positive cases that week and that may mean
1,2,3,4, or 5 positive cases. (If I am reading it wrong
please let me know.)

It seems we may be missing some letters here on this
group page.
Also, I have heard of some schools with cases that I don't
see listed on this list nor are there letters posted here.
Does anyone have any positive covid case letters that
aren't posted here?
Or does anyone know of any cases we are missing on the
list and in albums of letters?

Thank you!



     

                            

DEF000119

Re: Re:

GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Tue 3/2/2021 7:40 PM

To: Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>

Have you responded to this parent

If you have not I would be respond

Thank you for informing me and please continue to keep me updated with your decision. So far, we have not had any positive cases reported that have taken place at school.

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* — *Lady Bird Johnson*





**From:** Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>
**Sent:** Tuesday, March 2, 2021 4:48 PM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Subject:** Fw: Re:

**From:** Matt Rodeheffer <matthew.rodeheffer@gmail.com>
**Sent:** Tuesday, March 2, 2021 7:45 AM
**To:** Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>
**Subject:** Re:

*Parent's concern*

CAUTION:
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Erin,

Have there been any teachers/staff in the wh school out with covid in the past few weeks? Evies mom is being told now that there are many cases there currently and is now changing her mind about sending evie back in person.

DEF00O120

---------------------------------------

On Mar 1, 2021, at 6:55 PM, Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us> wrote:


Good evening,

   Mrs. Gethings has responded and Evie should be all set with the nurse to attend school in person this Thursday. I will speak with Mrs. Gethings to confirm this tomorrow and will get back to you. Thank you!

Get Outlook for iOS

5/27/2021                                    Mail - CLARINO, JENNY - Outlook

## Happy Friday!

**GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>**
Fri 3/12/2021 9:34 AM

To: ACKERMAN, MARIE <MARIE.ACKERMAN@new-haven.k12.ct.us>; Alden, Hilarie <Hilarie.Alden@new-haven.k12.ct.us>; Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>; CAVANAUGH, JUDITH <JUDITH.ALDERMAN@new-haven.k12.ct.us>; CICARELLI, FRANCESCA <FRANCESCA.CICARELLI@new-haven.k12.ct.us>; CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>; CORTES, MARIA <MARIA.CORTES@new-haven.k12.ct.us>; DAUGHENBAUGH, GINA <GINA.DAUGHENBAUGH@new-haven.k12.ct.us>; DIPIETRO, DEBORAH <DEBORAH.DIPIETRO@new-haven.k12.ct.us>; DONOHUE, MARGUERITE <MARGUERITE.DONOHUE@new-haven.k12.ct.us>; DRUM, ERIN <ERIN.DRUM@new-haven.k12.ct.us>; FORSA, RACHEL <RACHEL.FORSA@new-haven.k12.ct.us>; GEMMELL, JANICE <JANICE.GEMMELL@new-haven.k12.ct.us>; GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>; GREEN, PAMELA <PAMELA.GREEN@new-haven.k12.ct.us>; Haeckel, Julia <Julia.Haeckel@new-haven.k12.ct.us>; HART, ELIZABETH <elizabeth.hart@new-haven.k12.ct.us>; HOLMS, BRIGID <BRIDGET.SHAY@new-haven.k12.ct.us>; Kegel, Alysoun <Alysoun.Kegel@new-haven.k12.ct.us>; HOOKERLMC <HOOKERLMC@new-haven.k12.ct.us>

Good morning,

It is hard to believe a year ago today was our last in person day for a very long time. Today we are back... stronger and hopeful for the days to come!!! WE are overwhelmed with gratitude for your continuous commitment to the betterment of our school. Thank you for supporting each other in this journey. Please continue to ask questions and share suggestions remember no one has ever done this work before! Thank you for putting joy and happiness in your classroom while maintain a safe environment

It has been brought to our attention from several community members including staff and parents that WHS is being mentioned with inaccurate information which also includes social media. We ask that if you are aware of any negative talk or postings, to please help protect and preserve our school. We hope that people will refrain from making their own inferences and/or misrepresenting our school. We must always keep in mind that we are working together and not against each other.

Please rest assured that if there is a COVID outbreak at WHS, you will be notified. If a staff member contracts COVID-19 outside of school the health department determines the timing of exposure based upon the staff member's last time in the building. Please be advised that we are under no obligation to notify you if a teacher is positive and not in school. We are, however mandated to comply with confidentiality of medical information.

We hope you will have a wonderful weekend!! Take time for yourself!

Best,
MM & Jenny

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* ~ Lady Bird Johnson

DEF000122

6/2/2021                    Screenshot 2021-03-29 at 9.17.36 PM.jpeg



**9:17 PM**                    62% 🔋

< 54

**K**

Kathleen Morrison ›

Delivered

Today 8:54 PM



**New Haven Educators**
Group post by Jessica Light · 58m · 🔗

Comments I have made in this private group were brought up in my teval so please be aware of the reality this is not a "safe space" to discuss

☢️😠👍 22          12 Comments

👍 Like      💬 Comment      📩 Send

**Andrea Barros**
That's so sad
Like  Reply

Write a comment..

I'm really worried about the meeting you are going to have. You may want Dave there for it if possible.

📷     🅰️     ( iMessage )     🎙️



DEF000123

## Re: Dismissal

LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
Tue 5/25/2021 4:55 PM

To: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>

I asked Mr. Miller to watch my class because I needed to use the restroom and then as I entered the restroom Phyllis said she would help too. I did put on a t-shirt while in the restroom, but I assure you I was there because I needed to go, not for a wardrobe change. I always stay with my class at dismissal, I just needed to go.

I apologize for any inconvenience. I will communicate directly with you in the future and make sure not to over hydrate in preparation of running club.

Get Outlook for iOS

From: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Sent: Tuesday, May 25, 2021 4:40:14 PM
To: LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
Subject: Dismissal

Good afternoon Jessica,

I was concerned not to see you at dismissal today with your students. Phyllis said that you had asked her to do dismissal while you changed for running club. It appeared that Phyllis was not certain of how everyone was getting home and was not as familiar with parents in your class as you are. As you know we have implemented a phase dismissal to ensure a safe and smooth experience for all. Dismissal can be hectic and we need to remain consistent with our plan. I can appreciate that you need to get changed for the running club, yet this should not be done when you are responsible for dismissing your students. Please make sure that you are dismissing your students daily and if ever you need coverage or support you communicate with me.

Best,
Margaret Mary

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* — Lady Bird Johnson

[handwritten annotation: Undermings Administration Example]

DEF000124

↩ Reply all  ⌄    🗑 Delete    ⊘ Junk    Block    ⋯

## Re: Seeking clarification

**CLARINO, JENNY**
Wed 5/19/2021 9:44 PM
**To:** LIGHT, JESSICA

👍  ↩  ↩  →  ⋯

Oh! Because I was trying to think of an easier way for teachers to have this ahead of time.
Thanks for clarifying.
Have a good night!
Jenny

Get Outlook for iOS

---

**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Wednesday, May 19, 2021 9:42:34 PM
**To:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: Seeking clarification

*[handwritten annotation: incorrect understanding of role on PTA as Teacher Rep.]*

No I was clarifying what the $5,000 was for and asking how much was for 8th grade and how much was for all other grades. Someone else clarified it was 200 per teacher.

I and everyone else voted in support of the $5,000, so nothing needs to be written.

Get Outlook for iOS

---

**From:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Sent:** Wednesday, May 19, 2021 9:29:01 PM
**To:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Subject:** Seeking clarification

Jessica,
I'm a bit confused and was wondering if you can clarify.

