# EXHIBIT E

```
 1                  UNITED STATES DISTRICT COURT

 2                     DISTRICT OF CONNECTICUT

 3    - - - - - - - - - - x
      JESSICA LIGHT,            |   No. 3:22cv425(AVC)
 4                   Plaintiff, |

 5         vs.                  |

 6    NEW HAVEN BOARD OF EDUCATION
      and MARGARET-MARY GETHINGS.
 7                   Defendants.|   February 27, 2023
      - - - - - - - - - - x
 8

 9

10

11

12          DEPOSITION OF MARGARET-MARY GETHINGS

13

14    Taken before Cindy J. Carone, CCR 383, a Court
      Reporter and Notary Public, within and for the State
15    of Connecticut, pursuant to Notice and the Federal
      Rules of Civil Procedure, at Shipman & Goodwin LLP,
16    265 Church Street, Suite 1207, New Haven, Connecticut,
      on February 27, 2023, commencing at 9:30 a.m.
17

18

19

20

21

22

23              Falzarano Court Reporters, LLC
                       4 Somerset Lane
24                   Simsbury, CT 06070
                        860.651.0258
25            www.falzaranocourtreporters.com
```

Falzarano Court Reporters, LLC

```
 1        Q    Which parents were concerned?  Do you recall
 2   their names?
 3        A    Yes.
 4        Q    Who?
 5        A    Vicki Grudbaugh.
 6        Q    Vicki.  What was her last name?
 7        A    It's Grudbaugh, G-r-u-d-b-a-u-g-h.
 8        Q    Who else, if anyone?
 9        A    There was another parent who spoke with
10   Ms. Clarino.  Her name is Dominique.  There were
11   Wolfgang Fink, who spoke at second grade hybrid meeting
12   of concern for arrangement of desks and layout of the
13   school.
14        Q    Did he mention specifically concerns he had
15   about what Ms. Light had said?
16        A    No.  He was in the learning pod with
17   Ms. Light and seemed knowledgeable of school-based
18   decisions and asked to be able to walk through the
19   school to assess whether or not the proper distancing
20   was in place.  And Claire Rowe, also a member of that
21   learning pod.
22        Q    What did she do or say that showed
23   Ms. Light's comments negatively impacted the community?
24        A    She called or spoke with a teacher regarding
25   Teacher X.
```

```
1        Q    What about her?
2        A    Just that we weren't reporting cases.  And
3   there was also another email that we received from a
4   Matthew Rodeheffer regarding the return of his child to
5   school saying that his daughter's wife was hearing that
6   there were cases that weren't reported.
7        Q    Did Ms. Light publicly say that there were
8   cases that were not reported?
9        A    She said in her Facebook book that we didn't
10  send letters.
11       Q    She said that in a Facebook post?
12       A    Yes.
13       Q    Letters?  That the school didn't send
14  letters?
15       A    Letters, Hooker didn't send letters.
16       Q    So you've cited a few names here:  Matthew
17  Rodeheffer, Claire Rowe, Wolfgang Fink, Dominique, the
18  parent.  What did Dominique have to say about her
19  concern about what Ms. Light said?
20       A    I am not sure.  She spoke to Ms. Clarino.
21       Q    What about Vicki Grudbaugh?  What did she say
22  in terms of her concern as to what Ms. Light said?
23       A    She remarked to me on January 19th that she
24  was concerned for the third graders that would have to
25  have her as a teacher after the way she spoke, that it
```

```
 1  would be upsetting and she would not want her child to
 2  be in that class.
 3       Q    Was she a parent of a third grader at that
 4  time?
 5       A    No.
 6       Q    Was that conversation she had with you in
 7  writing, like an email or text message, or verbally?
 8       A    No, it was verbally.  She brought bagels to
 9  our school for the first day back for teachers.
10       Q    Is she a member of, like, the parent/teacher
11  organization or some similar organization?
12       A    Yes.  She's on the PTA.
13       Q    Were there any other folks who raised
14  concerns to you about things Ms. Light allegedly said
15  in public?
16       A    Tim Shortt said to me that he goes the
17  opposite direction of Ms. Light before board meetings
18  because she wants him to speak and he wanted the
19  schools to be open.
20       Q    Let's make sure the record is clear.  At that
21  point, the discussion is regarding what?  About going
22  back to school or not going back to school?  Was there
23  something going on at that time?
24       A    Yes.  It was prior the schools being
25  reopened.  So we were remote until January 19th but
```

```
 1   us.
 2        Q    Who?
 3        A    Kathleen Morrison, Megan Rose, Hilarie Alden.
 4        Q    What did Kathleen say to you that led the
 5   Board to believe others perceived Ms. Light's comments
 6   to be representative of the school district?
 7        A    She just shared it as a concern that this was
 8   out there.  So worried for our school, knowing how much
 9   we pride ourselves on doing the right thing.  And
10   Teacher X even sent me a screenshot of it.
11        Q    So Kathleen sent you a screenshot too?
12        A    Yes.
13        Q    How did she send that to you?  By email or
14   text message?
15        A    Text.
16        Q    How about Teacher X?  How did she send it to
17   you?
18        A    I don't recall.  I think she spoke to me
19   first about it and then she may have sent a screenshot.
