# EXHIBIT F

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3    - - - - - - - - - - x
      JESSICA LIGHT,           |   No. 3:22cv425(AVC)
 4                 Plaintiff,  |

 5         vs.                 |

 6    NEW HAVEN BOARD OF EDUCATION
      and MARGARET-MARY GETHINGS.
 7                 Defendants. |   February 17, 2023
      - - - - - - - - - - x
 8

 9

10

11

12              DEPOSITION OF TARYN BONNER

13

14    Taken before Cindy J. Carone, CCR 383, a Court
      Reporter and Notary Public, within and for the State
15    of Connecticut, pursuant to Notice and the Federal
      Rules of Civil Procedure, at Shipman & Goodwin LLP,
16    265 Church Street, Suite 1207, New Haven, Connecticut,
      on February 17, 2023, commencing at 9:24 a.m.
17

18

19

20

21

22

23              Falzarano Court Reporters, LLC
                      4 Somerset Lane
24                  Simsbury, CT 06070
                       860.651.0258
25            www.falzaranocourtreporters.com
```

Falzarano Court Reporters, LLC

```
 1  Moses before.  I don't know if it was specifically
 2  similar to what this case was.
 3       Q    Right.  But in the past then, the district
 4  had used Berchem Moses to investigate complaints?
 5       A    Yes.
 6       Q    And then Berchem Moses is brought in.  Is
 7  there some sort of written policy or procedure for that
 8  process, the process of stopping the internal
 9  investigation and then how do we hire or find the right
10  outside firm or investigator to come in and conclude or
11  conduct the investigation?
12       A    There isn't a process.
13       Q    Nothing in writing?
14       A    Nothing in writing.
15       Q    So Berchem Moses comes in.  How did Berchem
16  Moses get paid?  It is paid by the district?
17       A    I don't know how they're paid but I'm sure
18  they got paid.
19       Q    My understanding -- and correct me if I'm
20  wrong -- Berchem Moses is coming in as an independent
21  third-party investigator, right?
22       A    Yes.
23       Q    Tell me the process now going forward.
24  Berchem Moses gets involved.  There's a complaint, a
25  cross complaint.  What do they do to kind of take the
```

```
 1  ball and run to the finish line?
 2       A    So I can only share what I know.
 3       Q    Yes.
 4       A    Ultimately, it was their show to run so we
 5  deferred it to them.
 6       Q    So in terms of what the school district knows
 7  about that investigation forward.
 8       A    Sure.  So Berchem Moses met with our HR team
 9  to essentially receive what we had.  They decided who
10  they needed to speak with.  Ultimately they did ask us
11  to help with arranging it.  So if a staff member needed
12  clearance from work, we would reach out to their
13  supervisors and say, Taryn is not available for X
14  amount of time.
15            Their team, Berchem's team, took on different
16  pieces of the complaint.  I believe Rebecca Goldberg
17  had Ms. Light's complaint.  There was another
18  attorney -- I'm not going to say his name because I'm
19  not really certain which one it was -- who took on
20  Alden's complaint.
21            And then there was a third attorney who took
22  on the countercomplaint from the administrators.  So
23  three different attorneys working on several different
24  complaints but that had some overlap.
25            Then ultimately once they concluded, they
```

1    provided the district with written documents of the
2    three investigations and ultimately gave the
3    superintendent a recommendation as to how you wrap it
4    up, what the next steps should be.
5         Q    Ms. Bonner, you referenced reports that were
6    prepared by the Berchem Moses attorneys, correct?
7         A    Yes.
8         Q    Before those reports were provided to the
9    district, did those Berchem Moses attorneys provide
10   drafts for the district to comment on?
11        A    Not to my knowledge.
12        Q    You understand what I mean by a "draft"?
13        A    Yes.
14        Q    Did anyone at Berchem Moses get in touch with
15   the school district to let the district know this is
16   how we're going to conclude in our forthcoming report
17   or reports?
18        A    I can't say with 100 percent certainty.  I
19   don't recall.  I believe that their office gave us a
20   call and said, The reports are ready.  I believe they
21   came in at different times.  I believe Alden and the
22   administrators came in before Jessica Light's was
23   finished.  Ultimately, it was, By the way, we're
24   finished, and then we received the written report.
25        Q    For the record, who is Alden?

```
 1         A    I believe her first name is Valerie (sic)
 2    Alden.  She is a teacher or at the time was a teacher
 3    at Worthington Hooker school.  She had filed a
 4    complaint against Ms. Light in the time frame of
 5    Ms. Light's complaint against Margaret-Mary.
 6         Q    Is she no longer teaching at Worthington
 7    Hooker?
 8         A    I'm not sure.
 9         Q    So Valerie, maybe Valerie Alden --
10         A    Yes.
11         Q    -- had another complaint investigated by
12    Berchem Moses.  You mentioned recommendations made to
13    the superintendent; is that right?
14         A    Yes.
15         Q    Do you recall as a result of the
16    investigation concluded by Berchem Moses any of the
17    recommendations that Berchem Moses' attorneys made to
18    the district or to the superintendent?
19         A    I can specifically remember mediation being a
20    recommendation because I was a part of trying to help
21    that happen.  There may have been other ones but I
22    can't recall off the top of my head.  I just
23    specifically remember working on trying to get
24    mediation done for the parties.
25         Q    Did anyone at Berchem Moses recommend any of
```

```
1                    STATE OF CONNECTICUT
2           I, CINDY J. CARONE, CCR 383, a Notary Public
3    duly commissioned and qualified in and for the State of
4    Connecticut, do hereby certify that pursuant to Notice,
5    there came before me on the 17th day of February, 2023
6    following named person, to wit:  TARYN BONNER, who was
7    by me duly sworn to testify to the truth and nothing
8    but the truth; that she was thereupon carefully
9    examined upon her oath and her examination reduced to
10   writing under my supervision; that this deposition is a
11   true record of the testimony given by the witness.
12          I further certify that I am neither attorney nor
13   counsel for, nor related to, nor employed by any of the
14   parties to the action in which this deposition is
15   taken, and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, or financially interested in this
18   action.
19          IN WITNESS THEREOF, I have hereunto set my
20   hand this  2nd   day of   March         , 2023.
21                    /s/   Cindy J. Carone
22                      CINDY J. CARONE, CSR 383
                        Certified Shorthand Reporter
23   My Commission expires:
        May 31, 2023
24
25
```

Falzarano Court Reporters, LLC