**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JESSICA LIGHT, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:22-cv-00425 (JAM) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| MARGARET-MARY GETHINGS in her | : | |
| individual capacity | : | |
|    Defendants. | : | AUGUST 3, 2023 |

**DEFENDANTS' MOTION TO SEAL**
**EXHIBIT A OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 5(e), the New Haven Board of Education ("the Board") and

Margaret-Mary Gethings ("Gethings") (collectively the "Defendants") respectfully move for

an Order sealing Exhibit A [Ecf 21-4] to Defendants' previously filed Motion for Summary

Judgment [Ecf. 21], which contains the pages from the transcript of plaintiff Jessica Light's

deposition that were cited in Defendants' memorandum of law and the 56(a)(1) statement. Five

pages within Exhibit A mistakenly included reference to minors' names, which should have

been redacted under Fed. R. Civ. P. 5, as was done with other exhibits in Defendants'

submission. Defense counsel has apologized to Plaintiff's counsel for the oversight, and

Plaintiff's counsel consents to Defendants' request to (1) seal the original copy of Exhibit A

that was filed with the court, and (2) allowing Defendants to file a new copy of Exhibit A on

the docket that contains the necessary redactions on those five pages. In support of this motion,

Defendants submit the attached Memorandum of Law.

Wherefore, Defendants request that the Court grant this motion, seal the previously

filed Exhibit A, and allow a new Exhibit A to be filed on the docket.

DEFENDANTS,

NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS


By_____/s/ *Peter J. Murphy*_____
    Peter J. Murphy (ct26825)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Telephone: (860) 251-5950
    Facsimile: (860) 251-5316
    pjmurphy@goodwin.com
    Their Attorney