Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK Diahann Lewis            RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 01  hours 20  minutes

DATE: 12/5/2023    START TIME: 3:02    END TIME: 4:22

LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:22cv425

Light
_____

                          vs

New Haven et al
_____

Interlandi
_____
Plaintiff's Counsel

Murphy
_____
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [✓] Motion hearing
- [ ] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

| | | | | |
|---|---|---|---|---|
| [✓] .....#21 Motion for Summary Judgment | [ ] granted | [ ] denied | [✓] advisement |
| [ ] .....# Motion If parties agree paper reply handed in on the record | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# Motion can replace current one on the docket, then | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# Motion plaintiff may file it on the docket. | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# Motion Refer to magistrate judge for settlement conference. | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] ..... Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] ..... Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] ..... Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .... Oral Motion | [ ] granted | [ ] denied | [ ] advisement |

- [ ] ..... [ ] Briefs(s) due _____ [ ] Proposed Findings due_____ Response due_____
- [ ] ............ _____ [ ] filed [ ] docketed
- [ ] ............ _____ [ ] filed [ ] docketed
- [ ] ............ _____ [ ] filed [ ] docketed
- [ ] ............ _____ [ ] filed [ ] docketed
- [ ] ............ _____ [ ] filed [ ] docketed
- [ ] ............ _____ [ ] filed [ ] docketed
- [ ] ............ _____ Hearing continued until _____ at _____

Notes: