**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| **v.** | |
| **NEW HAVEN BOARD OF EDUCATION AND** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
| **Defendants.** | **FEBRUARY 29, 2024** |

**MOTION TO SEAL DOCUMENT NO. 42**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Procedure 5(e) and 7(a), Plaintiff hereby respectfully moves the Court for an order sealing the Motion filed as Document No. 42. An exhibit attached to that Motion contains correspondence with defense counsel that is unrelated to the purpose of said Motion. If granted, then undersigned counsel will immediately file a new motion with a redacted version of the correspondence at issue.

For these reasons, Plaintiff requests the Court to grant this motion and seal the requested document.

PLAINTIFF,

By: */s/ Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

1
MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on February 29, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Anthony J. Interlandi*
Anthony J. Interlandi

**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039