## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:**<br>**3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| v. | |
| **NEW HAVEN BOARD OF EDUCATION AND**<br>**MARGARET-MARY GETHINGS in her**<br>**individual capacity** | |
| **Defendants.** | **FEBRUARY 29, 2024** |

### MOTION TO SUBSTITUTE EXHIBIT

The Plaintiff hereby moves to substitute Exhibit 7 of her Affidavit dated August 30, 2023, which is attached to the Local Rule 56(a)(2) Statement of Facts in Opposition to Summary Judgment. See Doc. No. 29-1. As stated by undersigned counsel during oral argument on December 5, 2023, the full exhibit – which can be viewed electronically on a computer without any issues – becomes distorted upon printing. Therefore, undersigned counsel brought copies of the exhibit with him on December 5, 2023, in case the Court or defense counsel required a properly formatted copy. Attached hereto as Exhibit A is a copy of the proposed Exhibit 7. Plaintiff supplemented her discovery production with this document on December 7, 2023 (LIGHT3544-3552).

Defense counsel objects to the proposed substitution of Exhibit 7. See e-mail correspondence attached hereto as Exhibit B.

For these reasons, Plaintiff requests the Court to grant this motion and accept the substituted exhibit.

PLAINTIFF,

By: */s/ Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

## CERTIFICATION OF SERVICE

I hereby certify that on February 29, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Anthony J. Interlandi*
Anthony J. Interlandi

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

# EXHIBIT A

5:36        .ıl 🔆 69

<    New Haven Public School Adv...



### New Haven Public School Advocates

Mar 6, 2021 · 🌐

NHPS Covid reports to the State since Jan 19 reopening

😮 1                8 comments  5 shares

👍 Like      💬 Comment      ➤ Share

COVID-19_Cases_in_CT_Schools__By_School_-3

| School name | School total | Report period |
|---|---|---|
| Augusta Lewis Troup School | <6 | 02/25/2021 - 03/03/2021 |
| Barnard Environmental Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Benjamin Jepson Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Brennan Rogers School | <6 | 02/25/2021 - 03/03/2021 |
| Conte/West Hills Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Davis Academy for Arts & Design Innovation | <6 | 02/25/2021 - 03/03/2021 |
| East Rock Community Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Edgewood School | <6 | 02/25/2021 - 03/03/2021 |
| Hill Central Music Academy | <6 | 02/25/2021 - 03/03/2021 |
| John C. Daniels | <6 | 02/25/2021 - 03/03/2021 |
| John S. Martinez Sea and Sky STEM School | <6 | 02/25/2021 - 03/03/2021 |
| King/Robinson Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Mauro-Sheridan Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Nathan Hale School | <6 | 02/25/2021 - 03/03/2021 |
| Roberto Clemente Leadership Academy for Global Awareness | <6 | 02/25/2021 - 03/03/2021 |
| Ross/Woodward School | <6 | 02/25/2021 - 03/03/2021 |
| Celentano BioTech, Health and Medical Magnet School | <6 | 02/18/2021 - 02/24/2021 |
| East Rock Community Magnet School | <6 | 02/18/2021 - 02/24/2021 |
| James Hillhouse High School | <6 | 02/18/2021 - 02/24/2021 |
| John C. Daniels | <6 | 02/18/2021 - 02/24/2021 |
| Lincoln Bassett Integrated PK | <6 | 02/18/2021 - 02/24/2021 |
| Ross/Woodward School | <6 | 02/18/2021 - 02/24/2021 |
| Beecher School | <6 | 02/11/2021 - 02/17/2021 |
| Betsy Ross Arts Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Brennan Rogers School | <6 | 02/11/2021 - 02/17/2021 |
| Clinton Avenue School | <6 | 02/11/2021 - 02/17/2021 |
| Conte/West Hills Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Dr. Reginald Mayo Early Learning Center | <6 | 02/11/2021 - 02/17/2021 |
| Engineering - Science University Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Fair Haven School | <6 | 02/11/2021 - 02/17/2021 |
| Roberto Clemente Leadership Academy for Global Awareness | <6 | 02/11/2021 - 02/17/2021 |
| Ross/Woodward School | <6 | 02/11/2021 - 02/17/2021 |
| Truman School | <6 | 02/11/2021 - 02/17/2021 |
| Wilbur Cross High School | <6 | 02/11/2021 - 02/17/2021 |
| Worthington Hooker School | <6 | 02/11/2021 - 02/17/2021 |
| Augusta Lewis Troup School | <6 | 02/04/2021 - 02/10/2021 |
| Barack H. Obama Magnet University School | <6 | 02/04/2021 - 02/10/2021 |
| Benjamin Jepson Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Celentano BioTech, Health and Medical Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Conte/West Hills Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Dr. Reginald Mayo Early Learning Center | <6 | 02/04/2021 - 02/10/2021 |
| East Rock Community Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Fair Haven School | <6 | 02/04/2021 - 02/10/2021 |
| Mauro-Sheridan Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Metropolitan Business Academy | <6 | 02/04/2021 - 02/10/2021 |
| Roberto Clemente Leadership Academy for Global Awareness | <6 | 02/04/2021 - 02/10/2021 |

