**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JESSICA LIGHT, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:22-cv-00425 (JAM) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| MARGARET-MARY GETHINGS in her | : | |
| individual capacity | : | |
|     Defendants. | : | March 7, 2024 |

<u>**OBJECTION TO MOTION TO SUPPLEMENT**</u>

The New Haven Board of Education (the "Board") and Margaret-Mary Gethings

("Gethings") (collectively, the "Defendants") and Jessica Light ("Ms. Light" or "Plaintiff")

(collectively "the Parties") respectfully object to Plaintiff's February 29, 2024 Motion to

Substitute Exhibit (Ecf 44), Defendants state the following:

1.      In the Motion, Plaintiff seeks to substitute a new, 8 page document ("the

Proposed Exhibit") as Exhibit 7 to Plaintiff's Objection to Defendants' Motion for Summary

Judgment ("the Objection").

2.      As filed, Exhibit 7 had formatting issues and was not legible. *See* Ecf 29-1, pg.

71-80.

3.      On December 6, 2023, Plaintiff provided Defendants with a legible, correctly

formatted copy of Exhibit 7. On December 7, 2023, Plaintiff provided Defendants with

another copy that was Bates Numbered LIGHT3544-3552, which is the Proposed Exhibit.

4.      The Proposed Exhibit is a lengthy series of posts on a Facebook group,

including posts from Plaintiff.

5.    At the relevant time in 2021 when Plaintiff alleges she was retaliated against for her Facebook posts, the parties were addressing screenshots of parts of the full Facebook thread contained in the Proposed Exhibit. Specifically, they were addressing the documents contained in the parties' respective discovery responses, which were Bates numbered DEF 119, DEF 165 and LIGHT 2563. *See* Exhibit A. Consequently, the Proposed Exhibit is inappropriate because it is an expansion of the documents addressed by the parties at the relevant time.

6.    Moreover, as noted above, the full exchange contained in the Proposed Exhibit was not provided to Defendants until after the Motion for Summary Judgment was fully briefed and argued to the Court.

7.    For these reasons, Defendants request that the Court deny Plaintiff's Motion to Substitute Exhibit.

DEFENDANTS,

NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS

By     /s/ *Peter J. Murphy*
　　　Peter J. Murphy
　　　Federal Bar No. ct26825
　　　For Shipman & Goodwin LLP
　　　One Constitution Plaza
　　　Hartford, CT  06103-1919
　　　Telephone: (860) 25l-5950
　　　Facsimile:  (860) 251-5316
　　　pjmurphy@goodwin.com
　　　Their Attorney

# EXHIBIT A

6/2/2021                                              View recent photos.jpeg

◀ Camera ⠐ 🔋                    **9:26 PM**                    58% 🔋

‹                          **March 10**
                            8:40 AM                          **Edit**



## 3 People ›

 **Jessica Light**
I don't think letters were sent
4 mins   Like   Reply   More

 **Melody Gallagher**
Jessica Light for your school?
4 mins   Like   Reply   More

 **Jessica Light**
Hooker never sent a letter                    ←
2 mins   Like   Reply   More

   Write a reply...

(F1)

Parents (Please see F2) became concerned. This comment was interpreted as negligence and thus built a lack of trust amongst the community

reported to the state and on the state website.

I believe this list is to be read that if a school is listed as
<6 they had positive cases that week and that may mean
1,2,3,4, or 5 positive cases. (If I am reading it wrong
please let me know.)

It seems we may be missing some letters here on this
group page.
Also, I have heard of some schools with cases that I don't
see listed on this list nor are there letters posted here.
Does anyone have any positive covid case letters that
aren't posted here?
Or does anyone know of any cases we are missing on the
list and in albums of letters?

Thank you!





⬆️                          ♡                          🗑️

DEF000119



**Melody Gallagher** shared a post.
Admin · March 9 at 5:59 PM · 🌐                    ···

So apparently these are the schools that have had positive student covid cases in NHPS since 1/19, as reported to the state and on the state website.

I believe this list is to be read that if a school is listed as <6 they had positive cases that week and that may mean 1,2,3,4, or 5 positive cases. (If I am reading it wrong please let me know.)

