UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA LIGHT | CIVIL ACTION NO: 3:22-CV-00425 (JAM) |
| **Plaintiff,** | |
| v. | |
| NEW HAVEN BOARD OF EDUCATION AND MARGARET-MARY GETHINGS in her individual capacity | |
| **Defendants.** | JULY 8, 2024 |

## CONSENT MOTION TO CONTINUE TRIAL MANAGEMENT CONFERENCE

The parties hereby respectfully request that the Court continue the Pre-Trial Conference scheduled for Friday, July 26th at 1:30 pm to Monday, July 29th at 1:30 pm. In support of this motion, the undersigned counsel represents that he is traveling back to Connecticut on July 26th with limited access via mobile phone. Although another attorney is available to attend the conference in his place, undersigned counsel prefers to attend the conference himself, in person. Defense counsel consents to this motion.

PLAINTIFF,

By: */s/ Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

## CERTIFICATION OF SERVICE

I hereby certify that on July 8, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Anthony J. Interlandi*
Anthony J. Interlandi

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**