**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **July 11, 2024** _____

_____**Light**_____

Vs.

_____**New Haven**_____

Start Time **9:27**_____ End Time **9:41**_____

Recess (if more than ½ hr) _____ to _____

Total Time _____hour(s) **14**_____minute(s)

Case # **3:22cv425**_____

Honorable Judge **Janet Bond Arterton**_____

Deputy Clerk **Diahann Lewis**_____

Counsel for Pla(s) **Interlandi**_____

Counsel for Dft(s) **Murphy**_____

Reporter/ECRO/Courtsmart **Diana Huntington**_____

Interpreter_____ Language _____

Hearing held ☐ in person ☐ by video ☑ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ◼ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

**NOTES**

**Pretrial conference is rescheduled to 7/29/2024 at 1:00 p.m.**

Motion to continue pretrial conference is granted.

Rev. 3/21/24