**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JESSICA LIGHT** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:22-cv-00425 (JAM)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **individual capacity** | : | |
| **Defendants.** | : | **JULY 12, 2024** |

## JOINT TRIAL MEMORANDUM

The parties respectfully submit this Joint Trial Memorandum in advance of the trial of this

action commencing on August 5, 2024.

### TRIAL COUNSEL

Plaintiff

Anthony J. Interlandi, Esq. (ct27512)
Monarch Law LLC
363 New Britain Road, First Floor
Berlin, CT 06037
Tel: (860) 969-2909
E-mail: tony@monarchlawct.com

Defendants

Peter J. Murphy, Esq. (ct26825)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5950
E-mail: pjmurphy@goodwin.com

1

## I.     JURY/NON-JURY

This case is to be tried to a jury.

## II.     LENGTH OF TRIAL

Plaintiff estimates that this case will take 6 to 7 days to try exclusive of jury selection. Defendants believe this case should take 3 to 5 days exclusive of jury selection.

## III.     NATURE OF CASE

### Plaintiff:

The Plaintiff's Amended Complaint (Doc. No. 6) sets forth two claims for retaliation: (1) Count One alleges a violation C.G.S. § 31-51q against Defendant New Haven Board of Education, and (2) Count Two alleges a violation of the First Amendment of the United States Constitution enforceable under 42 U.S.C. § 1983 against Defendant Margaret-Mary Gethings. The causes of action in Counts One and Two arise from the defendants' alleged conduct in retaliation of Plaintiff's protected, free speech. At all times relevant in the Amended Complaint, Plaintiff was a teacher at Worthington Hooker School in New Haven, Connecticut. Plaintiff seeks, among other things, money damages, including lost compensation, wages, and benefits, and compensation for emotional and physical distress.

Plaintiff also asserts a claim for defamation against Defendant Gethings in Count Four arising from the defendant's allegedly false statement that Plaintiff disclosed Teacher X's COVID status.[1] Plaintiff seeks, among other things, money damages, including lost compensation, wages, and benefits, punitive damages (actual malice), compensation for emotional and physical distress, and damage to her reputation.

---

[1] See the Court's Order dated March 19, 2024 (Entry No. 49.00).

**Defendants:**

Plaintiff is a teacher employed by the New Haven Board of Education.  At all relevant times, Plaintiff worked at Worthington Hooker, a school serving students from grade K through 8. Plaintiff has not been disciplined or terminated or suffered any other adverse employment action.  Indeed, Plaintiff remains employed at this time, and is expected to return to her teaching position for the 2024-2025 school year.  Nevertheless, Plaintiff brings free speech retaliation claims against the Board (CGS § 31-51q) and Margaret-Mary Gethings, the Principal at Worthington Hooker (42 U.S.C. § 1983). Defendants deny that any of the small acts that Plaintiff complains about, either individually or collectively, constitute an adverse employment action or discipline.  Even if they did, Defendants deny that any of those actions have a causal connection to incidents where Plaintiff may have engaged in protected speech.

Defendants agree that Plaintiff's defamation claim has been limited by the Court to just Ms. Gethings' false statement that Plaintiff disclosed Teacher X's COVID status.  Even as limited, Defendants believe Plaintiff's claim fails because any such statement was true or substantially true, was a statement of opinion, and is protected by the intracorporate communications privilege. Defendants deny that Plaintiff is entitled to any of the relief sought in the complaint.

## IV.    TRIAL BY MAGISTRATE JUDGE

The parties have not agreed to have this matter tried by a Magistrate Judge.

## V.    EVIDENCE

### a.  WITNESSES

**Plaintiff's List of Witnesses**

i.  **Jessica Light, Plaintiff**
New Haven, CT 06511
*Likely to be called*

Estimated Duration: direct, approx. 4 hours; cross-exam, 2 hours

3

<u>Summary of Testimony</u>: Plaintiff is expected to testify about all allegations in the Amended Complaint, including the negative treatment she received in response to her public speech and social media comments, severe emotional distress, and the slanderous statements made by Defendant Gethings.

ii. **David Bianchine, Plaintiff's Husband**
New Haven, CT 06511
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 1 hour; cross-exam, 30 minutes
<u>Summary of Testimony</u>: Mr. Bianchine is expected to testify about the Plaintiff's emotional distress.

