**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JESSICA LIGHT** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:22-cv-00425 (JAM)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **individual capacity** | : | |
| **Defendants.** | : | **JULY __, 2024** |

**<u>JOINT PROPOSED VOIR DIRE QUESTIONS</u>**

Please answer the following questions:

**I.     <u>General Voir Dire Questionnaire</u>**

1.  Your juror number.

2.  Are you currently employed.

    a.  If yes, who is your employer? How long have you worked there? What is your position?

    b.  If you are retired, where did you previously work? How long did you work at that job? What was your position?

    c.  If you are unemployed, what was your most recent job? How long did you work there? How did your employment end?

3.  What is your highest level of education?

4.  What is your marital status?

    a.  If you are married, what is your spouse's present employment?

    b.  If your spouse is retired, how was your spouse most recently employed?

5.  How many children do you have, if any? Are any of your children employed?

6.  Have you or anyone close to you ever worked as a lawyer, judge, or court officer or attended law school?

7.  Have you or anyone close to you ever been a plaintiff, defendant, or witness in a civil or criminal lawsuit? If yes, describe the nature of the lawsuit.

8.  Have you ever sat as a juror in a civil or criminal case before? If yes, please provide the court (federal or state), the type of jury service (civil, criminal, or grand jury); whether the jury reached a verdict, and if so, what it was.

9. Have you, any relative, or anyone close to you, ever been employed by any federal, state, or local law enforcement agency, or any private detective agency or security firm?

10. Is there any legal reason why you would not be able to serve as a juror, such as having been convicted of a crime?

11. Would you have any difficulty understanding and following the testimony at trial, such as any limitations with the English language?

12. Is there any health-related reason why you would not be able to sit through or otherwise participate in a trial?

**II.    <u>Supplemental Voir Dire Questionnaire</u>**

1. Do you know the Plaintiff in this case, Jessica Light?

2. Ms. Light is represented by Attorney Anthony J. Interlandi of Monarch Law LLC. Do you know Mr. Interlandi, or anyone who works at Monarch Law LLC?

3. Do you know the individual defendant in this case, Margaret-Mary Gethings, Principal at Worthington Hooker Elementary School?

4. The other defendant in this case is the New Haven Board of Education. Are you familiar with that entity?

5. Have you or anyone close to you ever spoke at a public meeting of the New Haven Board of Education?

6. Do you have children who currently attend a public school in New Haven?

7. Do you have children who attended a public school in New Haven?

8. Have you, your spouse, or any member of your family ever been employed by the New Haven Board of Education?

9. The defendants are represented by Attorney Peter J. Murphy of Shipman & Goodwin LLP. Do you know Mr. Murphy, or anyone who works at Shipman & Goodwin LLP?

10. Other than what you have just heard about this case in court today, are you familiar with this case in any way?

11. Do you know anyone else in the jury pool here today?

12. Potential witnesses: other than any of the parties you have already been introduced to the following individuals may serve as witnesses in this case, or otherwise may have relevant information about this case. If you know or know of any of the following people, please confirm:

    a. David Bianchine

    b. Leslie Blattaue

    c. Taryn Bonner

    d. Rebecca Goldberg

    e. Christopher Henderson

    f. Paul Testa

    g. Dr. Gale Levin

    h. Nicole Ventura

    i. Melody Gallagher

    j. Claire Rowe

    k. Judith Cavanaugh

    l. Pasquale ("Pat") DeLucia

    m. Jenny Clarino

    n. Phyllis Maffuid

    o. Dave Cicarella

    p. Sarah Miller

    q. Lisa (Mack) Flegler

13. Have you or anyone close to you had any dealings with the New Haven Board of Education or any specific schools within the New Haven Public School system that might affect your ability to be fair and impartial in hearing this case?

14. Have you or anyone close to you had experience with any school districts or boards of education in Connecticut or elsewhere that might affect your ability to be fair and impartial in hearing this case?

15. Have you or anyone close to you worked for or been a member of a teacher's union?

16. Have you or anyone close to you ever made a complaint or filed a lawsuit involving a claim of freedom of speech?

17. Have you or anyone close to you ever made a complaint or filed a lawsuit involving a claim of defamation?

18. Have you or anyone close to you ever been accused of or sued for violating someone's freedom of speech?

19. Have you or anyone close to you ever been accused of or sued for defamation?

20. Have you or anyone close to you had an experience involving an employment incident, or been disciplined by an employer, that might affect your ability to be fair and impartial in hearing this case?

21. Have you or anyone close to you had any experience involving the hiring, promotion, demotion, termination, or discipline of an employee - either as an employer, a supervisor, or an employee - that might affect your ability to be fair and impartial in hearing this case?

22. Have you or anyone close to you had any experience or hold any views about any workplace safety protocols, arguably put in place for COVID-related reasons, that might affect your ability to be fair and impartial in hearing this case?

23. Will you be able to wait until all of the evidence is presented before you make a decision about what happened in this case?

24. Do you believe that a party who has been sued probably did something wrong?

25. Do you have any feelings as to whether an employee is more likely to tell the truth than a member of management?

26. During the case, I will instruct you on the law you must apply to any facts that you hear. Does anyone have any reason or belief, such as a moral, philosophical, ethical, religious or any other belief, that might affect your ability to follow the law, as I will instruct you?

27. Because this is a civil case, if the Plaintiff prevails in proving her claim, the Defendants may be liable to the Plaintiff in damages. If damages are to be awarded, I will instruct you on the law to follow on damages. Does anyone know of any reason or have any belief that would affect your ability to follow my instructions on damages?

28. One of the parties in this case is a large school district. The plaintiff is an individual who works for that school district. If you were to determine, based on the evidence and the judge's instructions on the law, that the school district is not liable to the plaintiff, would you have any concerns about turning the plaintiff away with no damages?

29. If selected as a juror, does anyone have any problem following my instruction that they are not to discuss this case with anyone, read anything about this case or any of the subject matter involving it and not engage in any social media activities regarding this case, such as posting on Facebook, Twitter, Instagram, Snapchat, TikTok, or any media outlet, until their service as a juror has concluded?

30. **FINAL QUESTION:** Aside from everything that has already been asked and discussed, do you know of any other reason why you could not serve on this jury?

THE PLAINTIFF,

BY:   /s/ct27512
Anthony J. Interlandi, Esq.
tony@monarchlawct.com

THE DEFENDANTS,

BY:   /s/ct26825
Peter J. Murphy, Esq.
pjmurphy@shipman.com