Case 3:22-cv-00425-JBA    Document 68-4    Filed 07/12/24    Page 1 of 5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JESSICA LIGHT | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:22-cv-00425 (JAM) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| MARGARET-MARY GETHINGS in her | : | |
| individual capacity | : | |
| Defendants. | : | JULY 12, 2024 |

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

We, the jury, answer the questions submitted as follows:

**I.    CLAIMS**

1.  Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence the First Amendment retaliation claim against Defendant New Haven Board of Education as set forth in Count One of her Amended Complaint?

    a.  YES ___          NO ___

2.  Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence the First Amendment retaliation claim against Defendant Margaret-Mary Gethings as set forth in Count Two of her Amended Complaint?

    a.  YES ___          NO ___

3.  Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence her defamation claim against Defendant Margaret-Mary Gethings?

    a.  YES ___          NO ___

*If you answered "NO" to all of the questions above, then proceed directly to Part III.*

1
**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

*If you answered "YES" to any of the questions above, then proceed to Part IV, and consider damages only against the Defendant whom you found liable.*

**II.   DAMAGES[1]**

<u>NEW HAVEN BOARD OF EDUCATION</u>

4.  If you answered "Yes" to the liability question concerning Defendant New Haven Board of Education, then what amount of **compensatory damages**, if any, do you award Jessica Light:

    a.  $_____

5.  If you answered "Yes" to the liability question concerning Defendant New Haven Board of Education, but did not award Plaintiff Jessica Light any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to Jessica Light:

    a.  $_____

6.  If you answered "Yes" to the liability question concerning Defendant New Haven Board of Education, keeping in mind the Court's instruction on punitive damages, then do you choose to award punitive damages for the First Amendment retaliation claim to Jessica Light?

    a.  YES \_\_\_          NO \_\_\_

7.  If you answered "Yes" to No. 6 above, then what amount of money do you award as punitive damages for the First Amendment retaliation claim to Jessica Light?

    a.  $_____

---

[1] The parties agree on the questions in the Damages section but disagree on the questions in the preceding section.

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

<u>MARGARET-MARY GETHINGS</u>

8. If you answered "Yes" to any of the liability questions concerning Defendant Margaret-Mary Gethings, then what amount of compensatory damages, if any, do you award Jessica Light:

    a. $_____

9. If you answered "Yes" to any of the liability questions concerning Defendant Margaret-Mary Gethings, but did not award Plaintiff Jessica Light any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to Jessica Light:

    a. $_____

10. If you answered "Yes" to any of the liability questions concerning Defendant Margaret-Mary Gethings, keeping in mind the Court's instruction on punitive damages, then do you choose to award punitive damages to Jessica Light?

    a. YES ___       NO ___

11. If you answered "Yes" to No. 10 above, then what amount of money do you award as punitive damages to Jessica Light?

    a. $_____

12. If you answered "Yes" to the First Amendment claim concerning Defendant Margaret-Mary Gethings, keeping in mind the Court's instruction on emotional distress damages, then do you choose to award such damages to Jessica Light?

    a. YES ___      NO ___

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

13. If you answered "Yes" to No. 12 above, then what amount of money do you award as

emotional distress damages to Jessica Light?

    a.  $_____

14. If you answered "Yes" to the First Amendment claim concerning Defendant Margaret-Mary

Gethings, keeping in mind the Court's instruction on pain and suffering damages, then do you

choose to award such damages for the defamation claim to Jessica Light?

    a.  YES ___           NO ___

15. If you answered "Yes" to No. 14 above, then what amount of money do you award as pain and

suffering damages to Jessica Light?

    a.  $_____

16. If you answered "Yes" to the defamation question concerning Defendant Margaret-Mary

Gethings, keeping in mind the Court's instruction on general damages, then do you choose to

award such damages to Jessica Light?

    a.  YES ___           NO ___

17. If you answered "Yes" to No. 16 above, then what amount of money do you award as general

damages to Jessica Light?

    a.  $_____

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

18. If you answered "Yes" to the defamation question concerning Defendant Margaret-Mary

Gethings, keeping in mind the Court's instruction on special damages, then do you choose to

award such damages to Jessica Light?

    a.  YES ___          NO ___

19. If you answered "Yes" to No. 18 above, then what amount of money do you award as special

damages to Jessica Light?

    a.  $_____

## III.    CONCLUSION OF DELIBERATIONS

**Thank you. Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the Marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.**

_____   _____a.m./p.m.     _____
Date               Time                       Jury Foreperson

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**