**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JESSICA LIGHT** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:22-cv-00425 (JAM)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **individual capacity** | : | |
| **Defendants.** | : | **JULY 12, 2024** |

## DEFENDANTS' PROPOSED JURY VERDICT FORM

Defendants the New Haven Board of Education and Margaret-Mary Gethings (Defendants) submit this proposed verdict form for the jury to complete at the conclusion of the trial in this matter:

**I.    Count One - § 31-51q against the New Haven Board of Education**

1. Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that the Board disciplined her?

     YES ___          NO ___

     **If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of the Board on the First Count on Page 2.**

2. Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that her speech on a matter of public concern was a substantial motivating factor in her discipline?

     YES ___          NO _

     **If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of the Board on the First Count on Page 2.**

1

3. Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that her speech on an issue of public concern did not substantially or materially interfere with her bona fide job performance or her working relationship at Worthington Hooker?

YES ___          NO ___

**If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of the Board on the First Count on Page 2.**

## FIRST COUNT VERDICT

**On this Count (Violation of Conn. Gen. Stat. § 31-51q), we the jury find as follows:**

**For the Plaintiff _____          For the Defendant _____**

2

**II.    Count Two - § 1983 against Principal Gethings**

4.  Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that her she suffered an adverse employment action by Principal Gethings?

      YES \_\_\_           NO \_\_\_

**If your answer is "no," then enter a verdict in favor of Principal Gethings on the Second Count on Page 4.  If your answer is "Yes," then please list act or acts that you found constitute an adverse employment action, and then proceed to the next question:**

    **a.**  _____
    **b.**  _____
    **c.**  _____
    **d.**  _____
    **e.**  _____

5.  Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that her protected speech was a substantial motivating factor in her adverse employment action?

      YES \_\_\_           NO \_\_\_

**If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of Principal Gethings on the Second Count on Page 3.**

6.  Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that her speech on a matter of public concern was a substantial motivating factor in her discipline?

      YES \_\_\_           NO \_

**If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of Principal Gethings on the First Count on Page \_\_.**

7.  Do you find that Principal Gethings has proven by a preponderance of the evidence that she would have engaged in each of the same adverse employment actions against Plaintiff regardless whether Plaintiff engaged in protected speech?

      YES \_\_\_           NO \_

3

**If your answer is "No," then enter a verdict in favor of Plaintiff.  If your answer is "Yes," then enter a verdict in favor of Principal Gethings on the Second Count on Page 3.**

## SECOND COUNT VERDICT

**On this Count (Violation of 42 U.S.C. § 1983), we the jury find as follows:**

**For the Plaintiff** _____          **For the Defendant** _____

4

**III.    Count Three – Defamation against Principal Gethings**

8. Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that Principal Gethings published a defamatory statement to a third person?

        YES \_\_\_           NO \_\_\_

> **If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of Principal Gethings on the Third Count on Page 4.**

9. Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that the defamatory statement identified Plaintiff to a third person?

        YES \_\_\_           NO \_\_\_

> **If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of Principal Gethings on the Third Count on Page 4.**

10. Do you find that Plaintiff Jessica Light has proven by a fair preponderance of the evidence that her reputation suffered injury as a result of the statement?

        YES \_\_\_           NO \_\_\_

> **If your answer is "Yes," then proceed to the next question.  If your answer is "no," then enter a verdict in favor of Principal Gethings on the Third Count on Page 4.**

11. Do you find that Principal Gethings has proven by a fair preponderance of the evidence that her statement was true or substantially true?

        YES \_\_\_           NO \_\_\_

> **If your answer is "No," then proceed to the next question.  If your answer is "Yes," then enter a verdict in favor of Principal Gethings on the Third Count on Page 4.**

12. Do you find that Principal Gethings has proven by a fair preponderance of the evidence that her statement was privileged by the intracorporate communications privilege?

        YES \_\_\_           NO \_\_\_

> **If your answer is "No," then enter a verdict in favor of Plaintiff on the Third Count on Page 4. If your answer is "Yes," then please proceed to the next question.**

5

13. Do you find that Plaintiff has proven by a fair preponderance of the evidence that Principal

Gethings' statement, if privileged, was made with malice?

YES ___            NO ___

**If your answer is "No," then enter a verdict in favor of Principal Gethings on the Third Count on Page 4. If your answer was "Yes," then enter a verdict in favor of Plaintiff on the Third Count on Page 4.**

### THIRD COUNT VERDICT

**On this Count (Defamation), we the jury find as follows:**

**For the Plaintiff** _____        **For the Defendant** _____

6

**DAMAGES[1]**

14. If you answered "Yes" to the liability question concerning the New Haven Board of Education in Count One and/or the liability question concerning Principal Gethings in Count Two, then what amount of compensatory damages, if any, do you award Jessica Light:

     a. $_____

15. If you answered "Yes" to the liability question the New Haven Board of Education in Count One and/or the liability question concerning Principal Gethings in Count Two, but did not award Plaintiff Jessica Light any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to Jessica Light:

     a. $_____

16. If you answered "Yes" to the liability question concerning the § 31-51q claim against the New Haven Board of Education in Count One and/or the §1983 claim against Principal Gethings , keeping in mind the Court's instruction on punitive damages, then do you choose to award punitive damages to Jessica Light?

     a. YES ___          NO ___

17. If you answered "Yes" to No. 17 above, then what amount of money do you award as punitive damages for the § 31-51q claim to Jessica Light?

     a. $_____

---

[1] The parties' suggested instructions on damages are identical or substantially the same.

SG-21406374.1

18. If you answered "Yes" to the First Amendment claim concerning Defendant Margaret-Mary Gethings in Count Two, keeping in mind the Court's instruction on emotional distress damages, then do you choose to award such damages to Jessica Light?

    a.  YES ___         NO ___

19. If you answered "Yes" to No. 19 above, then what amount of money do you award as emotional distress damages to Jessica Light?

    a.  $_____

20. If you answered "Yes" to the defamation question concerning Defendant Margaret-Mary Gethings in Count Three, keeping in mind the Court's instruction on general damages, then do you choose to award such damages to Jessica Light?

    a.  YES ___         NO ___

21. If you answered "Yes" to No. 21 above, then what amount of money do you award as general damages to Jessica Light?

    a.  $_____

22. If you answered "Yes" to the defamation question concerning Defendant Margaret-Mary Gethings, keeping in mind the Court's instruction on special damages, then do you choose to award such damages to Jessica Light?

    a.  YES ___         NO ___

23. If you answered "Yes" to No. 23 above, then what amount of money do you award as special damages to Jessica Light?

    a.  $_____

24. If you answered "Yes" to the liability question concerning the defamation claim against Principal Gethings , keeping in mind the Court's instruction on punitive damages, then do you choose to award punitive damages to Jessica Light?

8

a.   YES ___              NO ___

25. If you answered "Yes" to No. 24 above, then what amount of money do you award as punitive

damages for the defamation claim to Jessica Light?

a.   $_____


**CONCLUSION OF DELIBERATIONS**

**Thank you. Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the Marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.**


_____     _____a.m./p.m.           _____
Date                Time                               Jury Foreperson


DEFENDANTS,
NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS

By____/s/ Peter J. Murphy_____
    Peter J. Murphy (ct26825)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Telephone: (860) 25l-5950
    Facsimile:  (860) 251-5316
    Their Attorney

9

SG-21406374.1