**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| **NEW HAVEN BOARD OF EDUCATION &** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
| | |
| **Defendants.** | |
| | **JULY 12, 2024** |

**PLAINTIFF'S MOTION IN LIMINE RE:**
**THREE BERCHEM MOSES INVESTIGATIVE REPORTS**

Plaintiff Jessica Light hereby requests that this Court admit into evidence three

Berchem Moses investigative reports as addressed in the attached memorandum in support, for

the reasons set forth therein.

> THE PLAINTIFF,
> JESSICA LIGHT
>
>
> By: */s/ Anthony J. Interlandi*
> Anthony J. Interlandi (ct27512)
> tony@monarchlaw.com

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

## CERTIFICATION OF SERVICE

I hereby certify that on July 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Anthony J. Interlandi*
Anthony J. Interlandi

**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039