**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| v. | |
| **NEW HAVEN BOARD OF EDUCATION &** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
| **Defendants.** | **JULY 12, 2024** |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE
RE: THREE BERCHEM MOSES INVESTIGATIVE REPORTS**

UPON CONSIDERATION of Plaintiff's Motion in Limine Re: Three Berchem Moses

Investigative Reports, it is hereby

ORDERED that the Motion is:

GRANTED   /   DENIED

ENTERED this _____ day of _____, 2024.

_____
Janet Bond Arterton
United States District Court Judge

1

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**