UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - x

JESSICA LIGHT,                              No. 3:22cv425(AVC)
                        Plaintiff,

        vs.

NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS.
                        Defendants.    December 19, 2022

- - - - - - - - - - x


DEPOSITION OF MARGARET-MARY GETHINGS


Taken before Cindy J. Carone, CCR 383, a Court Reporter and Notary Public, within and for the State of Connecticut, pursuant to Notice and the Federal Rules of Civil Procedure, at Monarch Law, 1 Schooner Lane, Unit 1C, Milford, Connecticut, on December 19, 2022, commencing at 10:07 a.m.


Falzarano Court Reporters, LLC
4 Somerset Lane
Simsbury, CT 06070
860.651.0258
www.falzaranocourtreporters.com

Do you see that?

A    Yes.

Q    Is that your signature at the bottom next to your name?

A    Yes.

Q    The four issues that you are addressing are in bullet points, correct?

A    Yes.

Q    Who typed this document?

A    Ms. Clarino.

Q    Did you have any input to revise any drafts before it was submitted to Ms. Bonner?

A    Yes.

Q    Did you ask Ms. Clarino to revise the letter before you both signed it?

A    I don't recall --

Q    You don't recall if you did or didn't?

A    -- any revisions.  I could have but I don't recall.  I wish that I -- we didn't use the strong word of "retaliatory".

Q    Yes.  Number two, you were filing a retaliatory complaint.

A    Yes.  Poor word choice.

Q    Why do you say that?

A    Well, in 30 years, I never had the experience

Falzarano Court Reporters, LLC

also constituted some kind of obstruction with the complaint that Ms. Light filed in or around the spring of 2021? I know about Mr. Jones.

A    Right.

Q    Was there anyone else that you maybe contacted and they kind of lumped that person in with Mr. Jones?

A    Not that I'm aware of.

Q    Your understanding is this was the only individual or potential witness that you reached out to and that they thought --

A    Yes.

Q    -- was improper?

A    I've been told it was because of the email to Mr. Jones.

Q    Okay.

A    I was told that by Taryn.

Q    Mr. Jones. Did I say Mr. Douglas?

A    No.

Q    Okay, good.

Are you aware of the *New Haven Public School Board of Ed Statement of Ethics for Administrators*?

A    Yes.

Q    Are you aware if there have been any revisions from the year 2000 to 2001 to 2022?