UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

- - - - - - - - - - x
JESSICA LIGHT,                        No. 3:22cv425(AVC)
                   Plaintiff,

        vs.

NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS.
                   Defendants.   February 17, 2023
- - - - - - - - - - x

DEPOSITION OF TARYN BONNER

Taken before Cindy J. Carone, CCR 383, a Court Reporter and Notary Public, within and for the State of Connecticut, pursuant to Notice and the Federal Rules of Civil Procedure, at Shipman & Goodwin LLP, 265 Church Street, Suite 1207, New Haven, Connecticut, on February 17, 2023, commencing at 9:24 a.m.

Falzarano Court Reporters, LLC
4 Somerset Lane
Simsbury, CT 06070
860.651.0258
www.falzaranocourtreporters.com

A    Yes.

Q    How did that come about?

A    Sure.  I mentioned that her initial complaint was assigned to me.  I met with Jessica maybe May of 2021.  I met with her twice, to hear her complaint and at the second step to hear her response to a separate matter.

After meeting with her, because her complaint was specific to two administrators, ultimately they had to receive notice of the complaint; so I notified the two administrators of the complaint sometime after meeting with Jessica.

Within a couple of days or maybe a week or so after that, I received notice of the complaint.  They responded with a rebuttal complaint.

If I recall correctly, in that rebuttal complaint there was some information that I was professionally concerned with as far the investigation, so I brought it to the attention of my supervisor and we brainstormed the best way to move forward in light of the concerns.

Next, while we're still thinking of the best way to move forward or if I just continue to move forward with Jessica's complaint, the City or the district received notice that Jessica had retained her

own attorney and there was possible litigation that could ensue.

So all of these things together, a little bit compounded by the fact that at the point it was the summer. I'm not sure how familiar you are with the school district but in the summer it completely shuts down except for payroll and for HR. Everybody else, it's a ghost town so it's harder to move things along.

So the complexity of how the case had grown, the timeliness, the delay in it being summer break, the team decided it might be best to pay a firm who had more staff, more resources, and hopefully more availability to get it done to take on the investigation at that point.

Q    The info that you received that was professionally concerning to you, what information was that?

A    In the rebuttal complaint from the administrators, there was a copy of an email to a teacher at Worthington Hooker school asking about a certain occurrence.

It was concerning to me because Jessica Light had identified that teacher as someone who could speak to one of things in her complaint. For me, the teacher was already on my witness list for Jessica's complaint.

Since that person's supervisor had reached out to them, that's not the normal course of how I would like to run an investigation, so I wanted to at least raise the concern that this was abnormal and how do we move forward from there.

Q    Do you recall who the witness was at the time?

A    I cannot.  I know it was a male teacher but I do not recall the name.

Q    That male teacher's supervisor was Ms. Gethings?

A    Yes.

Q    Was there any other information that you deemed professionally concerning to warrant you meeting with your supervisor to brainstorm ideas?

A    No.

Q    So then you brainstormed with Ms. Flegler?

A    First, yes.

Q    What were the ideas that results from your brainstorming?

A    That we should reach out to counsel to identify our concerns and get their thought as to the best next steps.

Q    You're referring to the district's legal counsel?