**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| **v.** | |
| **NEW HAVEN BOARD OF EDUCATION &** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
| **Defendants.** | |
| | **JULY 12, 2024** |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE**
**RE: TWO CLASSROOM NOTES**

UPON CONSIDERATION of Plaintiff's Motion in Limine Re: Two Classroom Notes, it is

hereby

ORDERED that the Motion is:

GRANTED     /     DENIED

ENTERED this _____ day of _____, 2024.

_____
Janet Bond Arterton
United States District Court Judge

1