

DEF001017



DEF001018



DEF001019



Jessica Light
(She/her)

DEF001020