Mrs. Light's To Do List

- ○ Wash hair
- ○ Leave or Just die

EXHIBIT

12

PENGAD 800-631-6989

JSF    5·18·23