UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JESSICA LIGHT**<br><br>    **Plaintiff,**<br><br>v.<br><br>**NEW HAVEN BOARD OF EDUCATION &<br>MARGARET-MARY GETHINGS in her<br>individual capacity**<br><br>    **Defendants.** | **CIVIL ACTION NO:**<br>**3:22-CV-00425 (JAM)**<br><br><br><br><br><br><br><br>**JULY 12, 2024** |

## PLAINTIFF'S MOTION IN LIMINE RE:
## FULL FACEBOOK POST WITH COMMENTS

    Plaintiff Jessica Light hereby requests that this Court admit into evidence the full Facebook post with comments as addressed in the attached memorandum in support of this motion for the reasons set forth therein.

                              THE PLAINTIFF,
                              JESSICA LIGHT


                        By: */s/ Anthony J. Interlandi*
                            Anthony J. Interlandi (ct27512)
                            tony@monarchlaw.com

## CERTIFICATION OF SERVICE

      I hereby certify that on July 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Anthony J. Interlandi*
                                  Anthony J. Interlandi

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039