UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| Plaintiff, | **3:22-CV-00425 (JAM)** |
| v. | |
| **NEW HAVEN BOARD OF EDUCATION & MARGARET-MARY GETHINGS in her individual capacity** | |
| Defendants. | **JULY 12, 2024** |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE RE: FULL FACEBOOK POST WITH COMMENTS**

UPON CONSIDERATION of Plaintiff's Motion in Limine Re: Full Facebook Post with Comments, it is hereby

ORDERED that the Motion is:

GRANTED    /    DENIED

ENTERED this _____ day of _____, 2024.

_____
Janet Bond Arterton
United States District Court Judge

1
MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039