5:36 

< **New Haven Public School Adv...**

 **New Haven Public School Advocates**
Mar 6, 2021 · 🌐

NHPS Covid reports to the State since Jan 19 reopening

😮 1              8 comments   5 shares

👍 Like          💬 Comment    ➤ Share

COVID-19_Cases_in_CT_Schools__By_School_-3

| School name | School total | Report period |
|---|---|---|
| Augusta Lewis Troup School | <6 | 02/25/2021 - 03/03/2021 |
| Barnard Environmental Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Benjamin Jepson Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Brennan Rogers School | <6 | 02/25/2021 - 03/03/2021 |
| Conte/West Hills Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Davis Academy for Arts & Design Innovation | <6 | 02/25/2021 - 03/03/2021 |
| East Rock Community Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Edgewood School | <6 | 02/25/2021 - 03/03/2021 |
| Hill Central Music Academy | <6 | 02/25/2021 - 03/03/2021 |
| John C. Daniels | <6 | 02/25/2021 - 03/03/2021 |
| John S. Martinez Sea and Sky STEM School | <6 | 02/25/2021 - 03/03/2021 |
| King/Robinson Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Mauro-Sheridan Magnet School | <6 | 02/25/2021 - 03/03/2021 |
| Nathan Hale School | <6 | 02/25/2021 - 03/03/2021 |
| Roberto Clemente Leadership Academy for Global Awareness | <6 | 02/25/2021 - 03/03/2021 |
| Ross/Woodward School | <6 | 02/25/2021 - 03/03/2021 |
| Celentano BioTech, Health and Medical Magnet School | <6 | 02/18/2021 - 02/24/2021 |
| East Rock Community Magnet School | <6 | 02/18/2021 - 02/24/2021 |
| James Hillhouse High School | <6 | 02/18/2021 - 02/24/2021 |
| John C. Daniels | <6 | 02/18/2021 - 02/24/2021 |
| Lincoln Bassett Integrated PK | <6 | 02/18/2021 - 02/24/2021 |
| Ross/Woodward School | <6 | 02/18/2021 - 02/24/2021 |
| Beecher School | <6 | 02/11/2021 - 02/17/2021 |
| Betsy Ross Arts Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Brennan Rogers School | <6 | 02/11/2021 - 02/17/2021 |
| Clinton Avenue School | <6 | 02/11/2021 - 02/17/2021 |
| Conte/West Hills Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Dr. Reginald Mayo Early Learning Center | <6 | 02/11/2021 - 02/17/2021 |
| Engineering - Science University Magnet School | <6 | 02/11/2021 - 02/17/2021 |
| Fair Haven School | <6 | 02/11/2021 - 02/17/2021 |
| Roberto Clemente Leadership Academy for Global Awareness | <6 | 02/11/2021 - 02/17/2021 |
| Ross/Woodward School | <6 | 02/11/2021 - 02/17/2021 |
| Truman School | <6 | 02/11/2021 - 02/17/2021 |
| Wilbur Cross High School | <6 | 02/11/2021 - 02/17/2021 |
| Worthington Hooker School | <6 | 02/11/2021 - 02/17/2021 |
| Augusta Lewis Troup School | <6 | 02/04/2021 - 02/10/2021 |
| Barack H. Obama Magnet University School | <6 | 02/04/2021 - 02/10/2021 |
| Benjamin Jepson Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Celentano BioTech, Health and Medical Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Conte/West Hills Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Dr. Reginald Mayo Early Learning Center | <6 | 02/04/2021 - 02/10/2021 |
| East Rock Community Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Fair Haven School | <6 | 02/04/2021 - 02/10/2021 |
| Mauro-Sheridan Magnet School | <6 | 02/04/2021 - 02/10/2021 |
| Metropolitan Business Academy | <6 | 02/04/2021 - 02/10/2021 |
| Roberto Clemente Leadership Academy for Global Awareness | <6 | 02/04/2021 - 02/10/2021 |

Page 1

💬 Message New Haven Public School Advocates

LIGHT003544

5:36 

← **New Haven Public School Adv...**

| School | Cases | Date Range |
|---|---|---|
| Roberto Clemente Leadership Academy for Global Awareness | <6 | 02/04/2021 - 02/10/2021 |

