

# New Haven Public Schools

## Employment Application

Openings as of 9/11/2022

| Teacher - Grade 3 | JobID: 4907 |
|---|---|

**Position Type:**
Certified Teacher/Elementary

**0**

Email To A Friend
Print Version

**Date Posted:**
6/22/2022

**Location:**
W. Hooker School

**Job Title:**
Teacher- Grade 3

**Location:**
New Haven Public Schools

**Compensation/Benefits/Opportunities:**
Local 933, New Haven Federation of Teachers
New Haven teachers are offered a variety of leadership development opportunities including but not limited to curriculum facilitator, teacher facilitator and the Yale-New Haven Teachers Institute. Additional benefits include community support, special federal/state loan forgiveness, and home buyer programs.

**Certification Requirements:**
Must possess and maintain the certification requirements as established by Connecticut State Statutes.
For information on how to obtain a Connecticut State Certification, please follow this link: How to obtain a Connecticut Educator Certificate.

Pre-K - 3 / K-6 Certification. (305)

**New Haven Public Schools Vision:**
We believe that all kids can learn, achieve, and rise to a bright future. Our purpose is to provide an outstanding education that extends beyond graduation and prepares our students to be the next generation of leaders, innovators and problem-solvers.

Engagement is the foundation of learning and growth, for students, adults, and the school district as a whole. We will be successful when all students actively engage in their own learning, when adults engage in their professional community, and when the school district is consistently learning and growing to respond to the needs of children and schools. We must all engage and

take collective responsibility for ensuring student success and wellbeing so that every child has a chance to rise.

To create this engagement, our vision is to build a portfolio of great schools that empower students to achieve success in college, career and life through purposeful, supportive and meaningful learning experiences. In crafting those learning experiences, we must strive to engage the whole child – the academic learning, the social-emotional growth, and health that enable students and schools to rise.

As we work, we hold tight to the values of collaboration, growth and innovation, and equity.

*An Equal Employment Opportunity and Affirmative Action Employer, M/F/V/D*

FMLA regulations require all employers to post the underlined FMLA notice.

**Powered by applicant tracking, a product of Frontline Education.**

# Jessica C. Light

1370 Ella T. Grasso Boulevard, New Haven, Connecticut
(646) 400-3638,  jessicalight@hotmail.com

| | |
|---|---|
| Certification | **Connecticut State Department of Education** Provisional Certificate, 013 Elementary, Grades K–6 <br> Expires March 19, 2021 |
| Education | **MA Elementary Education** Teachers College, Columbia University, New York City, New York <br> May 2010, 3.9 GPA <br><br> **BFA Theater Education** Virginia Commonwealth University, Richmond, Virginia <br> May 2005, Summa Cum Laude |

## Professional Teaching Experience

**Fifth Grade Classroom Teacher** Davis Street Magnet School, New Haven, Connecticut
September 2012–Present

**Fourth Grade Classroom Teacher** Davis Street Magnet School, New Haven, Connecticut
September 2010–June 2012

**Third Grade Summer School Teacher** Edgewood Magnet School, New Haven, Connecticut
June 2010–August 2010
Through a partnership with Davis Street School, I taught a voluntary enrichment summer school in which we researched ecosystems through the reading of informational texts and literature.  We then wrote and created our own books with collages and water color illustrations to show our expertise.

**Fourth Grade Teaching Assistant** P.S. 9, New York City, New York
September 2007 – February 2008
Tasked with instructing a small group of under-performing students, I created strategy groups to ensure the students' success on state tests. Tossing labels and traditional test-prep techniques aside, I presented highly effective, hands-on lessons. Every student passed both math and language arts tests.

**Middle School Classroom Drama Teacher** M.S. 224, New York City, New York
August 2006 – June 2007
Launching a multicultural, inquiry-based curriculum: "All the World is a Stage," I exposed seventh and eighth grade students to scripts and theatrical forms from around the globe. They then had the opportunity to write, direct and perform original works.

**Elementary Theater Teacher** Dallas Children's Theater, Dallas, Texas
May 2000 – August 2001
Teaching after-school acting classes at several Dallas-Area Elementary Schools and at the Dallas Children's Theater, I infused art and storytelling to create a developmentally-appropriate experience for all students. Through this work, I discovered my passion for education overshadowed any applause I could receive as an actor.

## Academic & Volunteer Teaching Experience

**Fifth Grade Student Teacher** P.S. 6, New York City, New York, January 2010 – May 2010

**Third Grade Student Teacher** P.S. 179, New York City, New York,  September 2009 – December 2009

**Volunteer Theater Teacher** Fox Elementary School, Richmond, Virginia, January 2006 – June 2006

**Literacy Coach** Oak Ridge Juvenile Correctional Center, Bon Air, Virginia, August 2005 – December 2005

**Theater Student Teacher** Lee Davis High School, Mechanicsville, Virginia, January 2005 – June 2005

## References

Available on request.

**From:** mailbot@applitrack.com
**Subject:** Your online application with New Haven Public Schools.
**Date:** June 24, 2022 at 8:49 AM
**To:** Jessica Light  jessica.light@new-haven.k12.ct.us



> CAUTION:
>
> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Jessica Light,

This message confirms submission of your online Application to New Haven Public Schools, at 6/24/2022 7:49:49 AM Central Time. Please review the messages and summary below.

For Certified Teacher Applicants:
-------------------------------------

This is a confirmation that the district has received your updated application.

Sincerely,

Human Resources Department

You can log back in to your Application at: http://www.applitrack.com/nhps/OnlineApp/

**Summary of Employment Desired**
Your Current Vacancies:
Certified Teacher
- JobID: 4624 - Teacher- Math Coach
- JobID: 4907 - Teacher - Grade 3

Other Areas and Future Interests:

## Murphy, Peter J.

**Subject:**          FW: Updates

---

**From:** LIGHT, JESSICA <JESSICA.LIGHT@new-haven.k12.ct.us>
**Sent:** Sunday, July 31, 2022 11:59 AM
**To:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>; CLARINO, JENNY <JENNY.CLARINO@new-haven.k12.ct.us>
**Subject:** Re: Updates

As you know I love teaching third grade and was extremely successful in that position as demonstrated by student growth.  I have previously applied and am asking for consideration for this position.

Thank you,
Jessica Light
(She/her)

---

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Sunday, July 31, 2022 10:43:42 AM
**To:** HOOKER MIDDLE - ALL <HOOKERMIDDLE-ALL@new-haven.k12.ct.us>; HOOKER ELEM - ALL <HOOKERELEM-ALL@new-haven.k12.ct.us>
**Subject:** Updates

Good morning-

Hope you are enjoying your summer! How quickly August has arrived!!

Please fill out this form with your tshirt size by August 5th.https://docs.google.com/forms/d/e/1FAIpQLSf2ckGpeQLF-ERYnzQAusOeoEvXM3Tn4fHx36Cfr4kd2tMMaA/viewform?usp=sf_link

A huge thank you to Mrs. Ackermann & Mr. Jake who have been coming in to help with so many tasks as we prepare for upcoming school year!!!!

This week we will start the return of our Weeding Wednesdays as we prepare to return to school. Please feel free to join us and/or post on your
Remind  https://www.signupgenius.com/go/10C0D4AA4A623AAF8C52-weeding

1

DEF001581