UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - x
JESSICA LIGHT,                          No. 3:22cv425(AVC)
                    Plaintiff,

        vs.

NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS.
                    Defendants.    December 19, 2022
- - - - - - - - - - x


DEPOSITION OF MARGARET-MARY GETHINGS


Taken before Cindy J. Carone, CCR 383, a Court Reporter and Notary Public, within and for the State of Connecticut, pursuant to Notice and the Federal Rules of Civil Procedure, at Monarch Law, 1 Schooner Lane, Unit 1C, Milford, Connecticut, on December 19, 2022, commencing at 10:07 a.m.


Falzarano Court Reporters, LLC
4 Somerset Lane
Simsbury, CT 06070
860.651.0258
www.falzaranocourtreporters.com

A    Not that I'm aware of.

Q    Was she ever assigned to Ms. Light's first grade classroom while Ms. Light taught at Worthington Hooker?

A    She was assigned to the first grade.  There were three sections of first grade and she's a paraprofessional.

Q    So, no?

A    Not specifically to her class.

Q    Was she removed from first grade?

A    Yes.

Q    Do you know why?

A    Student numbers and enrollment, and we needed support in second grade.

Q    Did you consider Ms. Light for the open third grade position at Worthington Hooker for the 2022/2023 school year since her child would no longer be a student in that grade?

A    Yes, I consider her because I knew she was interested.

Q    Did you interview her?

A    No.

Q    Why didn't you interview her?

A    Given the amount of time that she had missed in her first-grade experience, I am a firm believer

that you need to give things time.  And if I moved Ms. Light, I would also be moving other people.

So while this may be about Ms. Light, I had to consider the impact on everyone.  I had chosen to have her remain, given the amount of time she was out. Best interest of hers to stay, learn that curriculum and be there.

Q    She missed time from first grade.  Do you know why?

A    Yes.

Q    Tell me.

A    She was on *FMLA* for medical reasons.

Q    Had she taught first grade prior to reassignment in 2021 at Worthington Hooker?

A    Not that I'm aware of.

Q    I'm showing you Exhibit 20.  It appears to be an email that was sent by Mr. Pat DeLucia, who you mentioned earlier.

A    Yes.

Q    Let me know if you've seen this email before today.

A    I don't think I've seen this.

Q    You're referenced in there.  Margaret-Mary, that's you?

A    Yes.