**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JESSICA LIGHT | CIVIL ACTION NO: |
| | 3:22-CV-00425 (JAM) |
| **Plaintiff,** | |
| v. | |
| NEW HAVEN BOARD OF EDUCATION & MARGARET-MARY GETHINGS in her individual capacity | |
| **Defendants.** | JULY 12, 2024 |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE**
**RE: PLAINTIFF'S RECORDINGS AND/OR TRANSCRIPTS**
**OF MEETINGS**

UPON CONSIDERATION of Plaintiff's Motion in Limine Re: Plaintiff's Recordings

and/or Transcripts of Meetings, it is hereby

ORDERED that the Motion is:

GRANTED    /    DENIED

ENTERED this _____ day of _____, 2024.

_____
Janet Bond Arterton
United States District Court Judge

1