## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JESSICA LIGHT

      Plaintiff,

v.

NEW HAVEN BOARD OF EDUCATION &
MARGARET-MARY GETHINGS in her
individual capacity

      Defendants.

CIVIL ACTION NO:
3:22-CV-00425 (JAM)

JULY 12th, 2024

### AFFIDAVIT OF JESSICA LIGHT

I, Jessica Light, being duly sworn, hereby depose and say:

1. I am over eighteen years of age and believe in the obligation of an oath.

2. I have personal knowledge of the facts set forth in this affidavit, and the facts are true and accurate to the best of my knowledge and belief.

3. On November 2, 2020, at or around 10:00 a.m., I attended a meeting with Margaret-Mary Gethings and Jenny Clarino. The meeting was held remotely via video conference. I recorded audio of the meeting using my phone.

4. On March 26, 2021, towards the end of the school day, at or around 2:00 p.m., I attended an in-person meeting with Margaret-Mary Gethings and Jenny Clarino to discuss my teacher evaluation. I recorded audio of the meeting using my phone.

5. On March 31, 2021, I attended a meeting with Margaret-Mary Gethings, Jenny Clarino, Judith Cavanaugh, and Kathleen Morrison. The meeting took place in the afternoon and was held remotely via video conference. I recorded audio of the meeting using my phone.

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

6. On April 20, 2021, I attended a meeting with Margaret-Mary Gethings, Jenny Clarino, and David Ciccarella. The meeting took place in the afternoon and was held remotely via video conference. I recorded audio of the meeting using my phone.

7. On January 14, 2022, I attended a meeting with Taryn Bonner, Lisa Mack, Leslie Blatteau, and Pasquale ("Pat") DeLucia to discuss my return to work. The meeting took place in the morning and was held remotely via video conference. I recorded audio of the meeting using my phone.

8. On February 10, 2022, I attended a meeting with Margaret-Mary Gethings, Leslie Blatteau, Pasquale ("Pat") DeLucia, Jenny Clarino, and Sequella Coleman to discuss my return to work. The meeting took place in the morning and was held remotely via video conference. I recorded audio of the meeting using my phone.

9. All audio files were captured as voice memo recordings from my iPhone and have been saved and stored there since the recording dates. I did not alter or modify the recorded audio files on my iPhone before they were produced to the defendants in this case or to the court reporter for transcription.

JESSICA LIGHT

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

STATE OF CONNECTICUT )
) ss: Town/City: _Milford_
COUNTY OF NEW HAVEN )

Personally appeared, Jessica Light, who swore to and subscribed the above affidavit before me, this 12th day of July 2024.

_____
NOTARY PUBLIC / COMMISSIONER OF THE SUPERIOR COURT
Name: _Laura Campbell_

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

