**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| **v.** | |
| **NEW HAVEN BOARD OF EDUCATION &** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
| **Defendants.** | |
| | **JULY 12, 2024** |

**PLAINTIFF'S MOTION IN LIMINE RE:**
**DETAILS OF LIFE EVENTS THAT LED TO PLAINTIFF'S PRIOR DIAGNOSIS OF**
**POST-TRAUMATIC STRESS DISORDER**

Plaintiff Jessica Light hereby submits this motion in limine seeking the exclusion of specific facts and/or details that led to her prior diagnosis of post-traumatic stress disorder ("PTSD"). As set forth in the attached memorandum in support of this motion, Plaintiff does not seek to exclude general statements about her prior diagnosis or related medical treatment concerning the traumatic events that occurred in her adolescent life.

> THE PLAINTIFF,
> JESSICA LIGHT
>
> By: */s/ Anthony J. Interlandi*
> Anthony J. Interlandi (ct27512)
> tony@monarchlaw.com

1

## CERTIFICATION OF SERVICE

I hereby certify that on July 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Anthony J. Interlandi*
Anthony J. Interlandi

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**