**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JESSICA LIGHT | CIVIL ACTION NO: |
| | 3:22-CV-00425 (JAM) |
|     **Plaintiff,** | |
| | |
|  v. | |
| | |
| **NEW HAVEN BOARD OF EDUCATION &** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
| | |
|     **Defendants.** | |
| | JULY 12, 2024 |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE**
**RE: DETAILS OF LIFE EVENTS THAT LED TO PLAINTIFF'S PRIOR DIAGNOSIS OF**
**POST-TRAUMATIC STRESS DISORDER**

UPON CONSIDERATION, IT IS HEREBY ORDERED that defendants shall not present evidence or testimony of, argue or refer to, the facts and details of Plaintiff's abuse during her adolescent life and murder of her father which led to Plaintiff's prior diagnosis of post-traumatic stress disorder ("PTSD").

ORDERED that the Motion is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that defendants, defendants' counsel and defendants' witnesses shall:

1.  Not mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any evidence or facts regarding the sexual abuse that the Plaintiff suffered as a child from her biological father and the murder and death of her father by her ex-boyfriend, Welton;

2.  Not make any reference to the fact that this motion has been filed;

3.  Warn and caution each of defendants' witnesses to strictly follow the same instructions.

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

ENTERED this _____ day of _____, 2024.

_____
Janet Bond Arterton
United States District Court Judge

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039