# EXHIBIT 1

## (subject to Motion to Seal)