# EXHIBIT 2

## (subject to Motion to Seal)