# EXHIBIT 3

## (subject to Motion to Seal)