UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESSICA LIGHT, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:22-cv-00425(JBA) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| MARGARET-MARY GETHINGS in her | : | |
| individual capacity | : | |
| Defendants. | : | JULY 15, 2024 |

### DEFENDANTS' MOTION IN LIMINE TO PRECLUDE
### EVIDENCE OF ALLEGED SUBSEQUECT ACTS OF RETALIATION

Plaintiff Jessica Light has at all times been employed by defendant the New Haven Board of Education ("the Board"). In her complaint, Plaintiff alleges that she was retaliated against by the Board and by defendant Margaret-Mary Gethings, who at all times was the Principal at Worthington Hooker Elementary School. Plaintiff filed her complaint in this matter on March 30, 3022. *See* Ecf. 6. Defendants understand that Plaintiff may seek to admit testimony and exhibits related to acts occurring after the lawsuit was filed, contending that they are additional acts of retaliation by Principal Gethings or the Board. As established in the accompanying Memorandum of Law, any such evidence would mislead the jury, confuse the issues, usurp the jury's role, and be unduly prejudicial. Therefore, all such evidence should be precluded in its entirety.

SG-21406497.1

DEFENDANTS,
NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS

By____/s/ Peter J. Murphy_____
    Peter J. Murphy (ct26825)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Telephone: (860) 251-5950
    Facsimile:  (860) 251-5316
    pjmurphy@goodwin.com
    Their Attorney

2