# EXHIBIT 3



# BERCHEM MOSES PC

**INVESTIGATION REPORT**

**FOR THE NEW HAVEN BOARD OF EDUCTION**

*RE: Complaint by Hilarie Alden against Jessica Light*

By:  Christopher R. Henderson, Esq.
Berchem Moses, PC

## I.    BACKGROUND

Berchem Moses, PC was retained by the New Haven Public Schools to investigate a complaint filed by Worthington-Hooker 2nd grade teacher, Ms. Hillarie Alden against teacher, Ms. Jessica Light. Ms. Alden alleged, in part, that Ms. Light was blurring the lines as both a teacher and parent and, due to this, was mistreating Ms. Alden, who had Ms. Light's son in her 2nd grade class, in a manner that was unprofessional and hostile during the 2020-2021 academic year.

## II.    INVESTIGATION

a.  *Persons Interviewed[1]*
1.  Ms. Hilarie Alden (Complainant) – Worthington Hooker Elementary School, Second Grade Teacher
    1.  Interviewed In-Person 8/20/21 (with Union Steward Kathleen Morrison present)
    2.  Follow-Up Interview via Zoom 9/21/21 (with Union Steward Kathleen Morrison present)
2.  Ms. Margaret-Mary Gethings – Worthington Hooker Elementary School, Principal
3.  Ms. Jenny Clarino – Worthington Hooker Elementary School, Assistant Principal
4.  Ms. Jessica Light (Respondent) – Worthington Hooker Elementary School, First Grade Teacher[2]

b.  *Collateral Information*
1.  May 10, 2021 List of Concerns/Complaint By Ms. Alden
2.  May 14, 2021 New Haven Public Schools Email Receipt of Complaint
3.  May 19, 2021 Ms. Light's Response to Ms. Alden's List of Concerns
4.  Excerpts from Ms. Alden's Remind App Messages re: East Rock Park Event
5.  September 24, 2020 Email from Ms. Light to Ms. Gethings re. Ms. Alden East Rock Park Event
6.  September 3-8 Emails Between Ms. Light and Ms. Gethings re: Planning 3rd grade "meet and greet"
7.  November 21, 2020 Emails Between Ms. Alden and Ms. Light re: Ms. Light's son's work
8.  October 14, 2020 Email re. Ms. Light's Son and Reading Intervention
9.  Emails between Ms. Alden and Parent re: Houses Around the World Incident

---

[1] All parties interviewed were provided with an *Upjohn* Warning (an advisement to employees stating that communication between organization counsel and organization employees are privileged, but the privilege belongs to the organization and not the individual employee) and all parties acknowledged verbally that they understood the warning and wished to proceed with the interview.

[2] The relevant events of the complaint took place during the 2020-2021 academic year when Ms. Light was a Worthington Hooker Elementary School Third Grade Teacher.

{01560770.DOCX Ver. 1}

10. Collective Bargaining Agreement Between New Haven Board of Education and New Haven Federation of Teachers, Local 933 (2018-2021)
11. New Haven Public Schools Personnel Policies
     1. 4100 – Statement of Non-Discrimination
     2. 4101 – Harassment
12. New Haven Public School Policy – Students

c. *Interview Summaries*

### 1. *Ms. Hilarie Alden – Interviewed In-Person 8/20/21*

- Ms. Alden is entering into her third year at Worthington Hooker school as a teacher of the 2nd grade.
- Ms. Alden explained the organizational structure at Worthington Hooker generally stating that Ms. Margaret-Mary Gethings is the School Principal and Ms. Jenny Clarino serves as the Assistant Principal.
- Prior to the incidents commencing in Fall 2020, Ms. Alden described her dealings with Ms. Light as cordial. Ms. Alden described the work they were doing together in Summer 2020 around a play-based initiative for the school children. Ms. Alden described those interactions as positive, and that in their otherwise limited interaction with Ms. Light, all experiences were positive.
- A month prior to the start of school in Fall 2020, Ms. Alden was informed that Ms. Light's son would be entering her second grade class. She recalled being excited about having him in the class. Ms. Alden, however, was warned by the first grade teacher about negative experiences they had with Ms. Light as it relates to her son. Ms. Alden also learned that the school literacy coach had some negative experiences with Ms. Light with Ms. Light making many demands upon them and not letting the coach make the decisions based on their expertise.
- Ms. Alden described that the school went fully remote in Fall 2020 resulting in the creation of hybrid classrooms comprised of several learning pods. Ms. Alden states that Ms. Light's son was in a pod with two other children including the child of the then-PTA President.
- Ms. Alden, also described the basic purpose behind the Remind App which was to function as a channel between teacher, parent, and student for classroom related announcements and classwork assignments.

East Rock Park Meet & Greet

- In an effort to provide social and emotional engagement for her students, Ms. Alden planned an optional read-aloud event for her students, originally during the school day. Ms. Alden stated that prior to the event which was posted on the Remind App, Ms. Clarino informed her that the event would need to take place after school per school policies. As a result Ms. Alden changed the event from a read-aloud event to a "meet and greet" outside normal school hours. Ms. Alden reminded families who would be

{01560770.DOCX Ver. 1}

3

attending that masks and social distancing would be required. Ms. Alden was informed that Ms. Light had inquired originally about the event being held during school hours.

- Ms. Alden stated that the Light family came to the "meet and greet" as did Ms. Clarino. Ms. Alden stated Ms. Light's son was running around with other children and that she briefly had a conversation with Ms. Light and her husband at the event which she described as cordial.
- Ms. Alden received high praise about the event from other parents with some parents requesting more frequent events of that nature based on how much their children enjoyed it.
- Ms. Alden states that Ms. Gethings asked about the event due to a complaint from a parent but Ms. Alden does not recall if Ms. Gethings identified Ms. Light by name as the complainant.
  - o *[During 9/21/21 Follow-up meeting – Ms. Alden was asked how she found out that Ms. Light had expressed concerns about the event to school-level administrators]*
    - Ms. Alden asked Ms. Clarino for permission to host an event for her students during the day. Ms. Clarino agreed to the idea. Ms. Alden sent a message through the Remind App to parents discussing the event.
    - Ms. Alden learned of Ms. Light's concerns when Ms. Clarino told her that Ms. Light had approached Ms. Gethings questioning why Ms. Alden gets to hold an event during school hours and she cannot not.
    - Ms. Clarino was informed that events during school hours were not allowed and told Ms. Alden she needed to change the time of the event to after school.
    - Ms. Alden cannot recall if she had a conversation with Ms. Gethings about Ms. Light's concerns.

November Parent Teacher Conference

- Ms. Alden described that throughout the semester she would send messages through the Remind App about school work assignments and other classroom announcements. Ms. Alden noted that parents were given the option to use the app to engage with the teacher.
- Ms. Alden stated that there was a parent-teacher conference in the middle of November. During the conference with Ms. Light and her husband, Ms. Alden noted the conference was uneventful until Ms. Alden brought forward concerns about Ms. Light's son's missing homework. Ms. Alden stated after making that point, the meeting turned hostile and confrontational.
- Ms. Alden stated that she sent reminders to parents about turning in homework assignments and even allowed Ms. Alden's son to turn in work in-person to make it easier. Ms. Alden emphasized this when asked about whether she provided more frequent progress reports to the Light family that Ms. Light's son was falling behind. Ms. Alden notes, however, that Ms. Light and her son did not take advantage of the in-

person option; Ms. Alden stated that Ms. Light wanted more personalized messages about what exactly Ms. Light's son needed to turn in.

  o *[During 9/21 Follow-up meeting – Ms. Alden was asked how the parent teacher conference was before the parties discussed missing homework assignment]*
    - Ms. Alden stated that parent/teacher conferences are scheduled for 15 minutes but the one with the Light family took 45 minutes.
    - Ms. Alden stated that it was a lengthy but normal conference and reflected that the Light family had a lot of questions and there was a lot of back and forth.
    - Ms. Alden said the meeting only became tense at the very end when she showed the Light family Ms. Light's son's report card encouraging the family and the son to turn work in using Google Classroom.

