**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| **v.** | |
| **NEW HAVEN BOARD OF EDUCATION AND MARGARET-MARY GETHINGS in her individual capacity** | |
| **Defendants.** | **JULY 15, 2024** |

### MOTION TO SEAL EXHIBITS

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Procedure 5(e) and 7(a), Plaintiff Jessica Light, hereby respectfully moves the Court for an order sealing Exhibits 1, 2 and 3 attached hereto and referenced in her Motion in Limine concerning "Details of Life Events that Led to Plaintiff's prior diagnosis of Post-Traumatic Stress Disorder. (Doc. No. 74). As set forth more fully in the accompanying memorandum of law, the purpose of these exhibits is to provide the Court with context for ruling on the pending Motion in Limine. The protection of sensitive, medical information constitutes a clear and compelling reason to seal the documents. Accordingly, Plaintiff respectfully submits that her motion should be granted.

PLAINTIFF,

By: */s/ Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

1
**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

## CERTIFICATION OF SERVICE

I hereby certify that on July 15, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Peter J. Murphy
Shipman & Goodwin LLP
One Constitution Plaza,
Hartford, CT 06103-1919
pjmurphy@goodwin.com

                                        /s/ Anthony J. Interlandi
                                         Anthony J. Interlandi

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**