**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| **v.** | |
| **NEW HAVEN BOARD OF EDUCATION AND MARGARET-MARY GETHINGS in her individual capacity** | |
| **Defendants.** | **JULY 15, 2024** |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SEAL EXHIBITS

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Procedure 5(e) and 7(a), Plaintiff Jessica Light, hereby submits this memorandum of law in support of her Motion to Seal Exhibits referenced in her Motion in Limine at Doc. No. 74. The Court should grant Plaintiff's Motion to Seal because the documents sought to be sealed include deposition testimony about personal and sensitive events that occurred to Plaintiff during her adolescence as well as documents produced in this case and designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." Moreover, these exhibits were provided simply for context in deciding the corresponding Motion in Limine. Accordingly, Plaintiff's Motion to Seal Exhibits 1, 2 and 3 of her Motion in Limine should be granted.

### ARGUMENT

#### I.     STANDARD OF REVIEW

Federal Rule of Civil Procedure ("Rule") 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required. *In re Zyprexa Injunction*, 474 F. Supp. 2d 385, 415 (E.D.N.Y. 2007) (quoting *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984)). In assessing a motion to seal, courts balance the public right to access to judicial

MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

records against "competing considerations," including the potential harm disclosure of information might cause. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006); *In re Parmalat Secs. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009). In this District, Local Rule 5(e) sets forth the specific requirement that an order to seal be based on "particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." Local Civ. R. 5(e)(3).

## II.    THE COURT SHOULD SEAL THE EXHIBITS, WHICH IMPLICATE PERSONAL AND HIGHLY TRAUMATIC EVENTS IN PLAINTIFF'S LIFE

This Motion to Seal concerns three exhibits referenced in Plaintiff's Motion in Limine at Doc. No. 74. As stated above, these exhibits provide context to the Court in ruling on the motion. The exhibits consist of deposition testimony and certain document production labeled "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." The testimony and documents cover sensitive life events for which Plaintiff is seeking a pre-trial ruling to limit the area of inquiry into her pre-existing medical condition on cross-examination. Plaintiff incorporates the arguments set forth in her Motion in Limine as if fully stated herein.

As such, Plaintiff's interest in sealing the information that is the subject of the Motion in Limine is considerable and outweighs any legitimate interest the general public may have in accessing this information. Furthermore, Plaintiff's request is narrowly tailored and seeks the least restrictive method to protect her interests.

PLAINTIFF,


By: */s/ Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

2
MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 15, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Peter J. Murphy
Shipman & Goodwin LLP
One Constitution Plaza,
Hartford, CT 06103-1919
pjmurphy@goodwin.com

/s/ Anthony J. Interlandi
Anthony J. Interlandi

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**