**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JESSICA LIGHT | CIVIL ACTION NO: 3:22-CV-00425 (JAM) |
| Plaintiff, | |
| v. | |
| NEW HAVEN BOARD OF EDUCATION AND MARGARET-MARY GETHINGS in her individual capacity | |
| Defendants. | JULY 15, 2024 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBITS

The Court, having considered Plaintiff's Motion to Seal three exhibits referenced in the Motion in Limine at Doc. No. 74, determines that good cause exists to seal said exhibits. The Plaintiff's Motion is therefore **GRANTED.**


**IT IS SO ORDERED.**



ENTERED this _____ day of _____, 2024.



_____
**Hon. Janet Bond Arterton**
**United States District Judge**

1