UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESSICA LIGHT, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:22-cv-00425(JBA) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| MARGARET-MARY GETHINGS in her | : | |
| individual capacity | : | |
|    Defendants. | : | JULY 15, 2024 |

**PARTIES' PROPOSED EXHIBITS WITH OBJECTIONS**

Pursuant to the Court's order, the parties are filing copies of the exhibits that they proposed for trial in this matter that the other party objected to. Copies of both plaintiff's proposed exhibits and Defendants' proposed exhibits are attached.

**Plaintiff's Exhibit List**

| Plaintiff's | Bates | Description | Objections |
|---|---|---|---|
| 2 | LIGHT003544-46 | Facebook post by New Haven Public School Advocates with comments | Relevance. Not produced during discovery. |
| 3 | LIGHT003547-52 | Facebook post by Melody Gallagher with comments | No objection to 47-48, and 51. Object to rest of document. Relevance. Not produced during discovery. |
| 15 | DEF000488-512 | Investigatory Report by Attorney Goldberg | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 16 | DEF000409-487 | Investigatory Report by Attorney Henderson | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 17 | DEF000397-408 | Investigatory Report by Attorney Testa | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |

| 18 | DEF001154-55 | Email from Light to Bonner et al re Office Complaint reports | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 19 | DEF001151-1154 | Email from Light to Bonner et al re Official complaint reports | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 24 | DEF001622 | Letter from Tracey to Clarino re VERBAL WARNING | Relevance.<br>Prejudicial because it relies on BM report. |
| 25 | DEF001624 | Letter from Tracey to Gethings re VERBAL WARNING | Relevance<br>Prejudicial because relies on BM report<br>Usurps role of jury |
| 26 | DEF001314-15 | Email from Hannans to Gethings re Grade 1 | Relevance.<br>Hearsay |
| 27 | DEF001017-20 | 1st classroom note | Hearsay<br>Foundation<br>Prejudicial |
| 28 | LIGHT000489 | 2nd classroom note | Hearsay<br>Foundation<br>Prejudicial |

**Defendants' Exhibit List**

| Defendants' | Bates | Description | Objections |
|---|---|---|---|
| 2 | LIGHT542 | 2.18.21 Email exchange S. Miller and J. Light | Relevance and hearsay. |
| 3 | LIGHT874 | 4.28.21 Email exchange with S. Miller and J. Light | Hearsay. |
| 4 | LIGHT2453-54 | 10..9.20 Text message exchange with S. Miller | Relevance and hearsay. |
| 5 | LIGHT2455 | 10.11.20 Text message exchange with S. Miller | Relevance and hearsay. |
| 6 | LIGHT2448-49, 2457, 2502 | Text message exchanges with S. Miller on union representative | Unfair prejudice, relevance and hearsay. |
| 7 | LIGHT2463 | 10.26.20 text message with S. Miller on resignation | Unfair prejudice and hearsay. |
| 8 | LIGHT2494, 97-98 | Text messages with S. Miller on COVID cases | Unfair prejudice, relevance and hearsay. |

| 9 | LIGHT2505 | 3.28.21 text message with S. Miller on hiring a lawyer | Relevance and hearsay. |
| 10 | LIGHT1497 | 10.8.20 text with F. Silva | Unfair prejudice, relevance and hearsay. |

JESSICA LIGHT
Plaintiff,


BY:   /s/ct27512
Anthony J. Interlandi, Esq.
tony@monarchlawct.com

NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS,
Defendants

BY:   /s/ct26825
Peter J. Murphy, Esq.
pjmurphy@shipman.com

21405931.1