# Plaintiff's Exhibit 17

Plaintiff's Exhibit 17



BERCHEM
MOSES.PC

**INVESTIGATION SUMMARY REPORT**

**FOR NEW HAVEN PUBLIC SCHOOLS**

*RE: Complaint by Margaret-Mary Gethings and Jenny Clarino against Jessica Light*

By:    Paul A. Testa, Esq.
       Berchem Moses, PC

DEF000397

## I. INTRODUCTION

On or about April 30, 2021, Jessica Light, then a third-grade teacher at Worthington Hooker School filed a complaint alleging retaliation by Principal Margaret-Mary Gethings and Assistant Principal Jenny Clarino. She states that she engaged in various forms of protected speech related to COVID, for which Ms. Gethings and Ms. Clarino took various retaliatory actions culminating in Ms. Light being reassigned to teach first grade.

On June 7, 2021, a cross complaint was filed by Gethings and Clarino against Light. In their complaint, Gethings and Clarino claimed that Light engaged in the following conduct:

- Submitted and fabricated false statements to Human Resources as retaliation for changing her grade level from Grade 3 to Grade 1;
- Intentionally created a hostile work environment for Administration and Staff;
- Internalized information shared at Staff Meetings and the School's weekly communication forum (Hooker Happenings) as personal messages or vendettas; and
- Undermined administration, breached confidentiality and created intentional and unneeded anxieties for School families.

In addition, teacher Hilarie Alden filed a complaint regarding Light in May 2021.

Originally, to ensure that all parties were treated fairly, and each complaint was thoroughly investigated, the three separate complaints were assigned to three separate investigators from Berchem Moses PC. Light's complaint was assigned to Rebecca Goldberg; Alden's complaint was assigned to Chris Henderson; and Gethings' and Clarino's complaint to the undersigned.

However, after interviewing Gethings and Clarino, it became apparent that the cross complaint in reality was a response to the alleged falsehoods that Gethings and Clarino believed Light made in her complaint, and as a way to defend themselves. Had Light not filed a complaint, Gethings and Clarino probably would have discussed the issues with Light, but would not have filed their own complaint.

As the two complaints arise from the same transactions, Light's complaint and Gethings' and Clarino's response to that complaint, it was determined that it did not make sense to view the two complaints as separate and distinct. Therefore, the facts and circumstances of both complaints were investigated by Rebecca Goldberg and are subject to an Investigation Report authored by Atty. Goldberg. Please refer to said report for a thorough analysis of the facts and circumstances of the issues between Light and Gethings and Clarino.

Notwithstanding this, and in the interest of being thorough, below please find a summary of the Gethings and Clarino interviews conducted by the undesigned and a brief summary of findings of Gethings' and Clarino's complaint.

## II.    INTERVIEW SUMMARIES

Jenny Clarino (interviewed on September 1, 2021) (Union Representative Sequella Coleman was present for the interview

### Background

- She has been employed by the New Haven Board of Education since 2003.
- She currently serves as the Assistant Principal, Worthington Hooker School
- As Assistant Principal her duties include but are not limited to: securing the school, running a safe school, educating students, supporting curriculum, staff development, evaluating teachers, and making sure all the moving parts are working together.

### Experience with Margaret Mary Gethings

- Gethings is her direct supervisor.
- They have a positive working relationship. However, they are not friends outside of work.
- She has no issues with Gethings.
- They communicate daily but do not see each other every day.

### Experience with Jessica Light

- This year is the first time they are working in the same building.
- They did not work in the same building last year.
- She did not have many interactions with Light last year.
- Her opinion is that Light has a positive impact in the Hooker community.
- Prior to this complaint, she had no major issues with Light.
- Before Light's grade change, she had a positive relationship with Light.

DEF000399

*Gethings' and Light's relationship*

- As far as she can tell, Light is highly regarded by Gethings. For example, Gethings would give her "shout outs" in staff meetings.
- Gethings would stop meeting just to say "hi" to Light.
- From what she saw, they had a really positive relationship.
- Before this, she was not aware of any issues between Gethings and Light.

*Complaints against Light*

Internalizes information shared at staff meetings and in the school's weekly communication forum (Hooker Happenings) as personal messages or vendettas

- Light takes everything as personal attack.  For example, a freedom of speech email was sent to all staff and Light took it as it was directed exclusively to her, as a personal threat, and as a slight against her.
- She believes that Light spreads school information to the community to get parents upset and paints an inaccurate narrative.  For example, she believes that Light told people that a certain teacher tested positive for COVID.
- She believes that Light tells community members information that is discussed in staff meetings. However, she has no proof.
- For example, one classroom was much smaller than other classrooms and there was no way the community could know this unless a teacher told them.  She believes Light told some parents.  However, she admits that she cannot prove it and does not know for sure that it was Light.

