# Defendants' Exhibit 2

**From:** Sarah Miller asarahmiller@gmail.com
**Subject:** Re: Dash Board Plus
**Date:** February 18, 2021 at 3:49 PM
**To:** Jessica Light jessicallght@hotmail.com



Get Outlook for iOS

---

**From:** TRACEY, ILINE (DR.) <ILINE.TRACEY@new-haven.k12.ct.us>
**Sent:** Wednesday, February 17, 2021 12:25:01 PM
**To:** TRACEY, ILINE (DR.) <ILINE.TRACEY@new-haven.k12.ct.us>
**Subject:** FW: RE: Dash Board Plus

From: TRACEY, ILINE (DR.) <ILINE.TRACEY@new-haven.k12.ct.us>
Sent: Wednesday, February 17, 2021 8:31 AM
To: TRACEY, ILINE (DR.) <ILINE.TRACEY@now-haven.k12.ct.us>
Subject: RE: Dash Board Plus

Dear Learning Community:

I trust that you are well. We try to be transparent and communicate what we know to our workers and the larger community. We are certainly not operating in "we got you, or you got us" mode. There is no need for that. We have been open and honest with our communication. Concerns were raised about the lack of updating the dashboard. We promised to put up a dashboard that would be updated on Mondays. Our version of one was put up, but information depends on what we receive. The Health Department is supporting us on a better dashboard that will update verified positive cases. We were the ones who decided to have a dashboard to afford transparency. As soon as this is done, we will have an updated one. In the meantime, individual schools receive information on cases. We are in a pandemic and there is nothing to hide. It does us no good to hide anything. Since March, we have been reporting positive cases of staff who do their work from the buildings. *From our understanding*, to date, reported positive cases are usually based on outside contacts. We continue to sympathize with those of our NHPS family members who have had to deal with COVID themselves and in their own families.

In addition, please remember that there is a chain of command. If there are issues or concerns in schools —things are reported to the school principals, and if they are not mitigated, it is shared with the unions, who then share with us. The same mechanism exists for principals—they work with their principal supervisors, and if there is no solution, they share with their union, who then surfaces the concerns to my level. There is no need for undercover or clandestine operations—I speak often with the unions who also surface concerns to my level. We are here to support everyone, although some are trying to use this time for division. Things may be broken, a boiler may go out, supplies may run out in your classrooms—we have plenty of supplies—please follow the chain of command. This system is for all of us. **When people criticize New Haven Public Schools it reflects on all of us. When we fail—it is all of us. When we succeed, it is all of us.** We are all in this together, and I am proud of your dedication and commitment to our children. Someone recently made a comment, that folks are petrified to share concerns for fear of retribution. We want to hear concerns that impact the learning environment. Some have taken to secretly sharing information with other entities. This is not helpful, because they cannot address your concerns. Please let your unions know if you are being mistreated, or if you work in a hostile work environment, or if your contracts are being violated. I am sure that your union leaders would not tolerate that, neither would I. Your unions are there to advocate on your behalf.

LIGHT000542

# Defendants' Exhibit 3



**From:** Jessica Light jessicalight@hotmail.com
**Subject:** Re: my draft complaint
**Date:** April 28, 2021 at 9:00 AM
**To:** Sarah Miller asarahmiller@gmail.com

Thanks

On Apr 28, 2021, at 8:57 AM, Sarah Miller <asarahmiller@gmail.com> wrote:

Wow, well this is certainly thorough. Seems unlikely that you will get anywhere with Lisa Mack without a lawyer. A couple thoughts off the top of my head:

1. Frame it with your accolades - the leadership roles you have played in school, quotes of positive comments from your TEVAL and parents
2. State somewhere that this practice does not just affect you, but creates a culture of fear that stifles continuous improvement and the democratic process
3. Expand on statements like "it was actually a reprimand intended to make me not raise further questions with the Board of Education" -- not immediately clear why and important to be direct so as to avoid the perception that you are imagining things or exaggerating

I'll read more closely and think on it further, but those are my immediate thoughts.

