**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** **3:22-CV-00425 (JAM)** |
| **Plaintiff,** | |
| **v.** | |
| **NEW HAVEN BOARD OF EDUCATION AND MARGARET-MARY GETHINGS in her individual capacity** | |
| **Defendants.** | **JULY 15, 2024** |

## JOINT MOTION FOR OPENING STATEMENTS

The parties hereby move the Court for permission to present opening statements at trial on August 5, 2024.

PLAINTIFF,

By: */s/ Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

1

## CERTIFICATION OF SERVICE

I hereby certify that on July 15, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Peter J. Murphy
Shipman & Goodwin LLP
One Constitution Plaza,
Hartford, CT 06103-1919
pjmurphy@goodwin.com

*/s/ Anthony J. Interlandi*
Anthony J. Interlandi

**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039