**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JESSICA LIGHT, | : | CIVIL ACTION NO. |
| **Plaintiff,** | : | **3:22-cv-00425(JBA)** |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| MARGARET-MARY GETHINGS in her | : | |
| individual capacity | : | |
| **Defendants.** | : | **JULY 19, 2024** |

<u>**APPEARANCE OF CHELSEA C. McCALLUM**</u>

Please enter my appearance as an attorney for the defendants New Haven Board of

Education and Margaret-Mary Gethings in the above captioned matter.

Dated at Hartford, Connecticut this 19th day of July, 2024.

> DEFENDANTS,
> NEW HAVEN BOARD OF EDUCATION
> and MARGARET-MARY GETHINGS
>
> By /s/ Chelsea C. McCallum
>    Chelsea C. McCallum (ct31586)
>    Shipman & Goodwin LLP
>    One Constitution Plaza
>    Hartford, CT  06103-1919
>    Telephone: (860) 25l-5113
>    Facsimile:  (860) 251-5218
>    cmccallum@goodwin.com
>    Their Attorney

## CERTIFICATION OF SERVICE

This is to certify that on July 19, 2024, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Chelsea C. McCallum*
Chelsea C. McCallum