UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JESSICA LIGHT** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:22-cv-00425 (JAM)** |
| | : | |
| v. | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS** in her | : | |
| Individual capacity | : | |
| Defendants. | : | **JULY 25, 2024** |

## PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST

| Plaintiff's | Bates | Description | Objections |
|---|---|---|---|
| 1 | DEF000118 | AFT Letter | |
| 2 | LIGHT003544-46 | Facebook post by New Haven Public School Advocates with comments | Relevance. Not produced during discovery. |
| 3 | LIGHT003547-52 | Facebook post by Melody Gallagher with comments | No objection to 47-48, and 51. Object to rest of document. Relevance. Not produced during discovery. |
| 4 | LIGHT000843-44 | Email from Gethings regarding social media post | |
| 5 | DEF000117 | Light 2020-21 TEVAL | |
| 6 | DEF000153-*165* | Light Complaint | |
| 7 | DEF001839-41 | Alden Complaint, a/k/a "List of Concerns" | |
| 8 | DEF000099-149 | Retaliatory Complaint and Rebuttal to Light Complaint | |
| 9 | DEF000166-83 | Light Response to Alden Complaint | |
| 10 | LIGHT00238-43 | Gethings email response to Light re concerns from J. Light | |
| 11 | LIGHT002839-44 | Light response to Gethings' email re concerns from J. Light | |
| 11 | LIGHT214-15 | Email from Light to Bonner et all re Timeline | |
| 12 | LIGHT00216-7 | Email from Light to Bonner re Next Steps | |

1
**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

SG-21435837.1

| | | | |
|---|---|---|---|
| 13 | DEF000089-98 | Email from Bonner to Light re Rules of Engagement | |
| 14 | DEF000085-88 | Certification of Health Care Provider for Employee's Serious Health Condition under the FMLA | |
| 15 | DEF000488-512 | Investigatory Report by Attorney Goldberg | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 16 | DEF000409-487 | Investigatory Report by Attorney Henderson | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 17 | DEF000397-408 | Investigatory Report by Attorney Testa | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 18 | DEF001154-55 | Email from Light to Bonner et al re Office Complaint reports | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 19 | DEF001151-1154 | Email from Light to Bonner et al re Official complaint reports | Relevance<br>Usurps role of jury<br>Hearsay<br>Prejudicial |
| 20 | DEF000978-79; *LIGHT000164-67*[1] | Email from Dr. Levin to Light re Jessica L's letter | |
| 21 | DEF000083 | Notice to Return to Work | |
| 22 | LIGHT002891 | Jan. 2022 letter from N Ventura | |
| 23 | DEF000772-73 | Jan. 2022 email from Dr. Levin | |
| 22 | DEF001661 | Email from Bonner to James Rascati re Request for Mediation | |
| 23 | DEF00077-82 | Email from Light to Bonner re Return to Work Notice | |
| 24 | DEF001622 | Letter from Tracey to Clarino re VERBAL WARNING | Relevance.<br>Prejudicial because it relies on BM report.<br>Usurps role of jury |

---

[1] Additional exhibits are listed *italics*.

2
**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

SG-21435837.1

| | | | |
|---|---|---|---|
| 25 | DEF001624 | Letter from Tracey to Gethings re VERBAL WARNING | Relevance<br>Prejudicial because relies on BM report<br>Usurps role of jury |
| 26 | DEF001314-15 | Email from Hannans to Gethings re Grade 1 | Relevance.<br>Hearsay |
| 27 | DEF001017-20 | 1st classroom note | Hearsay<br>Foundation<br>Prejudicial<br>Relevance |
| 28 | Clarino Dep. Ex. 12 | 2nd classroom note | Hearsay<br>Foundation<br>Prejudicial<br>Relevance |
| 29 | N/A | Audio recording of November 2, 2020 meeting | |
| 30 | N/A | Audio recording of March 26, 2021 meeting | |
| 31 | N/A | Audio recording of March 31, 2021 meeting | |
| 32 | N/A | Audio recording of April 20, 2020 meeting | |
| 33 | N/A | Audio recording of January 14, 2021 meeting | |
| 34 | N/A | Audio recording of February 10, 2022 meeting | |
| 35 | N/A | Transcript of recorded November 2, 2020 meeting | |
| 36 | N/A | Transcript of recorded March 26, 2021 meeting | |
| 37 | N/A | Transcript of recorded March 31, 2021 meeting | |
| 38 | N/A | Transcript of recorded April 20, 2020 meeting | |
| 39 | N/A | Transcript of recorded January 14, 2021 meeting | |
| 40 | N/A | Transcript of recorded February 10, 2022 meeting | |
| *41* | *LIGHT00263* | *Letter from Nicole Ventura* | |
| 42 | LIGHT00268-90; 003519-30; 3603-08 | Ventura/PTSD Center treatment/*progress* notes and/or letters | |

