**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JESSICA LIGHT** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:22-cv-00425 (JAM)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **Individual capacity** | : | |
| **Defendants.** | : | **AUGUST 2, 2024** |

### PLAINTIFF'S REVISED TRIAL EXHIBIT LIST

| Pl's | Bates | Description | Objections |
|---|---|---|---|
| 1 | DEF000118 | AFT Letter | |
| 2 | LIGHT003547-48, 51 | Facebook post by Melody Gallagher with comments | |
| 3 | LIGHT000843-44 | Email from Gethings regarding social media post | |
| 4 | DEF000117 | Light 2020-21 TEVAL (notes redacted) | |
| 5 | DEF000153-165 | Light Complaint | |
| 6 | DEF001839-41 | Alden Complaint, a/k/a "List of Concerns" | |
| 7 | DEF000099-149 | Retaliatory Complaint and Rebuttal to Light Complaint | |
| 8 | DEF000166-83 | Light Response to Alden Complaint | |
| 9 | LIGHT00238-43 | Gethings email response to Light re concerns from J. Light | |
| 10 | LIGHT002839-44 | Light response to Gethings' email re concerns from J. Light | |
| 11 | LIGHT214-15 | Email from Light to Bonner et all re Timeline | |
| 12 | LIGHT00216-7 | Email from Light to Bonner re Next Steps | |
| 13 | DEF000089-98 | Email from Bonner to Light re Rules of Engagement | |
| 14 | DEF000085-88 | Certification of Health Care Provider for Employee's Serious Health Condition under the FMLA | |
| 15 | LIGHT000164-67 | Email from Dr. Levin to Light re Jessica L's letter | |
| 16 | DEF000083 | Notice to Return to Work | |
| 17 | LIGHT002891 | 2022 letter from N Ventura | |
| 18 | DEF001661 | Email from Bonner to James Rascati re Request for Mediation | |
| 19 | DEF00077-82 | Email from Light to Bonner re Return to Work Notice (redacted) | |
| 20 | DEF001314-15 | Email from Hannans to Gethings re Grade 1 | |
| 21 | DEF001017-20 | 1st classroom note | ID only |
| 22 | Clarino Dep. Ex. 12 | 2nd classroom note | ID only |
| 23 | N/A | Transcript of recorded November 2, 2020 meeting | ID only |

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

| 24 | N/A | Transcript of recorded March 26, 2021 meeting | |
| 25 | N/A | Transcript of recorded March 31, 2021 meeting | |
| 26 | N/A | Transcript of recorded April 20, 2021 meeting | ID only |
| 27 | N/A | Transcript of recorded January 14, 2022 meeting (redacted) | |
| 28 | N/A | Transcript of recorded February 10, 2022 meeting | ID only |
| 29 | LIGHT00264-65; 3358-64;3568-84; 601-02; 610-33 | Ventura/PTSD Center bills | |
| 30 | LIGHT00262 | 6/9/22 Letter from Dr. Levin | |
| 31 | LIGHT003357; 003583-600 | Dr. Levin bills | |
| ~~32~~ | ~~LIGHT000154-58~~ | ~~Email re Return to Work Notice~~ | |
| 33 | LIGHT000168-72 | Email re Jan 14 meeting follow up (redacted) | |
| 34 | LIGHT000174-76 | Email re FMLA Extension | |
| 35 | LIGHT000177-81 | Email re Timeline | |
| 36 | LIGHT000182 | Email re Next steps | |
| 37 | LIGHT000224-25 | Email re not urgent just fyi; Dismissal | |
| 38 | LIGHT000228-34 | Email re Employee Retaliation | |
| 39 | LIGHT000253 | Email re Returning to work | |
| 40 | LIGHT000733 | Email re JobID: 4461 – Certified Teacher – ESSER Coach | |
| 41 | LIGHT0003295-96 | Email re NHPS Call to Action Wednesday, March 3, 2021 | |
| 42 | LIGHT0003332-33 | Email re Preference | |
| 43 | LIGHT0003334-35 | NHPS JobID: 4907 – Teacher – Grade 3 6/22/22 | ID only |
| 44 | LIGHT0003346 | Email re Your online application with New Haven Public Schools | ID only |
| 45 | LIGHT000531-32 | Email re Letter from NHFT, CPT, NHPSA, Partners | |
| 46 | DEF001154-55 | Email from Light to Bonner et al re Official complaint reports (redacted) | |
| 47 | DEF001622 | Letter from Tracey to Clarino re VERBAL WARNING | Relevance. Prejudicial. Usurps role of jury |
| 48 | DEF001624 | Letter from Tracey to Gethings re VERBAL WARNING | Relevance Prejudicial. Usurps role of jury |
| 49 | LIGHT000222-23 | Email re Thursday (partially redacted) | Hearsay |

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

THE PLAINTIFF,


BY:   /s/426132    
Anthony J. Interlandi, Esq.
tony@monarchlawct.com



## <u>CERTIFICATION</u>

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


BY:   /s/426132      
Anthony J. Interlandi, Esq.
tony@monarchlawct.com

**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**