**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY SELECTION MINUTES

Date 08/01/2024

Light

Vs.

New Haven et al

Start Time 9:00    End Time 11:40

Recess (if more than ½ hr) _____ to _____

Total Time 08 hour(s) 40 minute(s)

Case # 3:22CV425

Honorable Judge Janet Bond Arterton

Deputy Clerk Diahann Lewis

Counsel for Pla(s) Interlandi

Counsel for Dft(s) Murphy, McCallum

Reporter/ECRO/Courtsmart Cassie Zayas

Interpreter _____ Language _____

☒ Jury Selection held
☐ Jury Selection continued until _____ at _____
☒ Number of jurors present 48
☒ Voir Dire oath administered by Clerk
☐ Voir Dire oath previously administered by Clerk
☒ Voir Dire by Court
☒ Peremptory challenges exercised
☒ Jury of 8 drawn ☐ and sworn ☐ Jury trial commences
☒ Remaining jurors excused
☐ Joint trial memorandum due _____
☒ Jury trial scheduled to begin on 8/5/2024 at 9:00 a.m.
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☒ **COPY TO: Jury clerk with juror lists**

**NOTES**

Rev. 4/9/24