**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY SELECTION MINUTES

Date 08/01/2024

Light

Vs.

New Haven et al

Start Time 9:00    End Time 11:40

Recess (if more than ½ hr) _____ to _____

Total Time 02 hour(s) 40 minute(s)

Case # 3:22CV425

Honorable Judge Janet Bond Arterton

Deputy Clerk Diahann Lewis

Counsel for Pla(s) Interlandi

Counsel for Dft(s) Murphy, McCallum

Reporter/ECRO/Courtsmart Cassie Zayas

Interpreter_____ Language _____

☑ Jury Selection held
☐ Jury Selection continued until _____ at _____
☑ Number of jurors present 48
☑ Voir Dire oath administered by Clerk
☐ Voir Dire oath previously administered by Clerk
☑ Voir Dire by Court
☑ Peremptory challenges exercised
☑ Jury of 8 drawn ☐ and sworn ☐ Jury trial commences
☑ Remaining jurors excused
☐ Joint trial memorandum due _____
☑ Jury trial scheduled to begin on 8/5/2024 at 9:00 a.m..
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☑ **COPY TO: Jury clerk with juror lists**

**NOTES**

Rev. 4/9/24