### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JESSICA LIGHT,** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:22-cv-00425 (JBA)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **individual capacity** | : | |
| **Defendants.** | : | **August 2, 2024** |

### DEFENDANTS' REVISED EXHIBIT LIST

| Defs' | Bates | Description | Objections |
|---|---|---|---|
| A | LIGHT00086, 91 | New Haven Board of Education Minutes, January 11, 2021 | |
| B | LIGHT00542 | 2.18.21 Email exchange S. Miller and J. Light | |
| C | LIGHT00874-85 | 4.28.21 Email exchange with S. Miller and J. Light | |
| D | LIGHT002453-54 | 10.9.20 Text message exchange with S. Miller | |
| E | LIGHT002455 | 10.11.20 Text message exchange with S. Miller | |
| F | LIGHT002463 | 10.26.20 text message with S. Miller on resignation | |
| G | LIGHT002494, 97-98 | Text messages with S. Miller on COVID cases | |
| H | LIGHT002505 | 3.28.21 text message with S. Miller on hiring a lawyer | |
| I | LIGHT00840-41 | 3.2.21 Email from M. Gethings to school | |
| J | LIGHT00901-02 | 5.4.21 Email from J. Light to D. Cicarella with newspaper article | |

| K | DEF000213-214 | 2.28.22 email exchange with P. Delucia and M. Gethings | |
| L | DEF000565-566 | Text messages to M. Gethings from teachers | |
| M | DEF000841-843 | 2.8.22 Email from M. Gethings to J. Light | |
| N | LIGHT002773-76 | J. Light's handwritten notes | |
| O | LIGHT001510,18 | J. Light texts on emotional stressors | |
| P | LIGHT001428-30 | J. Light texts to Debbie | For ID only.  See P22 and 23 |
| Q | LIGHT001581-82 | J. Light texts to F. Silva | For ID only.  See P22 and 23. |
| R | LIGHT267-90, 295-513, 3365-84, 3519-30, 3603-08 | N. Ventura medical records | |
| S | LIGHT003432-94, 3495-3518 | G. Levin medical records | |
| T | LIGHT001569 | J. Light text on money discussion | Relevance, hearsay, prejudice |
| U | LIGHT001154 | 8.5.22 J. Light text to A. Silva | Relevance, hearsay, prejudice |
| V | LIGHT001497 | 10.8.20 text with F. Silva | Unfair prejudice, relevance and hearsay. |
| W | LIGHT002448-49, 2457, 2502 | Text message exchanges with S. Miller on union representative | Unfair prejudice, relevance and hearsay. |
| X | DEF001590-94; DEF001865-66; LIGHT003346; DEF001592; DEF001864 | Grade Three application materials | |

SG-21455651.2

DEFENDANTS,
NEW HAVEN BOARD OF EDUCATION
and MARGARET-MARY GETHINGS

By____/s/ *Peter J. Murphy*_____
      Peter J. Murphy
      Federal Bar No. ct26825
      For Shipman & Goodwin LLP
      One Constitution Plaza
      Hartford, CT  06103-1919
      Telephone: (860) 251-5950
      Facsimile: (860) 251-5316
      pjmurphy@goodwin.com
      Their Attorneys

SG-21455651.2