UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JESSICA LIGHT** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:22-cv-00425 (JAM)** |
| | : | |
| v. | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **MARGARET-MARY GETHINGS in her** | : | |
| **Individual capacity** | : | |
| Defendants. | : | **AUGUST 5, 2024** |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

**1. Tim Shortt, Teacher**
Address unknown
*Likely to be called*
Estimated Duration: direct, approx. 1 hour; cross-exam, unknown.
Summary of Testimony: Mr. Shortt is expected to testify about his role as union steward and his conversation Defendant Gethings about the plaintiff.[1]

**2. Paul Salem, Teacher**
Address unknown
*Likely to be called*
Estimated Duration: direct, approx. 30-60 minutes; cross-exam, unknown.
Summary of Testimony: Mr. Salem is expected to testify about his relationship with the Plaintiff and the email he found on his printer after Plaintiff was reassigned to teach first grade.

THE PLAINTIFF,

BY:   /s/426132
Anthony J. Interlandi, Esq.
tony@monarchlawct.com

---

[1] Messrs. Shortt and Salem were not listed on the original list because of the Berchem Moses reports. Due to the Court's ruling, the Plaintiff needs their testimony in lieu of the reports.

1
MONARCH LAW LLC
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039

SG-21435837.1

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        BY: /s/426132
        Anthony J. Interlandi, Esq.
        tony@monarchlawct.com

2
**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

SG-21435837.1