**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY/BENCH TRIAL MINUTES

Date _August 8, 2024_

_Light_

Vs.

_New Haven Board of Education et al_

Start Time _9:00_    End Time _4:00_

Recess (if more than ½ hr) _12:05_ to _1:00_

Total Time _06_ hour(s) _05_ minute(s)

Case # _3:22CV425 (JBA)_

Honorable Judge _Janet Bond Arterton_

Deputy Clerk _Diahann Lewis_

Counsel for Pla(s) _Interlandi_

Counsel for Dft(s) _Murphy, McCallum_

Reporter/ECRO/Courtsmart _Cassie Zayas_

Interpreter_____ Language _____

---

**JURY TRIAL**

☐ Jury trial begun

■ Jury of _8_ reported.  ☐ Jury sworn  ■ Jury remains under oath

☐ Juror # _____ excused

■ Jury trial held    ■ Jury trial continued until _08/09/24_ at _9:00_

☐ Plaintiff(s) rests  ■ Defendant(s) rests

☐ Summations held  ☐ Court's charge to the jury

☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories  given to jury

☐ Jury commences deliberations on _____ at _____

☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.

■ Copy of minutes and jury sign-in sheet given to Jury Clerk

---

**BENCH TRIAL**

☐ Bench trial begun

☐ Bench trial held  ☐ Bench trial continued until _____ at _____

☐ Plaintiff (s) rests  ☐ Defendant(s) rests

☐ Bench trial concluded  ☐ DECISION RESERVED

---

**MOTIONS**

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

■ ORAL Motion _for Directed Verdict (Rule 50)_ filed by ☐ Pla ■Dft ☐ granted ☐ denied ■ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ **See page 2 for Notes and/or Verdict**

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**