**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY/BENCH TRIAL MINUTES

Date August 12, 2024

Light

Vs.

New Haven Bd. of Ed et al

Start Time 1:40     End Time 2:10

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) 30 _____ minute(s)

Case # 3:22cv425 (JBA)

Honorable Judge Janet Bond Arterton

Deputy Clerk Diahann Lewis

Counsel for Pla(s) Interlandi

Counsel for Dft(s) Murphy, McCallum

Reporter/ECRO/Courtsmart Cassie Zayas

Interpreter_____ Language _____

---

**JURY TRIAL**
☐ Jury trial begun
☒ Jury of 8 ____ reported.  ☐ Jury sworn  ☐ Jury remains under oath
☐ Juror # _____ excused
☒ Jury trial held     ☐ Jury trial continued until _____ at _____
☐ Plaintiff(s) rests  ☐ Defendant(s) rests
☐ Summations held  ☐ Court's charge to the jury
☐ All full exhibits ☐ Verdict form ☐ Interrogatories  given to jury
☐ Jury commences deliberations on _____ at _____
☒ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
☒ Copy of minutes and jury sign-in sheet given to Jury Clerk

---

**BENCH TRIAL**
☐ Bench trial begun
☐ Bench trial held  ☐ Bench trial continued until _____ at _____
☐ Plaintiff (s) rests  ☐ Defendant(s) rests
☐ Bench trial concluded  ☐ DECISION RESERVED

---

**MOTIONS**
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☒ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL

◼ Verdict form filed

◼ VERDICT:

Jury finds in favor of plaintiff on counts 1-3, see Verdict form

◼ Court accepts verdict and orders verdict verified and recorded

◼ Jury polled

**NOTES**

Renewed Rule 50 Motion to be filed at the same time as Briefing on qualified immunity.

Rev. 4/11/24