UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JESSICA LIGHT,
    *Plaintiff,*

v.

CITY OF NEW HAVEN BOARD OF
EDUCATION and MARGARET-MARY
GETHINGS,
    *Defendants.*

No. 3:22-cv-425 (JBA)

AUG 12 2024 PM 3:23
FILED-USDC-CT-NEW HAVEN

# JURY VERDICT

We, the jury, unanimously answer the following questions:

## LIABILITY

### Count 1: Retaliation in violation of Conn. Gen. Stat. § 31-51q against Defendant New Haven Board of Education

(1) Do you find that Plaintiff Jessica Light has proven that the Defendant Board of Education disciplined her?

    __✓__ YES      ____ NO

*If you answered NO, please proceed to Count 2.*

(2) Do you find that Plaintiff Jessica Light has proven that her speech on a matter of public concern was a substantial or motivating factor in her discipline?

    __✓__ YES      ____ NO

*If your answers to both Questions (1) and (2) are YES, then please proceed to answer the next question. Otherwise, please proceed to Count 2.*

(3) Do you find that the Defendant Board of Education has proven that Plaintiff Jessica Light's speech on an issue of public concern substantially or materially interfered with her bona fide job performance or plaintiff's working relationship with the Defendant Board of Education?

    ____ YES      __✓__ NO

*If your answers to Questions (1) and (2) are YES, and your answer to Question (3) is NO, then your verdict is for the Plaintiff Jessica Light. If your answers are otherwise, your verdict is for the Defendant Board of Education. Please proceed to Count 2.*

## Count 2: Retaliation in violation of 42 U.S.C. § 1983 against Defendant Margaret-Mary Gethings

(4) Do you find that Plaintiff Jessica Light has proven that Defendant Margaret-Mary Gethings took adverse employment action against her?

   ✓ YES     ___ NO

*If you answered NO, please proceed to Count 3.*

(5) If your answer to Question (4) is YES, then please list each act that you found to be an adverse employment action. If your answer to Question (4) was NO, please proceed to Count 3.

- Extended +eval conversation not regarding Ms. Light's teaching
- Ms. Clarino excessively shadowing Ms. Light from Aug - Oct 2021 prior to FMLA absence

(6) Do you find that Plaintiff Jessica Light has proven that her protected speech was a substantial or motivating factor in the adverse employment actions taken against her by Defendant Margaret-Mary Gethings?

   ✓ YES     ___ NO

*If your answers to both Questions (4) and (6) are YES, then your verdict is for the Plaintiff Jessica Light. If your answers are otherwise, your verdict is for the Defendant Margaret-Mary Gethings.*

*Please proceed to Count 3.*

**Count 3: Defamation against Defendant Margaret-Mary Gethings**

(7) Do you find that Plaintiff Jessica Light has proven that Defendant Margaret-Mary Gethings published a defamatory statement to a third person?

    __✓__ YES      _____ NO

*If you answered NO, please proceed to the end of this page.*

(8) Do you find that Plaintiff Jessica Light has proven that the defamatory statement identified Ms. Light to a third person?

    __✓__ YES      _____ NO

*If you answered NO, please proceed to the end of this page.*

(9) Do you find that Plaintiff Jessica Light has proven that her reputation suffered injury as a result Defendant Margaret-Mary Gethings' statement?

    __✓__ YES      _____ NO

*If your answers to Questions (7), (8), and (9) are YES, then please proceed to answer the next question. Otherwise, please proceed to the end of this page.*

(10) Do you find that Defendant Margaret-Mary Gethings has proven that her statement was true or substantially true?

    _____ YES      __✓__ NO

*If your answers to Questions (7), (8), and (9) are YES and your answer to Question (10) is NO, then your verdict is for the Plaintiff Jessica Light. If your answers are otherwise, your verdict is for the Defendant Margaret-Mary Gethings.*


***If your verdict was for the Plaintiff Jessica Light on any of the three counts, then please proceed to the DAMAGES section on the next page and answer the questions that correspond to that count. Otherwise, please proceed directly to the end of the verdict form.***

# DAMAGES

### Count 1: Retaliation in violation of Conn. Gen. Stat. § 31-51q against the Defendant New Haven Board of Education

(11) What compensatory damages has Plaintiff Jessica Light proven resulted from the Defendant Board of Education's violation of Section 31-51q?

