AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Light
V.
New Haven Bd. of Ed. et al

**COURT EXHIBIT AND WITNESS LIST**

Case Number: 3:22CV425 (JBA)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Janet B. Arterton, U.S. District Judge | Interlandi | Murphy, McCallum |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/5/2024 - 8/12/2024 | Diana Huntington & Cassie Zayas | Diahann Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/9/2024 | | | Court Exhibit #1 - Jury Note |
| | | 8/9/2024 | | | Court Exhibit #2 - Jury Note |
| | | 8/12/2024 | | | Court Exhibit #3 - Jury Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages