United States District Court
District of Connecticut
Exhibits Log: 3:22CV425 (JBA)

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---------|-------------|-----|-----------|----------|
| Pla-01 | AFT Letter | Yes | 8/5/2024 4:17 PM | 8/5/2024 4:17 PM |
| Pla-02 | Facebook Post | Yes | 8/5/2024 4:18 PM | 8/5/2024 4:18 PM |
| Pla-03 | email re Happy Friday | Yes | 8/6/2024 4:39 PM | 8/6/2024 4:39 PM |
| Pla-04 | TEVAL feedback | Yes | 8/5/2024 4:20 PM | 8/5/2024 4:20 PM |
| Pla-05 | Light Complaint | Yes | 8/5/2024 4:22 PM | 8/5/2024 4:22 PM |
| Pla-06 | Alden Complaint | Yes | 8/5/2024 4:23 PM | 8/5/2024 4:23 PM |
| Pla-07 | Retaliatory Complaint | Yes | 8/5/2024 4:25 PM | 8/5/2024 4:25 PM |
| Pla-08 | Light Response to Alden Complaint | Yes | 8/5/2024 4:23 PM | 8/5/2024 4:23 PM |
| Pla-09 | Gethings email response | Yes | 8/5/2024 4:20 PM | 8/5/2024 4:20 PM |
| Pla-10 | Light response to Gethings | Yes | 8/5/2024 4:21 PM | 8/5/2024 4:21 PM |
| Pla-11 | email re Timeline | Yes | 8/5/2024 4:26 PM | 8/5/2024 4:26 PM |
| Pla-12 | email re Next Steps | Yes | 8/5/2024 4:25 PM | 8/5/2024 4:25 PM |
| Pla-13 | email re Rules of Engagement | Yes | 8/5/2024 4:26 PM | 8/5/2024 4:26 PM |
| Pla-14 | Certification of Health Care Provider | Yes | 8/5/2024 4:27 PM | 8/5/2024 4:27 PM |
| Pla-15 | email re Jessica Ls letter | Yes | 8/5/2024 4:31 PM | 8/5/2024 4:31 PM |
| Pla-16 | Notice to Return to Work | Yes | 8/6/2024 4:30 PM | 8/5/2024 4:30 PM |
| Pla-17 | Letter from N Ventura | Yes | 8/5/2024 4:31 PM | 8/5/2024 4:31 PM |
| Pla-18 | email re Request for Mediation | Yes | 8/7/2024 4:48 PM | 8/7/2024 4:48 PM |
| Pla-19 | email re Return to Work Notice | Yes | 8/7/2024 4:48 PM | 8/7/2024 4:48 PM |
| Pla-20 | email re Grade 1 | No | | |
| Pla-21 | 1st Classroom Note - Nike | Yes | 8/6/2024 4:42 PM | 8/6/2024 4:42 PM |
| Pla-22 | 2nd Classroom Note - To Do List | Yes | 8/6/2024 4:44 PM | 8/6/2024 4:44 PM |
| Pla-23 | Transcript110220 | Yes | 8/8/2024 4:49 PM | 8/8/2024 4:49 PM |
| Pla-24 | Transcript032621 | Yes | 8/5/2024 4:19 PM | 8/5/2024 4:19 PM |
| Pla-25 | Transcript033121 | Yes | 8/5/2024 4:20 PM | 8/5/2024 4:20 PM |
| Pla-26 | Transcript042021 | No | | |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------------|----------|
| Pla-27 | Transcript011422 redacted | Yes | 8/5/2024 4:30 PM | 8/5/2024 4:30 PM |
| Pla-28 | Transcript021022 | No | | |
| Pla-29 | Ventral-PTSD Center Bills | Yes | 8/5/2024 4:35 PM | 8/5/2024 4:35 PM |
| Pla-30 | email re Letter from Levin 060922 | Yes | 8/5/2024 4:35 PM | 8/5/2024 4:35 PM |
| Pla-31 | Dr Levin Bills | Yes | 8/7/2024 4:47 PM | 8/7/2024 4:47 PM |
| Pla-32 | WITHDRAWN | No | | |
| Pla-33 | email re Jan 14 mtg follow up redacted | Yes | 8/5/2024 4:30 PM | 8/5/2024 4:30 PM |
| Pla-34 | email re FMLA extension | Yes | 8/5/2024 4:29 PM | 8/5/2024 4:29 PM |
| Pla-35 | email re Timeline | Yes | 8/5/2024 4:28 PM | 8/5/2024 4:28 PM |
| Pla-36 | email re Next steps | Yes | 8/5/2024 4:27 PM | 8/5/2024 4:27 PM |
| Pla-37 | email re not urgent just fyi | Yes | 8/5/2024 4:24 PM | 8/5/2024 4:24 PM |
