# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF CONNECTICUT
 3   _____
                                   |
     JESSICA LIGHT,                | No. 3:22-cv-00425-JBA
 4                   Plaintiff,    |
     v.                            |
 5   NEW HAVEN, ET AL.,            |
                     Defendants.   |
 6   _____| New Haven, Connecticut
 7
 8                         JURY TRIAL
                           VOLUME IV
 9
     B E F O R E:
10           THE HONORABLE JANET BOND ARTERTON
11
12   A P P E A R A N C E S:
     For the Plaintiff:
13           ANTHONY J INTERLANDI, SR., ESQ.
             Monarch Law
14           363 New Britain Road, First Floor
             Berlin, CT 06037
15           860-969-2909
             Email: tony@monarchlawct.com
16
     For the Defendants:
17           PETER JOSEPH MURPHY, ESQ.
             CHELSEA McCALLUM, ESQ.
18           Shipman & Goodwin, LLP
             One Constitution Plaza
19           Hartford, CT 06103
             860-251-5950
20           Email: pjmurphy@goodwin.com
                    cmccallum@goodwin.com
21
22
23   Courtroom Deputy:                     Court Reporter:
     Diahann Lewis                         Cassie Zayas, RPR
24
25              Clerk's Office:  203-773-2140
```

```
 1    people not to assume or speculate as to why people are
 2    absent.
 3    Q    Okay.  Was this March 2nd email directed at Jessica
 4    Light?
 5    A    Absolutely not.
 6    Q    Okay.  Principal Gethings, I'm going to show you what
 7    Attorney Interlandi submitted as Plaintiff's Exhibit 2.
 8         Do you see that up there?
 9    A    I can.
10    Q    Okay.  And are you familiar with this Facebook post?
11    A    I've seen it, yes.
12    Q    Okay.  And if we could go to page 2.
13         Are you familiar with the comments that are depicted
14    on this page?
15    A    Yes.
16    Q    Have you seen these before?
17    A    Yes.
18    Q    Do you recall how you first became aware of
19    Ms. Light's comments?
20    A    Yes.
21    Q    And how did you become aware?
22    A    Staff members shared the comments with me.
23    Q    Okay.  And do you recall which staff members shared
24    those comments with you?
25    A    I do.
```

```
 1   Q    And who were they?
 2   A    Kathleen Morrison, Meghan Delvecchio, Hilarie Alden,
 3   and I believe there were several other members of New
 4   Haven Public Schools who shared it with me.
 5   Q    Okay.  And do you have any understanding as to why
 6   they were sharing it with you?
 7   A    Concern.
 8   Q    About what?
 9   A    That something was being said about our school at a
10   time when we were priding ourselves on doing the right
11   thing, and that this was invoking some concern for
12   families and staff to think that we might not have done
13   something that we should have done.
14   Q    Okay.  And when you saw these comments by Ms. Light,
15   did you share that concern, that it was somehow
16   misrepresenting the school?
17   A    Yes.  We spoke about it.
18   Q    Okay.  Principal Gethings, showing you Plaintiff's
19   Exhibit 7, page DEF122.
20        Do you see that?
21   A    Yes.
22   Q    Okay.  Do you need a second to review it or are you
23   familiar with this email?
24   A    I'm familiar with it.
25   Q    Okay.  Why did you send this email?
```

