**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JBA)** |
| **Plaintiff,** | |
| **v.** | |
| **NEW HAVEN BOARD OF EDUCATION AND** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
| **Defendants.** | **SEPTEMBER 12, 2024** |

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS'**
**RENEWED MOTION FOR A DIRECTED VERDICT**

The Plaintiff hereby respectfully requests a twenty-one (21) day extension of time, up to and including October 21, 2024, in which to respond to defendant's Renewed Motion for a Directed Verdict or in the Alternative a New Trial, dated September 9, 2024. See Doc. No. 121.00. Undersigned counsel requires more time to review the defendants' arguments, read through the trial transcripts, and conduct legal research. Defense counsel does not object to the extension requested herein.

PLAINTIFF,

By: */s/ Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

1
**MONARCH LAW LLC**
**363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037**
**TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039**

## CERTIFICATION OF SERVICE

I hereby certify that on September 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Anthony J. Interlandi
Anthony J. Interlandi

**MONARCH LAW LLC**
363 NEW BRITAIN ROAD, FIRST FLOOR, BERLIN, CONNECTICUT 06037
TELEPHONE: (860) 969-2909 • FACSIMILE: (860) 909-0039