Did you request that Mrs. Gethings and I submit our request for each teacher to receive $200 for end-of-the-year activities as a detailed written request for review?

I'm still new so I'm trying to understand the operating factors of the PTA. However, I may have misunderstood. It doesn't make sense that the one Teacher Representative made such request so I'm seeking clarification.

Thank you,

## Jenny Clarino
### Assistant Principal
### Worthington Hooker School

DEF000125

   

# HOOKER HAPPENINGS
## Week of March 29th

**Vision**: We are a guiding light along the path of learning, supporting, challenging and recognizing the individual strengths and needs of each student, assisting them in recognizing their academic potential and to be their best selves.

**Mission**: Show P.R.I.D.E  in all that you do! Productivity, Respect,Integrity, Determination & Empathy

**Core Beliefs**:
- Equitable opportunities create the foundation necessary for every child to succeed
- A culture of continuous improvement will ensure that all staff are learners and reflective practitioners
- High expectations and standards are necessary to prepare students for college and career
- Collaboration and partnerships with families and the New Haven community will enhance learning and achievement

**Norms**: Lead with Curiosity, Best Intentions, Speak your truth

**Important Information Links**
Lesson Plan Due Dates
WHS Place of Instruction
Staff Meeting and CIA Dates
Remote Learning Expectations and Resources
Assistance with Google Classroom, Google Passwords, or related applications
Parents: Assistance with Google Classroom, Google Passwords, or related applications
Google Classroom Cheat Sheet
Tracking-Attendance-On-Remote-Days-For-State-Reporting
NHPS Assessment Calendar



DEF000126

| **Week-at-a-Glance** | | |
|---|---|---|
| Mon. | 3/29 | **4th and 5th Begin 4 days in-person** |
| Tue. | 3/30 | |
| Wed. | 3/31 | **District PD** |
| TH. | 4/1 | **SRBI Grade 5-6 Math/Science** *Google Meet link:* meet.google.com/kjs-okwt-bjb **Grades Close** |
| Fri. | 4/2 | **Good Friday - No School** |

**A Look Ahead**

**4/5** Staff Meeting
**4/9** "Wacky Tacky Day", wear your most colorful, mismatched and tacky outfit
**4/10** WHS Clean-up Day both sites
**4/12-4/16** Spring Break
**Picture day!** Whitney 4/20 & 4/22; Canner St. 4/22 They will set up in the lower courtyard at the little school and next to the main entrance of the school, in front of the conference room windows at the big school. Pictures delivered May 7th. Tentative Makeup Day: May 20th. Remote Students will have a specific time to come take their picture.

## April Birthdays

## Ms. Griffin will complete

**Staff Meeting Dates**
**April 5th**
**May 3rd**
**June 7th**

### *Message from Mrs. Gethings and Ms. Clarino*

It was a pleasure meeting with each of you for your mid-year conference! Monday will be a big day for us welcoming our 4th & 5th graders to 4 days! Within several rooms we have shifted to less than 6ft between students. If there is not a need you are free to keep your desks in whatever way works best for you. Some people are creating other areas for students to work on the floor. Please be mindful of keeping 6 feet distance when students are eating. If needed you may need to alternate sides of the room eating snacks/breakfast, individual rows eating at one time or taking snacks outside for mask break, please see Jenny or MM if you have questions.

*Please anticipate information soon regarding K-2 & 3-5 Town Meetings that will take place outside on April 9th. The Arts Team will be sharing details shortly. We plan to do something at the end of the month with poetry outside as well.*

**March 30th on Whitney - please be aware this will be taking place in the picnic table area.**

Parents/Guardians Mixing in the Morning!Our community is stronger when we know each other! On Tuesday, March 30, the PTA and school administration invites parents and guardians from 3rd-8th grade to gather on the field after drop off at the Whitney St Campus to meet and greet! While we'd love to provide the coffee/morning snacks, for now we have to encourage people to bring their own because of Covid restrictions. Mask and social distancing required, of course! Mrs. Gethings and Mrs. Clarino will join in on the mixing as they are free to do so. If it is raining, we will reschedule!

Note: We will be organizing a similar event at the Canner St Campus soon and exploring options for PM gatherings!

DEF000127

**District PD: March 31st 12:45-2:00** district PD on Engagement/Attendance ( links and details will be forthcoming)YFCE will be coordinating PD.

**Asynchronous: April 1st** all teachers are to have assignments posted on Google classroom. You should plan to take attendance during morning meeting. You can do pre-recorded videos. Please make sure you message to your families that it is an asynchronous day.

**Staff Meeting:** On April 5th we hope to have our Staff Meeting outdoors on Whitney.

**SEL Ambassadors:** *Thank you to everyone who volunteered to be our SEL ambassadors, Meghan Rose and Rachel Forsa will be filling these positions.*

**Other teacher opportunities:**

**PTA:** Please let us know if you are interested in being the teacher representative for next year

**SPMT:** We are seeking two staff members to co-chair the SPMT. Your responsibilities would include collecting agenda items from leadership and committees and meeting with administration to finalize the agenda; running the SPMT meeting utilizing shared agreements. Staff members may nominate others for this position. Please send us an email.

*"Never doubt that a small group of thoughtful, committed, citizens can change the world. Indeed, it is the only thing that ever has."*— Margaret Mead

### LITERACY: Mrs. LaDore



*K-2 Teachers....Check out some of the new sets of books in our literacy room! As always, feel free to borrow , then return when finished, for another group to enjoy.*

### MATH: Mr. Miller



*As mentioned, we will be using Ready Math starting next fall. There will be two teacher workshops coming up. One in April and one in May. Please take a look through some of these links.*

❖ *https://www.curriculumassociates.com/products/ready/mathematics*

❖ *https://www.curriculumassociates.com/products/ready/mathematics-common-core-sample-lessons*

❖ *https://www.curriculumassociates.com/~/media/mainsite/files/ready/ready-math-practice-routine-whitepaper-2018.pdf*

DEF000128

*TECHNOLOGY/LMS: Mrs. Hart*

- Google has updated the Chrome browser to support captioning of websites containing audio and video.  Here is a [video](video) from Richard Byrne that shows how it works.
- The IT Department is scheduling pick-ups of old technology for recycling. This will include all the Windows 7 student desktops now in storage at both buildings. If you have any other technology in your room that you wish to include in the pick-up, please let me know. The recyclers will take anything except televisions.  Time to clean house!

*ELL: Ms. Rose*
## FAQS About ESL

### How does a student become labeled as an English Learner and qualify to receive services?
During enrollment, the ESL department gives each student a language entrance assessment to evaluate their English skills. If they qualify, they can receive one of two services at our school. Students are offered "ESL" or "Bilingual Education-Mandarin." At our school, they are a combined support of ESL with Mandarin tutoring as needed. If the family does not initially bring their child to the ESL office, they can still have their child evaluated for ESL at any time. I give K-8 students a "preLAS" test, which is a screening assessment for language learners. If students qualify, they are eligible to receive ESL pull-out or push-in services, and are required to take the LAS Links assessment each year.

### Does every EL student need to take the LAS Links test?
Yes, every student who is labeled an EL who did not score a 4 or 5 in reading and writing the previous year is required to take the test. The LAS Links is a federally mandated test, and the state must report testing results by May 1st. EL students who are dually identified as SPED are reviewed with the SPED team. If the student qualifies for the CT Alternate Assessment, they are exempt from LAS Links. All other EL students are mandated to take the assessment, regardless of parental refusals.