20        Q    Did either of those women, Kathleen or
21   Teacher X, tell you that they felt Ms. Light was out
22   there representing the school in her comments on the
23   Facebook post?
24        A    Absolutely.
25        Q    They said that to you?
```

```
1        A    Well, they had concern for our school, our
2   school's reputation, and the impression that that was
3   leading people to think that we were negligent or not
4   following a protocol or not communicates something.
5   They were worried for how it represented the school.
6        Q    How about Megan?  What did Megan tell you, if
7   anything, about Ms. Light's public comments that led
8   you to believe she was being perceived as someone
9   representing the school district?
10       A    I think Megan said she wished that she
11  wouldn't have posted that.  It was misleading.  We were
12  not to be sending out a letter.  There was a situation
13  that didn't merit a letter to be sent out.  It led
14  people to believe that we weren't communicating
15  positive cases.
16       Q    How about Hilarie Alden?  What did she say to
17  you about the post, if anything?
18       A    She spoke with Ms. Clarino and just made her
19  aware that this was on Facebook.
20       Q    Was any discriminatory action taken against
21  Ms. Light as a result of --
22       A    Never.
23       Q    -- the feedback?  No?  Okay.
24
25                 (Discussion off the record.)
```

```
 1  or Assistant Superintendent to anyone employed by
 2  Defendant" -- New Haven Board of Ed -- concerning your
 3  "reassignment of Plaintiff from Third Grade to First
 4  Grade".
 5          I think you've already testified you
 6  reassigned Jessica to a first grade teaching position
 7  in or around the spring of 2021, right?
 8       A    Yes.
 9       Q    That was to go into effect for the 2021/2022
10  school year, right?
11       A    Yes.
12       Q    Who was the superintendent at the time you
13  made the decision?
14       A    Iline Tracey.
15       Q    Is she still the superintendent?
16       A    Yes.
17       Q    Who was the assistant superintendent at that
18  time you made the decision?
19       A    There were several but Keisha Redd-Hannans
20  was my supervisor and one of the assistant
21  superintendents.
22       Q    Is she still employed by the school district?
23       A    Yes, same position -- actually not same
24  position.  She's in charge of teaching and learning,
25  that's why I have Dr. Finley.
```

```
 1   administrator, and I had known that I was going to
 2   reassign a few teachers; and I was deliberate in my
 3   communication so that they would have as much heads up
 4   and awareness as possible.
 5            So I had shared that with her in February,
 6   and she was aware of all of the changes and supported
 7   them.  I was eager to do them soon so that they could
 8   benefit from upcoming training and collaborate on
 9   vertical meetings and hear about their incoming
10   students, transition physically to new locations, and
11   be supported in as much time to get acclimated to their
12   new assignments.
13       Q    So that midyear conference, you're saying
14   that was in February?
15       A    Yes.
16       Q    And that's when you had the verbal
17   conversations with Ms. Hannans, right?
18       A    That I was changing several teachers or three
19   teachers' grade assignments.
20       Q    At that time, did you mention Ms. Light by
21   name?
22       A    Yes.
23       Q    Did Ms. Hannans say anything in response to
24   your decision to reassign Ms. Light from a third to
25   first grade teaching position?
```

```
 1  right?
 2       A    Ms. Villanueva moved from second grade to
 3  third grade, and Ms. Tortora moved from first grade to
 4  kindergarten.
 5       Q    Did Ms. Villanueva ask you before you made
 6  the decision to be transferred to a third grade
 7  teaching position?
 8       A    No.
 9       Q    Did Ms. Tortora ask you before you made the
10  decision to reassign her to be transferred from first
11  grade to kindergarten?
12       A    No.  The teachers do a preference sheet, and
13  each of those may have included that those were grades
14  that they wanted to teach in or be happy to teach in.
15  The preference sheet is simply what it's called, a
16  preference sheet.
17       Q    Is that done at the end of every school year?
18       A    It's done district wide, yes.
19       Q    So district wide at the end of the school
20  year?
21       A    Well, it just came out last week for the
22  upcoming school year, so it's done I would say midyear.
23       Q    So midyear, and how is that?  Is that in a
24  written document that they complete and submit or is it
25  electronically?
```

```
 1                STATE OF CONNECTICUT
 2          I, CINDY J. CARONE, CCR 383, a Notary Public
 3   duly commissioned and qualified in and for the State of
 4   Connecticut, do hereby certify that pursuant to Notice,
 5   there came before me on the 27th day of February, 2023
 6   following named person, to wit:  MARGARET-MARY
 7   GETHINGS, who was by me duly sworn to testify to the
 8   truth and nothing but the truth; that she was thereupon
 9   carefully examined upon her oath and her examination
10   reduced to writing under my supervision; that this
11   deposition is a true record of the testimony given by
12   the witness.
13        I further certify that I am neither attorney nor
14   counsel for, nor related to, nor employed by any of the
15   parties to the action in which this deposition is
16   taken, and further, that I am not a relative or
17   employee of any attorney or counsel employed by the
18   parties hereto, or financially interested in this
19   action.
20        IN WITNESS THEREOF, I have hereunto set my
21   hand this  12th  day of   March       , 2023.
22                /s/   Cindy J. Carone
23                      CINDY J. CARONE, CSR 383
                        Certified Shorthand Reporter
24   My Commission expires:
        May 31, 2023
25
```

Falzarano Court Reporters, LLC