💬 Message New Haven Public School Advocates

LIGHT003544

5:36



Roberto Clemente Leadership Academy for Global Awareness <6       02/04/2021 - 02/10/2021

Page 1

👍 Like          💬 Comment          ↪ Share

COVID-19_Cases_in_CT_Schools__By_School_-3

| | | |
|---|---|---|
| Ross/Woodward School | <6 | 02/04/2021 - 02/10/2021 |
| Wilbur Cross High School | <6 | 02/04/2021 - 02/10/2021 |
| Augusta Lewis Troup School | <6 | 01/28/2021 - 02/03/2021 |
| Barack H. Obama Magnet University School | <6 | 01/28/2021 - 02/03/2021 |
| Beecher School | <6 | 01/28/2021 - 02/03/2021 |
| Benjamin Jepson Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Clinton Avenue School | <6 | 01/28/2021 - 02/03/2021 |
| Columbus Family Academy | <6 | 01/28/2021 - 02/03/2021 |
| Conte/West Hills Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Dr. Reginald Mayo Early Learning Center | <6 | 01/28/2021 - 02/03/2021 |
| Hill Central Music Academy | <6 | 01/28/2021 - 02/03/2021 |
| Hill Regional Career High School | <6 | 01/28/2021 - 02/03/2021 |
| James Hillhouse High School | <6 | 01/28/2021 - 02/03/2021 |
| John C. Daniels | <6 | 01/28/2021 - 02/03/2021 |
| John S. Martinez Sea and Sky STEM School | <6 | 01/28/2021 - 02/03/2021 |
| King/Robinson Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Lincoln Bassett Integrated PK | <6 | 01/28/2021 - 02/03/2021 |
| Mauro-Sheridan Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Metropolitan Business Academy | <6 | 01/28/2021 - 02/03/2021 |
| Nathan Hale School | <6 | 01/28/2021 - 02/03/2021 |
| New Haven Academy | <6 | 01/28/2021 - 02/03/2021 |
| Ross/Woodward School | <6 | 01/28/2021 - 02/03/2021 |
| Sound School | <6 | 01/28/2021 - 02/03/2021 |
| Wexler/Grant Community School | <6 | 01/28/2021 - 02/03/2021 |
| Barnard Environmental Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Beecher School | <6 | 01/21/2021 - 01/27/2021 |
| Benjamin Jepson Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Columbus Family Academy | <6 | 01/21/2021 - 01/27/2021 |
| Conte/West Hills Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Edgewood School | <6 | 01/21/2021 - 01/27/2021 |
| King/Robinson Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Lincoln Bassett Integrated PK | <6 | 01/21/2021 - 01/27/2021 |
| Mauro-Sheridan Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Nathan Hale School | <6 | 01/21/2021 - 01/27/2021 |
| Wexler/Grant Community School | <6 | 01/21/2021 - 01/27/2021 |