It seems we may be missing some letters here on this group page.... See More

**New Haven Public School Advocates**
March 6 at 3:01 PM · 🌐

NHPS Covid reports to the State since Jan 19 reopening

🏷 Positive Cases & Quarantine Letters

👍 1                                    23 Comments

👍 1                                    23 Comments

👍 Like                    💬 Comment

**Jessica Light**
I don't think letters were sent
Like · Reply · 2w

> **Melody Gallagher** Admin
> Jessica Light for your school?
> Like · Reply · 2w

> **Jessica Light**
> Hooker never sent a letter
> Like · Reply · 2w

> **Melody Gallagher** Admin
> Jessica Light hmmm... interesting- I thought that was part of their protocol to notify families and such.
> How many cases? And what week? Any quarantined?
> Like · Reply · 2w

> **Jessica Light**
> We are listed at week of 2/11, I don't know the other answers for sure
> Like · Reply · 2w

> **Melody Gallagher** Admin
> Jessica Light thank you!
> Like · Reply · 2w



Write a reply...                    ⊡ ☺ 📷 🎬 📄

**Kenneth Caldwell**
Not all cases are or have to be reported. I know that some kids tested positive on say a snow day or the weekend so they didn't get counted.
Like · Reply · 2w

> **Jessica Light**
> Kenneth Caldwell right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently
> Like · Reply · 2w

> **Kenneth Caldwell**
> Yeah. Also, if the kid calls out and then tests positive it doesn't count. There are lots of ways to work around counting a case it seems.
> Like · Reply · 2w

> **Melody Gallagher** Admin
> Kenneth Caldwell interesting to know thank you! Does the contact tracing still take into account the 2 days prior to positive test results in those cases?                    ···
> Like · Reply · 2w · Edited

> **Melody Gallagher** Admin
> Kenneth Caldwell and do not all cases have to be reported to the state or to the school community in the form of a letter, do you know?
> Like · Reply · 2w

Write a reply...                    ⊡ ☺ 📷 🎬 📄

On March 9th Melody Gallagher a representative from the Executive board for the New haven Teachers Union, posted that the state reported data indicated more cases than we had quarantine letters for. I stated factually that no quarantine letters had been by Hooker. I was then asked follow up questions and responded that I did not know the answers to most of her questions, but that Hooker was listed as having a student case during the week of 2/11. I also replied "right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently.

I was simply clarifying questions from colleagues about student data. This has absolutely nothing to do with teacher cases and yet it was brought up repeatedly during meetings about respecting teacher privacy.

DEF000165

**Melody Gallagher** shared a post
March 9 at 5:39 PM

So apparently these are the schools that have had positive student covid cases in NHPS since 1/19, as reported to the state and on the state website.

I believe this list is to be read that if a school is listed as <6 they had positive cases that week and that may mean 1,2,3,4, or 5 positive cases. (If I am reading it wrong please let me know.)

It seems we may be missing some letters here on this group page ... See More

New Haven Public School Advocates
March 9 at 3:01 PM

NHPS Covid reports to the State since Jan 19 reopening

Positive Cases & Quarantine Letters

👍 1                                                          23 Comments

👍 1                                                          23 Comments

👍 Like                              💬 Comment

**Jessica Light**
I don't think letters were sent
Like  Reply  2w

> **Melody Gallagher** Admin
> Jessica Light for your school?
> Like  Reply  2w

> **Jessica Light**
> Hooker never sent a letter
> Like  Reply  2w         1

> **Melody Gallagher** Admin
> Jessica Light hmmm... interesting- I thought that was part of their protocol to notify families and such.
> How many cases? And what week? Any quarantined?
> Like  Reply  2w        👍 1

> **Jessica Light**
> We are listed at week of 2/11, I don't know the other answers for sure
> Like  Reply  2w

> **Melody Gallagher** Admin
> Jessica Light thank you!
> Like  Reply  2w

Write a reply...                              😊 📷 🎞 GIF

**Kenneth Caldwell**
Not all cases are or have to be reported. I know that some kids tested positive on say a snow day or the weekend so they didn't get counted.
Like  Reply  2w

👤 **Jessica Light**
Kenneth Caldwell right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently
Like  Reply  2w

**Kenneth Caldwell**
Yeah. Also, if the kid calls out and then tests positive it doesn't count. There are lots of ways to work around counting a case it seems.
Like  Reply  2w

**Melody Gallagher** Admin
Kenneth Caldwell interesting to know thank you! Does the contact tracing still take into account the 2 days prior to positive test results in those cases?
Like  Reply  2w  Edited

**Melody Gallagher** Admin
Kenneth Caldwell and do not all cases have to be reported to the state or to the school community in the form of a letter, do you know?
Like  Reply  2w

Write a reply...                              😊 📷 🎞 GIF

LIGHT002563