iii. **Leslie Blattaue, President, Union NHFT Local 933**
Address unknown
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Ms. Blattaue is expected to testify about Defendant NHBOE's policies and procedures, her correspondence with the parties, her attendance at the various meetings alleged in the Amended Complaint and the investigations conducted by Ms. Bonner and Berchem Moses.

iv. **Taryn Bonner, Human Resources, New Haven Public Schools**
Address unknown
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Ms. Bonner is expected to testify about the three complaints alleged in the Amended Complaint, Defendant NHBOE's investigation of said complaints, Plaintiff's period of FMLA in late 2021, and Plaintiff's return-to-work in or around January 2022.

v. **Rebecca Goldberg**, **Esq.**
Berchem Moses PC, 75 Broad Street, Milford, CT 06460
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Attorney Goldberg is expected testify about her investigation of Plaintiff's complaint against Misses. Gethings and Clarino as well as her conclusion.

vi. **Christopher Henderson**, **Esq.**
Berchem Moses PC, 75 Broad Street, Milford, CT 06460
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes

<u>Summary of Testimony</u>: Attorney Henderson is expected testify about her investigation of Plaintiff's complaint against Misses. Gethings and Clarino as well as his conclusion.

vii. **Paul Testa**, **Esq**.
Berchem Moses PC, 75 Broad Street, Milford, CT 06460
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Attorney Testa is expected testify about her investigation of Plaintiff's complaint against Misses. Gethings and Clarino as well as his conclusion.

viii. **Gale Levin, M.D.**
Levin Psychiatric, LLC, 211 Osborn Ave, New Haven, CT 06511
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 1 hour; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Dr. Levine has been disclosed as one of Plaintiff's experts. She is expected to testify about her treatment of Plaintiff and opine on the issues of causation and damages

ix. **Nicole Ventura, MA, LPCA, RDT**
Dramatic Action Therapy, 85 Willow Street, New Haven, CT 06511
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 1 hour; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Ms. Ventura has been disclosed as one of Plaintiff's experts. She is expected to testify about her treatment of Plaintiff and opine on the issues of causation and damages.

x. **Melody Gallagher, Teacher and NHFT 933 Executive Board Member**
Address unknown
*Likely to be called*

<u>Estimated Duration</u>: direct, approx. 1 hour; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Ms. Gallagher is expected to testify about the NHPS Advocates and the Facebook posts and comments alleged in the Amended Complaint and produced in discovery.

xi. **Claire Rowe**
Address unknown
*Call as needed*

<u>Estimated Duration</u>: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
<u>Summary of Testimony</u>: Ms. Rowe is expected to testify about her relationship with the Plaintiff and the creation of their learning pod in or around the summer of 2020.

xii. **Judith Cavanaugh, Former New Haven Public School teacher**
Address unknown
*Call as needed*

Estimated Duration: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
Summary of Testimony: Ms. Cavanaugh is expected to testify about her attendance at the March 31, 2021 meeting, as alleged in Plaintiff's Amended Complaint.

xiii. **Dave Cicarella**, Former Member of Union NHFT Local 933
Address unknown
*Call as needed*

Estimated Duration: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
Summary of Testimony: Mr. Cicarella is expected to testify about Defendant NHBOE's policies and procedures, his correspondence with the parties, his attendance at the various meetings alleged in the Amended Complaint and the investigations conducted by Ms. Bonner and Berchem Moses.

xiv. **Pasquale ("Pat") DeLucia, Former Executive Vice President, Union NHFT Local 933**
Address unknown
*Call as needed*

Estimated Duration: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
Summary of Testimony: Mr. DeLucia is expected to testify about Defendant NHBOE's policies and procedures, his correspondence with the parties, his attendance at the various meetings alleged in the Amended Complaint and the investigations conducted by Ms. Bonner and Berchem Moses.

xv. **Sarah Miller, Co-Founder of the group NHPS Advocates**
*Address unknown*
*Call as needed*

Estimated Duration: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
Summary of Testimony: Ms. Miller is expected to testify about NHPS Advocates, her correspondence with Plaintiff in or around late 2020 through 2022 and her experience with the defendants during that time.