Page 1

👍 Like     💬 Comment     ↗ Share

COVID-19_Cases_in_CT_Schools__By_School_-3

| School | Cases | Date Range |
|---|---|---|
| Ross/Woodward School | <6 | 02/04/2021 - 02/10/2021 |
| Wilbur Cross High School | <6 | 02/04/2021 - 02/10/2021 |
| Augusta Lewis Troup School | <6 | 01/28/2021 - 02/03/2021 |
| Barack H. Obama Magnet University School | <6 | 01/28/2021 - 02/03/2021 |
| Beecher School | <6 | 01/28/2021 - 02/03/2021 |
| Benjamin Jepson Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Clinton Avenue School | <6 | 01/28/2021 - 02/03/2021 |
| Columbus Family Academy | <6 | 01/28/2021 - 02/03/2021 |
| Conte/West Hills Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Dr. Reginald Mayo Early Learning Center | <6 | 01/28/2021 - 02/03/2021 |
| Hill Central Music Academy | <6 | 01/28/2021 - 02/03/2021 |
| Hill Regional Career High School | <6 | 01/28/2021 - 02/03/2021 |
| James Hillhouse High School | <6 | 01/28/2021 - 02/03/2021 |
| John C. Daniels | <6 | 01/28/2021 - 02/03/2021 |
| John S. Martinez Sea and Sky STEM School | <6 | 01/28/2021 - 02/03/2021 |
| King/Robinson Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Lincoln Bassett Integrated PK | <6 | 01/28/2021 - 02/03/2021 |
| Mauro-Sheridan Magnet School | <6 | 01/28/2021 - 02/03/2021 |
| Metropolitan Business Academy | <6 | 01/28/2021 - 02/03/2021 |
| Nathan Hale School | <6 | 01/28/2021 - 02/03/2021 |
| New Haven Academy | <6 | 01/28/2021 - 02/03/2021 |
| Ross/Woodward School | <6 | 01/28/2021 - 02/03/2021 |
| Sound School | <6 | 01/28/2021 - 02/03/2021 |
| Wexler/Grant Community School | <6 | 01/28/2021 - 02/03/2021 |
| Barnard Environmental Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Beecher School | <6 | 01/21/2021 - 01/27/2021 |
| Benjamin Jepson Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Bishop Woods Architecture and Design Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Columbus Family Academy | <6 | 01/21/2021 - 01/27/2021 |
| Conte/West Hills Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Edgewood School | <6 | 01/21/2021 - 01/27/2021 |
| King/Robinson Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Lincoln Bassett Integrated PK | <6 | 01/21/2021 - 01/27/2021 |
| Mauro-Sheridan Magnet School | <6 | 01/21/2021 - 01/27/2021 |
| Nathan Hale School | <6 | 01/21/2021 - 01/27/2021 |
| Wexler/Grant Community School | <6 | 01/21/2021 - 01/27/2021 |

Page 2

👍 Like     💬 Comment     ↗ Share

💬 Message New Haven Public School Advocates

LIGHT003545

5:42

 **New Haven Public School Advocates**
Mar 6, 2021

| ds Architecture and Design Magnet School | <6 | 02/04/2021 - 02/10/202 |
| ioTech, Health and Medical Magnet School | <6 | 02/04/2021 - 02/10/202 |
| Hills Magnet School | <6 | 02/04/2021 - 02/10/202 |
| d Mayo Early Learning Center | <6 | 02/04/2021 - 02/10/202 |
| Community Magnet School | <6 | 02/04/2021 - 02/10/202 |
| School | <6 | 02/04/2021 - 02/10/202 |
| idan Magnet School | <6 | 02/04/2021 - 02/10/202 |
| Business Academy | <6 | 02/04/2021 - 02/10/202 |
| mente Leadership Academy for Global Awareness | <6 | 02/04/2021 - 02/10/202 |

Page 1        Page 2

👍 Like    💬 Comment    ➤ Share

😮 1

5 Shares

Most relevant ∨

 **Jessica Light**
So it means greater than 6 staff and students at each of these schools?
2y  Like  Reply

 🖉 Author
**New Haven Public School Advocates**
Jessica Light this is just students, not including staff.
2y  Like  Reply          1 👍

 **Janet Palombo**
Jessica Light looks like less than 6.
2y  Like  Reply         1 👍

Write a comment...

LIGHT003546

<     **Melody's post**     •••

**Melody Gallagher** shared a **post**.
Admin Mar 9, 2021 ·

So apparently these are the schools that have had positive student covid cases in NHPS since 1/19, as reported to the state and on the state website.