- Ms. Alden noted that several other students were also not turning in assignments, resulting in Ms. Alden speaking with the parents about ensuring the assignments do get turned in to properly evaluate the student's progress. Ms. Alden said those students and families made the appropriate correction and it worked out without any further issues. Ms. Alden also pointed out that she tried to set-up her Google Classrooms in an organized way.

- Ms. Alden further described Ms. Light's follow-up response to the conference by sending her over 35 emails with Ms. Light's son's late work which Ms. Alden found inappropriate[3].

- As a result of this conference and follow-up, Ms. Alden requested the assistance of Ms. Gethings and Ms. Clarino specifically to attend the follow-up meeting to the original parent-teacher conference.

- During the second meeting, Ms. Alden highlighted the fact that she was disappointed in Ms. Light's approach as a teacher colleague and the meeting concluded with Ms. Light's husband expressing that he had never been so offended in his life.

  o *[During the 9/21/21 follow-up meeting Ms. Alden was asked about her tone during the second conference*
    - Ms. Alden was asked if she yelled or raised her voice during the meeting to which she stated that she did not yell or raise her voice but was very "direct" in her tone. While Ms. Alden was disappointed about the Light family's reaction, she did not yell. She stated she was very clear in the words that she used. Ms. Alden said neither Ms. Gethings nor Ms. Clarino expressed concern with her tone of voice during that meeting.]

- December Follow-Up
  o Ms. Alden conveyed that Ms. Clarino reached out to Ms. Light's husband to see how the semester was progressing with their son turning in assignments. Ms. Alden stated that Ms. Clarino received a long email response diving into everything Ms. Alden was not doing. Ms. Alden further conveyed that the administration had a follow-up meeting with Ms. Light's husband and were blown

---

[3] In Ms. Alden's "List of Concerns" she noted that Ms. Light sent the 35 emails to her personal email but during the 9/21/21 follow-up meeting when asked to clarify that point, Ms. Alden stated the email was sent to her school email address but the point of her concern was that Ms. Light sent 35 emails to her over the weekend.

away by the detail and thoroughness of his response regarding Ms. Alden's teaching.

o In the context of Ms. Light's husband's response, Ms. Light's husband brought forward concerns about the "Houses Around the World" video that Ms. Alden had shown in class. Ms. Light's husband was also concerned about some web links Ms. Alden provided to her students that he said contained inappropriate violent descriptions of historical events. This complaint about the contents of the video and links was conveyed to Ms. Alden. Ms. Alden stated that she felt really hurt by the accusation that by showing this video that she was somehow a racist. Ms. Alden described that she would post content based on a theme of the day and the "Houses Around the World" video was in support of one of these "day of" themes.

o *[During the 9/21/21 Follow-Up meeting Ms. Alden was asked if any parents affiliated with the Anti Racist Anti Biased ("ABAR") group reached out to her]*

- When asked if any parent affiliated with ABAR reached out to her to discuss the "Houses Around the World" video, Ms. Alden stated she received a Remind app message and then a phone call from another parent, Dr. Grossman.
- Ms. Alden said that Dr. Grossman heard from other parents (Ms. Alden believes a parent in Ms. Light's son's learning pod) about the video. Ms. Alden stated that Dr. Grossman said he did not want to make the call, that he could not believe the allegations, but nevertheless spoke very favorably of Ms. Alden.
- Regarding the video, Ms. Alden noted that the video was shown as part of class content about "Roofs around the world". Ms. Alden noted that she provided appropriate commentary about the video to the students and did not simply ask them to watch the video without any context.
- Ms. Alden was asked if any school administrators talked to her about the video. Ms. Alden said that she provided Ms. Clarino and Ms. Gethings a walk-through of her Google classroom. In addition, they talked about the video and Ms. Alden said they agreed that Ms. Alden should make every effort to ensure focus on multi-culturalism. Ms. Clarino noted that they collectively agreed to take down the link regarding "This day in history" to prevent the students from searching the sites and the web containing other content they were not intended to access.

- Seeking Advice
  o When asked about seeking advice from other teachers about how to manage a relationship with a colleague who is also a parent, Ms. Alden stated that she is not someone who gossips but wanted to speak with other teachers what she could do internally. Other teachers allegedly conveyed that they have had similar issues with the Light family's approach and that Ms. Alden's experience was not unique.

- COVID Protocols
  o Ms. Alden described a Zoom meeting held in early 2021 regarding the return of in-person learning. Ms. Alden stated that a fellow parent, in Ms. Light's son's

{01560770.DOCX Ver. 1}

6

learning pod, asked questions that could only be asked if they were influenced by a teacher working within the school. Ms. Alden said that one of the parents was asking very specific, seemingly scripted questions, about capacity for students in the classrooms and space between desks.

- Statements to BOE
  - o Ms. Alden was asked if she had attended any Board of Education meetings and stated that she had attended via Zoom. Ms. Alden recalled Ms. Light stating to the Board, "I don't want to die" in reference to COVID. Ms. Alden felt that Ms. Light's comments to the Board and on other social media platforms has made her very uncomfortable to express opinions in and around Ms. Light. Ms. Alden stated that Ms. Light's comments created a distrust between other parents and teachers. Moreover, Ms. Alden feels silenced and unable to voice opinions for fear that Ms. Light will convey those opinions negatively on social media.
- General Concerns
  - o Ms. Alden stated that if she is aware that Ms. Light is involved in a particular committee or other school initiative, she will ask HR and school administrators for her not to be involved as Ms. Alden does not want to work with Ms. Light.
  - o Ms. Alden was asked about her comments about the Board addressing the issue with Ms. Light, functioning as both a parent and a teacher. Ms. Alden hoped that Ms. Light would be collegial as a parent and understand the importance of respecting the role of the teacher.
  - o Ms. Alden stated that there were no further issues in Spring 2021 with the exception of Ms. Light's son making comments that he does not like Ms. Alden and related comments undermining her as his teacher.
  - o Ms. Alden has not received other complaints from parents but only from Ms. Light and her husband.
  - o Ms. Alden feels that staff meetings are no longer a safe space to communicate when Ms. Light is there.
- Gethings/Clarino Influence
  - o Ms. Alden was asked if Ms. Gethings or Ms. Clarino influenced her to file her complaint, she stated, "no, not at all." *[During the 9/21/21 follow-up meeting, Ms. Alden was asked again about external influences and unequivocally stated she was in no way influenced by any school administrator to file the complaint.]*
    - ▪ *[During the 9/21/21 follow-up meeting, Ms. Alden was asked why she waited until the end of the Spring semester to file her complaint]*
      - • Ms. Alden discussed why she waited until the end of the Spring semester to file the complaint. She noted that part of it was her concern about Ms. Light's son returning to the classroom at the end of spring break and the fear that the Light family would respond to everything sent home and question everything she was doing.
      - • Ms. Alden also stated the timing of the complaint was based on the constant messages coming from school administration about changes coming the following year, the fact that much of the staff

- meeting discussion focused on preferences for the following year, and the desire to not work with Ms. Light in the following year.
  - Ms. Alden said during her TEVAL with Ms. Clarino, she made it clear she did not want to teach with Ms. Light. Ms. Alden spoke with the union about her concerns as far back as December when she was advised to take notes and not take any action unless the situation escalated. Ms. Alden originally sent her list of concerns to Ms. Morrison, which triggered the union trying to facilitate a mediation with Ms. Light and Ms. Alden. Ms. Alden said Ms. Light did not wish to meet and after that time, Ms. Alden sent her complaint officially to HR.]