Hostile work environment for Administration and Staff

- Light has a negative tone.
- Light asks negative questions to put the school in a bad light.
- Light makes teacher's feel uncomfortable. Light has had issues with Ms. Morrison and Ms. Alden specifically.

Undermines administration

- When Light has questions about issues, for example COVID protocols, rather than asking the administration and giving them a chance to reply, she goes right

DEF000400

to the BOE or public first – makes the administration look bad and undermines it and creates anxiety in the community.

- Light does not follow the administration expectations. For example, teachers are not supposed to give out their cell phone numbers to parents, but Light posted her cell phone number.
- Light says one thing and then turns it around to make them look bad. For example, Light said that she did not want to be on the PTA board any longer, so they send a communication that the PTA board is looking for teachers. Light turned it around to say that they did not want her on the PTA board anymore.
- For example, the Gardening Committee was looking for more people, so they made an announcement. Light took it as they wanted to replace her.
- Light makes negative/inaccurate comments to the community/other teachers that makes the administration look bad.
- Clarino said she had no proof, but she believes Light made comments in the community about a teacher testing positive for COVID and that the school did not inform the school community. This was untrue and undermined the administration.
- Light was very vocal in the community about her grade change. Some parents were concerned about her teaching their children as she did not want the first-grade assignment.

## Light's Grade Change

- They could not put Light in the same grade as Alden.
- They could not have Light in the same grade as her son.
- Mr. Salem asked to change his grade level, so he did not get Light's son.

## Miscellaneous

- Because Light complained about Gethings and her together, they thought it prudent to respond together.
- She probably would not have filed a complaint if Light did not file one against them first, but would have discussed the issues with Light.
- The community needs to have confidence in what the administration and teachers are saying publicly.
- Light cannot separate the teacher/parent dynamic.
- Light's complaint was only made as a way to stop her grade from being changed or as a way to get her grade changed back.

DEF000401

*Resolution*

- Build back trust.
- Work together instead of against the administration.
- Move forward and get back to focusing on students.
- Remind her about not crossing line between being a teacher and a parent.
- Discuss with her about best practices for the dissemination of information to the community.
- Remind her about not to undermine the administration.
- Remind her to keep school information confidential – not tell people what is said in staff meetings.
- It will be difficult to move forward based on all the false and negative things Light has said about her Gethings and her.

**Margaret-Mary Gethings (interviewed on September 1, 2021) (Union Representative Sequella Coleman was present for the interview**

*Background*

- She has been employed by the New Haven Board of Education for 26 years (there was a break in 2015 when she left to work as an Administrator for Fair Haven schools).
- She has served as Principal for Worthington Hooker School since 2018.
- As Principal, her duties include but are not limited to: running a safe school, supporting teaching and learning, maintaining the school budget, overseeing operation of the building, leading school staff, and supporting community.

*Experience with Jenny Clarino*

- She is Clarino's direct supervisor.
- They have a very good working relationship. She feels lucky to work with her.
- They are friendly, but do not hang out outside of work.
- She has no issues with her.

*Experience with Jessica Light*

- Light is a 1st grade teacher.
- Light is the parent of two children in the school: one in 3rd grade and one in 8th grade.

{01563624.DOCX Ver. 1}                    6

DEF000402

- She believes Light has been a teacher for the New Haven Board of Education for 7 years.
- They had a very positive relationship before the decision was made to change Light's grade.
- They were friendly with each other prior to this, but were not friends outside of work.
- Light is very thoughtful and somewhat eccentric.
- Light had been supportive of her in the past. For example, Light had referred to herself as on Team MM (Margaret Mary).
- Light is very passionate and very driven in her causes.
- The pandemic was very challenging for Light.

*Clarino's and Light's relationship*

- She cannot really tell how they get along as they have not been working together consistently until this year.
- She has not had enough time to assess their relationship.
- From what she knows, she does not know of any problems between them.

*Complaints against Light*

- Light's complaint against her and Clarino was very hard for her to read.
- It hurts her immensely over what Light is doing.
- She would have done anything for Light and she still will, but she has to do what is best for everyone involved.
- She believes Light is telling parents information that only school employees would know. She is confident it was Light because it came from parents of students in Light's son's pod or friends of Light.
- For example, at a parent meeting, friends of Light were asking questions only that staff would know.

Light's Committee Work

- It is false that they denied Light committee work.

*PTA Teacher representative*
- She supported Light for the position.
- Light said that she did not want to be on the PTA board any longer, so they sent a communication that the PTA board is looking for teacher representatives.
- They did not take it away from her.

DEF000403

*Gardening Committee*
- She did not take this committee away from Light.
- Light had asked for help with the committee.
- Another teacher Jones was in need of community service work, so she recommended that he help with the Gardening Committee.
- Jones went to talk to Light about having clean up days and Light was evasive and told him to just set it up himself.