On Wed, Apr 28, 2021 at 7:37 AM Jessica Light <jessicalight@hotmail.com> wrote:

## I. Introduction

I am filing this complaint because Ms. Gethings and Ms. Clarino have engaged in a pattern of retaliation for approximately six months. The retaliation is due to my exercise of protected activities relating to how the New Haven School District was addressing, or was planning to address, the Covid-19 pandemic. Ms. Gethings and Ms. Clarino believe that these activities put their administration of Worthington Hooker, and presumably them, in a bad light.

As a result of their belief, Ms. Gethings and Ms. Clarino have engaged in various forms of retaliation. First, they pressured me to stop or to modify my public speech regarding the school district's response to the Covid-19 pandemic, and in the process instructed me not to allow my students' parents to have telephonic access to me. Second, they falsely accused me of revealing to a parent information about another teacher having contracted Covid-19. Third, they have prevented me from engaging most meaningfully in the various school-related committees and groups and in the professional development opportunities I have expressed an interest in; although any of these decisions alone, and many of these decisions together, could be explained by idiosyncratic non-retaliatory reasons, whether sound or not, all together, and in context, they smack of retaliation. Fourth, they engaged in conversations about me with fellow teachers and parents that negatively affected their perception of me and damaged our relationship, including, but not limited to, informing the teacher who had contracted Covid-19 that I had revealed information about her condition. Fifth, they included a comment in my TEVAL that is unjustified and that is intended to raise a warning flag for anyone reviewing my record in the future. Sixth, they required me to attend a series of meetings with them regarding these issues and my TEVAL where they berated, belittled, accused me falsely, and

LIGHT000874

# Defendants' Exhibit 4

Messages - Sarah Miller

> Liked " That would be nice. Maybe email it and you can speak it next time?"

9/17/20, 7 18 AM

What is that awesome pool that you built? We are thinking of doing something along those lines.

> Haha it is a cedar hot tub - and was more work than we could have possibly imagined but is amazing

Cool. Did you follow a plan or figure it out yourself?

> No specific plan - it started as a joint project but really my husband took over  We bought all the components separately

> We are using salt to chlorinate the water- we burryied the pipes then ran them through a window in our basement so the loud machines of the operating would be far away and unheard

Woa. Yea that is above my pay grade

> If you would like to come check it out sometime you are more than welcome to

Thanks. I'll see if I can talk Lee into thinking about it.

10/9/20. 5.41 PM

Hey there, TGIF

Did you see this piece that I wrote?

https://www.newhavenindependent.org/index.php/archives/entry/after_a_month_of_school_reopening_experiments/

> Same I am so sorry I must say I put reading this on my to do list and....

> But I didn't realize it was written by you

No worries

So many haters in the comments advocating for "choice"

I don't mind personally, but balancing it out gives more weight to the ideas

If you agree....

LIGHT002453

Messages - Sarah Miller

> I have vowed to avoid commenting on independent articles...

> I can't handle the back and forth... unless absolutely necessary

Yea I understand. If you know anyone else who would...

> K

I see some hooker parent rage...

And the illusion of choice as a public good

> Hooker parents are crazy- all of them want to return

Good neoliberals experiencing a modicum of the discomfort that others feel all the time

> Exactly but I didn't say it

I kind of did and their brains exploded 🤯

> Laughed at "I kind of did and their brains exploded 🤯"

> I broke my rule and didn't say anything much but that I agree...

Oh man, ty

> I am very concerned about Darnell's posturing— do you know more about the investigation

Supposedly Phil Penn is accusing him of harassment

Can't ever trust Darnell for a second, as you know

LIGHT002454

# Defendants' Exhibit 5

Messages - Sarah Miller

10/11/20  8:01 AM



Yea. Do you know who it is?