3
**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

SG-21435837.1

| 43 | *LIGHT00264-65*; 3358-64;3568-84; 601-02; *610-33* | All Ventura/PTSD Center bills | |
| --- | --- | --- | --- |
| 44 | LIGHT00262 | *6/9/22 Letter from Dr. Levin* | |
| 45 | LIGHT003432-94; 003495-3518 | Dr. Levin treatment/*progress* notes | |
| 46 | LIGHT003357; 003585-600 | All Dr. Levin bills | |
| *47* | *LIGHT000141* | *Email re Preferences* | |
| 48 | LIGHT000154-58 | *Email re Return to Work Notice* | No objection to the document if the second paragraph on page 154 is redacted to remove reference to the findings on the Alden complaint for reasons set forth in Defendants' motion in limine concerning the investigation reports. |
| *49* | LIGHT000168-72 | *Email re Jan 14 meeting follow up* | Objection for the reasons set forth in Defendants' objection to the motion in limine on the transcripts. |
| *50* | LIGHT000173-76 | *Email re FMLA Extension* | |
| *51* | LIGHT000177-81 | *Email re Timeline* | Objection for reasons set forth in Defendants' motion in limine concerning the investigation reports. |
| *52* | LIGHT000182 | *Email re Next steps* | Objection for reasons set forth in Defendants' motion in limine concerning the investigation reports |
| *53* | LIGHT000222-23 | *Email re Thursday* | Objection because the email is hearsay. |
| *54* | LIGHT000224-25 | *Email re not urgent just fyi; Dismissal* | |
| *55* | LIGHT000228-34 | *Email re Employee Retaliation* | |
| *56* | LIGHT000253 | *Email re Returning to work* | |
| *57* | LIGHT000522 | *Email re School revote* | Objection on the grounds of hearsay and relevance. |
| *58* | LIGHT000523 | *Email re school reopening* | Objection on the grounds of hearsay and relevance. |
| *59* | LIGHT000531-32 | *Email re Letter from NHFT, CPT, NHPSA, Partners* | Objection on the grounds of hearsay and relevance. |

4
**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

SG-21435837.1

| 60 | LIGHT000733 | *Email re JobID: 4461 – Certified Teacher – ESSER Coach* | Objection on the grounds of relevance and hearsay. |
| 61 | LIGHT000950 | *Email re thoughts* | Objection on the grounds of relevance and hearsay. |
| 62 | LIGHT0003290-92 | *Email re The Real NHPS Challenge* | Objection on the grounds of relevance and hearsay. |
| 63 | LIGHT0003295-96 | *Email re NHPS Call to Action Wednesday, March 3, 2021* | Objection on the grounds of relevance and hearsay. |
| 64 | LIGHT0003332-33 | *Email re Preference* | |
| 65 | LIGHT0003334-35 | *NHPS JobID: 4907 – Teacher – Grade 3 6/22/22* | Objection for the reasons set forth in Defendants' objection to the motion in limine on the Grade 3 application. |
| 66 | LIGHT0003346 | *Email re Your online application with New Haven Public Schools* | Objection for the reasons set forth in Defendants' objection to the motion in limine on the Grade 3 application. |

 

                                          THE PLAINTIFF,


                                          BY:    /s/426132
                                          Anthony J. Interlandi, Esq.
                                          tony@monarchlawct.com

5
**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

SG-21435837.1

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

BY:   /s/426132
Anthony J. Interlandi, Esq.
tony@monarchlawct.com

6
**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

SG-21435837.1