**Compensatory Damages – Economic**: Please enter the amount of compensatory economic damages that the plaintiff has proven:

$ __50,000.00__

**Compensatory Damages – Non-economic**: Please enter the amount of compensatory non-economic damages that the plaintiff has proven:

$ __300,000.00__

**Nominal Damages:** If you concluded that Plaintiff Jessica Light proved her claim for liability against Defendant Board of Education but failed to prove any compensatory damages, please enter the amount of nominal damages that you award (these damages may not exceed $10). If you concluded that Plaintiff Jessica Light has proven compensatory damages, leave this section blank.

$ _____

(12) Has plaintiff Jessica Light proven that punitive damages against Defendant Board of Education's violation are warranted?

__✓__ YES        ____ NO

*If you answered YES to Question (12), please proceed to Question (13).*

(13) Do you award punitive damages to Plaintiff Jessica Light for Defendant Board of Education's violation of Section 31-51q?

__✓__ YES        ____ NO

*If you answered YES to Question (13), please enter below the amount of punitive damages you choose to award.*

**Punitive Damages**: Please enter the amount of punitive damages that you choose to award:

$ __100,000.00__

4

## Count 2: Retaliation in violation of 42 U.S.C. § 1983 against Defendant Margaret-Mary Gethings

(14) What compensatory damages has Plaintiff Jessica Light proven resulted from the Defendant Margaret-Mary Gethings' violation of 42 U.S.C. § 1983?

**Compensatory Damages – Economic**: Please enter the amount of compensatory economic damages that the plaintiff has proven:

$ __75,000.00__

**Compensatory Damages – Non-economic**: Please enter the amount of compensatory non-economic damages that the plaintiff has proven:

$ __350,000.00__

**Nominal Damages:** If you concluded that Plaintiff Jessica Light proved her claim for liability against Defendant Margaret-Mary Gethings but failed to prove any compensatory damages, please enter the amount of nominal damages that you award (these damages may not exceed $10). If you concluded that Plaintiff Jessica Light has proven compensatory damages, leave this section blank.

$ _____

(15) Has plaintiff Jessica Light proven that punitive damages against Defendant Margaret-Mary Gethings are warranted?

__✓__ YES     ____ NO

*If you answered YES to Question (15), please proceed to Question (16).*

(16) Do you award punitive damages to Plaintiff Jessica Light for Defendant Margaret-Mary Gethings' violation of 42 U.S.C. § 1983?

__✓__ YES     ____ NO

*If you answered YES to Question (16), please enter below the amount of punitive damages you choose to award.*

**Punitive Damages**: Please enter the amount of punitive damages that you choose to award:

$ __200,000.00__

5

## Count 3: Defamation against Defendant Margaret-Mary Gethings

(17) Has plaintiff Jessica Light proven special (pecuniary) damages for Defendant Margaret-Mary Gethings' defamatory statement?

✓ YES  _____ NO

*If you answered YES to Question (17), please enter below the amount of special and general damages you find she has proven. If you answered NO, please proceed to the end of the verdict form.*

**Special Damages**:

$ 10,000.00

**General Damages**:

$ 15,000.00

(18) Has plaintiff Jessica Light proven that punitive damages against Defendant Margaret-Mary Gethings' are warranted?

_____ YES   X NO

*If you answered YES to Question (18), please proceed to Question (19).*

(19) Do you choose to award punitive damages to Plaintiff Jessica Light for Defendant Margaret-Mary Gethings' defamatory statement? If you choose to award punitive damages on this count, the Court will calculate the punitive damages.

_____ YES   X NO

*After you have checked the accuracy and consistency of your answers above, please sign and date this verdict form.*

/s/ _____   8/12/24
Foreperson                     Date

*Please note that the signature of the Foreperson will be redacted in official court records in order to protect against public disclosure of the Foreperson's name.*