| Pla-38 | email re Employee Retaliation | Yes | 8/5/2024 4:22 PM | 8/5/2024 4:22 PM |
| Pla-39 | email re Returning to work | Yes | 8/5/2024 4:32 PM | 8/5/2024 4:32 PM |
| Pla-40 | email re ESSER Coach | Yes | 8/5/2024 4:25 PM | 8/5/2024 4:25 PM |
| Pla-41 | email re NHPS Call to Action | Yes | 8/5/2024 4:18 PM | 8/5/2024 4:18 PM |
| Pla-42 | email re Preference | Yes | 8/5/2024 4:32 PM | 8/5/2024 4:32 PM |
| Pla-43 | NHPS JobID 4907 | Yes | 8/5/2024 4:33 PM | 8/5/2024 4:33 PM |
| Pla-44 | email re Your online application | Yes | 8/5/2024 4:34 PM | 8/5/2024 4:34 PM |
| Pla-45 | email re Letter from NHFT | Yes | 8/9/2024 9:48 AM | 8/9/2024 9:48 AM |
| Pla-46 | email re Official complaint reports redacted | Yes | 8/5/2024 4:29 PM | 8/5/2024 4:29 PM |
| Pla-47 | Verbal Warning to Clarino | No | | |
| Pla-48 | Verbal Warning to Gethings | Yes | 8/6/2024 4:49 PM | 8/7/2024 4:49 PM |
| Pla-49 | email re Thursday redacted | No | 8/7/2024 4:47 PM | |
| Def-A | LIGHT00086_ 91_Redacted | Yes | 8/9/2024 9:20 AM | 8/9/2024 9:20 AM |
| Def-B | LIGHT000542-543 | Yes | 8/6/2024 4:39 PM | 8/6/2024 4:39 PM |
| Def-C | LIGHT000874-885 | Yes | 8/9/2024 9:20 AM | 8/9/2024 9:20 AM |
| Def-D | LIGHT002453-2454 | Yes | 8/5/2024 4:37 PM | 8/5/2024 4:37 PM |
| Def-E | LIGHT002455 | Yes | 8/5/2024 4:37 PM | 8/5/2024 4:37 PM |
| Def-F | LIGHT002463 | Yes | 8/9/2024 9:20 AM | 8/9/2024 9:20 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-G | LIGHT002494, 2497-2497 | Yes | 8/6/2024 4:45 PM | 8/6/2024 4:45 PM |
| Def-H | LIGHT002505 | Yes | 8/6/2024 4:38 PM | 8/6/2024 4:38 PM |
| Def-I | LIGHT000840-841 | Yes | 8/6/2024 4:38 PM | 8/6/2024 4:38 PM |
| Def-J | LIGHT000901-902 | Yes | 8/5/2024 4:36 PM | 8/5/2024 4:36 PM |
| Def-K | DEF000213-214 | Yes | 8/9/2024 9:20 AM | 8/9/2024 9:20 AM |
| Def-L | DEF000565-566 | Yes | 8/9/2024 9:20 AM | 8/9/2024 9:20 AM |
| Def-M | DEF000841-843 | Yes | 8/6/2024 4:41 PM | 8/6/2024 4:41 PM |
| Def-N | LIGHT002773-76 | Yes | 8/6/2024 4:42 PM | 8/6/2024 4:42 PM |
| Def-O | LIGHT001510, 1518 | Yes | 8/9/2024 9:20 AM | 8/9/2024 9:20 AM |
| Def-P | LIGHT001428-1430 | Yes | 8/6/2024 4:45 PM | 8/6/2024 4:45 PM |
| Def-Q | LIGHT001581-1582 | Yes | 8/6/2024 4:45 PM | 8/6/2024 4:45 PM |
| Def-R | Redacted Ventura records (LIGHT000267-90, 295-513, 3365-3384, 3519-30, 3603-08) | Yes | 8/9/2024 9:20 AM | 8/9/2024 9:20 AM |
| Def-S | LIGHT003432-94; 3495-3518_Redacted | Yes | 8/7/2024 4:46 PM | 8/7/2024 4:46 PM |
| Def-S-1 | LIGHT_1722994975_Redacted | Yes | 8/9/2024 9:45 AM | 8/9/2024 9:45 AM |
| Def-T | LIGHT001519 | No | | |
| Def-U | LIGHT001154 | No | | |
| Def-V | LIGHT001497 | Yes | 8/6/2024 4:41 PM | 8/6/2024 4:41 PM |
| Def-W | LIGHT002448-2449, 2457, 2502 | Yes | 8/6/2024 4:41 PM | 8/6/2024 4:41 PM |
| Def-X | DEF001590-94; DEF001865-66; LIGHT003346; DEF001592; DEF001864_Redacted | Yes | 8/9/2024 9:45 AM | 8/9/2024 9:45 AM |
| Def-Y | LIGHT003531-32 Ventura Intake_Redacted | Yes | 8/9/2024 9:45 AM | 8/9/2024 9:45 AM |
| Def-Z | Ventura Emails_Redacted | Yes | 8/9/2024 9:44 AM | 8/9/2024 9:44 AM |