```
 1                As it relates to the free-speech claims, I think
 2   if there was ever a case where we're talking about
 3   seemingly minor events, it would be this one that would
 4   add up to a critical mass.
 5                There's testimony from Ms. Light regarding
 6   November of 2020, her speaking out at parent -- a meeting
 7   that Ms. Light -- I'm sorry, Ms. Gethings was listening
 8   to, and then talked to Ms. Light about her comments.
 9                That carried over into January, February, March.
10   And there was -- there was public speaking at the Board of
11   Ed meeting in January.  It was alleged in February,
12   although Ms. Light testified she couldn't recall, and in
13   March.  And in March, it was the same day of the email
14   that is presented in Exhibit 7 -- the subject matter of
15   the email is 3 feet -- where Ms. Light is trying to get
16   more information about a unified plan and the distancing
17   that was required for students, particularly on how to
18   measure.
19                That led to an email a few days later that was
20   titled, Happy Friday, and the second part of that email,
21   Ms. Gethings admitted was to -- not attack, but to address
22   the social media -- I'm sorry, that's not the Board of Ed
23   meeting.  That was regarding the Facebook post.  Sorry.  I
24   got tripped up on the time frame there, Your Honor.
25                But we have the Facebook post first, which was
```

```
 1    March 9, 2021, Ms. Light's comments, Ms. Light being
 2    talked to about that at the T-Eval meeting on March 26th.
 3    She was also told about Ms. Cavanaugh.  They have a
 4    meeting on March 31th.  But in between the Facebook post
 5    and the T-Eval is the March 22nd email, and the Board of
 6    Education comments later on.  Ms. Gethings stated to
 7    Ms. Light during those meetings that she didn't think it
 8    was appropriate or that she had a right to speak.  She
 9    said that.  She also said that she heard her speak many
10    times.  So she was clearly listening.
11              And, clearly, we can connect the March 2020 --
12    the March 22nd Board of Ed meeting as well as the Facebook
13    post to protected speech.  That's already been agreed upon
14    that that was protected.  And then Ms. Light [sic] now
15    doing a series of -- taking a series of actions against
16    Ms. Light that were seemingly minor, but in the aggregate
17    add up to a critical mass such that it would deter someone
18    or create a hostile environment or inferior environment.
19              Typically, T-Eval meetings that would last
20    15 minutes -- testimony was presented on that -- lasted
21    more than an hour, where Ms. Light should have had a union
22    representative present to address the concerns that the
23    administrators were bringing to her attention.
24              And then, secondly, the meeting with
25    Ms. Cavanaugh on March 31st.  That was where the
```

```
 1    June 7th.
 2           And then they have this intervening complaint
 3    from Ms. Alden.  So you have the April 30th complaint from
 4    Ms. Light, the email complaint from Ms. Alden.
 5    Ms. Gethings testified, I believe, that they were the only
 6    two people on the email, Ms. Clarino and Ms. Gethings, and
 7    Mr. Bianchine.  No one else would have had that at the
 8    school.  How else would Ms. Alden know about the email?
 9    And I believe her testimony was that they did bring that
10    to her attention.
11           And so that time frame now -- we're in February
12    to May, beginning of June -- we have a bunch of seemingly
13    minor incidents that are making their way and building up
14    to critical mass.
15           It's within the jury's province, Your Honor, and
16    that they can take this information.  And that is also one
17    of the proposed instructions I had to include so that they
18    understand what their role is or how to define these
19    seemingly minor events.
20           There are other things that follow.  There's the
21    tainting of the witness, which we talked about, Mr. Jones.
22    There is Mr. Shortt.  He said he felt really upset and he
23    was actually considering, you know, quitting the job and
24    his wife had to talk him out of it.
25           Mr. Salem finding the -- she's the building
```

```
 1                          CERTIFICATE
 2
 3              RE: LIGHT v. NEW HAVEN, ET AL.
 4                  Case No. 3:22-cv-00425-JBA
 5
 6          I, Cassie Zayas, RPR, Official Court Reporter
 7   for the United States District Court, District of
 8   Connecticut, do hereby certify that the foregoing 299
 9   pages are a true and accurate transcription of my
10   stenographic notes taken in the aforementioned matter to
11   the best of my skill and ability.
12
13                              _ /s/   CASSIE ZAYAS_____
14                              Official Court Reporter
                                United States District Court
15                              915 Lafayette Boulevard
                                Bridgeport, CT 06604
16
17
18
19
20
21
22
23
24
25
```