### How do students exit/graduate from ESL services?
Students must receive a score of an overall 4 or 5, and specifically a 4 or 5 in the reading and writing sections. Unfortunately, this assessment is given one time per year, and is quite long (about 2 hours total for 3-8 graders). Year after year, these factors make it quite difficult for many of our language learners to pass the test. Once students reach a proficiency level of a 3 or 4 (intermediate/proficient), they have gained the language skills to navigate the mainstream classroom. In these cases, EL students check-in with the ESL teacher or tutor for support on an as-needed basis

### When will we receive the 2021 LAS Links results?
The 2021 testing window closes April 30th. The state validates the scores by listening to and scoring the recordings of the students' speaking samples. We tend to receive the scores by mid-May. At that time, we will hold a graduation ceremony to celebrate the students' amazing accomplishments.

### Do ESL students receive accommodations on standardized tests?
Yes, ELs can receive accommodations such as text to speech, translations, use of a dictionary or word bank, and having the test read aloud. For students dually identified as EL/SPED, Braille, scribing, sign language, speech to text, and text to speech are also available.

### Do EL students have an online language learning program?
Yes, the ESL department has purchased *Imagine Learning, Language and Literacy* for all language learners in New Haven. This program is effective in supporting language learners' vocabulary and grammar acquisition. Most students know how to log-in to the program, but please reach out if you need support logging them on during independent work time.

Recommended usage of the program is about 15-20 minutes 3-5 times per week.
Can you push-in to support learning during a class project?
Yes! Students are normally pulled-out to meet with me to work on language skills, however I also love supporting in-class learning. Please don't hesitate to reach out if you would like support creating or differentiating a unit.

*Ms Drum: SEL*



*Mrs. Flynn and Mrs. Raymond*

**Upcoming PPTs:** *Please come with present levels and current data to share with the team*
*B.H., Gr. 4, 4/7/21 @ 9:00 LINK*
*K.C., Gr. 7, 4/21/21 @ 8:05 LINK*
*A.S, Gr. 6, 4/28/21 @ 8:05 LINK*

### *https://www.youtube.com/watch?v=eXTSClELzK4*

*Chush in Brooklyn, New York, is a school that caters to children with learning disabilities. Many of these children do not get the privilege of graduating from this school and remain there for their entire lifetime. For some that are lucky, they get to go on to more conventional schools later in their lives. For Shaya, he was a typical child who struggled with understanding his world and remembering things he has learned.*

DEF000130

## Re: Dismissal

LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
Tue 5/25/2021 4:55 PM
To: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>

I asked Mr. Miller to watch my class because I needed to use the restroom and then as I entered the restroom Phyllis said she would help too. I did put on a t-shirt while in the restroom, but I assure you I was there because I needed to go, not for a wardrobe change. I always stay with my class at dismissal, I just needed to go.

I apologize for any inconvenience. I will communicate directly with you in the future and make sure not to over hydrate in preparation of running club.

Get Outlook for iOS

From: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Sent: Tuesday, May 25, 2021 4:40:14 PM
To: LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
Subject: Dismissal

Good afternoon Jessica,

I was concerned not to see you at dismissal today with your students. Phyllis said that you had asked her to do dismissal while you changed for running club. It appeared that Phyllis was not certain of how everyone was getting home and was not as familiar with parents in your class as you are. As you know we have implemented a phase dismissal to ensure a safe and smooth experience for all. Dismissal can be hectic and we need to remain consistent with our plan. I can appreciate that you need to get changed for the running club, yet this should not be done when you are responsible for dismissing your students. Please make sure that you are dismissing your students daily and if ever you need coverage or support you communicate with me.

Best,
Margaret Mary

*Undermines*
*Administration*
*Example.*

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* — Lady Bird Johnson

DEF000124

## I.    Introduction

I, Jessica Light, am filing this complaint because Ms. Gethings and Ms. Clarino have engaged in a pattern of retaliation for approximately six months. The retaliation is due to my exercise of protected activities relating to how the New Haven School District was addressing, or was planning to address, the Covid-19 pandemic. Ms. Gethings and Ms. Clarino believe that these activities put their administration of Worthington Hooker, and presumably them, in a bad light.

As a result of their belief, Ms. Gethings and Ms. Clarino have engaged in various forms of retaliation. First, they pressured me to stop or to modify my public speech regarding the school district's response to the Covid-19 pandemic, and in the process instructed me not to allow my students' parents to have telephonic access to me. Second, they falsely accused me of revealing to a parent information about another teacher having contracted Covid-19. Third, they have prevented me from engaging meaningfully in the various school-related committees and groups and in the professional development opportunities I have expressed an interest in; although any of these decisions alone, and many of these decisions together, could be explained by idiosyncratic non-retaliatory reasons, whether sound or not, all together, and in context, they smack of retaliation. Fourth, they engaged in conversations about me with fellow teachers and parents that negatively affected their perception of me and damaged our relationship, including, but not limited to, informing the teacher who had contracted Covid-19 that I had revealed information about her condition. Fifth, they included a comment in my TEVAL that is unjustified and that is intended to raise a warning flag for anyone reviewing my record in the future. Sixth, they required me to attend a series of meetings with them regarding these issues and my TEVAL, where they berated, belittled, accused me falsely, and attempted to undermine my confidence in myself and my relationship with my peers, including one meeting with the teacher who had contracted Covid-19. Seventh, they moved me from teaching the third grade to teaching the first grade in the upcoming year on pretextual grounds and despite all of my experience being in, and all my continuing education being geared towards, higher grades.

These retaliatory acts create a culture of fear that stifles continuous improvement to the democratic process. Additionally they have caused me a great deal of emotional pain and have damaged my professional standing, my professional prospects, and my relationship with my peers. Limiting my students' parents from having phone access to me, constantly pulling me out of my class for meetings, and causing me emotional distress have potentially diminished my teaching effectiveness and damaged my current students. And moving me to the first grade will do a disservice to both the first grade students I will be teaching and the third grade students that I will not be teaching.

*[Handwritten annotations: "Handbook", circled "A", circled "B", circled "C", "School-wide policy", circled "D ?"]*

*[Handwritten note at bottom: "a no point have we ever had a discussion about Ms. Light w/ parents or fellow teachers. However, please note we have received many complaints regarding Ms. Light's negative representation of our school at BOE & PTA meetings (Please see Evidence A2)"]*

## II.    My Protected Activities

Since summer 2020, I have engaged in public activities seeking to affect how the New Haven School District addressed the Covid-19 pandemic. For example, in summer 2020, I participated in the New Haven Teacher Union organized Car Caravan for Safety and spoke publicly, including on television, asking for a unified district-wide plan to reopen schools safely. Thereafter, I spoke at most Board of Education meetings raising concerns and requesting answers to safety questions. The most recent Board of Education meeting I spoke at was on March 22, 2021. At all times, when I have spoken it has been about district-wide safety concerns, not concerns relevant only to Worthington Hooker. Thus, these concerns could not have been addressed by Ms. Gethings or Ms. Clarino alone.



*please see F*

The statements Ms. Gethings is upset about were made in the public forum of a civic meeting, on a matter of clear public concern, and thus one of the most protected types of speech, plus one Facebook post on the a public teacher's and advocacy group. I have attached that social media post below. I have recordings or notes regarding all of my public speech.