Page 2

👍 Like          💬 Comment          ↪ Share

💬 Message New Haven Public School Advocates

LIGHT003545

5:42

New Haven Public School Advocates

Mar 6, 2021 · 🌐

| | |
|---|---|
| ds Architecture and Design Magnet School    <6 | 02/04/2021 - 02/10/202 |
| lioTech, Health and Medical Magnet School    <6 | 02/04/2021 - 02/10/202 |
| Hills Magnet School    <6 | 02/04/2021 - 02/10/202 |
| J Mayo Early Learning Center    <6 | 02/04/2021 - 02/10/202 |
| Community Magnet School    <6 | 02/04/2021 - 02/10/202 |
| School    <6 | 02/04/2021 - 02/10/202 |
| idan Magnet School    <6 | 02/04/2021 - 02/10/202 |
| 1 Business Academy    <6 | 02/04/2021 - 02/10/202 |
| mente Leadership Academy for Global Awareness    <6 | 02/04/2021 - 02/10/202 |

Page 1                                   Page 2

👍 Like          💬 Comment          ➡ Share

😮 1

5 Shares

Most relevant ⌄

**Jessica Light**
So it means greater than 6 staff and students at each of these schools?

2y    Like    Reply

✏ Author
**New Haven Public School Advocates**
Jessica Light this is just students, not including staff.

2y    Like    Reply                    1 👍

**Janet Palombo**
Jessica Light looks like less than 6.

2y    Like    Reply                    1 👍

Write a comment...          😀  GIF  ☺

Home    Friends    Watch    Marketplace    Notifications    Menu

LIGHT003546

5:35

<        Melody's post        •••

 **Melody Gallagher** shared a **post.**

Admin Mar 9, 2021 ·

So apparently these are the schools that have had positive student covid cases in NHPS since 1/19, as reported to the state and on the state website.

I believe this list is to be read that if a school is listed as <6 they had positive cases that week and that may mean 1,2,3,4, or 5 positive cases. (If I am reading it wrong please let me know.)

It seems we may be missing some letters here on this group page.
Also, I have heard of some schools with cases that I don't see listed on this list nor are there letters posted here.
Does anyone have any positive covid case letters that aren't posted here?
Or does anyone know of any cases we are missing on the list and in albums of letters?

Thank you!

**New Haven Public School Advocates**

Mar 6, 2021 ·
NHPS Covid reports to the State since Jan 19 reopening



[◎] Write a comment...    (ⓐ) (GIF) (☺)

              

Home    Friends    Watch    Marketplace   Notifications    Menu

LIGHT003547

5:37

Melody's post

〈                                    •••

👍 Like          💬 Comment          ➢ Send

👍 1

All comments ⌄

**Jessica Light**
I don't think letters were sent

2y    Like    Reply

**Melody Gallagher**
Jessica Light for your school?

2y    Like    Reply

**Jessica Light**
Hooker never sent a letter

2y    Like    Reply                    1 😮

**Melody Gallagher**
Jessica Light hmmm...
interesting- I thought that was
part of their protocol to notify
families and such.
How many cases? And what
week? Any quarantined?

2y    Like    Reply                    1 👍

Write a reply...

📷    Write a comment...    😄 GIF ☺

Home    Friends    Watch    Marketplace    Notifications    Menu

LIGHT003548

5:37

<  Melody's post  •••

 **Jessica Light**
We are listed at week of 2/11, I don't know the other answers for sure

2y   Like   Reply

 **Melody Gallagher**
Jessica Light thank you!

2y   Like   Reply

 Write a reply...

 Write a reply...

 **Michele Norwood**
Believe there is a case at our school. Fair Haven. Students, teacher and para are out and quarantined but no notification from admin. No letter from Dr. Tracey. Only info we are getting is through the rumor mill.

2y   Like   Reply

 **Melody Gallagher**
Michele Norwood Do you know how many are on quarantine? And is this from last week or a different week?

 Write a comment...