xvi. **Phyllis Maffuid**, NHBOE Employee
*Address unknown*
*Call as needed*

Estimated Duration: direct, approx. 30-60 minutes; cross-exam, 15-30 minutes
Summary of Testimony: Ms. Maffuid is expected to testify about any complaints she filed against Ms. Gethings, as well as the incidents that occurred on or about

May 26, 2021 and on September 21, 2021, including any statements provided by Ms. Maffuid to Rebecca Goldberg.

xvii. **All individuals/witnesses listed by the defendants**
*Call as needed*

xviii. **All necessary rebuttal and impeachment witnesses**
*Call as needed*

xix. **All witnesses necessary to authenticate or lay any evidentiary foundation or predicate required to admit any exhibit into evidence**
*Call as needed*

### Defendants' List of Witnesses

i. **Margaret-Mary Gethings, Defendant**
Principal, Worthington Hooker Elementary School
180 Cantor Street, New Haven, CT 06511
*Likely to be called*

Estimated Duration: direct, approx. 4 hours; cross-exam, 2 hours
Summary of Testimony: Principal Gethings is expected to testify about all allegations in the Amended Complaint, including the alleged incidents of protected speech, the alleged adverse employment actions and discipline, and the alleged damages claimed by Plaintiff, as well as any other issues raised by Plaintiff and witnesses she calls at trial.

ii. **Jenny Clarino**
Assistant Principal, Worthington Hooker Elementary School
180 Cantor Street, New Haven, CT 06511
*Call as needed*

Estimated Duration: direct, approx. 1 hours; cross-exam, 1 hours
Summary of Testimony: Assistant Principal Clarino is expected to testify about her meetings and interaction with Plaintiff, other staff members, and parents concerning Plaintiff and the allegations in the complaint.

iii. **Hilary Alden**
Teacher, Worthington Hooker Elementary School
180 Cantor Street, New Haven, CT 06511
*Call as Needed*

Estimated Duration: direct, approx. 1 hours; cross-exam, 1 hours
Summary of Testimony: Ms. Alden taught Plaintiff's child for one year, and Ms. Alden is likely to be called to present testimony concerning her interactions with Plaintiff when Plaintiff's child was in her class, the complaint she filed against Plaintiff, and Plaintiff's interaction and issues with Ms. Alden and other teachers at Worthington Hooker.

    iv. **Lisa (Mack) Flegler**
Director of Human Resources and Labor Relations
New Haven Public Schools
54 Meadow Street, New Haven, CT 06519
*Call as needed*

Estimated Duration: direct, approx. 1 hours; cross-exam, 1 hours
Summary of Testimony: Ms. Fiegler may testify about complaints submitted by and against Plaintiff, steps taken in response to such complaints, and personnel matters related to Plaintiff.

    v. **Taryn Bonner**
Labor & Relations Manager
New Haven Public Schools
54 Meadow Street
New Haven, CT 06519
*Call as needed*

Estimated Duration: direct, approx. 1 hour; cross-exam, 30 minutes
Summary of Testimony: Ms. Bonner may testify about complaints submitted by and against Plaintiff, steps taken in response to such complaints, and personnel matters related to Plaintiff.

    vi. **Phyllis Maffuid**,
Paraprofessional,
Worthington Hooker Elementary School
180 Cantor Street, New Haven, CT 06511
*Call as needed*

Estimated Duration: direct, approx. 30 minutes; cross-exam, 30 minutes
Summary of Testimony: Ms. Maffuid may testify about an incident where she covered Ms. Light's classroom, and her conversations with Ms. Light and Principal Gethings concerning the same.

    vii. **All individuals/witnesses listed by Plaintiff above.**
*Call as needed*

    viii. **All necessary rebuttal and impeachment witnesses.**
*Call as needed*

    ix. **All witnesses necessary to authenticate or lay any evidentiary foundation or predicate required to admit any exhibit into evidence.**
*Call as needed*