I believe this list is to be read that if a school is listed as <6 they had positive cases that week and that may mean 1,2,3,4, or 5 positive cases. (If I am reading it wrong please let me know.)

It seems we may be missing some letters here on this group page.
Also, I have heard of some schools with cases that I don't see listed on this list nor are there letters posted here.
Does anyone have any positive covid case letters that aren't posted here?
Or does anyone know of any cases we are missing on the list and in albums of letters?

Thank you!

> **New Haven Public School Advocates**
> Mar 6, 2021 ·
> NHPS Covid reports to the State since Jan 19 reopening

Write a comment...

Home   Friends   Watch   Marketplace   Notifications   Menu

LIGHT003547

5:37

<          Melody's post          •••

👍 Like     💬 Comment     ➤ Send

👍 1

All comments ⌄

**Jessica Light**
I don't think letters were sent

2y   Like   Reply

**Melody Gallagher**
Jessica Light for your school?

2y   Like   Reply

**Jessica Light**
Hooker never sent a letter

2y   Like   Reply     1 😮

**Melody Gallagher**
Jessica Light hmmm... interesting- I thought that was part of their protocol to notify families and such.
How many cases? And what week? Any quarantined?

2y   Like   Reply     1 👍

Write a reply...

Write a comment...    😀 GIF ☺

Home   Friends   Watch   Marketplace   Notifications   Menu

LIGHT003548

5:37

< Melody's post ...

**Jessica Light**
We are listed at week of 2/11, I don't know the other answers for sure

2y  Like  Reply

**Melody Gallagher**
Jessica Light thank you!

2y  Like  Reply

Write a reply...

Write a reply...

**Michele Norwood**
Believe there is a case at our school. Fair Haven. Students, teacher and para are out and quarantined but no notification from admin. No letter from Dr. Tracey. Only info we are getting is through the rumor mill.

2y  Like  Reply

**Melody Gallagher**
Michele Norwood Do you know how many are on quarantine? And is this from last week or a different week?

Write a comment...

Home  Friends  Watch  Marketplace  Notifications  Menu

LIGHT003549

## Melody's post

**Michele Norwood**
Melody Gallagher I don't know how many. From last week.

2y   Like   Reply

**Melody Gallagher**
Michele Norwood thank you!

2y   Like   Reply                    1 👍

**Michele Norwood**
Melody Gallagher you're welcome 😊

2y   Like   Reply

Write a reply...

**Melody Gallagher**
Michele Norwood also, by chance, did you all receive 2 other letters? Fair Haven is listed on the state list twice but there are no letters here.

2y   Like   Reply

View 5 replies...

Write a reply...

**Kenneth Caldwell**
Not all cases are or have to be

Write a comment...

Home   Friends   Watch   Marketplace   Notifications   Menu

LIGHT003550

**Melody's post**

**Kenneth Caldwell**
Not all cases are or have to be reported. I know that some kids tested positive on say a snow day or the weekend so they didn't get counted.

2y  Like  Reply

**Jessica Light**
Kenneth Caldwell right I think the rules around what is reported and not need to be clarified because different schools understand the regulations differently

2y  Like  Reply

**Kenneth Caldwell**
Yeah. Also, if the kid calls out and then tests positive it doesn't count. There are lots of ways to work around counting a case it seems.

2y  Like  Reply

**Melody Gallagher**
Kenneth Caldwell interesting to know thank you! Does the contact tracing still take into account the 2 days prior to positive test results in those cases?

2y  Like  Reply

Write a comment...

Home  Friends  Watch  Marketplace  Notifications  Menu

LIGHT003551

5:38

**Melody's post**

**Melody Gallagher**
Kenneth Caldwell interesting to know thank you! Does the contact tracing still take into account the 2 days prior to positive test results in those cases?

2y   Like   Reply

**Melody Gallagher**
Kenneth Caldwell and do not all cases have to be reported to the state or to the school community in the form of a letter, do you know?

2y   Like   Reply

Write a reply...

**Melody Gallagher**
My school is listed in 4 reporting weeks- so at minimum 4 cases. However, we have had only 2 letters with a total of 5 cases. Did they spread the 5 cases across 4 reporting weeks? Are there cases without letters? Maybe 2 of those weeks were remote learner cases? It's hard to make sense of the state vs dashboard vs letter data.

2y   Like   Reply                    1 👍

Write a comment...

Home   Friends   Watch   Marketplace   Notifications   Menu

LIGHT003552