  - When asked why she believed Ms. Light reacted the way she did during the school year with respect to her son and Ms. Alden's teaching, she believes Ms. Light interpreted her comments about Ms. Light's son as questioning Ms. Light's parenting. Ms. Alden stated that she was in no way doing that but just wanted Ms. Light's son to turn in his work so she could help him along with his progress in 2nd grade.
  - Ultimately, Ms. Alden said that as a result of the complaint, she hopes that no other teacher has to go through what she did with the Light family and that all teachers can express their educational perspectives without retaliation or fear.

### 2. *Ms. Margaret-Mary Gethings – Interviewed In-Person 8/23/21*

- General
  - Ms. Gethings serves as the Principal for the Worthington Hooker School and has been in that role for approximately four years.
  - Ms. Gethings stated in relation to her experience with Ms. Light that Ms. Light has been a teacher at Worthington Hooker for about 6 to 8 years. Ms. Gethings described her as a creative and passionate teacher who is heavily involved in the school but notes that she does not always get along with others.
  - Ms. Gethings states that she had had a very good relationship with Ms. Light and found Ms. Light often praising her for her own work. This was the case until December 2020 when Ms. Gethings began to discuss changing Ms. Light's grade assignment for the following academic year.
  - As it relates to Ms. Alden, Ms. Gething stated that she hired Ms. Alden, and while she is not Ms. Alden's Instructional Manager, she has found Ms. Alden to be a remarkable teacher, devoted, and an amazing asset to the school.
- East Rock Outing
  - Ms. Gethings expressed that she was not specifically involved in the planning of Ms. Alden's read-aloud event but had encouraged teachers to plan outdoor activities.
  - Ms. Gethings stated that perhaps the district message was unclear that there were not to be activities such as the one Ms. Alden was planning during school hours. Ms. Gethings was under the impression that Ms. Clarino mistakenly believed activities during school hours were permitted when they were not.

- Ms. Gethings stated that Ms. Light received a message through the Remind App from Ms. Alden to her class regarding an event during school hours. As a result, Ms. Light approached Ms. Gethings inquiring whether the rule had changed. Ms. Gethings thought Ms. Light was concerned about this because if the event was during the school day she would be unable to attend with her son due to her own teaching obligations. Ms. Gethings informed Ms. Light that the policy had not changed and subsequently informed Ms. Clarino that Ms. Alden's event would need to take place after school hours.
- Ms. Gethings stated that after the event that was held after school, she asked Ms. Light how the event went. Ms. Gethings stated Ms. Light complained about both the lack of a planned activity and the lack of masking and social distancing observed.
- Ms. Gethings stated that she did not receive complaints from other parents expressing concern about the lack of activities, or the lack of masking and social distancing. In fact, Ms. Gethings heard nothing but positive feedback from other parents about the event.

- Parent-Teacher Conference
  - Ms. Gethings stated that Ms. Alden asked her and Ms. Clarino for support after the first parent-teacher conference with Ms. Light and her husband. Ms. Gethings stated that she and Ms. Clarino agreed and came to the meeting to find ways to help support Ms. Light's son.
  - Ms. Gething said the meeting was not great and that Ms. Light's husband did most of the talking. Ms. Gethings stated that she could feel the tension and found the exchange odd in light of the fact that Ms. Alden and Ms. Light had worked collaboratively on the play-based initiative during the previous summer.
  - Ms. Gethings discussed how Ms. Light's husband was upset with Ms. Alden about her classroom set-up but Ms. Gethings stated that Ms. Alden's Google Classroom was the model for the school.
  - Ms. Gethings felt that Ms. Light and her husband were trying to find fault with Ms. Alden with respect to their son, and as a result continued to find fault with everything Ms. Alden did. During the meeting, Ms. Gethings said that everyone seemed defensive.
  - As it relates to the need to provide progress reports to the Light family, if Ms. Light's son was falling behind, Ms. Gethings stated that would occur if an intervention was needed. However she noted that was not at issue with Ms. Light's son as it was more about turning in work so Ms. Alden could evaluate his work in order to determine if an intervention was needed in the first place.
  - When asked if Ms. Gethings apologized for Ms. Alden's statements during the parent-teacher conference follow-up, Ms. Gethings stated no, she only apologized for what had happened but not for Ms. Alden's statements. In that vein, she would not know what she was apologizing for.
  - Based on subsequent correspondence, it was determined, according to Ms. Gethings, that Ms. Light's husband would be the spokesperson for their son going forward.
  - Ms. Gething stated she also received an email from Ms. Light's husband regarding the showing of the "Houses Around the World" video. Within that context Ms. Gethings discussed the role of the Anti-Biased Anti-Racism group at the school and stated that the group has no official relationship to the school but is a group comprised of school community members that has gathered to discuss school culture and equity.

- o According to Ms. Gethings, only Ms. Light's husband complained about the "Houses Around the World" video even though Ms. Light's husband said another parent was irate about the video. Ms. Gethings stated that she received no complaint from this irate parent.
- o Ms. Light's husband also pointed out problematic content with a link Ms. Alden provided to the class. The link related to content around "this day in history" and inappropriate material contained within the link. Ms. Gethings stated that Ms. Alden was informed to remove that link.
- o As to the school administration's response to the "Houses Around the World" video, Ms. Gethings discussed it with the District as well as Ms. Clarino and did not see a need to address the issue. Ms. Alden appropriately narrated throughout the video providing it relevant context. Overall, Ms. Gethings was not concerned about the video.

- General
    - o Ms. Gethings was asked if other teachers had expressed concern about Ms. Light's behavior. Ms. Gethings stated that other people are offended by her comments and by her dramatic approach. She stated that some teachers had complained about the lack of communication from Ms. Light when she served as the teacher liaison to the PTA. Ms. Gethings also commented that Ms. Light's past grade level partner did have a good relationship with her, but others in the school do not want to work with her. Ms. Gethings did not identify who these others were.
    - o When asked about Ms. Light's public utterances, Ms. Gethings stated that her comments did not pertain to Ms. Alden but focused more about the district not following certain policies related to re-opening of schools. Ms. Gethings said that Ms. Light would speak for a long time at BOE meetings about reopening. Ms. Gethings expressed that she wished Ms. Light would address her concerns at the school level first before voicing them at BOE meetings.
    - o Ms. Gethings was asked about the occasion when a 2nd grade parent and PTA President asked about touring the building during a meeting with 2nd grade parents regarding reopening protocols. Ms. Gethings said that they hosted remote meetings with all grades to discuss the reopening in Spring 2020 and to answer questions from parents. Ms. Gethings said that meetings in all grades went very well except for the 2nd grade meeting. Ms. Gethings stated that the questions asked by the 2nd grade parent were very focused and ridden with fear derived from Ms. Light's influence as some of questions assumed information only a teacher would be aware of. The meeting was uncomfortable according to Ms. Gethings and found the question about whether the parent could tour the building with a checklist inappropriate in light of the fact that the Superintendent of Schools and the local health department had already done so and found the school protocols adequate to ensure community safety.
    - o When asked about Ms. Light's social media post about positive cases in the school, Ms. Gethings stated there were no known exposure in the school at any time the school was in session. Despite this, Ms. Gethings felt that Ms. Light's posts inaccurately influenced other parents leading them to believe the school was unsafe.
    - o In discussing how the second semester went with respect to the other parent teacher conferences between the Lights and Ms. Alden, Ms. Gethings stated they went fine and described them as night and day from the previous

conferences. Ms. Gethings noted that Ms. Clarino was in attendance for all of the remaining parent-teacher conferences.

o   Ms. Gethings did comment that she thought that many of the concerns about Ms. Alden were brought forward by Ms. Light's husband and not Ms. Light herself.

o   Ms. Gethings was asked whether she was attempting to exclude Ms. Light from committee assignments, whether she coached Ms. Alden to file the complaint or influenced the content of the complaint, or if she harbored any animus towards Ms. Light, and to each of those questions, Ms. Gethings answered in the negative.