Shares confidential school information

*COVID positive teacher*
- Teacher was positive but was teaching remotely so there was no need to send home a letter because there was no school exposure.
- A parent of a student in Light's son's pod said, "we know you have a positive case and are not reporting it."
- She has no proof but believes Light was spreading the information.
- The teacher in question was very upset that this information was out in community.

*One classroom was much smaller than the other classrooms*
- Parents were complaining about the room size and there was no way parents would know this unless a staff member told them.
- She cannot prove it but believes it was Light who told parents because parents from Light's son's pod were the ones complaining.
- Parents would have to admit that they heard this from Light.
- This creates a hostile/negative environment and breaches confidentiality.

Hostile work environment for Administration and Staff

- Some staff were uncomfortable with some of the things Light said at BOE meetings.
- Some staff also uncomfortable as Light would ask them to speak out at BOE meetings.
- She received complaints from parents at how vocal Light was as a teacher at BOE meetings about not wanting to return to school.
- This gave parents the impression that Light did not want to teach in person.
- This gave parents the impression that the school should not be reopening for in-person instruction.
- This undermined the administration.

DEF000404

*A parent of a student from Light's son's pod asked to tour the building for COVID concerns*
- The parent wanted to make sure that the school was following COVID protocols.
- Light's family was at this family's house during one of the zoom information sessions about reopening.
- This family had prepared questions for the administration – out of 436 families, this was the only family with questions. She believes Light prepared or helped prepare the questions, but admits that she has no proof.

*Light's older son's 504 plan issue*
- The school uses an IXL database, an online learning service.
- The database shows your test scores and how you are doing.
- Light claimed that the database was creating anxiety for her son and instead of addressing with the school or his teacher (Ms. Morrison) she called the company on her own and had them take him off of the database.
- Totally inappropriate for a parent to do this and she would not even know how to do this but for her role as a teacher.

*Issues with Ms. Alden*
- Light's issues with Alden created a hostile environment for Alden.

Failure to follow administration directives

- She fails to follow administration directives.
- For example, teachers are not supposed to give their cell phone numbers out to parents. This is because of concerns with an invasion of the teacher's privacy.
- The teachers are supposed to give their school number/email. However, Light posted her cell phone number and then claimed that Gethings was trying to prohibit her from doing so.

*Light's Grade Change*

- They had little options.
- They could not put her in the same grade with Alden.
- Salem told her that he did not want to have her son, or work with her
  - ➤ they are friendly so he did not want any issues
  - ➤ he wanted to keep the relationship on good terms
- So, if Light remained in the grade, Salem would need to be moved.

DEF000405

- Class assignments are at the discretion of the principal. Gethings makes decisions based on the best interest of the school.
- Other teachers have had their grade changes in the past.
- Light knew about grade change since December of prior school year, but did not file a complaint until she knew for sure that her grade was being changed.

*Miscellaneous*

- After receiving Light's complaint and seeing all the falsities in it, they felt that they needed to defend themselves.
- Light only filed her complaint to stop her grade exchange.
- Light's false claims made her very uncomfortable.
- Light's complaint was made against both of them, so they decided to respond together.
- Even before Light filed her complaint, Gethings definitely thought about filing a complaint against Light, but probably would not have acted upon it.
- Gethings is not "sue-happy." She does not think that a principal should file a complaint against a teacher. She has never seen that in her time as an educator.
- It is probably less likely that Gethings would have filed a complaint if Light did not make so many false statements about her.
- It is very unsettling to her that she has to deal with the false allegations from Light.
- Her most important concern is how Light can work as a team going forward.
- She has to think how she speaks to staff because Light takes everything as a personal attack.
- Her biggest fear is how Light will respond to instructions.
- She is concerned that Light will not take any constructive criticism.
- To her, it feels like Light is watching her every move. It is a very uncomfortable situation that is keeping her up at night.
- She is not sure how to effectively supervise her.
- It has become awkward with Lights children. Light's children will not even look at her.
- On a recent occasion, she said good morning to Light's husband, and he just ignored her.
- To date, her interactions with Light have been fine.

DEF000406

*Resolution*

- She wishes this would have been resolved before it went this far.
- Light has significantly breached her trust so much that she is not sure how she can continue to work with her.
- She really does not want to work with her. It is tough to work with someone who would do this to her. She wishes Light would work somewhere else, transfer to a different school.
- Light definitely needs to build back her trust.
- Light needs to be better at separating her roles as a teacher and a parent.
- Light needs to not abuse the information she gets as a teacher and keep it confidential.