I am fairly sure - I know it should bother me but this shit drives me crazy — I think it is mike Delaney, if you know him

I will fume and get over it - he is a jerk who said I was the best teacher his daughter ever had but then last year I didn't vote the same way he did on some pta politics and he has gone for blood ever since- 97% sure it is him...

I advocated for financial aid for families in need of after care - he didn't think I was living up to my "fiduciary responsibilities"

Ugh. Unfortunately it comes with the territory. A big part of the reason why so few people speak up on anything. It exposes us to criticism.

I have developed a pretty thick skin for it, while trying to listen for what is true within the utter BS. And sometimes it's entirely BS.

I think the best we can do it try to back eachother up.

Yeah I will grow thicker skin- it's a weakness

I used to fret over every little comment - I get it completely

Disliked "I advocated for financial aid for families in need of after care - he didn't think I was living up to my "fiduciary responsibilities" "

10/11/20, 6:15 PM

Do you know if people are speaking Tuesday

Page 13 of 103

LIGHT002455

# Defendants' Exhibit 6

Messages - Sarah Miller

I legitimately told a parent who I have already flaked on once that I would meet her at four to do gardening stuff- but I may need to flake on her again to speak- but speaking directly against my principal would be the riskiest thing I have ever done....

The stress of all of this is really taking a personal toll on me- I have had to go on new anti anxiety depression medicine just to be able to sleep - I might just need to sit this one out-

Understood. You have done a lot and I think other folks will come through. Gardening is important too 😊

I will email parents I know - but not sure if anyone will actually show. .



8/10/20, 12.22 PM

Mm just called me- I tried to stay true to my thoughts without destroying our relationship ... very tricky...

She is claiming she always passes info regardless of side...but I pointed out well people aren't seeing it that way because you never passed on anything about the other side

That she didn't email about caravans etc.

That is tough. She sounds really tricky to work with.

Yes- I

8/10/20, 2.09 PM

Ok now what

https://www.newhavenindependent.org/index.php/archives/entry/tracey_issues_plea_to_reconsider_remote-only_vote/#.XzFxgm3cPXA.facebook

Do you think I need to testify

If you can bear it

I just submitted a comment. The 76% figure is misleading

LIGHT002448

Messages - Sarah Miller

> My husband has just begged me not to- because I just need the heat to not be on me right now...but I am going to email Dave c... begging him to atleast comment that this number is wrong

Listen to your hubby

I just put a correction in the NHI comments

The absence of union leadership is truly shameful

8/10/20. 5:34 PM



> Dave c's response is sickening

He is a big part of why this is so bad

> Listening will raise my hand to speak if there is not enough balance on our side ...by then it might not be time but just as a back up

Ok that makes sense 👍

👍👍👍 you rock

> Dave agreed to contact independent to write a correction...

He should just comment himself

> True-

> But atleast it is something

LIGHT002449

Messages - Sarah Miller

Of course she is 😊

I'll make sure we have a few people but not going to go crazy

Yeah I agree- just obnoxious

10/13/20. 8:06 PM

Could I punch Dave now

I just logged off. What happened?

He called in to say everything is great?

Yep

As long as he's "in the know" he doesn't care

I think there is a decent chance that Covid rates will be bad enough that schools won't actually open

But that can't be my hope...

I know, it's awful

10/20/20, 9:27 PM

Hey, are you planning to be at the Yale:Respect New Haven presentation to NHFT on Thursday at 5? Thinking that I shouldn't be but would be great if you could.