## III.    Attempts to Stifle My Protected Activities

While Ms. Gethings and Ms. Clarino may not have made an explicit demand that I stop speaking publicly, the number of meetings, the aggressive tone of the meetings, and the relentless pressure and questioning from them made it abundantly clear they did not want me to speak publicly and that they wanted to be able to vet anything that I did say publicly. Some examples of Ms. Gethings and Ms. Clarino's attempts to stifle my protected activities are summarized below:

*provided AFT letter to staff All at staff meeting please see F*

- At a November 2, 2020 meeting with Ms. Gethings and Ms. Clarino requested by Ms. Gethings, Ms. Gethings told me that not all of my speech was protected by the first amendment and that I was creating a false narrative about the school.

- Thereafter in early November 2020, Ms. Gethings called me to her office and told me it was inappropriate for parents to have my cell phone number, and that I should not speak to them on my cell phone because I was spreading hysteria and panic. I explained that I could not sever all ties with the community, but that I was committed to never giving any false information.

- On March 9, 2021, I was pulled out of my class for a conversation with Ms. Gethings and Ms. Clarino that lasted ninety minutes. They stated that my speaking at the board of education about Covid-19 safety concerns was creating a negative narrative about our school.

- On March 12, 2021, Ms. Gethings emailed the staff the following:

  

  *It has been brought to our attention from several community members including staff and parents that WHS is being mentioned with inaccurate information which also includes social media. We ask that if you are aware of any negative talk or postings, to please help protect and preserve our school. We hope that people will refrain from making their own inferences and/or misrepresenting our school. We must always keep in mind that we are working together and not against each other.*

- On March 22, 2021, I asked Ms. Gethings by email to clarify a safety procedure, but she was unable to answer my question. That evening, after I raised the issue at a Board of Education meeting, Ms. Gethings emailed me about my having done so. She mischaracterized our earlier email exchange, claiming:

  

  *I assured you that I would seek an answer regarding snacks and lunch distancing which I have done. I said we need to remain patient for a response and that in the meantime we would be following the existing guidelines,...*

  In fact, her earlier email was, in full, as follows:

  *We are awaiting full details from the district. I will share as soon as I know them. I have heard of other districts yeah 2 to 3 feet everywhere so I am not sure. We will only make changes once we have the directions & approval.*

  Moreover, we did not otherwise communicate about the issue before the Board of Education meeting. Ms. Gethings later expressed disappointment at my having discussed the issue at the Board of Education meeting, and suggested that I needed to be patient:

  

  *I am sorry that you felt you needed to bring the same question to the board. We all must be patient as changes are being considered in response to the CDC new guidelines, then reviewed by Dr. Tracey and our health department will advise.*

While this may appear on the surface to be a benign statement, in context, it was actually a reprimand intended to make me not raise further questions with the Board of Education.

- On March 26, 2021, I was scheduled for a 15 minute TEVAL meeting. At that meeting, Ms. Gehtings and Ms. Clarino reprimanded me for over an hour regarding, among other things, speaking to the Board of Education on March 22, 2021, and having posted on Facebook publicly available data.

  With respect to the posting, on March 9, 2021, Melody Gallagher, a representative from the Executive Board for the New Haven Teachers Union, posted that it appeared that the state reported data regarding the number of student Covid-19 cases at each school during each week indicated more cases than the quarantine letters that had been sent. I stated factually that Worthington Hooker had not sent out any quarantine letters, and responded that Worthington Hooker was listed in the state data for the week of 2/11, but that I did not know how many cases Worthington Hooker had or if any were quarantined. I also replied "right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently."

  Among other things, administration told me:

  
  

    - It did not seem like I was advocating for the city, and that it did not matter that I do not mention Worthington Hooker by name because everyone knows who I am.

    - Every night I speak, Ms. Gethings feels pressure, asked to share more information, receives lots of phone calls, and gets scrutinized about what she has and has not told the staff. I was told it was not my place to speak on these matters.

    - I increase the level of fear in the community because I do not keep my opinions private.

    - It does not feel good when negative things are highlighted publicly.

- Ms. Gethings asked me to attend a March 31, 2021 meeting with her and Ms. Clarino, Ms. Morrison, our school Union representative, and the teacher who had contracted Covid-19. At that meeting, Ms. Gethings said it was not my place to publicly tell

people that Worthington Hooker had not done something. She also said that people come to them and ask why I always have to talk.

- Ms. Gethings requested me to attend an April 20, 2021 meeting with her and Ms. Clarino. I asked that Dave Cicarella, President of the New Haven Teacher Union be present, and he was. At that meeting, Ms. Gethings continued to express her concern over my public speaking and the Facebook post. However, Ms. Gethings sent an email following that meeting stating, in part:



> *Lastly, at no time did we ever ask you not to speak at board meetings. We asked for the opportunity to answer questions at the school-level first before you ask the board in the event that we can help. ... We also asked about clarification about your postings on social media that referenced our school.*

## IV. False Accusations that I Revealed Information About Another Teacher

Ms. Gethings and Ms. Clarino's conduct relating to their accusation that I revealed information about another teacher having contracted Covid-19 ("Teacher X") is summarized below:

- At the March 9, 2021 meeting discussed above, Ms. Gethings and Ms. Clarino stated they believed I leaked information to parents about Teacher X having contracted Covid-19. They continued to press me despite my repeatedly assuring them that this was not the case. They also placed the burden on me to identify where the leak came from, as if I must be to blame if I could not do so. I speculated that parents began to assume she had Covid-19 because she was out for so long in the middle of the pandemic.

- At the March 26, 2021 meeting discussed above, Ms. Gethings and Ms. Clarino once again accused me of spreading rumors and threatened that Teacher X would be filing an official complaint related to my public statements.

- At the March 31, 2021 meeting discussed above, three things became clear. First, Teacher X believed I violated her privacy, and considered filing an official complaint, because Ms. Gethings and Ms. Clarino told her I had told parents and posted online about her. Second, that Ms. Gethings and Ms. Clarino did so based on unfounded assumptions fueled by their animus towards me, and despite me having made clear at the March 9, 2021 meeting that I had not told any parent anything about the Teacher's condition. Third, that Ms. Gethings and/or Ms. Clarino had spoken to

DEF000142

parents and possibly teachers about whether I had spread information about the Teacher, thereby impugning my integrity and creating rumors about me.

Teacher X stated that a "staff member" told her that I had gone to parents about why she was out of school, and asked me if that was true. I told her it was not true. Teacher X then brought up that she believed one of the parents went to administration to talk about contact tracing, and Ms. Clarino clarified that it came to her from another staff member, and then she called the parent.

Ms. Gething stated that the parent was informed about the Teacher's condition by someone and that there had been social postings. I explained again that if that parent was informed by someone it was not by me. Ms. Gethings and Ms. Clarino assumed that I told that parent about the Teacher's condition because that parent serves on the PTA board with me and we are friendly. But I only learned about Teacher X's diagnosis after that parent came to believe that the teacher had Covid-19, when Teacher X emailed me on February 25, 2021 and told me she was recovering from COVID-19.

Teacher X then raised that there had been social posts. However, the post being referenced were the March 9, 2021 Facebook posts discussed above regarding the state reported student Covid-19 cases and the quarantine letters. Those posts had nothing to do with the Teacher, or even teachers with Covid-19 generally.

Ms. Gethings claimed that no one had said that anyone but me was the source, and that every person, whether teacher or parent, said I was the source. When I asked who "every person" was, she said she did not have to tell me their names, that she had promised them that she would not tell me their names, and that she would not say who they were because she knew that I would go right to them and that they did not want to be dragged into this.