 Home    Friends    Watch    Marketplace    Notifications    Menu

LIGHT003549

5:37

 

‹    **Melody's post**    •••

**Michele Norwood**
Melody Gallagher I don't know how many.  From last week.

2y    Like    Reply

**Melody Gallagher**
Michele Norwood thank you!

2y    Like    Reply    1

**Michele Norwood**
Melody Gallagher you're welcome 😊

2y    Like    Reply

 ( Write a reply... )

**Melody Gallagher**
Michele Norwood also, by chance, did you all receive 2 other letters? Fair Haven is listed on the state list twice but there are no letters here.

2y    Like    Reply

**View 5 replies...**

 ( Write a reply... )

**Kenneth Caldwell**
Not all cases are or have to be

 Write a comment...

                    
Home    Friends    Watch    Marketplace    Notifications    Menu

LIGHT003550

  

 **Melody's post** •••

 **Kenneth Caldwell**
Not all cases are or have to be reported. I know that some kids tested positive on say a snow day or the weekend so they didn't get counted.

2y    Like    Reply

 **Jessica Light**
Kenneth Caldwell right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently

2y    Like    Reply

 **Kenneth Caldwell**
Yeah. Also, if the kid calls out and then tests positive it doesn't count. There are lots of ways to work around counting a case it seems.

2y    Like    Reply

 **Melody Gallagher**
Kenneth Caldwell interesting to know thank you! Does the contact tracing still take into account the 2 days prior to positive test results in those cases?

2y    Like    Reply

 Write a comment...

     
Home    Friends    Watch    Marketplace    Notifications    Menu

LIGHT003551

5:38

**Melody's post**

**Melody Gallagher**
Kenneth Caldwell interesting to know thank you! Does the contact tracing still take into account the 2 days prior to positive test results in those cases?

2y    Like    Reply

**Melody Gallagher**
Kenneth Caldwell and do not all cases have to be reported to the state or to the school community in the form of a letter, do you know?

2y    Like    Reply

Write a reply...

**Melody Gallagher**
My school is listed in 4 reporting weeks- so at minimum 4 cases. However, we have had only 2 letters with a total of 5 cases. Did they spread the 5 cases across 4 reporting weeks? Are there cases without letters? Maybe 2 of those weeks were remote learner cases? It's hard to make sense of the state vs dashboard vs letter data.

2y    Like    Reply                    1

Write a comment...

| Home | Friends | Watch | Marketplace | Notifications | Menu |
|------|---------|-------|-------------|---------------|------|

LIGHT003552

# EXHIBIT B

| From: | Anthony J. Interlandi |
|---|---|
| To: | Murphy, Peter J. |
| Cc: | Daniel Seiden; Paige Marut |
| Subject: | RE: Light v. NHBOE |
| Date: | Tuesday, December 12, 2023 3:17:00 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Peter –

I guess we don't have an agreement on Exhibit 7, which is too bad. The document has a few additional pages of comments to the original Facebook post. This is a post that your client relies on to support its defense(s). Yet, it has never produced the full post as it existed in March 2021 or as viewed by Misses Gethings and Clarino, or their direct reports. What your client produced is what my client previously submitted to the school district.

Your clients had plenty of time to review our opposition paperwork before oral argument and raise the issue of the document not being produced during discovery or the printing issue. They did not do so. I have since produced the document to you with a bates stamp. Obviously, Ms. Light did not have the document until recently.

I'd ask that your clients reconsider their position. If I don't hear from you by the close of business on Friday, then we will file a motion to supplement next week.