b.  **EXHIBITS**

### Plaintiff's Exhibit List

| Plaintiff's | Bates | Description | Objections |
|---|---|---|---|
| 1 | DEF000118 | AFT Letter | |
| 2 | LIGHT003544-46 | Facebook post by New Haven Public School Advocates with comments | Relevance. Not produced during discovery. |
| 3 | LIGHT003547-52 | Facebook post by Melody Gallagher with comments | No objection to 47-48, and 51. Object to rest of document. Relevance.  Not produced during discovery. |
| 4 | LIGHT000843-44 | Email from Gethings regarding social media post | |
| 5 | DEF000117 | Light 2020-21 TEVAL | |
| 6 | DEF000153-497 | Light Complaint | No objection to 153-165, which is Light's complaint.  Pages 166 to 497 are not Light's complaint. |
| 7 | DEF001839-41 | Alden Complaint, a/k/a "List of Concerns" | |
| 8 | DEF000099-149 | Retaliatory Complaint and Rebuttal to Light Complaint | |
| 9 | DEF000166-83 | Light Response to Alden Complaint | |
| 10 | LIGHT00238-43 | Gethings email response to Light re concerns from J. Light | |
| 11 | LIGHT002839-44 | Light response to Gethings' email re concerns from J. Light | |
| 11 | LIGHT214-15 | Email from Light to Bonner et all re Timeline | |
| 12 | LIGHT00216-7 | Email from Light to Bonner re Next Steps | |
| 13 | DEF000089-98 | Email from Bonner to Light re Rules of Engagement | |
| 14 | DEF000085-88 | Certification of Health Care Provider for Employee's Serious Health Condition under the FMLA | |
| 15 | DEF000488-512 | Investigatory Report by Attorney Goldberg | Relevance Usurps role of jury Hearsay Prejudicial |

9

| 16 | DEF000409-487 | Investigatory Report by Attorney Henderson | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 17 | DEF000397-408 | Investigatory Report by Attorney Testa | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 18 | DEF001154-55 | Email from Light to Bonner et al re Office Complaint reports | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 19 | DEF001151-1154 | Email from Light to Bonner et al re Official complaint reports | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 20 | DEF000978-79 | Email from Dr. Levin to Light re Jessica L's letter | |
| 21 | DEF000083 | Notice to Return to Work | |
| 22 | LIGHT002891 | Jan. 2022 letter from N Ventura | |
| 23 | DEF000772-73 | Jan. 2022 email from Dr. Levin | |
| 22 | DEF001661 | Email from Bonner to James Rascati re Request for Mediation | |
| 23 | DEF00077-82 | Email from Light to Bonner re Return to Work Notice | |
| 24 | DEF001622 | Letter from Tracey to Clarino re VERBAL WARNING | Relevance.<br>Prejudicial because it relies on BM report.<br>Usurps role of jury |
| 25 | DEF001624 | Letter from Tracey to Gethings re VERBAL WARNING | Relevance<br>Prejudicial because relies on BM report<br>Usurps role of jury |
| 26 | DEF001314-15 | Email from Hannans to Gethings re Grade 1 | Relevance.<br>Hearsay |
| 27 | DEF001017-20 | 1st classroom note | Hearsay<br>Foundation<br>Prejudicial<br>Relevance |
| 28 | Clarino Dep. Ex. 12 | 2nd classroom note | Hearsay<br>Foundation<br>Prejudicial<br>Relevance |

| | | | |
|---|---|---|---|
| 29 | N/A | Audio recording of November 2, 2020 meeting | |
| 30 | N/A | Audio recording of March 26, 2021 meeting | |
| 31 | N/A | Audio recording of March 31, 2021 meeting | |
| 32 | N/A | Audio recording of April 20, 2020 meeting | |
| 33 | N/A | Audio recording of January 14, 2021 meeting | |
| 34 | N/A | Audio recording of February 10, 2022 meeting | |
| 35 | N/A | Transcript of recorded November 2, 2020 meeting | |
| 36 | N/A | Transcript of recorded March 26, 2021 meeting | |
| 37 | N/A | Transcript of recorded March 31, 2021 meeting | |
| 38 | N/A | Transcript of recorded April 20, 2020 meeting | |
| 39 | N/A | Transcript of recorded January 14, 2021 meeting | |
| 40 | N/A | Transcript of recorded February 10, 2022 meeting | |
| 41 | LIGHT00268-90; 003519-30; 3603-08 | All Ventura/PTSD Center treatment notes and/or letters | |
| 42 | LIGHT003358-64; 003568-84; 601-02 | All Ventura/PTSD Center bills | |
| 43 | LIGHT003432-94; 003495-3518 | All Dr. Levin treatment notes and/or letters | |
| 44[2] | LIGHT003357; 003585-600 | All Dr. Levin bills | |