### 3.   *Ms. Jenny Clarino – Interviewed In-Person 8/24/21*

- General /Intro
    - o   Ms. Clarino has serves as the Assistant Principal at Worthington Hooker School
    - o   In regards to her relationship with Ms. Alden, Ms. Clarino describes her as a strong and receptive teacher who is coachable and has a passion and drive to ensure her students do well. Ms. Clarino says she is a teacher that goes above and beyond. Ms. Clarino added that Ms. Alden is in her second career as a teacher and is used to being successful and brings that energy into her classroom.
    - o   As it relates to Ms. Light, Ms. Clarino said that Ms. Light had been in another building but seemed highly regarded by Ms. Gethings which made her believe that Ms. Light was highly respected by the Worthington Hooker community.
    - o   Ms. Clarino added that after the first parent-teacher conference, Ms. Alden felt attacked. When Ms. Light sent Ms. Alden her son's homework assignments on a Saturday morning through 30 emails, Ms. Clarino felt that Ms. Light's actions were very targeted. Ms. Clarino felt that Ms. Alden was highlighting a small issue about Ms. Light's son's assignments and as a result of the exchange, believed Ms. Alden felt like she was always being judged.
- East Rock Outing
    - o   Ms. Clarino stated that she had misconceptions about the District policy regarding hosting events during school hours. She learned from Ms. Gethings that events would need to be planned after school hours. Ms. Clarino expressed that she learned of this fact after Ms. Light inquired with Ms. Gethings about Ms. Alden's planned event during school hours. According to Ms. Clarino, Ms. Light "lost it" when she learned that Ms. Alden was planning a read-aloud event during school hours.
    - o   Ms. Clarino stated she attended the rescheduled event that occurred after school hours and described the event as "amazing." While Ms. Clarino said she came to the event late, she noted that kids were wearing masks and were laughing having a good time while the parents seemed to have fun as well.
    - o   Ms. Clarino was not aware of any complaints about the event but was told by Ms. Gethings that Ms. Light had complained to her following the event about the lack of planned activities, and the lack of masking and social distancing.
- Parent-Teacher Conferences
    - o   Ms. Clarino and Ms. Gethings agreed to assist Ms. Alden with the follow-up meeting to the November parent-teacher conference and went into the meeting looking for positive outcomes.
    - o   Ms. Clarino expressed that Ms. Alden was simply pointing out to the Light family of the need to send in assignments, and it seemed that the Light family was

taking the point personally. Ms. Clarino said that during the meeting Ms. Alden was crying expressing how hurt she was by Ms. Light as a fellow educator.

- During the meeting, they worked out an arrangement for Ms. Light's son to turn in assignments in person. Ms. Clarino highlighted that this type of arrangement was not typical during hybrid learning but noted such an arrangement . to turn in work in a different manner than other students was a typical modification.
- Ms. Clarino discussed that she attended all subsequentconferences with Ms. Alden and Ms. Light's husband. Ms. Clarino would occasionally write to Ms. Light's husband asking how the school year was going. Ms. Light's husband did write back and Ms. Clarino was surprised how critical he was of Ms. Alden's teaching and classroom set-up. When Ms. Light's husband expressed concerns about the organization of the digital classroom and expressed concerns about the "Houses around the world' video, Ms. Clarino met with Ms. Alden to see her Google Classroom. Ms. Clarino found that Ms. Alden's Google Classroom could have been a model for the school. As it related to the video, Ms. Clarino said nothing needed to be done but encouraged Ms. Alden to be more mindful of what she was posting and to ensure she reviews all aspects of a video or link before posting to ensure it is school age-appropriate.
    - Ms. Clarino noted that Ms. Light's husband stated that other parents were complaining about the "Houses" video and if the administration did not address it appropriately, he would encourage other parents to lodge their complaints. Ms. Clarino stated she received no further complaints about the video.
- Ms. Clarino also stated that the Anti Biased Anti Racist group apologized to Ms. Alden clarifying that they did not believe posting the "Houses" video made her a racist.
- General
    - Ms. Clarino was asked if others in the school have complained about Ms. Light. Ms. Clarino provided an example of Ms. Kathleen Morrison having some difficulty with Ms. Light since Ms. Light's older son was in Ms. Morrison's class. On one occasion, Ms. Light was allegedly waiting outside Ms. Morrison's class pacing back and forth waiting to address Ms. Morrison on an issue with her son.
    - Ms. Clarino expressed that she was concerned that some of Ms. Light's comments have affected parents and caused them to put their backs up. Moreover, Ms. Clarino says some people do not like what Ms. Light has to say.
    - Ms. Clarino said, in particular, that Ms. Alden has been most affected by Ms. Light. Ms. Clarino serves as Ms. Alden's instructional manager and has sensed a real heaviness to Ms. Alden.
    - Ms. Clarino sensed that everything changed when they discussed grade changes with Ms. Light. She stated that Ms. Light's third grade partner, who is a highly regarded third grade teacher, expressed concern about Ms. Light's son being in his class and being subject to the same treatment as Ms. Alden. Ms. Clarino stated the other third grade teacher surprisingly wanted to change grades to avoid having to teach Ms. Light's son.
    - Ms. Clarino said that others do not want to work with Ms. Light.
    - On the topic of Ms. Light's social media postings and public utterances, Ms. Clarino only stated that she had asked Ms. Light to give her and Ms. Gethings time to address her issues regarding COVID protocols before going to the BOE.
    - Ms. Clarino also addressed the reopening orientations with the different grade levels and expressed that only the 2nd grade meeting was uncomfortable. During

the meeting Ms. Clarino stated that Ms. Light's camera was off and another parent asked several questions that seemed could only be asked by a teacher in the building. One such question that the parent continued to inquire about was the number of desks allowed in a classroom. Specifically, the parent was looking for a firm number of the maximum number of desks allowed without understanding that the number of desks would be based on need and the number of school children returning to that classroom. Overall, Ms. Clarino felt sad how the meeting went and how it created a lack of trust between the school and the parents.

- General Continued
  - o Ms. Clarino said the second half of the year was uneventful and she did not hear of any further complaints as it relates to Ms. Alden and the Light family. Ms. Clarino would check in with Ms. Light's husband regarding Ms. Light's son and would often not receive a reply.
  - o Ms. Clarino did note that Ms. Light's son made some odd remarks once he returned to in-person learning. According to Ms. Clarino, the son was alleged to have said to Ms. Alden "I don't like you" or "I cannot wait to be out of this school." Ms. Clarino stated that Ms. Light's son seemed really mad at Ms. Alden.
- Gethings/Clarino Impact on Filing the Complaint
  - o Ms. Clarino was asked if she was attempting to exclude Ms. Light from committee assignments, whether she encouraged Ms. Alden to file the complaint, or whether she harbored any animus against Ms. Light and to each she answered in the negative.
  - o As it relates to issues concerning a false narrative about Ms. Light perpetuated by Ms. Clarino, Ms. Clarino stated she had not created a false narrative. She noted that other teachers in the school see social media posts that mention Worthington Hooker. Ms. Clarino commented further that she had no idea regarding the allegation that Ms. Light's social media actions were reflected in Ms. Light's TEVAL.
    - ▪ Relatedly, Ms. Clarino commented on one post made by Ms. Light showing a chart depicting Worthington Hooker as having less than 6 COVID cases. The relevance of this issue is that any positive cases in the school would be reported to parents in a letter from the school. Ms. Light's post could have resulted in school administration losing credibility with the parents because it made it seem that the school was not informing parents of positive cases. According to Ms. Clarino, there were no positive cases in school. She notes there was one teacher who tested positive but did not physically enter the school and thus there was no obligation to inform the parent community.

### 4. *Ms. Jessica Light – Interviewed via Zoom 9/17/21 (with Union Representative Pat Deluca*

- Professional Background
  - o Ms. Light has worked for New Haven Public Schools for approximately 12 years.
  - o Ms. Light currently serves as a 1st grade teacher at Worthington-Hooker Elementary school.
  - o During the 2020-2021 academic year, Ms. Light was the 3rd grade teacher at Worthington Hooker and served in that capacity for 4 years.