## III.    BRIEF SUMMARY OF FINDINGS

Light submitted and fabricated false statements to Human Resources as retaliation for changing her grade level from Grade 3 to Grade 1

The investigation found that the change to Light's teaching assignment was the final straw prompting her filing of a formal complaint, but any implication that Light falsified the complaint as retaliation for it was not borne out.  It is true that not all of Light's allegations could be corroborated, but it did not appear that she was falsifying her claims. Please see Atty. Goldberg's Investigation Report for a more thorough analysis of the facts and circumstances of the issues between Light and Gethings and Clarino.

Intentionally created a hostile work environment for Administration and Staff

The investigation found that Light did not intentionally create a hostile work environment for administration and staff.  However, it did find that several staff members were not in agreement with Light's public statements.  It also found that Light did ask some teachers to speak up at the Board meetings and some did not want to engage in discussion with her on this topic.  Nevertheless, Light's public speech, while at times controversial, does not create a hostile work environment.  Nor does asking someone to speak up at the Board meeting.  Further, there was no evidence that Light ever intentionally sought to create hostility for anyone. Please see Atty. Goldberg's Investigation Report for a more thorough analysis of the facts and circumstances of the issues between Light and Gethings and Clarino.  Further, please see Atty. Henderson's Investigation Report regarding Ms. Alden's complaint against Light.

DEF000407

<u>Internalized information shared at Staff Meetings and the School's weekly communication forum (Hooker Happenings) as personal messages or vendettas</u>

The investigation did find that there were some announcements in Hooker Happenings that Light viewed as directed to her but, were innocuous and not personally directed to Light. Light also complained that Gethings and Clarino failed to select her for multiple committees and workshops and sidelined her from committees with which she was already involved, as acts of retaliation. However, each decision had an explanation that does not suggest retaliation for protected activity.

Further, throughout the investigation, different parties stated that they felt things they had said or done were being twisted, misinterpreted, or blown out of proportion. This resulted in Light fearing what Gethings and Clarino would do next, and vice versa. All were extremely upset and anxious about the situation and the investigation. Please see Atty. Goldberg's Investigation Report for a more thorough analysis of the facts and circumstances of the issues between Light and Gethings and Clarino.

<u>Undermined administration, breached confidentiality and created intentional and unneeded anxieties for our families</u>

Light was very vocal on topics related to COVID and at times her statements were controversial and had the potential to present the school in a negative light, despite her stated intentions not to do so. While her comments clearly displayed fear, the investigation found no evidence that they actually caused any meaningful disruption in the school environment. Further, while it is conceivable and perhaps likely that Light increased some of these concerns with her statements, the fact that a parent asks questions about COVID safety is not evidence that Light is funneling information to him. Please see Atty. Goldberg's Investigation Report for a more thorough analysis of the facts and circumstances of the issues between Light and Gethings and Clarino.

Please contact us if you would like to discuss further.

_____
Paul A. Testa

12|1|2021
Date

{01563624.DOCX Ver. 1}                    12

# Plaintiff's Exhibit 18

Plaintiff's Exhibit 18

discuss leading a restorative circle with Ms. Light and the staff she identifies.

Sincerely,

Taryn R. Bonner

### *Office of Human Resources*
**New Haven Public Schools**



**NEW HAVEN PUBLIC SCHOOLS**

**From:** LIGHT, JESSICA
**Sent:** Thursday, December 9, 2021 9:41 AM
**To:** BONNER, TARYN <TARYN.BONNER@new-haven.k12.ct.us>; MACK, LISA <LISA.MACK@new-haven.k12.ct.us>; CICARELLA, DAVID <DAVID.CICARELLA@new-haven.k12.ct.us>; DELUCIA, PASQUALE <PASQUALE.DELUCIA@new-haven.k12.ct.us>; mgq@mgqlaw.com; Jessica Light <jessicalight@hotmail.com>
**Subject:** Re: Official complaint reports

Thank you for sending the three investigative reports on Friday afternoon. While I don't agree with all of the factual findings, and conclusions,  I feel relieved and overwhelmingly vindicated as this process comes to a close. I am looking forward to returning to my classroom as soon as possible. To that end, I would like to discuss the timeline, process and assurances for a safe return.

The investigative reports show the school administration engaged in a pattern of retaliation, confirming four instances. It also shows clear, unprofessionalism, malfeasance, dishonesty and hostility.  Further, the administration attempted to interfere with the investigation which is further proof of their unabashed hostility toward me, lack of commitment to transparency and continued poor judgment. These actions were not limited to a discrete incident, but were sustained over a substantial period of time, where among other conduct, they took away my voice, solicited a complaint from a parent (mentioned in their complaint against me), planted documents and made slanderous statements.

This situation has caused tremendous hardship, stress and disruption to myself and my family. I have incurred therapy bills for "PTSD triggered by a hostile workplace" and attorney services. I have used my personal sick time during my leave. My relationship with colleagues and the school community has been damaged. And my reputation has been impugned.