This is the first I am hearing about it



LIGHT002457

Messages - Sarah Miller

> *[image of CDC guidance text, partially legible]*
>
> CDC continues to recommend at least 6 feet of distance:
>
> - Between adults in the school building and between adults and students
> - In common areas, such as school lobbies and auditoriums
> - When masks can't be worn, such as when eating
> - During activities when increased exhalation occurs, such as singing, shouting, band practice, sports, or exercise. These activities should be moved outdoors or to large, well-ventilated spaces whenever possible.
> - In community settings outside of the classroom

The cdc website still says 6 feet "when masks can't be worn such as when eating"

**Yes**

**Also sports, music etc**

3/22/21, 2:07 PM

Is this being discussed tonight at Boe- should I speak

**Presumably - we have not had bandwidth to organize for tonight. Would be great if you could.**

Liked "Presumably - we have not had bandwidth to organize for tonight. Would be great if you could."

3/22/21, 5:47 PM

When can I run for union president- fuck him

**Ugh what happened?**

"I would just like to thank the super interdent for always having the teachers safety in mind"

**Ugh gross**

**Make sure you tell him and have others do the same. He only acts when he feels the heat.**

Right after my request for a unified health and safety plan

LIGHT002502

# Defendants' Exhibit 7

Messages - Sarah Miller

I know, it's hard!

Do you think it is already a done deal

For now yes. But it is likely to change as case counts go up, especially if there continue to be doubts and concerns raised.

Yeah figured

I think it is important not to throw our hands up in despair, as appealing as that sounds

Agreed

10/26/20, 5.47 PM

Could you hear me

Yes nice job 👍

Could you hear me?

And my giggly children

Yes :) to both

I am considering resigning- I most likely won't- but I can't stop thinking it might be the moral decision ...

Don't let them win

I just don't know how to keep the kids safe and I can't pretend I can

Just be honest and do the best that you can

It's better to be there and try to make it as good as it can be

Page 21 of 103

LIGHT002463

# Defendants' Exhibit 8

Messages - Sarah Miller

Yes

2/8/21, 6:41 PM

You go girl 🔥🔥🔥

Loved "You go girl 🔥 🔥 🔥"

2/9/21, 8.19 AM

Please don't share- but a hooker teacher is positive she has not been in the building because her daughter had it first so she was quarantining at home with negative tests until home quarantining in basement didn't work and it is running through her family... she is quite sick now but not hospital sick yet- she is a friend and wants to stay confidential but numbers like these that aren't from in school spread are part of why the school on the whole just can't stay staffed... and shows the numbers on dashboard show mainly in school exposure because cases like these no letter is sent and no number is added to the dashboard

Yes. Are other teachers out?

How have student attendance numbers been? They are way down at most schools.

There have been other absences but I can not confirm if it is covid related

Our attendance is still pretty high- at least in my class

We have been pressing for a racial breakdown of in-person kids. I think it will be startling.

(Our school has the conflating issue of no school busses) so I know of two black third grade families that usually take city buses but do not feel safe doing that in the pandemic

Right

One of those families is in my class- for perspective 2/3 of my black students are home- all of my Hispanic are in person and about half of Asian are home (because grandparents live in these homes) 4/5 white are in person... but this is a very small sample of just my tiny class (I have had 5 Asian studies return to their home countries this year!)

Interesting. After the case at Columbus the place pretty much emptied out - 2 or 3 in person kids per class.

LIGHT002494

Messages - Aaron Miller

Yes extreme

2/17/21, 3:10 PM

Can you get to Bethel church? For a vaccine

Right now

Excess dose

They are gone unfortunately but will keep my ear open for another opportunity

2/17/21, 5:42 PM

Damn I just saw this please keep me posted

I will

Though sounds like teachers will be included in essential workers and offered it March

So not too much longer

Fingers crossed- things just keep changing

I know, it's such a rollercoaster

2/22/21, 3:47 PM

I just called and begged and got a vaccine appointment for March 12!

Yay!!!

Gov is announcing the next round today

I think educators will be prioritized

Yeah he did we aren't supposed to be allowed to start scheduling until March, but they let me schedule today...

Liked "Yeah he did we aren't supposed to be allowed to start scheduling until March, but they let me schedule today..."

2/25/21 8:53 AM

Now that schools effected has been taken off the dashboard how can we fact-check weather cases are reported

LIGHT002497

Messages - Sarah Miller

Ask Dave. That needs to be fixed.