In sum, there were no relevant online postings, and Ms. Gethings and Ms. Clarino relied on unspecified and untested statements of unidentified individuals. Based on this, they possibly solicited an official complaint from the Teacher, and at the least destroyed my relationship with Teacher X, damaged my relationship with Ms. Morrison, the school Union representative, and created or fed rumors about me with an unknown number of unknown people. Ultimately, Teacher X did not file a complaint because the accusation was unfounded. But this has caused me emotional distress. In addition, because I will have to work with Teacher X in the future, the damage to our relationship will make it harder for Teacher X and I to work together, and the children we jointly teach will suffer from it. Moreover, I fear that my reputation has been irreparably damaged in the small Worthington Hooker parent/teacher/staff community.

*[handwritten annotation in left margin: "not true. the issue was addressed at a meeting. Teacher X went to union rep w/out our knowledge."]*

V.    **Minimizing My Involvement in School-Related Committees and Groups and Professional Development Opportunities**

I recognize that when multiple people want to participate or hold leadership positions in school-related committees and groups, administration must make choices to accommodate what is best for the school and the community of teachers and staff. However, since I began my protected speech activities in Summer 2020, Ms. Gethings and Ms. Clarino's have engaged in an escalating pattern of choices minimizing my involvement in school-related committees and groups and professional development opportunities. Those choices are summarized below somewhat chronologically:

C1, C2, C3

- In 2020, Ms. Gethings asked for volunteers for a summer play-based learning workshop. I volunteered but was not given the opportunity to attend. In her April 23, 2021 email, Ms. Gethings stated "This workshop was for 3 representatives from our school and several members were interested. I selected a K teacher, 2nd grade and our literacy coach for our first steps were to try to build capacity in our K-2 building and expand to grades 3-4...."

- On July 17, 2020, staff were asked to join committees. I volunteered to be on the scheduling committee. On August 14, 2020, I was informed that two other teachers would lead this committee and my input was never considered. In her April 23, 2021 email, Ms. Grethings stated "I had thought Ms. Light attended scheduling meetings and her input of request not to have a special first thing in the morning was honored."

- In Summer 2020, I volunteered to lead the signage committee and was told another teacher would lead. In her April 23, 2021 email, Ms. Gethings stated "...While she was not the lead she was on the committee. We are constantly striving to build capacity in our school others volunteered and we were trying to take the load off of classroom teachers and have some non-classroom teachers become chairs of committees."

- I have chaired the Gardening Committee with parents and other teachers for two years. The garden committee's largest task has been organizing school clean up and outdoor maintenance days. When the other teachers on the committee transferred to new schools, instead of recruiting new members for the committee, on March 8, 2021, Ms. Gethings announced in a staff meeting that she chose to have the Boys Club run the Gardening Committee and have another teacher take over the Garden Committee work.

DEF000144

In her April 23, 2021 email, Ms. Gethings stated "Ms. Light had made a plea that she needed assistance with the gardening committee. Subsequently [Teacher Y] was looking for a service project for his 092, I suggested organizing a few of our annual spring clean-ups. Never to take away just to assist in our school wide commitment to cleaning up school grounds to ensure that our students can be outside at both sites. I never announced that [Teacher Y] was taking over the garden committee just that he was hosting 2 clean-up days. Our school's outdoors are very important to all of us and I was simply trying to support [Teacher Y] with a project, including our students the boys club had been planning to do a clean-up last year. Teacher Y connected with Jessica for thoughts and ideas."

I have no problem with Teacher Y's activities related to the Garden Committee, regardless of whether he was "taking over" or not. What I do have a problem with is that however Ms. Gethings wants to portray events, the manner in which she supported Teacher Y with a project left me outside the loop and essentially removed from the Gardening Committee.

- On March 26, 2021, Ms. Gethings emailed the staff asking if anyone wanted to be an SEL ambassador. I immediately said I did. In her April 23, 2021 email, Ms. Gethings stated that eleven teachers were interested in doing this role, and she selected two of the others.

- Ms. Gethings is actively trying to replace me in my role on the PTA. This is particularly egregious because my position is not assigned by administration, but is an elected position.

I have served on the board of the PTA as the Teacher Representative for two years. The position can be held by any PTA member. I was nominated and elected to serve in this role by parents. It is inappropriate for Ms. Gethings to actively recruit someone to run for a position I currently hold. Yet, on March 28, 2021, in the "Hooker Happenings" newsletter, under "Other Teacher Opportunities," Ms. Gethings stated "**PTA**: Please let us know if you are interested in being the teacher representative for next year."

In her April 23, 2021 email, Ms. Gethings stated "In our weekly newsletter we communicate a wealth of information. We shared that there were other opportunities [sic] for teacher leading positions in the future. Ms. Light has been in the position of teacher rep on the PTA for 2 years."

DEF000145

In addition, at a recent PTA meeting, Ms. Gethings publicly humiliated me when I announced that a parent had nominated another teacher who is a friend of mine for the position. Ms. Gethings said, "we have met about this already and that nomination could not come from a parent but will be dealt with at the school level." The PTA board assured me that Ms. Gethings' statement is false.

- The school is required to have an SPMT committee. At the beginning of this school year after hearing that Ms. Gethings had asked others to chair SPMT, and that they declined the offer, I volunteered to be chair and was told she would get back to me. After months passed, in the March 28, 2021 "Hooker Happenings" post, in "Other Teacher Opportunities," Ms. Gethings stated "We are seeking two staff members to co-chair the SPMT….Please send us an email." That same day I sent an email stating "I am also able to continue to serve on SPMT and can co-chair." Ms. Gethings responded, "…We know that others may be interested. We will wait to see who we hear from." After no one else volunteered for more than three weeks, during the meeting on April 20, 2021 discussed above, Ms. Gethings said the school had not started the SPMT committee this year because *"no one"* was willing to chair the committee." In her April 23, 2021 email, Ms. Gethings acknowledged I volunteered to chair the committee, but said she needed "to see the interest of all of our staff members."

## VI. Damaging My Reputation

It appears Ms. Gethings and/or Ms. Clarino have engaged in conversations about me with fellow teachers and parents that negatively affected their perception of me and damaged our relationship. Their conversations with the teacher who contracted Covid-19, discussed above, may be the most egregious example. And my reputation has also been sullied with respect to Ms. Morrison by that issue. Moreover, Ms. Gethings and/or Ms. Clarino also spoke about me with parents and, possibly with other teachers, regarding that issue. In addition, given their claim during some of our meetings that I am viewed negatively by fellow teachers and other staff, it appears that they have also engaged in, at best, gossiping about me, and possibly in actively seeking to obtain negative input about me. Any conversations that they had with others about me could have created a bad impression and led to rumors and more gossip.

## VII. Negative Comment in My TEVAL

Although my April 2, 2021 TEVAL "Feedback from Instructional Manager" was generally fine, Ms. Gethings included the following comment: "As we discussed in your mid year please

consider asking questions any time you have a concern, if we do not have the answer we will do our best to attain the answer." This statement was a direct response to my having spoken to the Board of Education on March 22, 20121 and the March 26, 2021 meeting discussed above. While this statement may appear innocuous to the layperson, sophisticated managers will see this as a warning flag that I am a "trouble-maker." It was both unnecessary and inappropriate.

## VIII.   Constant Abusive Meetings

Apart from what specifically occurred during the meetings, constantly requiring me to attend abusive meetings itself amounted to retaliation. I have had to attend at least five meetings that should not have been necessary, some of which were both long and emotionally distressing. And the TEVAL meeting, instead of being 15 minutes, lasted much longer.