████████████████████████████████████████

Tony

Anthony J. Interlandi, Esq.
Berlin Phone/Text: (860) 969-2909
MonarchLawCT.com

---

**From:** Murphy, Peter J. <PJMurphy@goodwin.com>
**Sent:** Friday, December 8, 2023 10:25 AM
**To:** Anthony J. Interlandi <tony@monarchlawct.com>
**Cc:** Daniel Seiden <dan@monarchlawct.com>; Paige Marut <paige@monarchlawct.com>
**Subject:** RE: Light v. NHBOE

Tony,

My concern is that your proposed Exhibit 7 is not the same as the document

the parties apparently had back in 2022, or during discovery and depositions in this matter. That document, which is at both DEF 165 and LIGHT 2563, has excerpts of the Facebook post. What you have sent me as Exhibit 7 has numerous other pages that were not produced to us previously, and I had not seen previously. I do not object to you filing that as a corrected version of proposed Exhibit 7 if you want, as clearly the version before the Court did not print correctly. Please note, however, that I do object to the Court considering those additional pages since they were not produced previously and are different from the documents contained at DEF 165 and LIGHT 2563.



Peter

**SHIPMAN**

| | |
|---|---|
| **Peter J. Murphy**<br>Shipman & Goodwin LLP<br>Partner<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Tel: (860) 251-5950<br>Fax: (860) 251-5316<br>PJMurphy@goodwin.com<br>www.shipmangoodwin.com |

*Shipman & Goodwin LLP is a 2022 Mansfield Certified Plus Firm*

Disclaimer: Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Anthony J. Interlandi <tony@monarchlawct.com>
**Sent:** Thursday, December 7, 2023 1:55 PM
**To:** Murphy, Peter J. <PJMurphy@goodwin.com>
**Cc:** Daniel Seiden <dan@monarchlawct.com>; Paige Marut <paige@monarchlawct.com>
**Subject:** RE: Light v. NHBOE

*EXTERNAL EMAIL*

Attachment.

Anthony J. Interlandi, Esq.
Berlin Phone/Text: (860) 969-2909
MonarchLawCT.com

---

**From:** Anthony J. Interlandi
**Sent:** Thursday, December 7, 2023 1:55 PM
**To:** Murphy, Peter J. (Other) <PJMurphy@goodwin.com>
**Cc:** Daniel Seiden <dan@monarchlawct.com>; Paige Marut <paige@monarchlawct.com>
**Subject:** RE: Light v. NHBOE

Peter – Further to my email below, I bates-stamped the FB post (LIGHT3544-3552) and am producing it here in response to defs' RFP No. 4.

Anthony J. Interlandi, Esq.
Berlin Phone/Text: (860) 969-2909
MonarchLawCT.com

---

**From:** Anthony J. Interlandi
**Sent:** Wednesday, December 6, 2023 2:33 PM
**To:** Murphy, Peter J. (Other) <PJMurphy@goodwin.com>
**Cc:** Daniel Seiden <dan@monarchlawct.com>; Paige Marut <paige@monarchlawct.com>
**Subject:** Light v. NHBOE
**Importance:** High

Peter –

With regard to Ex. 7 of Ms. Light's affidavit, see attached, which was provided to you in court yesterday. This is the exact document that was uploaded/filed with the court with our opposition papers. As I stated, there appears to be an issue with this exhibit when the document is viewed and/or printed, *i.e.*, only a portion of the entire page appears.

I noticed that you had a copy with you at your table yesterday and it did not print correctly. Exhibit 7 is merely a more comprehensive version of what already appears in DEF 165 and LIGHT 2563. Please let me know if you agree to me filing a supplemental Exhibit 7 with the Court.





Tony



Anthony J. Interlandi, Esq.
Monarch Law LLC
Milford | Berlin
(f)(🖸)(in)

Berlin Office & Text: 860.969.2909 | Fax: 860.909.0039

**363 New Britain Road, First Floor, Berlin, CT 06037**

Dot Profile: https://dot.cards/employmentlawyer
Website: www.MonarchLawCT.com

**Employment Law | Personal Injury | Workers' Comp | Real Estate**



This email/fax and any files transmitted with it contain PRIVILEGED and CONFIDENTIAL information and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email/fax in error please notify the system administrator at tony@MonarchLawCT.com and delete the original message, including any attachments.

IRS CIRCULAR 230 DISCLOSURE: Pursuant to the requirements of IRS Circular 230, this communication (including any attachments) is not intended to be used and cannot be used by the recipient for the purpose of avoiding penalties that may be imposed by the IRS.