### Defendants' Exhibit List

| Defs' | Bates | Description | Objections |
|---|---|---|---|
| 1 | LIGHT86, 91 | New Haven Board of Education Minutes, January 11, 2021 | |
| 2 | LIGHT542 | 2.18.21 Email exchange S. Miller and J. Light | Relevance and hearsay. |
| 3 | LIGHT874 | 4.28.21 Email exchange with S. Miller and J. Light | Hearsay. |

---

[2] The parties will be providing the Court with copies of all exhibits that were objected to by the other party.

| 4. | LIGHT2453-54 | 10..9.20 Text message exchange with S. Miller | Relevance and hearsay. |
|---|---|---|---|
| 5. | LIGHT2455 | 10.11.20 Text message exchange with S. Miller | Relevance and hearsay. |
| 6. | LIGHT2448-49, 2457, 2502 | Text message exchanges with S. Miller on union representative | Unfair prejudice, relevance and hearsay. |
| 7. | LIGHT2463 | 10.26.20 text message with S. Miller on resignation | Unfair prejudice and hearsay. |
| 8 | LIGHT2494, 97-98 | Text messages with S. Miller on COVID cases | Unfair prejudice, relevance and hearsay. |
| 9 | LIGHT2505 | 3.28.21 text message with S. Miller on hiring a lawyer | Relevance and hearsay. |
| 10 | LIGHT1497 | 10.8.20 text with F. Silva | Unfair prejudice, relevance and hearsay. |
| 11. | LIGHT 840-41 | 3.2.21 Email from M. Gethings to school | |
| 12. | LIGHT901-902 | 5.4.21 Email from J. Light to D. Cicarella with newspaper article | |
| 13 | DEF00213-214 | 2.28.22 email exchange with P. Delucia and M. Gethings | |
| 14 | DEF00565-566 | Text messages to M. Gethings from teachers | |

## VI.   MOTIONS IN LIMINE

Plaintiff's motions in limine will be filed as separate entries on the docket as instructed.

## VII.   JURY TRIALS

### a.   Joint Brief Description of Case and Parties

The Plaintiff, Jessica Light, is a public-school teacher in New Haven, resident of New Haven, and parent of two children in New Haven public schools. The defendants are New Haven Board of Education and Margaret-Mary Gethings, Principal of Worthington Hooker School, in her individual capacity.

Jessica Light filed a lawsuit against the New Haven Board of Education and Principal Gethings for unlawful retaliation due to her constitutionally protected speech on COVID-19 safety measures, alleging violations of the First Amendment and Connecticut General Statute § 31-51q.

She also accuses Principal Gethings of defamation for falsely alleging she disclosed another teacher's COVID-19 status.

The Defendants deny all of Plaintiff's retaliation claims, asserting that Ms. Light did not suffer any adverse employment actions, that any personnel actions did not have any connection to Ms. Light's protected speech, and that they would have made the same decisions regardless of Ms. Light's protected activities. In addition, Defendants claim that Ms. Light's actions interfered with her job performance and work relationships, thus barring her claim under C.G.S. § 31-51q, and that Principal Gethings was acting within the scope of her job and is entitled to qualified immunity. Principal Gethings asserts three defenses in response to the defamation claim against her: (1) opinion, (2) truth or substantial truth, and (3) intracorporate communications privilege.

### b. **Joint Proposed *Voir Dire* Questions**

The parties' joint proposed questions are attached as Exhibit A.

### c. **Proposed Jury Instructions**

Plaintiff's proposed instructions are attached as Exhibit B.

Defendants' proposed instructions are attached as Exhibit C.

### d. **Proposed Verdict Form**

Plaintiff's proposed verdict form is attached as Exhibit D.

Defendants' proposed verdict form is attached as Exhibit E.

THE PLAINTIFF,                              THE DEFENDANTS,

BY:___/s/ct27512_____              BY:___/s/ct26825_____
Anthony J. Interlandi, Esq.              Peter J. Murphy, Esq.
tony@monarchlawct.com              pjmurphy@shipman.com