- o According to Ms. Light, she had no negative evaluations and noted during the pandemic year that the District dispensed with their normal numerical evaluation system but prior to that she had received the highest numerical rating a teacher could receive.
- o Ms. Light's direct supervisor is Ms. Gethings and noted Ms. Alden's supervisor is Ms. Clarino. They had previously worked in two different buildings.
- Pre-Fall 2020
  - o Ms. Light expressed that prior to the Spring and Summer 2020, Ms. Light did not have much interaction with Ms. Alden.
  - o In Spring 2020, Ms. Light wrote a grant for the PTA for outdoor learning/enrichment opportunities for students during the pandemic. In July 2020, Ms. Light worked with Ms. Alden to create a list of items for the PTA to purchase related to these opportunities using the grant funds. During that time, Ms. Alden's son was babysitting Ms. Light's son. Ms. Light said they worked together cordially. Ms. Light described their relationship as shallow but cordial.
  - o Ms. Light learned towards the end of July/early August that Ms. Alden would be her son's teacher. Ms. Light noted that she did not find out her son's teacher for the following year at the same time as other parents typically would.
- East Rock Park Event
  - o Ms. Light learned through the September 24, 2020 remind app message from Ms. Alden that Ms. Alden was planning a meet and greet during school hours at East Rock Park. Previous to this, Ms. Light had hosted her own outdoor events but was instructed that they had to be after school hours and an entire grade could not have an event at the same time.
  - o Ms. Light said she quickly wrote to Ms. Gethings and talked to Ms. Gethings about that fact Ms. Alden was planning an outdoor event during school hours to ensure that it could be revised quickly so parents were not confused by Ms. Alden's mistake since Ms. Light understood that events could not be planned during school hours. She was inquiring whether the rules had changed regarding events during school hours.
  - o According to Ms. Light, Ms. Alden's event combined both second grade classes which was counter to what she was told before by Ms. Gethings whereby such events could not combine all classes from a single grade.
  - o Prior to Ms. Alden's event, Ms. Light had hosted two outdoor events for her class and two events for her grade partner's classes and Ms. Light was in the process of planning her third event.
  - o Ms. Light attended Ms. Alden's meet and greet event with her son. She noted there were no issues during the event. Ms. Light had thanked Ms. Alden for hosting the event in a brief exchange.
  - o Ms. Light commented that East Rock Park is a large park, but the playground area is small. She noted that with 50 kids playing on the playground and approximately 100 parents in attendance, it was a little crowded. She mentioned, however, that at no point did she feel unsafe and stated her son stayed at the event the entire time.
  - o In planning her third outdoor event, Ms. Light asked Ms. Gethings if she could have the event with both third grade classes as Ms. Alden had done. In her response, Ms. Gethings asked Ms. Light how Ms. Alden's event went. Ms. Light stated it went fine but was a little crowded. Ms. Light said that was the only statement she made about the event. Ms. Light reiterated that she did not speak negatively about the event to Ms. Gethings.

{01560770.DOCX Ver. 1}

14

- November Parent-Teacher Conference
  - Prior to the conference, Ms. Light wrote to Ms. Alden, the administration, and others, advocating for her son to be in reading intervention. She thought her son would benefit from reading intervention as he had in first grade.
  - Ms. Light discussed how assignments in Ms. Alden's class were conveyed to students. Ms. Light said Ms. Alden, like other teachers, used Google classrooms, and posted a slide show with the assignments containing various links. Sometimes students had to post their pictures in the assignment section of the software. Apparently, her son would click "done," but some of the picture assignments submitted were blurry or difficult to read.
  - Ms. Light said that during the November parent-teacher conference, Ms. Alden came out immediately to state that Ms. Light's son had done no work, could not grade his assignments, and was not as high-functioning as the other students.
  - When asked when a teacher would need to provide a parent with progress reports if a child was falling behind, Ms. Light said that typically per the District policy, a teacher would send such a report about halfway through the marking period. In practice, at the elementary school, she stated that if a student was really behind, the teacher would let the parent know as a courtesy more frequently and engage in more frequent follow-up with the parent. This practice is what Ms. Light does with her students and parents.
  - At the conclusion of the meeting, they discussed their uncertainty with what exactly Ms. Alden was looking for but had agreed to create a binder for her son to keep track of assignments. Ms. Light and family additionally agreed to submit work for their son going forward and take any pictures needed for assignments to ensure they were not blurry.
  - Ms. Light noted that she did not request a follow-up parent teacher meeting but that Ms. Alden did so given concerns about Ms. Light's son not turning work in.
  - Following the meeting, Ms. Light sent Ms. Alden the missed assignments to her BOE email address. In doing so, she tried to organize them in a clear way based on subject matter and given the limitations of the BOE email system sent them at the quantity she did. Ms. Light did not expect Ms. Alden to grade all the assignments but due to Ms. Alden's use of the term "not high-functioning" she wanted to clear up any negative feelings Ms. Light may have had towards Ms. Light's son.
- Follow-up Parent Teacher conference.
  - According to Ms. Light, very soon after the first conference, a second one was scheduled with Ms. Alden, Ms. Gethings, and Ms. Clarino.
  - When asked to describe the point in the conversation when Ms. Alden stated that she was disappointed with Ms. Light as a parent and as a teacher, Ms. Light reflected that she made that statement because Ms. Alden thought Ms. Light, in her role as a teacher, should know how to operate Google Classroom. With respect to her role as a parent, Ms. Light should be helping her kids more like other parents.
    - Ms. Light was extremely angry with these statements questioning her as both a parent and a teacher. Ms. Light said her husband had to hold onto her knee to make sure she held her tongue. Two of her core identities are being a parent and being a teacher, and Ms. Light felt that Ms. Alden attacked them both in front of her bosses. Ms. Light was extremely offended by this.
  - Ms. Light said that during this meeting, Ms. Alden was yelling at a high volume.

- When asked if the Light family took advantage of the arrangement for in-person drop off, Ms. Light said that they had when there were paper assignments but that became less pertinent because many of the assignments were online.
- Ms. Light felt very offended that Ms. Alden would believe that her son was not willing to submit work.
- At the conclusion of the meeting, the parties attempted to come to a consensus but once it seemed clear that was not possible, Ms. Light's husband ended the meeting by hanging up the phone.
- When asked about additional communication with Ms. Alden and school administration, Ms. Light said that in order to keep the peace and maintain her relationships, her husband handled any type of parental advocacy.
- Ms. Light noted that she heard through her husband that Ms. Gethings apologized for Ms. Alden's statements.
- Ms. Light reiterated that she was very offended that Ms. Alden continued to describe her son as not high-functioning. Ms. Light understood that phrase had a particular meaning of a child with disabilities. Ms. Light was offended that Ms. Alden pre-identified her son as having disabilities, without analyzing his work, and without a school psychologist's diagnosis.
- On Ms. Light's husband's follow-up message to Ms. Clarino, Ms. Light said she had no role in crafting those responses but her husband showed her some messages in advance of sending to Ms. Clarino.

- ABAR/Houses Video
  - ABAR was a sub-committee of the School Planning and Management Team. Ms. Light noted that Ms. Gethings decided that she did not want it to be a part of SPMT so it had no official connection to the school.
  - Ms. Light described the group, to the extend it is a group according to Ms. Light, as a collection of parents concerned about racism and bias in the schools.
  - To Ms. Light's knowledge, the group has not met formally since before the start of the pandemic and may have met as far back as 2019.
  - Ms. Light was asked why the "Houses Around the World" video was shown, and she explained that it was not part of any District curriculum. She understood it was presented as a social studies video.
  - Ms. Light expressed that the day the video was shown, her child was attending school at a different parent's home and she did not have first-hand knowledge of whether Ms. Alden provided commentary during the video when it was shown to the students.
  - Ms. Light said that there were other problematic links Ms. Alden provided to the class in the context of links titled "A Day in History" that showed inappropriate pictures and images, like the Jonestown massacre and the Kennedy assassination.
  - Ms. Light said that they did not initially bring their concerns about the video to school administration because there was a lot "scuttlebutt" amongst the parents about the video and the Light family believed another parent would address the matter with school administration.
  - It was not until Ms. Clarino asked Ms. Light's husband how things were going with Ms. Alden and Ms. Light's child, that Ms. Light's husband conveyed their concerns about the video to school administration.
  - Ms. Light did not believe any corrective action was taken other than that the videos were taken down. Ms. Light expressed her belief that the fact that Ms.