I have been treated incredibly unfairly and I fear the results of this investigation will cause further distress for myself, colleagues and children. I do not know if the administration has also received the results of the investigation, this gives me worry every day, as my children are in their care at the school, and the administration has been proven to act with malice. Additionally, I worry for my colleagues who were named in the report and spoke the truth.

DEF001154

I do not think my colleagues and the parents of the school would have confidence in the administration if they knew the revelations contained in the investigative reports. And I trust the district has similar thoughts.

Additionally, I would like the district consider the following restorative actions.

- Retroactively converting my FMLA leave to paid leave, as the investigation proved my workplace was unduly hostile during the investigation.
- Assurance my position as a third-grade teacher will be restored next school year, as the investigation showed the decision to move my grade was based on "conflicting" reasons and false fabricated statements attributed to, but never said, by my former grade-level partner.  The claim that it was not done with animus is only made by Ms. Gethings and Ms. Clarino, who proved to be unreliable witnesses.  Furthermore, my son will not be in the third-grade next year.
- A restorative justice process with my colleagues, as the investigation revealed more open negativity and hostility than even I was aware of.

Thank you for your time and consideration, and for the tremendous effort I'm sure this situation has taken.  I look forward to hearing from you in the next few days to further discuss. I am eager to return to my class with a plan in place to protect me from further harm and allows me to do my work in a safe environment.

Sincerely,

Jessica Light
(She, Her)

DEF001155

# Plaintiff's Exhibit 19

Plaintiff's Exhibit 11

| | |
|---|---|
| **To:** | HANNANS, KEISHA; TRACEY, ILINE (DR.) |
| **Cc:** | MACK, LISA |
| **Subject:** | RE: Official complaint reports |
| **Date:** | Monday, December 13, 2021 2:51:01 PM |
| **Attachments:** | image001.png |
| **Sensitivity:** | Confidential |

Considering the confidential nature of the matter, I am not sure if I have permission to release the entire report at this time. I will defer to Ms. Mack and Dr. Tracey to direct me accordingly.

However, I know it is essential for you to at the very least know the findings and the outcome of the investigation, so we can collectively work on next steps. I've copied below the outcome of the investigation of Jessica Light's complaint of retaliation filed against both Jenny Clarino and Margaret Mary Gethings; provided to the District by Attorney Goldberg.

The short outcome of the investigation, resulted in 4 occassions where retaliation occurred by against Ms. Light. Please continue to reach below for a more comprehensive

Taryn R. Bonner

### *Office of Human Resources*
#### New Haven Public Schools

  

**NEW HAVEN PUBLIC SCHOOLS**

IX. Findings of Retaliatory Conduct

The following findings of retaliatory conduct are supported by the factual findings above:
• Ms. Light was accused of leaking confidential information regarding Teacher X based on speculation brought on by her protected speech and the view that she was vocal. Ms. Gethings criticized Ms. Light for defending herself by denying the actions, told Teacher X not to apologize when it was clear she had misstated whether she had told Ms. Light that she had covid, and falsely stated that "every person" pointed to her as the source when, in fact, nobody had named her as the source. Ms. Clarino echoed Ms. Gethings' sentiments, stating they had "major concerns" regarding Ms. Light's actions. This occurred in front of Teacher X as well as Ms. Morrison, with whom Ms. Light already had a strained relationship, thus damaging her relationships with colleagues. Ms. Clarino further spoke with Ms. Paine regarding the subject during the pendency of this investigation after being instructed during her interview and in writing not to discuss the investigation while it was pending. She then told this investigator that Ms. Paine's sister was the source of information that Ms. Light had shared the information, when this was not an accurate reflection of what she had been told by Ms. Paine.

• Ms. Gethings reprimanded Ms. Maffuid for assisting Ms. Light in providing ordinary support provided by a paraprofessional at a time when tensions were high due to Ms. Light's filing of a complaint against Ms. Gethings and Ms. Clarino. Such a reprimand would tend to cause an

DEF001151

individual to hesitate to offer assistance to Ms. Light in the future.

• Ms. Gethings caused documents to appear on Mr. Salem's printer. The documents were emails from Ms. Light's husband that could paint Ms. Light and/or her husband in a negative light. This was done during the pendency of the overlapping investigations.

• In their first meeting with Mr. Shortt, the new union steward, Ms. Gethings and Ms. Clarino told him that a few teachers thought he might be in cahoots with Ms. Light to take down administration and suggested that only Ms. Light wanted him to run for steward. They thus set the tone of their relationship with the new union steward in a manner suggesting that he should not support or ally himself with Ms. Light.