I just emailed

We can raise it too - but this far Dave has been ok at getting dashboard changes made

There are two teachers positive at hooker I heard through grapevine only but then confirmed with actual teachers ..

I assume the exclusion is intentional - not an oversight

Emphasized "There are two teachers positive at hooker I heard through grapevine only but then confirmed with actual teachers..."

I do not want to step on anyone's privacy so it becomes difficult to make sure they are reflected in numbers

Right. Most of the other dashboards that I have seen report schools for exactly this reason.

2/26/21, 1:14 PM

Can you share the grades of hooker teachers who tested covid pos? Do you know if there has been a letter?

There was no letter - and I do not want to break anyone's privacy... No one not even staff were told officially but when I heard through the grapevine I asked the individuals to confirm and they both did ..

Ok

3/1/21, 9 04 PM

I signed up to testify Wednesday but need talking points I don't have time to write a speech

Ok can send some. It doesn't need to be beautiful or poetic - just touch on a few specific examples of underfunding.

3/2/21, 6 47 PM

So if I am 137 what time do I need to be on by... I have my vaccine appointment at 9:45

Really hard to tell. The public portion doesn't start till 11, so you should be fine. I am #48 so can let you know once I go.

LIGHT002498

# Defendants' Exhibit 9

Messages - Sarah Miller

Deep breaths. It seems like a real stretch. And you have the union, families, and community on your side.

> Liked "Deep breaths. It seems like a real stretch. And you have the union, families, and community on your side. "

3/28/21, 2:31 PM

> Could you make a foia request for:
>
> Any and all written, recorded or otherwise documented communication between Dr. Tracey, the assistant superintendents and school administrators regarding COVID-19 reporting policies. Any and all written, recorded or otherwise documented communication between Dr. Tracey, the assistant superintendents and school administrators regarding teacher participation in the public participation portion of board of education meetings.

> I want to be able to show my principal was pressured to get me to stop talking

3/28/21, 3 59 PM

Unfortunately I think there is no chance they would comply. Their only obligation under law is to acknowledge the request with 4 days I think - then they can take as long as they want to actually produce the documents, especially a request as broad as this. Are you looking for a specific email? And even if your principal was pressured and we had documentation to show, what difference would it make?

> Ok just spinning- trying to collect everything I can because I am likely going to get a lawyer to file claim of retribution

If a lawyer asks, you might get a reply.

I checked with a friend who knows about hipaa (without mentioning you). Her response:

"That doesn't sound like the SLIGHTEST violation of HIPAA. A teacher is not a covered entity: a health plan, healthcare clearing house, or healthcare provider conducting certain electronic transactions. You'd have to stretch to argue that the school system is, except they do some Medicare billing for students w disabilities and provide nursing and clinics. And HIPAA protected information explicitly excludes public data like that published on data.ct.gov, e.g. how many cases per school per week. And it excludes data without personal identifiers. So "2 cases at X school" or somesuch isn't remotely protected and I would have the union grieve any statement to the contrary immediately."

LIGHT002505

# Defendants' Exhibit 10

Messages - Fredo Silva

Ok

I will try a different time

10/8/20, 12 35 PM

My principal is a bitch— I am ok but very worried about the possibility of returning to in person when she is at the helm...

Instead of just moving my class to the gym she wants me to teach both third grade classes with another teacher in the gym...

I told her I didn't mind giving up my room, but that gatherings over 25 were still illegal right now and

My life should not be placed at additional risk simply to fix a logistical problem on her end

10/8/20, 1:44 PM

Right

She is horrible

10/8/20, 4:29 PM

I will call back in 2 min

10/15/20, 2:06 PM

Can I call u a lulultle later this afternoon instead of 3?

Today I am pretty busy- I have my shrink at 4...

3 Tomorrow?

3:30 tomorrow?

LIGHT001497