In addition to the specific facts discussed above, in some of these meetings Ms. Gethings and Ms. Clarino made clear that they thought I was lying, and/or spoke to me in disrespectful, condescending, and/or angry tones. In addition, in some of these meetings they took the opportunity to tell me that my peers did not like me, found me confrontational, or otherwise had negative things to say about me. For example, they made vague references to anonymous complaints they have received about me, stated nobody likes to work with me, and that other teachers are scared of what I might say about them. This caused me great distress, as I believe I have a good working relationship with most of my colleagues. Moreover, according to the Teacher Union contract, all complaints about a teacher must be communicated to the teacher at the time of the complaint. This was never done.

## IX.   Changing My Teaching Assignment to Punish Me

*\* Please refer to complaint submitted by Hilarie Aiden & Email from David Branchine*

Ms. Gethings and Ms. Clarino have re-assigned me from the Third Grade to the First Grade on pretextual grounds and despite all of my experience being in, and all my continuing education being geared towards, higher grades.

Ms. Gethings has stated the reason I am being reassigned is that my youngest child would be entering the third grade next year, and it is policy that a parent cannot teach in the grade with their own child, even if their child is in a different class. Dave Cicarella, President of the New Haven Teachers Union, informed me that Ms. Gethings's reason for changing my grade was not a New Haven School District policy, or even a common practice. It is my understanding that there are few examples, if any, of teachers being reassigned for that reason in any New Haven schools.

Ms. Gethings and Ms. Clarino have chosen to do this despite having other options and being informed of why this is the worst possible assignment for both me and the children I will be teaching. I discussed with Ms. Gethings and Ms. Clarino where I would be better suited. I have experience in Third, Fourth, Fifth, and Sixth Grades. I have received top ratings on my previous evaluations in the Third Grade. I explained that I would be ill-suited for lower grades because of my lack of experience and severe dyslexia that makes teaching phonics and beginning reading difficult for me. Moreover, continuing education studies are usually organized K through 2 and 3 through 5, and I have always taken the courses towards Third Grade and higher. This means that I have not studied phonics to any professional extent since my university days. Accordingly, when asked earlier in the year for assignment preferences, I ranked first grade as my eighth choice of nine positions I am certified for; only Kindergarten was lower.

I acknowledge principals have the discretion to change teacher's grade assignments for the betterment of the school. At my previous school, I changed grades several times to where I was most needed without complaint. And I would have been open to a change in assignment at Worthington Hooker if it was not retaliatory. But there is no rational basis for assigning me to the First Grade, and not only I, but the children will suffer.


## X.    My Injuries

Ms. Gethings and Ms. Clarino's actions have hurt me personally and professionally, and have impeded and will impede my ability to teach to the best of my ability.

I feel consistently in a state of conflict while at the school, but know I have done nothing wrong. The ongoing harassment makes my heart rate increase every time I enter the school building, and I often have to meditate in my room before the students arrive to clear my head for the day when mornings used to be my most productive times.  I have missed large amounts of instructional and preparation time for long meetings about my "conduct" with no resolution, and that always lead to a follow-up meeting for me to dread. Aside from the time pulled from my classroom for meetings, the hostility and constant harassment about my public comments distracts me from my lessons. The anxiety from upcoming or recent meetings can be debilitating. And time spent addressing these issues takes away from the time I have to prepare lessons both in my prep periods and in the evenings.

As a result of the psychological manipulation of being repeatedly told "no one likes you" and "everyone is too afraid to tell you how they really feel," I have questioned my professional and personal relationships. It is known throughout the school that Ms. Gethings does not like me, and my colleagues feel she will treat them unfavorably if she sees them as my ally. I worried eating lunch with my grade level partner would harm him so we stopped eating together for awhile.

DEF000148

Until he reached out to me as a friend and said I shouldn't eat alone. I find it harder to connect with friends and colleagues. I feel isolated. And I have come home in tears on countless days.

I have experienced increased anxiety and nightmares about the school from constantly being questioned, admonished, and having to defend myself in countless meetings about the same subjects. I have been mentally and physically exhausted from replaying and recounting conversations during the day and after I get home. I feel absent at dinner as my mind circles about a looming meeting or a conversation with Ms. Gethings I was just subjected to. I lay awake at night reimagining discussions, and how I can prove myself. My husband has had to take on a larger burden of household duties, because I am unable to be as productive as I normally am. My family is concerned about my mental and physical state.

I have spent hours in the evenings and on weekends typing notes, compiling documents, and searching for the Facebook post Ms. Clarino took issue with. I have missed time with my sons and husband.

Ms. Gethings and Ms. Clarino have tarnished my professional reputation. As discussed above, Ms. Gethings and Ms. Clarino have not kept their concerns about me private. Several other teachers have been in meetings where I have been inappropriately admonished. Ms. Gethings has referenced several conversations she's had about me with other staff members, both named and anonymous. Colleagues have asked me if everything was alright because they have noticed long and frequent meetings in the office, or my class needing coverage because of meetings with administration. Other colleagues likely also notice and wonder what I have done "wrong."

# EXHIBIT 4

 **AFT Connecticut**
*A Union of Professionals*



AFT Connecticut
AFT, AFL-CIO

July 21, 2020

PreK-12 & PSRP Union Presidents:

Recently there have been public statements made by educators about the safe reopening of schools. This is understandably a very important issue for all educators as well as the students and families they serve.

Educators should know that not all speech is protected by the 1st Amendment to the US Constitution. Some speech may subject the educator to discipline under certain circumstances. While this memo cannot address every situation or scenario, it does attempt to provide some guidance relating to speech that may be protected and speech that may lead to discipline.

The general rule is that speech made by a citizen regarding a matter of public concern is protected by the 1st Amendment of the US Constitution as well and the Connecticut State Constitution. *Garcetti v. Ceballos*, 547 U.S. 410, (2006), *Brown v. Office of CT State Comptroller*, 2020 WL 1955328 (2020) (Appeal Filed).

Conversely, when speech is made pursuant the educator's job duties, it will not be considered a matter of public concern and therefor not protected by the 1st Amendment and subject to potential discipline. *Weintraub v. BOE for the City of New York*, 593 F.3d 196 (2015)

Specifically, *Garcetti* held that when public employees make statements pursuant to their official duties, the employees are not speaking as citizens for First Amendment purposes, and the Constitution does not insulate their communications from employer discipline.

One has to be speaking as a citizen about a matter of public concern and not about a matter that is related to her/his official duties. The Supreme Court has strived to arrive at a balance between the interests of the teacher, as a citizen, in commenting upon matters of public concern and the interest of the State, as an employer, in promoting the efficiency of the public services it performs through its employees. *Pickering v. BOE*, 391 US 563 (1968)

The COVID-19 pandemic is clearly a matter of public concern. The safe reopening of our public schools is also a matter of public concern. Any **citizen** speaking about these matters would correctly assert that their speech is protected by the 1st Amendment.

Healthcare
Higher Education
Public Employees
PSRP
Teachers

35 Marshall Road
Rocky Hill, CT 06067
860/257-9782
Fax: 860/257-8214
Toll Free: 888/398-1373
www.aftct.org

Jan Hochadel
PRESIDENT

John Brady, RN
VICE PRESIDENT

David Hayes
SECRETARY-TREASURER

VICE PRESIDENTS
Michael Barry
Dennis Bogusky
David Cicarella
Shellye Davis
John DiSette
Sal Escobales
Bill Garrity, RN
Joshua Hall
Ivonne Hamm, RN
Heather Howlett
Andrea Johnson
Stephanie Johnson, RPSGT
Christine Jean-Louis
Tom Kuroski
Ed Leavy
Kristen Malloy Scanlon
Laila A. Mandour
Steve McKeever
Ally Sexton
Janice Stauffer, RN
Mary Synkowicz
Krista Verrigal
Mike White
Mary Yordon

# EXHIBIT 5

**Re: Re:**

GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Tue 3/2/2021 7:40 PM
To: Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>

Have  you responded to this parent

If you have not I would be respond

Thank you for informing me and please continue to keep me updated with your decision.  So far, we have not had any positive cases reported that have taken place at school.