Alden brought up the video in her complaint shows that Ms. Alden does not understand how racist the video was.
- o Ms. Light was asked if other parents affiliated with ABAR spoke to Ms. Alden about their concerns with the video, and Ms. Light noted one other mother sent her a draft of a message for school administration but Ms. Light was not sure if it was sent. Additionally, she noted that Ms. Alden mentioned in her complaint that another parent complained about the video.
- General Issues
  - o Ms. Light was asked about her relationships with her other colleagues and noted that she has a group of core friends and core allies but there are little issues with others, none of which are major.
  - o Ms. Light was asked about her role as a PTA teacher liaison and said that the role was created for her given her status as both a teacher and a parent. Ms. Gethings had asked if anyone else wanted to run for the position and Ms. Alden expressed interest. In order to avoid having Ms. Alden as a political opponent with everything else going on, Ms. Light decided not to run.
- COVID Advocacy/BOE Statements
  - o Ms. Light was asked the significance of the data she posted on social media showing that Worthington Hooker had less than 6 cases. She noted that the issue was based on the fact that Worthington Hooker one week was not on the graph, and then was subsequently on the graph, and was then again not on the graph. Per Ms. Light's research through the CDC, when the graph says less than 6, that does not mean there could be zero cases. She was concerned that school administration did not send out a notice to the school community about the case and was trying to figure out if there was a COVID exposure in the school so she could keep herself and others safe.
  - o Ms. Light was not aware of any positive cases of those who were physically in the school but was surprised to learn about the less than 6 cases from the government and not her own school.
  - o Ms. Light was asked if it was possible that Ms. Alden had attended the BOE meetings when she spoke and was then affected by those statements. Ms. Light said it was impossible to know who attended a BOE meeting because it was virtual. Ms. Light said Ms. Alden had not attended or spoken at BOE meetings when they were in-person like she had. Given that Ms. Alden did not cite to Ms. Light's BOE statements, she believed that Ms. Alden learned of her statements second-hand.
- In-Person Orientation Meeting
  - o Ms. Light said that when the school was transitioning back to in-person learning, she and other teachers had sent information to parents to show them what their classes would look like.
  - o The school administration held a series of meetings with parents to discuss resuming in-person learning, and Ms. Light attended with other parents within her son's learning pod.
  - o Ms. Light was asked if she provided any parents with questions to ask or a script to follow and Ms. Light said "absolutely not."
  - o Ms. Light noted that the parent that was asking questions was the President of the PTA and was asking the administration questioned based on his role. Ms. Light noted that the particular parent is a German Antifacist and perhaps came across in ways he did not intend, but was at all times speaking for himself.

- Moreover, Ms. Light noted that advocating for the PTA to conduct walk-throughs of buildings was the antithesis of what Ms. Light believes given the impacts of COVID.
- Other General Issues
  - As to the issue of the blurred lines between teacher and parent, Ms. Light said it can be awkward but it is not a major issue suggesting this investigator reach out to her son's first grade teacher, with whom she worked well.
  - No other teachers have come to her with concerns, but again said it can be weird when she is advocating as parent given her role as a teacher.
  - When asked how this issue between her and Ms. Alden can be resolved, Ms. Light suggested a sit down mediation where Ms. Alden can understand her role and to also clear the air. This was previously attempted before but according to Ms. Light, Ms. Alden originally refused to meet with her and the Union president. Ms. Alden suggested that Ms. Kathleen Morrison, one of the union stewards attend, and Ms. Light felt it was not appropriate and did not want to meet under those conditions because she felt it was unfair because Ms. Morrison would be playing more of an advocacy role and based on the fact that her older son had Ms. Light's son in her class. It was inappropriate, in Ms. Light's view, to have a union steward there when the Union President, a position above that of a steward, would be present. Ms. Light noted she would be happy to meet with Ms. Morrison separately.
- Gethings/Clarino Impact
  - Ms. Light was asked what led her to believe that Ms. Gethings and Ms. Clarino influenced Ms. Alden to file the complaint against her. Ms. Light said that the timing was suspect. Ms. Light is concerned that Ms. Alden was informed that Ms. Light complained about the East Rock park meet and greet when she did not complain. She then noted that all issues that took place with Ms. Alden happened in November 2020 and was concerned that the complaint was not filed until late Spring 2021. Ms. Light outlined a series of dates that evidences her concern with the timing of Ms. Alden's complaint:
    - On April 23, 2021, the Union president informed Ms. Gethings and Ms. Clarino that Ms. Light was likely to file a retaliation claim.
    - On April 26, the Union President called Ms. Gethings and Ms. Clarino and learned that Ms. Light would not teach 2nd grade because Ms. Alden filed a complaint.
    - On April 30, Ms. Light emailed her retaliation complaint to Ms. Mack.
    - On May 5, Ms. Alden expressed that she would not meet with Ms. Light and the Union President to mediate their dispute without Ms. Morrison present.
    - On May 6, Ms. Light's son told her that Ms. Alden laughed at him and said "that's a funny shirt" when he wore a shirt that said "my mom is my superhero."
    - On May 11, Ms. Alden sent her list of concerns that triggered the investigation.
  - Ms. Light feels that the wording in the complaint sounds coached (specifically the issues around the BOE meetings that Ms. Alden does not attend) and that it was done intentionally to push her off committees. Ms. Light noted this is not the first time the administration solicited complaints against her.
  - Ms. Light confirmed that for the 2021-2022 school year she is teaching first grade.

### III.    FINDINGS

#### a.   East Rock Park Issues

Ms. Alden expressed concern in her "List of Concerns" regarding a series of complaints brought by Ms. Light regarding an outdoor school event at East Rock park. The first concern Ms. Alden had was that Ms. Light complained directly to the administration that Ms. Alden was planning an event during school hours which Ms. Light thought was not approved by the school. Ms. Alden would have preferred that Ms. Light register her concern directly to her, as a colleague, and not go directly to the school administration.

The evidenced gathered showed that Ms. Light had desired to host events for her third-grade students during the school day but had been informed by Ms. Gethings, her direct supervisor, that all outdoor activities would need to be done after school hours.

As Ms. Alden was planning her class event, she had the approval and support of Ms. Clarino, Ms. Alden's supervisor. Ms. Alden acted in reliance on this approval to plan the event during school hours. Through the statements of Ms. Gethings and Ms. Clarino, Ms. Clarino misunderstood the broad prohibition against outdoor events during school hours and gave her support to Ms. Alden's event in error.

Ms. Alden sent a message to the parents of her class about the event to be held during school hours. Ms. Light saw this message, given her son's placement in Ms. Alden's class. Based on Ms. Light's understanding, events were not to be held during school hours, and believing the policy may have changed asked Ms. Gethings if it had. This is evidenced by an email from September 24, 2020, the same day Ms. Alden sent the Remind App message to parents. The email states the following, "I understand this was mistakenly planned for during the day, but let me know if it is changing or if it is just going to be allowed this one time, so I can plan for Child A." In addition, in Ms. Gethings statement, she noted that Ms. Light approached her in person as well, asking if the policy for outdoor school hour events had changed since she had been unable to hold events during the school day previously. Based on this evidence, Ms. Light did not complain or express in negative terms the fact that Ms. Alden was holding an event during school hours. The evidence suggests it was an inquiry based on an interest in holding similar events during school hours and to make appropriate arrangements for her son.