X. Conclusions

While Ms. Light's complaints detailed numerous actions of perceived retaliation, this investigation resulted in four findings of retaliatory conduct, noted above. Throughout the investigation, different parties stated that they felt things they had said or done were being twisted, misinterpreted, or blown out of proportion. This resulted in Ms. Light fearing what Ms. Gethings and Ms. Clarino would do next, and vice versa. All were extremely upset and anxious about the situation and the investigation.

Ms. Light may have viewed many innocent actions as retaliatory, but this is understandable in light of the climate. In the Teacher X situation, she was treated as guilty without any proof and hauled into a meeting to hear how the actions attributed to her had harmed Teacher X. She was told not to state that the allegations were not truthful and was falsely told that multiple people – who would not be identified lest Ms. Light attack them publicly – had identified her as the source of the information. While the situation with Ms. Maffuid was relatively minor, it formed part of a pattern of attempting to separate Ms. Light from the support of her colleagues. The papers left on Mr. Salem's printer that arguably could present Ms. Light and her husband as difficult parents and the comment to Mr. Shortt suggesting that an alliance with Ms. Light is indicative of an effort to take down administration continued this pattern.

Ms. Light stated that in isolation, she would not have complained about many of the actions in her complaint, and she noted that many could have innocent explanations. Indeed, that was found to be the case. In particular, Ms. Light noted that she had not complained about grade changes at her previous school, but she felt this one was retaliatory. While the facts ultimately did not bear that out, it is understandable why in such a tense climate, Ms. Light being moved to a grade she had expressly stated would be a very undesirable assignment for her, especially given her dyslexia, would appear retaliatory. Ms. Gethings and Ms. Clarino claimed that Ms. Light's complaint was retaliation for the change to first grade. It does appear that the change to her teaching assignment was the final straw prompting the filing of a formal complaint, but any implication that Ms. Light falsified the complaint as retaliation for it is not borne out. It is true that not all of Ms. Light's allegations could be corroborated, but it did not appear that she was falsifying her claims.

Ms. Light was very vocal on topics related to covid and at times her statements were controversial and had the potential to present the school in a negative light, despite her stated intentions not to do so. However, Ms. Gethings and Ms. Clarino used Ms. Light's public comments to jump to a conclusion that virtually any question or comment on the subject of

DEF001152

covid to Ms. Light. It is obvious that parents, teachers, and others in the community would have strong opinions, fears, and questions about covid irrespective of any statements by Ms. Light. While it is conceivable and perhaps likely that Ms. Light increased some of these concerns with her statements, the fact that a parent asks questions about covid safety is not evidence that Ms. Light is funneling information to him. And even if only somebody in the school could have noted that Teacher X was absent for weeks (which is not necessarily the case), it is a significant leap to suggest that any inside source must be Ms. Light.

**From:** HANNANS, KEISHA
**Sent:** Monday, December 13, 2021 2:09 PM
**To:** BONNER, TARYN <TARYN.BONNER@new-haven.k12.ct.us>; TRACEY, ILINE (DR.) <ILINE.TRACEY@new-haven.k12.ct.us>
**Cc:** MACK, LISA <LISA.MACK@new-haven.k12.ct.us>
**Subject:** Re: Official complaint reports
**Sensitivity:** Confidential

Good Afternoon,

I am unable to share any thoughts because I was not given Attorney Goldberg's report.

Keisha D. Redd-Hannans
Assistant Superintendent for Instructional Leadership
New Haven Public Schools
54 Meadow Street
New Haven, CT 06519
*#NewHavenStrong*

**From:** BONNER, TARYN <TARYN.BONNER@new-haven.k12.ct.us>
**Sent:** Monday, December 13, 2021 2:00 PM
**To:** HANNANS, KEISHA <KEISHA.REDD@new-haven.k12.ct.us>; TRACEY, ILINE (DR.) <ILINE.TRACEY@new-haven.k12.ct.us>
**Cc:** MACK, LISA <LISA.MACK@new-haven.k12.ct.us>
**Subject:** FW: Official complaint reports

God Afternoon Ms. Hannans & Dr. Tracey,

Ms. Mack and I had the opportunity to review Jessica Light's email below last week. After discussing the matter further, the items Ms. Light noted in her email align with the recommendations offered to the District by Attorney Rebecca Goldberg who conducted the investigation into the matter.

Please review her email and let Ms. Mack know your thoughts.

In the meantime, I will be reaching out to the Employee Assistance Program to request external mediation for Ms. Light, Ms. Clarino and Ms. Gethings. I will also be in touch with Cameo Thorne to

discuss leading a restorative circle with Ms. Light and the staff she identifies.