**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* ~ *Lady Bird Johnson*





---

**From:** Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>
**Sent:** Tuesday, March 2, 2021 4:48 PM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Subject:** Fw: Re:

---

**From:** Matt Rodeheffer <matthew.rodeheffer@gmail.com>
**Sent:** Tuesday, March 2, 2021 7:45 AM
**To:** Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>
**Subject:** Re:

*Parent's concern*

**CAUTION:**
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Erin,

Have there been any teachers/staff in the wh school out with covid in the past few weeks? ⬛⬛s mom is being told now that there are many cases there currently and is now changing her mind about sending evie back in person.

DEF000120

-------------------------------------

On Mar 1, 2021, at 6:55 PM, Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us> wrote:


Good evening,

Mrs. Gethings has responded and ▓▓▓ should be all set with the nurse to attend school in person this Thursday. I will speak with Mrs. Gethings to confirm this tomorrow and will get back to you. Thank you!

Get Outlook for iOS

# EXHIBIT 6



**Happy Friday!**

GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Fri 3/12/2021 9:34 AM

To: ACKERMAN, MARIE <MARIE.ACKERMAN@new-haven.k12.ct.us>; Alden, Hilarie <Hilarie.Alden@new-haven.k12.ct.us>;
Bullen, Erin <Erin.Bullen@new-haven.k12.ct.us>; CAVANAUGH, JUDITH <JUDITH.ALDERMAN@new-haven.k12.ct.us>; CICARELLI,
FRANCESCA <FRANCESCA.CICARELLI@new-haven.k12.ct.us>; CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>;
CORTES, MARIA <MARIA.CORTES@new-haven.k12.ct.us>; DAUGHENBAUGH, GINA <GINA.DAUGHENBAUGH@new-
haven.k12.ct.us>; DIPIETRO, DEBORAH <DEBORAH.DIPIETRO@new-haven.k12.ct.us>; DONOHUE, MARGUERITE
<MARGUERITE.DONOHUE@new-haven.k12.ct.us>; DRUM, ERIN <ERIN.DRUM@new-haven.k12.ct.us>; FORSA, RACHEL
<RACHEL.FORSA@new-haven.k12.ct.us>; GEMMELL, JANICE <JANICE.GEMMELL@new-haven.k12.ct.us>; GETHINGS,
MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>; GREEN, PAMELA <PAMELA.GREEN@new-
haven.k12.ct.us>; Haeckel, Julia <Julia.Haeckel@new-haven.k12.ct.us>; HART, ELIZABETH <elizabeth.hart@new-
haven.k12.ct.us>; HOLMS, BRIGID <BRIDGET.SHAY@new-haven.k12.ct.us>; Kegel, Alysoun <Alysoun.Kegel@new-
haven.k12.ct.us>; HOOKERLMC <HOOKERLMC@new-haven.k12.ct.us>

Good morning,

It is hard to believe a year ago today was our last in person day for a very long time. Today we are
back... stronger and hopeful for the days to come!!! WE are overwhelmed with gratitude for your
continuous commitment to the betterment of our school. Thank you for supporting each other in
this journey. Please continue to ask questions and share suggestions remember no one has ever
done this work before! Thank you for putting joy and happiness in your classroom while maintain
a safe environment

It has been brought to our attention from several community members including staff and parents that WHS
is being mentioned with inaccurate information which also includes social media. We ask that if you are
aware of any negative talk or postings, to please help protect and preserve our school. We hope that people
will refrain from making their own inferences and/or misrepresenting our school. We must always keep in
mind that we are working together and not against each other.

Please rest assured that if there is a COVID outbreak at WHS, you will be notified. If a staff member contracts
COVID-19 outside of school the health department determines the timing of exposure based upon the staff
member's last time in the building. Please be advised that we are under no obligation to notify you if a teacher
is positive and not in school. We are, however mandated to comply with confidentiality of medical
information.

We hope you will have a wonderful weekend!! Take time for yourself!

Best,
MM & Jenny


**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* ~ *Lady Bird Johnson*

DEF000122

# EXHIBIT 7

*Dates of observations and type of feedback provided (debrief session, email, walkthrough in TalentEd, etc)*

completed by IM

3/11 Informal Observation
Remote and In person Walk throughs
Grade level meetings/Staff meetings

*Teacher's Reflection on Instructional Practice & Professional Values*

Completed by Teacher - Please reflect on your instructional practice and professional values. Describe areas of strength and growth for each.

The challenges of teaching unvaccinated during a pandemic has been difficult for me, but I am proud of what I have been able to accomplish. I continue to effectively support both in person and remote learners with hands on learning opportunities and creating a true sense of community. I also assist the school by working on the garden committee and working to create proposals for the PTA as the Teacher representative of the Executive board.

*Feedback from Instructional Manager*

Completed by IM

Jessica- your classroom embodies the joy of learning. You always integrate the arts and allow for students to create and express themselves. I think you have made a tremendous effort to balance the demands of in person and remote learners. The amphitheater that you envisioned and created is a gift to our students and teachers! Thank you for your willingness to chair the gardening committee, please know that as a result of your plea for support Mr. Jones and the boys club will be helping to ensure that our outdoor spaces are best prepared for the spring! As we discussed in your mid year please consider asking questions any time you have a concern, if we do not have the answer we will do our best to attain the answer. I look forward to seeing how you will include play based learning in your classroom. Thank you for serving for the past two years as the teacher representative on the PTA.

*Attached Workflow*          Supervisor then Teacher

*Current Status*             Approved

*Workflow Steps*

1  Signed by MARGARET GETHINGS on 04/01/2021 at 11:10 PM          PRINCIPAL
   **Signature:** Margaret Mary Gethings

2  Signed by JESSICA LIGHT on 04/02/2021 at 0:01 PM                TEACHER - GRADE 3
   **Signature:** Jessica Light

*What, specifically, is unjustified and meant to raise a Warning flag?*

## EXHIBIT 8

## Re: 3 feet

**LIGHT, JESSICA** <JESSICA.LIGHT@new-haven.k12.ct.us>

Mon 3/22/2021 6:14 PM

**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Cc:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>

I do believe we all have best intentions.

*We requested the opportunity to answer questions at the school-level before asking the BOE.*

Get Outlook for iOS

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 6:12:08 PM
**To:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Cc:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

You are not alone, that is the intention of our entire district & we are all working for hard.

Get Outlook for iOS

**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 6:09:32 PM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Cc:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

Thank you- I am hoping for a unified policy for not just Hooker but the district as a whole, this was just an example.

Get Outlook for iOS

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 6:04:50 PM
**To:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Cc:** CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

Jessica,

I am sorry if you didn't get my prompt response to your morning email, I responded very quickly. I assured you that I would seek an answer regarding snacks and lunch distancing which I have done. I said we need to remain patient for a response and that in the meantime we would be following the existing guidelines, I am sorry that you felt you needed to bring the same question to the board. We all must be patient as changes are being considered in response to the CDC new guidelines, then reviewed by Dr. Tracey and our health department will advise. All this information will be forthcoming.