Ms. Gethings informed Ms. Clarino that Ms. Alden's event could not be held during school hours. Ms. Clarino believed that Ms. Light came to Ms. Gethings upset about this (i.e., she believed Ms. Light "lost it") and this may have been conveyed to Ms. Alden when Ms. Clarino told her to change the time of the East Rock event. Again, the evidence supports that Ms. Light merely inquired about the policy and plans and did not "complain," but Ms. Alden believed that Ms. Light had complained to Ms. Gethings.

The next concern with respect to the East Rock Park event was that Ms. Light complained to the administration that the event itself lacked a planned activity and lacked adherence to the guidelines on social distancing.

All parties interviewed stated the event went well and was highly enjoyed by the second-grade community. Ms. Light and Ms. Alden had a cordial exchange during the event.

According to Ms. Light and Ms. Gethings, after the event Ms. Gethings asked Ms. Light how the event was. Ms. Gethings stated Ms. Light complained that the event lacked a planned activity and students and parents were not observing social distancing guidelines. Ms. Gethings reiterated this response to Ms. Clarino who provided this investigator with that response. Ms. Light states that she answered by saying the event was "fine" but it was a bit crowded given the size of the playground area. Ms. Light further clarified that is all she said about the event and said nothing further that could be construed as negative. Moreover, Ms. Light credibly stated at no point did she feel unsafe and actually allowed her son to stay for the duration of the event.

The evidence based on witness statements, shows that Ms. Light merely stated the event was crowded and did not lodge any other complaints concerning the safety of the event or complain about the activity during the event. Ms. Light said her son had a good time, he stayed for the entire event, and when asked how the event went, Ms. Light answered honestly by saying it was a little crowded. Ms. Gethings may have construed this as a criticism of the event's safety but given that Ms. Light's son attended the entire event, no issues came up at the event itself, and the relative size of the area of the event, Ms. Light's statement that she said it was a little crowded is credible. Ms. Light would not have allowed her son to stay for the entire event if she felt the conditions were unsafe for her or her child. Evidently the Ms. Gething's characterization of Ms. Light's statements as a complaint was conveyed to Ms. Alden but it is more likely than not Ms. Light only stated that the event was crowded and nothing further.

**b.** Parent-Teacher Conferences

Ms. Alden expressed concern about her experiences with Ms. Light during the November parent-teacher conference. Ms. Alden stated that most conferences last 15 minutes but in the case of the Light family, it lasted 45 minutes.

Based on a review of witness statements, the first part of the conference was not at issue. Ms. Alden's testimony that it was normal but lengthy is credible and the meeting did not start out in negative way. Ms. Light and family had questions for Ms. Alden generally and the parties engaged in a series of back and forth but there was no evidence that the content of these questions was inappropriate or led to a hostile meeting.

The tone of the meeting changed when Ms. Alden presented Ms. Light's son report card that contained a message encouraging the family to turn in Ms. Light's son's assignments through Google classrooms because they had not been received and Ms. Alden was unable to evaluate Ms. Light's son's work. Ms. Light and her husband became tense and asked Ms. Alden to provide more support to the family despite Ms. Alden noting that she had communicated with parents often about assignments through the Remind App.

Evidently Ms. Light's son had completed the work but due to the format of the Google classrooms did not submit them or if they were submitted, the pictures came back blurry.

As a result of this conference, Ms. Light sent Ms. Alden her son's missing assignments on a weekend to Ms. Alden's work email. Ms. Alden thought it was inappropriate that Ms. Light did this when it was not requested. Ms. Light misunderstood exactly what Ms. Alden was looking for and decided to provide the missing assignments to Ms. Alden. Ms. Alden's response to the 35 emails was direct and Ms. Light's response seemed to be designed to lower the tension. Based on this evidence, the hostility between the parties arose when Ms. Light interpreted Ms. Alden's comments about the lack of work turned in as a criticism of her parenting and Ms. Alden took Ms. Light responses as a criticism of her as a teacher.

After the second conference, when school administration's attendance was requested, this interpretation of the situation became more clear. As Ms. Light noted in her interview, she felt that Ms. Alden was challenging two of her core identities, that of a parent and that of teacher.

Ms. Alden did not directly state that she felt Ms. Light and her husband criticized her role as a teacher, but Ms. Alden's reaction and tense demeanor during the meeting shows that she felt that way.

The statements from Ms. Alden about the tone of her voice during the conference was found to be credible as no member of the school administration found it necessary to address the tone or volume of her voice. It is clear, as Ms. Alden expressed, that she was firm in her tone but not loud nor yelling.

On the allegation from Ms. Light that Ms. Alden should have informed the Lights about the fact that their son was falling behind based on District practice, the policy, not the practice dictated Ms. Alden's response. Only in the event that a student is at risk of failing is a progress report to be provided to the parents. Since Ms. Alden did not receive Ms. Light's son's assignments to make a valid assessment of his work, Ms. Alden could not provide such a progress report. While Ms. Alden could have informed the parents of her concerns at an earlier point, she was under no obligation to do so and was using the parent-teacher conferences as the vehicle to highlight her concerns which is both appropriate and arguably within the practice of informing the parents at the earliest stage as Ms. Light suggests.

Another point of note is Ms. Alden categorizing Ms. Light's son as not as high functioning as other students. Ms. Light notes that this terminology implies a learning disability that Ms. Alden is not authorized to diagnose. Based on the lack of concern expressed by school administration about Ms. Alden's use of the term, it is clear Ms. Alden was using the term in a general sense and not in a technical sense. Ms. Alden was merely expressing her concern that Ms. Light's son was not performing at the same level as other students. Again, Ms. Light interpreted this as a further indictment of her parenting and through the heated exchange at the second meeting, Ms. Alden took the Light family's response as an indictment of her teaching. This is all further evidenced by the fact that Ms. Alden said how disappointed she was with Ms. Light with her response because Ms. Light understands the difficulties of being a teacher in a remote environment in the middle of a global pandemic.

Again, Ms. Alden took Ms. Light and family's statements during the parent-teacher conferences as a criticism of her as a teacher, one of her core identities. Similarly, Ms. Light took Ms. Alden's comments about Ms. Light's son not turning in work as a criticism of her as a parent, one of her core identities.

These interactions during the conferences were unfortunate and could have been avoided if the parties shifted their perspectives, but there were no policy violations based on the conduct of any of the conference attendees.

1. "Houses Around the World"

Ms. Alden alleged that her name was submitted to Anti-Biased/Anti-Racist (ABAR) group stating that she was promoting North American superiority by showing a video clip titled "Houses around the World" which depicted different homes around the world in various conditions. Ms. Alden was concerned she was being inaccurately labeled a racist within the Worthington Hooker community.

The catalyst for this concern stems from Ms. Clarino asking Ms. Light's husband how the school year was progressing with respect to Ms. Light's son following the parent-teacher conferences. Ms. Light's husband expressed concern about the "Houses Around the World" video shown stating that it is "propagating stereotypes about different cultures and European-American superiority." Ms. Light's husband also expressed concern about other links provided to the students that could lead to inappropriate violent content.

As a result of this concern, school administrators met with Ms. Alden where Ms. Alden walked them through her entire Google Classroom. It was determined that Ms. Alden provided commentary about the videos to the students before showing them the video as part of a "Roofs around the world" theme. The links that could lead to students viewing violent content were removed and Ms. Alden was informed to be more mindful of what is posted and to analyze potential postings through the lens of multi-culturalism. The school administration conferred with the District Office and all believed that no further action was needed and that the video was not "racist."

Ms. Alden expressed that she received a phone call from another student's parent affiliated with the ABAR group and stated how he did not believe Ms. Alden to be a racist, and was, in fact, a fine teacher. The central allegation here is that Ms. Light influenced her husband to complain about the video to school administration and organized an effort for members of the ABAR group to complain about the video. While Ms. Light said that she had reviewed her husband's emails prior to him sending them, she noted she did not author the emails. Ms. Light further acknowledged that she had corresponded with other parents to assess whether her opinion of the video was appropriate.