Sincerely,

Taryn R. Bonner

***Office of Human Resources***
**New Haven Public Schools**

  

**NEW HAVEN PUBLIC SCHOOLS**

**From:** LIGHT, JESSICA
**Sent:** Thursday, December 9, 2021 9:41 AM
**To:** BONNER, TARYN <TARYN.BONNER@new-haven.k12.ct.us>; MACK, LISA <LISA.MACK@new-haven.k12.ct.us>; CICARELLA, DAVID <DAVID.CICARELLA@new-haven.k12.ct.us>; DELUCIA, PASQUALE <PASQUALE.DELUCIA@new-haven.k12.ct.us>; mgq@mgqlaw.com; Jessica Light <jessicalight@hotmail.com>
**Subject:** Re: Official complaint reports

Thank you for sending the three investigative reports on Friday afternoon. While I don't agree with all of the factual findings, and conclusions, I feel relieved and overwhelmingly vindicated as this process comes to a close. I am looking forward to returning to my classroom as soon as possible. To that end, I would like to discuss the timeline, process and assurances for a safe return.

The investigative reports show the school administration engaged in a pattern of retaliation, confirming four instances. It also shows clear, unprofessionalism, malfeasance, dishonesty and hostility. Further, the administration attempted to interfere with the investigation which is further proof of their unabashed hostility toward me, lack of commitment to transparency and continued poor judgment. These actions were not limited to a discrete incident, but were sustained over a substantial period of time, where among other conduct, they took away my voice, solicited a complaint from a parent (mentioned in their complaint against me), planted documents and made slanderous statements.

This situation has caused tremendous hardship, stress and disruption to myself and my family. I have incurred therapy bills for "PTSD triggered by a hostile workplace" and attorney services. I have used my personal sick time during my leave. My relationship with colleagues and the school community has been damaged. And my reputation has been impugned.

I have been treated incredibly unfairly and I fear the results of this investigation will cause further distress for myself, colleagues and children. I do not know if the administration has also received the results of the investigation, this gives me worry every day, as my children are in their care at the school, and the administration has been proven to act with malice. Additionally, I worry for my colleagues who were named in the report and spoke the truth.

DEF001154

# Plaintiff's Exhibit 24

*Dr. Iline Tracey*
*Superintendent of Schools*



**NEW HAVEN PUBLIC SCHOOLS**

P: (475) 220-1016
F: (203) 946-7300
iline.tracey@new-haven.k12.ct.us

## VERBAL WARNING

February 25, 2022

Ms. Jenny Clarino
985 Quinnipiac Avenue
New Haven, CT 06513

Dear Ms. Clarino,

As you know, the New Haven Public Schools engaged the services of the Law Firm Berchem Moses PC to conduct an investigation into your actions as assistant principal. Specifically, the complainant alleged that you retaliated against her and that you behaved inappropriately in several interactions with her. On December 3, 2021, we communicated to you that the investigators concluded their review of the allegations against you and we shared a copy of their findings. On January 31, 2022, I met with you, Mr. John Gesmonde and your Union President, Ms. Sequella Coleman, to discuss the findings of the report.

Specifically, we discussed my finding that you engaged in the following inappropriate conduct:

- You willfully violated a written directive by the Office of Human Resources prohibiting you from discussing this matter during the pendency of the investigation when you contacted a critical witness of the investigation.
- You exhibited poor professional judgment in how you responded to an employee criticizing the Worthington Hooker School Administration during a New Haven Board of Education meeting.

During our January 31, 2022 meeting, you were given an opportunity to respond to the findings, to ask questions and were advised that any similar acts in the future will not be tolerated. It is my hope and expectation that you will learn from this experience and that going forward you will treat all employees of the New Haven Public Schools in a professional manner.

Sincerely,


Dr. Iline Tracey
Superintendent of Schools

cc:    Sequella Coleman, President, School Administrators Association of New Haven
        John Gesmonde
        Personnel File

DEF001622

# Plaintiff's Exhibit 25

Plaintiff's Exhibit 28

*Dr. Iline Tracey*
*Superintendent of Schools*



**NEW HAVEN PUBLIC SCHOOLS**

P: (475) 220-1016
F: (203) 946-7300
iline.tracey@new-haven.k12.ct.us

## VERBAL WARNING

February 25, 2022

Ms. Margaret-Mary Gethings
115 Greenway Street
Hamden, CT 06517

Dear Ms. Gethings,

As you know, the New Haven Public Schools engaged the services of the Law Firm Berchem Moses PC to conduct an investigation into your actions as principal. Specifically, the complainant alleged that you retaliated against her and that you behaved inappropriately in several interactions with her.

On December 3, 2021, we communicated to you that the investigators concluded their review of the allegations against you, and we shared a copy of their findings. On January 31, 2022, I met with you, Mr. John Gesmonde and your Union President, Ms. Sequella Coleman, to discuss the findings of the report.