DEF000104

I feel like we can often offer you a response to some of your questions, please do not hesitate to come to us as we have encouraged you to do.

Best,
Margaret Mary

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* -- Lady Bird Johnson



**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 5:44 AM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

Thank you

Get Outlook for iOS

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 5:39:37 AM
**To:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Subject:** Re: 3 feet

We are awaiting full details from the district. I will share as soon as I know them. I have heard of other districts yeah 2 to 3 feet everywhere so I am not sure. We will only make changes once we have the directions & approval.

Get Outlook for iOS

**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Monday, March 22, 2021 5:30:16 AM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Subject:** 3 feet

DEF000105

Hope you had a good weekend, my understanding is in areas where students are eating it is to remain 6 feet apart.  Since students eat breakfast and snack in our rooms does six feet still able to all classroom and the cafeteria?

Get **Outlook for iOS**

**EXHIBIT 9**

## Re: Dismissal

LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
Tue 5/25/2021 4:55 PM

To: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>

I asked Mr. Miller to watch my class because I needed to use the restroom and then as I entered the restroom Phyllis said she would help too. I did put on a t-shirt while in the restroom, but I assure you I was there because I needed to go, not for a wardrobe change. I always stay with my class at dismissal, I just needed to go.

I apologize for any inconvenience. I will communicate directly with you in the future and make sure not to over hydrate in preparation of running club.

Get Outlook for iOS

From: GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Sent: Tuesday, May 25, 2021 4:40:14 PM
To: LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
Cc: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
Subject: Dismissal

Good afternoon Jessica,

I was concerned not to see you at dismissal today with your students. Phyllis said that you had asked her to do dismissal while you changed for running club. It appeared that Phyllis was not certain of how everyone was getting home and was not as familiar with parents in your class as you are. As you know we have implemented a phase dismissal to ensure a safe and smooth experience for all. Dismissal can be hectic and we need to remain consistent with our plan. I can appreciate that you need to get changed for the running club, yet this should not be done when you are responsible for dismissing your students. Please make sure that you are dismissing your students daily and if ever you need coverage or support you communicate with me.

Best,
Margaret Mary

*Undermines*
*Administration*
*Example*

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"* – Lady Bird Johnson

# EXHIBIT 10

## Re: A few comments to share

GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Fri 5/28/2021 8:00 AM

To: Vicki Parsons Grubaugh <vparsons82@gmail.com>; CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>

Good morning Vicki,

Thank you for sharing your concerns. We are very sorry that you have had this experience. We appreciate you sharing your thoughts and impressions. We greatly appreciate all that you do for our school. I cannot tell you how much we all loved the Atticus gift cards!

Have a nice weekend!

Best,
Mrs. Gethings



I example of a parent's perspective.
↓

**Margaret Mary Gethings**
**Principal**
**Worthington Hooker School K-8**
*"Children are likely to live up to what you believe of them"*



---

From: Vicki Parsons Grubaugh <vparsons82@gmail.com>
Sent: Wednesday, May 26, 2021 4:16 PM
To: CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>; GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
Subject: A few comments to share

CAUTION:
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mrs. Gethings and Ms. Clarino,

I hope all is well. I just wanted to share some thoughts, just from a parent's perspective. I would appreciate some discretion. I have been concerned about teacher Jessica Light in how she represents

the school. As you know, I was an active advocate in many BOE meetings to safely reopen schools, particularly for our youngest and most vulnerable learners - as a kindergarten parent and advocating for what I truly saw as in the best interest of our children in New Haven. I was consistently shocked and uncomfortable with how Ms. Light presented in those meetings. When she showed up in said, which was later quoted in the paper, and said "I am a teacher and I do not want to die" forever remains in my brain. I felt so strongly that our school was ready to receive our children who needed to be in school so badly – and the science supported we could so safely. (Thankfully that viewpoint has proven accurate!) To be made to feel like by wanting to send my child to school (b/c remote was a serious struggle for her) I was sending teachers to their death was something was not a fair place for me to be as a parent. I respect anyone's right to voice their opinion – but felt her comments were hyperbolic, negative, and out of touch with the reality I saw at Hooker. I have said to my husband so many times – I am so glad we know that when schools open Sophie is going into a classroom where I am confident her teacher wants to be there. I can't imagine the struggle of the parents who wanted to send their children for in person learning knowing how strongly their teacher did not want to be there – and I can't imagine that the children couldn't feel that. It is completely unfair to the children and the parents.

Since that time, I have felt that Ms. Light has continued to present negatively in PTA meetings on a variety of subjects. You guys know me – I am quick to share about how wonderful it has been since school has been open since day 1 and quick for a positive plug on behalf of our teachers/experience in general. But I have felt compelled to do so time and time again in the PTA meetings b/c I worry about other parents who may be interested in becoming more involved in the PTA or the school in general will be turned off, as those meetings can feel negative and unfriendly. Just my impression, but it doesn't feel like Ms. Light speaks on behalf of the majority of the teachers based on my experience and at times, doesn't seem to be supporting the school or the administration. Her comments, tone, and general demeanor often present as negative and antagonistic. I was surprised to see her suggest that her fellow teachers submit proposals to access a measly $200 of PTA money to celebrate these amazing kids who have been through so much this year! I am new to WHS and unsure of the history – but I would hope that we can establish trust between the PTA and the school and not put that kind of burden on our teachers. The spirit of the PTA should be trusting administration/teachers to identify their needs as the experts – and supporting the school to meet those needs, without undue burden.

And this might be a petty thing – but it all goes into how people experience the school and their willingness to be involved – and I truly believe the more people engaged in the school, the stronger we are – when I was involved with the Teacher Appreciation Week activities – we were approached 2 times by another PTA Board Member (not on the committee) that Ms. Light complained about our choice of gift cards at Atticus. Twice we were told that teachers don't want that – they want Amazon or Target. On the committee, we decided that it was important to us to work with a local business for many reasons (cultivate long term relationships in our community, local businesses need our support more than ever these days) – and I am glad we did b/c Atticus doubled our $10 cards to $20 for everyone! However, it didn't feel good to have our ideas dismissed and didn't seem in the spirit of the week to have teachers dictating what gifts they receive. We trust that you two would tell us/PTA if we were ever doing something unwanted or off-base – but the backchannelling was uncomfortable. It will take a lot more to scare me out of engaging but many parents may have a bad taste in their mouth and not stay engaged after a situation like this. (Thankfully the feedback we got after the fact was that at least many teachers/staff appreciated their Atticus cards!)

There is a lot of work the PTA needs to do to bring in a larger, more diverse in every sense of the word, group of parents – and I hope to be a part of that change. I just wanted to share that I think that Ms.

Light has been a barrier to fostering the collaborative and positive relationship between the PTA and the school....and hasn't represented the school well publicly in BOE meetings or on social media through her negativity in my opinion. I think it is so important that every parent that chooses to find the time in their busy schedule to be involved in the PTA or participate in any school activities feels that the school environment and the relationship between parents/families and school administrators/teachers is positive and is always focused on the most important thing – our children's education and well-being. We are all on the same team! I personally, at this point, would not feel comfortable with putting my children in Ms. Light's classroom and trust me, I do not say those words lightly. I have tried to assume positive intent - but I worry about how Ms. Light's behavior may continue to prevent a positive, supportive culture at WHS from thriving. I have no expectations for what you do with this information – but I keep thinking about our last PTA meeting and just felt it was in the best interest of the WHS community to share my thoughts.

Thank you both so much – you are always so appreciated.

Best,
Vicki Grubaugh

DEF000109