In essence, Ms. Light was concerned about the video in her role as a parent, and engaged other parents regarding her concern which later resulted in Ms. Light's husband sending Ms. Clarino an email expressing his concerns with the video. Ms. Light certainly had some role, even if she was not the one that directly complained, leading to the investigation of Ms. Alden's use of the video in the classroom. These actions did result in school administrators inquiring about Ms.

{01560770.DOCX Ver. 1}

22

Alden's use of the video and Ms. Alden's character being questioned. Ultimately, school administration took appropriate corrective action to address any concerns about the video or the posting of the links. Ms. Light was acting in her role as a parent and not as a teacher in the Worthington-Hooker School. As such, even if Ms. Light had some role in Ms. Alden being maligned, it does not evidence wrongdoing by Ms. Light as a teacher.

### c. Statements to the Board

Ms. Alden also expressed concern with Ms. Light's comments to the Board particularly her statements around COVID safety protocols. Ms. Alden expressed how because of Ms. Light's vocal approach, she is afraid to share her opinions for fear of harassment and retaliation by Ms. Light. Ms. Alden was also concerned that Ms. Light's statements created distrust between parents, students, and the school community.

Ms. Light spoke frequently at Board meetings expressing her concerns around the District's COVID-19 protocols. Since she identified herself at the meetings as a New Haven Public School teacher, many may have attributed her comments and criticisms to her school administration but the evidence shows her comments were directed to Districtwide concerns.

Of particularly note that stirred some concerns amongst the Worthington-Hooker school community, was Ms. Light commenting on a post on social media that showed Worthington-Hooker as having less than 6 positive COVID-cases. Ms. Light believes that because previous iterations of the same data did not include Worthington-Hooker, there was at least one positive case in the school. According to district policies, in the event of a positive case in schools, a letter was to be sent to the parents indicating that fact and Ms. Light was concerned that it did not occur. When school administration was questioned, they noted that there were no positive case in the school itself, in other words while school was in session and in person, no person who was positive, physically entered the building. Due to this, they were not under any obligation to provide a letter to the parents. Ms. Light's post made it appear that the administration was not being transparent and was jeopardizing the safety of the community. While it may be unfortunate that Ms. Light's actions may have contributed to concern within the community, her posts were not directed to Ms. Alden specifically.

While there is little doubt that Ms. Alden had personal feelings about Ms. Light's comments to the Board, none of Ms. Light's comments to the Board around COVID safety protocols were directed to Ms. Alden in particular. None of Ms. Light's comments discussed Ms. Alden's classroom management, her particular efforts to ensure safety, or Ms. Alden's teaching or personality generally. As such, it is clear Ms. Light had been a vocal advocate to the Board and it may have affected Ms. Alden indirectly, there is no violation of Board policy as it relates to Ms. Light's comments and Ms. Alden's reaction.

### d. In-Person Orientation

As the school was preparing to resume in-person learning in Spring 2021, the school administration held a series of virtual orientation meetings with parents from each grade. During the second grade meeting, a parent from Ms. Light's son's learning pod asked the administration very specific questions that Ms. Alden and school administration felt could only

{01560770.DOCX Ver. 1}

23

come from a school employee. Given Ms. Light's vocal approach on COVID issues, they believed Ms. Light was influencing this other parent to ask these specific questions. During the meeting, one parent asked the administration permission to walk the halls of the school with a checklist to ensure the school was operating consistent with COVID related guidelines. Again, many felt Ms. Light had influenced this parent to make such a request.

The evidence illustrates the opposite. Ms. Light stated that the parent asking those questions was the PTA president and noted he made statements in a manner and style perhaps in a way he did not intend. However, her denial that she did not influence this parent's statements or requests is found to be credible. Ms. Light in her interview made it clear that she did not support what the parent was advocating for and thought it would highly inappropriate and unsafe for members of the PTA to walk the halls checking to ensure the school was following safety guidelines. Ms. Light was equally clear that she was against having more people roaming the school hallways than was necessary. It is likely that the PTA president, in his capacity as such, had sufficient knowledge of the operations of the school to ask the kind of specific questions he did. No evidence suggests that Ms. Light influenced this in any way. Moreover, while these questions came from a parent whose child was in Ms. Alden's class, the comments were not directed to Ms. Alden herself.

   **e.** Gethings/Clarino Influence

Ms. Light in her response to Ms. Alden's "List of concerns" expressed her belief that Ms. Clarino and Ms. Gethings had encouraged Ms. Alden to file her complaint with the goal to push her off various committees. The facts suggest no such influence. Ms. Clarino, Ms. Gethings, and Ms. Alden vociferously denied any involvement in the complaint. While Ms. Light highlights that the timing of the complaint was suspect, no such conspiracy exists. Ms. Alden had communicated with her union about her concerns regarding Ms. Light as far back as December 2020. She was instructed to document her concerns up to the point where the situation escalated. Ms. Alden was concerned about the return of Ms. Light's son into the classroom after Spring Break for fear her actions would be put under a microscope by the Light family. Throughout this time, school administration was making statements that changes were coming for the following school year and as the year drew close to the end and Ms. Alden's was concerned that those changes would result in her working together with Ms. Light, which influenced the timing of Ms. Alden's complaint. In addition, before filing the complaint with HR, efforts were made to mediate the issues but the parties could not reach a consensus on format which resulted in the mediation efforts failing. Given this failure, Ms. Alden sent her complaint to HR. It is important to note that both Ms. Alden and Ms. Light have divergent opinions over the cause of the mediation efforts failing, but it matters less because the point is that Ms. Alden reached a critical point in the school year, could not resolve her issues "in-house" in time to protect herself from working with Ms. Light, and filed her complaint with HR when she did. Ms. Light's perception that the timing suggests influence is ultimately not supported by the evidence.

It is important to note that in some cases, Ms. Clarino seemed to misinterpret certain statements Ms. Light made to Ms. Gethings about the East Rock park event. Ms. Clarino described Ms. Light stating the East Rock Park event was chaos when the evidence does not support that.

## IV.    CONCLUSIONS/RECOMMENDATIONS

Based on the evidence, there is no violation of Board policies on harassment or "discourteous, offensive or abusive language or conduct towards other employees, students or the public." To the extent there was certain behaviors that were contentious, they did not rise to the level of policy violations. As such, no disciplinary action is warranted.

Given that there is certainly tension between Ms. Alden and Ms. Light, the parties should attempt to reengage the mediation process. As with any voluntary meditation, the terms of such mediation should be mutually agreed upon, and given the failure of the last attempt, it may be wise to bring in a professional mediator outside the New Haven Public School community to ensure objectivity while bolstering credibility.

Moreover, many of the issues discussed in this investigation are due to the blending of Ms. Light's role as both a teacher and a parent. It is likely Ms. Light is not the only teacher in the school system with their own children attending New Haven Public Schools. To avoid potentially negative experiences amongst teachers as seen in this case, the Board should consider adopting a policy that:
1. Ensures teachers with a child in the same school they teach in are assigned to a different grade than their child; and
2. Ensures that teachers who are also parents with children in the New Haven Public School system use the same channels and processes as other parents, i.e. addressing any and all child-student issues after school hours and using non-New Haven Public school resources

Ms. Light or other similarly situated teacher-parents may be encouraged but not directed to have another family member or guardian advocate for the child-student to avoid any problems of overlapping roles as parent and as teacher.

Going forward, all parties herein should be cautioned to be mindful of what information is conveyed and how at information is conveyed. Misinterpretations of comments as complaints and speculations as to motive are unnecessarily escalating an already fragile situation.

*Christopher R. Henderson*

Submitted: Christopher R. Henderson, Esq.
11/17/21