Specifically, we discussed my finding that you engaged in the following inappropriate conduct:

- You exhibited poor professional judgment in how you handled differences of opinion with an employee you supervised.
- You exhibited poor professional judgment in how you responded to an employee criticizing the Worthington Hooker School Administration during a New Haven Board of Education meeting.

During our January 31, 2022 meeting, you were given an opportunity to respond to the findings, to ask questions and were advised that any similar acts in the future will not be tolerated. As a seasoned administrator with the New Haven Public Schools, you were expected to respond to these situations responsibly and in a manner consistent with our values. It is concerning that you were unable to do so in this circumstance.

It is my hope and expectation that you will learn from this experience and that going forward you will treat all employees of the New Haven Public Schools in a professional manner.

Sincerely,

Dr. Iline Tracey
Superintendent of Schools

cc:    Sequella Coleman, President, School Administrators Association of New Haven
       John Gesmonde
       Personnel File

DEF001624

# Plaintiff's Exhibit 26

| | |
|---|---|
| **From:** | HANNANS, KEISHA |
| **To:** | BONNER, TARYN; MACK, LISA |
| **Subject:** | Fwd: Grade 1 |
| **Date:** | Friday, February 25, 2022 2:43:06 PM |
| **Attachments:** | image.png |
| | image.png |
| | Outlook-z5xglxzg.png |

Please see below.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** HANNANS, KEISHA <KEISHA.REDD@new-haven.k12.ct.us>
**Sent:** Friday, February 25, 2022, 1:50 PM
**To:** GETHINGS, MARGARET-MARY
**Cc:** COLEMAN, SEQUELLA
**Subject:** Re: Grade 1

Good Afternoon,

If you believe it is appropriate to have a union representative present when you meet with Ms. Light, please have one present. However, the meeting needs to occur in the morning to provide her with time to prepare her classroom.

As discussed, based upon our previous conversations I was under the impression that Ms. Light was already teaching in her original class in her classroom. I also believed that you were utilizing Ms. Light's initial three days during her return from FMLA to provide her with a chance to reaclimate herself to the school environment and to notify first grade parents about the return to the original configuration of classes. However, it is very clear that you have not done this and this is very disappointing. This process will not be delayed any further.

During our conversation yesterday, you stated content that you would include in the letter and your comments were appropriate. Please know that you will write the letter as the principal of the school and you will work with families and students to make them aware of the benefits of this transition to the original configuration of classes that you planned.

Have a great weekend.


Keisha Redd-Hannans
Assistant Superintendent for Instructional Leadership




Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

DEF001314

**From:** GETHINGS, MARGARET-MARY <MARGARET-M.GETHINGS@new-haven.k12.ct.us>
**Sent:** Friday, February 25, 2022, 1:26 PM
**To:** HANNANS, KEISHA
**Subject:** Re: Grade 1

Good afternoon Keisha,

We will meet with Ms. Light on Monday Feb.28th to notify her of the plan for her teaching her class from the beginning of the school year. Should we be meeting with Ms. Light and her union rep? Just to be clear there is no time for any transition this is to happen on March 1st? While I heard you that this is to happen for Tuesday March 1st, I do not believe this is the best time frame and we worry immensely about the impact on our students' academics and emotions.

I also just want to make sure you received this email and are aware as I have shared this is the common request of 1st grade families and while we will do as directed, we are going to need support and guidance on how to respond to families. Additionally, we have absolutely no knowledge as to who will be doing Ms. Light's evaluations, midyear conference or providing feedback to her. We have just begun mediation that did not even include a dialogue between all of us. We have been put in the most compromising position and we have only been trying to do what is best for students. It is also important to be aware that multiple staff members have reached out to the union for guidance regarding our 2/7/2022 staff meeting that Ms. Light attended and was offensive to several members of our staff, while they were encouraged to have a "courageous conversation" these have not taken place.

I will work on a letter based on what we discussed yet if could please send me a draft of what you want included that would be helpful. Can you please clarify if we are met with the resistant that we anticipate and if our parents want to speak to someone besides the school administration should we have parents contact you?

Thank you for your support and guidance.

Best,
Margaret Mary

DEF001315

# Plaintiff's Exhibit 27

Plaintiff's Exhibit 37



DEF001017



DEF001018



DEF001019



Jessica Light
(She/her)

DEF001020

# Plaintiff's Exhibit 28

Plaintiff's Exhibit 13

From: Jessica Light jessicalight@hotmail.com 
Subject: To-do
Date: August 26, 2022 at 10:35 AM
To: Nicole Ventura nicole.ventura@ptsdcenter.com

I have an interview at 12 - that I need to focus on before I handle this issue but when I was clearing out my old classroom I found this. it is Fucking with my mind and I will have to process after finding a new job today



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY