# EXHIBIT A

## Trial Testimony re: Jenny Clarino

### 8/5/24 Tr. - Light – Direct

| Testimony | Page # | Line #s |
|---|---|---|
| **Q.** And just so that we're clear, what did Ms. Gethings say to you specifically during this November meeting as it related to your comments at the, I guess, New Haven Board of Ed sponsored parent meeting?<br>**A.** That my speaking made her look bad. That it felt like we weren't on the same team. That even if I was speaking as a parent, everybody knew who I was. And that she had gone to a principals meeting and the superintendent had told the whole -- all of the principals to make sure the teachers are informed so we don't have this happen again. And then pulled **her and Jenny Clarino** aside and said, "By the way, that example I gave you was you." And they felt they were in trouble for my speaking. | 54 | 6-18 |
| **Q.** Did [Gethings] tell you how she saw your comments to that Facebook post?<br>**A.** At one point **Jenny Clarino** said she had seen them on New Haven Advocates, but then I think Ms. Gethings told me that teachers had texted her my comments. | 72 | 8-13 |
| **Q.** And then just one year later you had another TEVAL meeting with Ms. Gethings joined by **Ms. Clarino**, right?<br>**A.** Correct.<br>**Q.** And what was discussed during this teacher evaluation meeting?<br>**A.** Um, my public speaking and my role on the PTA and my Facebook posts, um, and how that reflected on my professionality. | 76 | 10-17 |
| **Q.** Who else was here at this meeting on March 31, 2021?<br>**A. Ms. Clarino** and Kathleen Morrison, Ms. Cav, myself, and Ms. Gethings.<br>**Q.** So five people in total?<br>**A.** Yes.<br>**Q.** Why was Ms. Morrison there?<br>**A. I** was not told beforehand that she was going to be there, but she was the union steward for our school.<br>**Q.** Why was **Ms. Clarino** there**?**<br>**A.** I don't know. | 90 | 9-18 |
| **Q.** Who did you file a complaint against?<br>**A. Ms. Gethings and Ms. Clarino.**<br>**Q.** Who did you file that with?<br>**A.** HR. | 103 | 2-5 |
| **Q.** Did there come a point in time when **Ms. Gethings and Ms. Clarino** filed a response to your complaint?<br>**A.** Yes. | 120 | 13-15 |
| **Q.** So now you're teaching first grade. You mentioned observations. Who was observing you in your classroom?<br>**A. Ms. Clarino** was observing me. My students. | 132 | 19-21 |
| **A.** So in February we had a meeting with the two unions, the administrators union and the teachers union, | 156 | 15-19 |

1

## Trial Testimony re: Jenny Clarino

| Testimony | Page # | Line # |
|---|---|---|
| Ms. Gethings, **Ms. Clarino**, and myself, because we were attempting to come up with some sort of halfway point since HR hadn't done a mediation yet. | | |
| **A**: . . . Um, I was later brought into a meeting with **Ms. Clarino** and Pat DeLucia on Zoom and myself in person where I was told that a paraprofessional had found a list of complaints in her mailbox. So I was fearful that it had been in other mailboxes I didn't know about. It seemed to be around the school. | 163-4 | 24-4 |
| **A.** Um, because nothing had improved. People were still not sitting with me, speaking to me. The list of Ms. Alden's concerns, I didn't know how widely that had been spread. **Ms. Clarino did an investigation on that.** **Q.** Was there a conclusion as it related to the investigation of the finding of the List of Concerns? **A.** No. | 172 | 13-19 |
| **Q.** Are there any other examples of how you believed your reputation was harmed as you were leaving the end of that school year? **A.** Um, well, the retirement party where no one would sit at the same table as me. The para that worked in my room came and sat next to me. And then I informed HR of the situation. **And Ms. Clarino did an investigation of that the last day of school.** | 172-3 | 20-2 |
| **THE COURT:** And would it be fair to say that only Clarino and Gethings are party opponents? **MR. INTERLANDI**: I would also add Ms. Bonner to the extent, I don't recall if -- actually, scratch that. Ms. Clarino is not a party in the case. **THE COURT:** She's not a party, but she is an agent of the Board of Education. **MR. INTERLANDI:** Yes, I agree. **THE COURT:** So she is, for the purposes of the use of her statements, a party. **MR. INTERLANDI:** Yes. | 219-20 | 15-6 |

### 8/6/24 Tr. – Light – Cross

| Testimony | Page # | Line # |
|---|---|---|
| **A.** Um, because at this point I had already felt a lot of instances of retaliation. I had previously had meetings with Ms. Gethings, um, that I felt were inappropriate. And I felt that it was just, again, going to be only me and Ms. Gethings in the room. But **Ms. Clarino was there.** **Q.** You were also asked about the March 31, 2021, meeting with Ms. Cavanaugh and others. Why did you feel it necessary to record that meeting? **A.** Because at this point things have gotten ridiculously hard to manage. Um, this is -- that was the third meeting I had with Ms. Gethings about Ms. Cav. I was -- I | 343 | 4-19 |

## Trial Testimony re: Jenny Clarino

| Testimony | | |
|---|---|---|
| wanted -- I wanted proof of what was happening outside of my own testimony.<br>**Q.** Do you recall the next meeting that you recorded?<br>**A.** Um, the meeting with Ms. Gethings, **Ms. Clarino,** myself, and the union president, I believe. | | |

### 8/6/24 Tr. – Light – Redirect

| Testimony | Page # | Line # |
|---|---|---|
| **Q.** Who was the administration at that time?<br>**A. Ms. Gethings and Ms. Clarino.**<br>**Q.** Did anyone in the administration investigate the notes that you found in your first grade classroom in August of 2022?<br>**A.** I -- Pat told me that **Ms. Clarino was investigating** and Officer Reddish would be involved. | 388 | 19-25 |

### 8/6/24 Tr. – David Bianche

| Testimony | Page # | Line # |
|---|---|---|
| **Q.** You testified a little bit about some meetings you had regarding Wesley and Ms. Alden, correct?<br>**A.** Correct.<br>**Q.** And in those meetings it was you and Principal Gethings **and Ms. Clarino** and your wife?<br>**A.** Correct. | 425 | 16-21 |

### 8/6/24 Tr. – Pat DeLucia

| Testimony | Page # | Line #s |
|---|---|---|
| **Pat DeLucia - Direct**<br><br>**A.** She just felt like she was being treated unfairly.<br>**Q.** Do you recall by whom she felt that she was being treated unfairly?<br>**A.** Some staff. Some administration.<br>**Q.** Do you remember any of the administration, in particular?<br>**A.** She had mentioned **Assistant Principal Clarino and Principal Margaret-Mary Gethings.** | 235 | 12-19 |
| **Pat DeLucia – Cross**<br><br>**Q.** Okay. Is it fair to say that Ms. Light was sending you emails on her concerns, right? You've testified to that?<br>**A.** Yes.<br>**Q.** And is it fair to say you were also communicating with **Principal Gethings and Ms. Clarino** about this issue?<br>**A.** Correct. | 252 | 5-13 |

## Trial Testimony re: Jenny Clarino

| Pat Delucia – Cross<br><br>**Q.** Okay. Is it fair to say at that mediation Ms. Light had concerns about **Principal Gethings and Ms. Clarino** but Ms. Clarino and Principal Gethings also had concerns about Ms. Light, and the purpose was to mediate both sides' concerns, right?<br>**A.** Correct. | 253 | 13-18 |

### 8/7/24 Tr.

| Testimony | Page # | Line # |
|---|---|---|
| **Timothy Shortt - Direct**<br><br>**Q.** So September of 2021. And after you were elected union steward if you are at Worthington Hooker School, did you have a meeting with Ms. Gethings and Ms. Clorino [sic] in October 2021?<br>**A.** Yeah. That sounds right.<br>**Q**. During that meeting you had with them, did they mention Jessica Light to you?<br>**A.** They did.<br>**Q.** What did they say?<br>**A.** So they said they had some concerns there were a couple of teachers that had concern that Jessica and I were going to try to basically take them out as administrators.<br>**Q.** Take them out as Ms. Gethings and Clorino [sic]?<br>**A**. Yes. | 531 | 7-21 |
| **Paul Salem – Direct**<br><br>**Q.** In any of the conversations you had more than once, did you ever tell Ms. Gethings you were unwilling to teach with Jessica Light's child in your class if she remained in a third grade teaching position?<br>**A.** I don't recall saying that.<br>**Q.** You don't recall or you did not?<br>**A.** I don't recall saying that. I can tell you that.<br>**Q.** Did anyone ask you to put that topic that you brought to Ms. Gethings' attention in writing?<br>**A.** Like just that, yes.<br>**Q.** Someone did ask you to put it in writing?<br>**A**. Yes.<br>**Q.** Who asked you to put it in writing?<br>**A.** The assistant principal.<br>**Q.** What's her name?<br>**A.** Ms. Clorino [sic]. | 554-5 | 16-7 |
| **Taryn Bonner – Direct** | 585 | 1-13 |

4

## Trial Testimony re: Jenny Clarino

| | | |
|---|---|---|
| **Q**. At the top of each of those, it has like a blank line where it looks like someone would fill in their name. Is that what it was meant for? For example on 9-3 at the top, we blank and blank the administration. Do you see that?<br>**A**. I believe that was the intention.<br>**Q**. Was it the intention for that to be completed by **Ms. Gethings and Ms. Clorino [sic]**?<br>**A**. Yes.<br>**Q**. Did any of the parties ever sign their name to these Rules of Engagement?<br>**A**. From my recollection, we were unable to get an agreement so, no, I don't believe any of them signed it. | | |
| **THE COURT**: All right. And after she concludes, you have no further witnesses?<br>**MR. MURPHY**: I might call Hilarie Alden and **Ms. Clorino [sic]**. I need to think about that in light of the testimony. Given how fast we're going now, I don't expect either of those witnesses to be very long. | 616 | 14-19 |

### 8/8/24 Tr.

| Testimony | Page # | Line # |
|---|---|---|
| **THE COURT:** And do you have additional witnesses?<br>**MR. MURPHY:** Well, we have Principal Gethings and then, depending on how that goes**, potentially Assistant Principal Clarino**, and I believe that's it**.** | 621 | 18-22 |

### 8/8/24 Tr. – Gethings Direct

| Testimony | Page # | Line # |
|---|---|---|
| **Q** Okay. And did he ever become involved with the gardening committee in the 2021/2022 school year?<br>**A** One day and done. He -- Mr. Jones was getting his administrative degree, which is called an 092, and he had an obligation to do ten hours of community service. At the time, it was parallel to a desperate need for a spring cleanup, **which typically I organized or Ms. Clarino**. And we do a SignUpGenius. Families come up for both campuses. | 639 | 14-22 |
| **Q** Okay. And are you aware that Ms. Light alleges that a copy [of Ms. Alden's complaint] was found in a mailbox in 2022?<br>**A** Yes.<br>**Q** Okay. Did you know about that at the time, meaning were you informed of that at the time?<br>**A** I was informed, but not in school**.**<br>**Q** Okay, where were you?<br>**A** In Providence, Rhode Island**.** | 648 | 4-24 |

## Trial Testimony re: Jenny Clarino

| | | |
|---|---|---|
| **Q** And how can you be sure of that?<br>**A** It was my son's graduation.<br>**Q** Okay. And do you recall who informed you of this document allegedly being found in a mailbox?<br>**A Ms. Clarino.**<br>**Q** Did you put that document in the mailbox?<br>**A** No.<br>**Q** Do you recall what steps **Ms. Clarino** took when she was informed about Ms. Light's concerns?<br>**A** Yes.<br>**Q Would she have reported that to you, as the building principal?**<br>**A Yes.** | | |
| **Q** Okay. And moving on to a different topic. The T-Eval meeting, did you attend Ms. Light's mid-year T-Eval meeting in March of 2021?<br>**A** Yes.<br>**Q** All right. And did **Ms. Clarino** attend, too?<br>**A** Yes.<br>**Q** And why did **Ms. Clarino** attend that T-Eval meeting with you?<br>**A Ms. Clarino** attended the T-Eval meeting -- that was one of several that she had attended or that, simply said, we intended together. *We work closely together* and we knew that we would be sharing with some teachers that their grade may be changing, and we knew Ms. Light's grade was going to change . . . | 649 | 11-25 |
| **Q** And at the time, how long had **Ms. Clarino** been with you at Worthington Hooker?<br>**A** That was her second year.<br>**Q** Okay. And at that time, was she in charge of the little school?<br>**A** Yes.<br>**Q** And if Ms. Light moved to the little school, that would be the building **-- would that be the building Ms. Clarino was in charge of?**<br>**A** Yes. | 650 | 4-13 |
| **A** Because I shared it at a staff meeting. And when you make changes, it's good practice and you want to let people know and you want what's best for the whole school. **So Ms. Clarino and I were going into our second year of working together, and we were looking at some changes that we would be making.** And I always am very upfront and I said in a December meeting, we anticipate some changes for next year's teaching. | 653 | 8-15 |
| **Q** Okay. When you say, "we," who's "we"?<br>**A Ms. Clarino and I.** | 658 | 5-6 |
| **Q All** right. And what is he saying to you in this email? What did you understand him to be saying to you?<br>**A** He was thanking us for a great meeting**.** He commented | 662 | 3-10 |

6

## Trial Testimony re: Jenny Clarino

| | | |
|---|---|---|
| that **both Ms. Clarino and I were supportive and welcoming** and he recognized, always, that it was not easy for any of us, but this was off to a great start.<br>**Q** Okay. And was this a meeting about Jessica Light?<br>**A** Correct. | | |
| **Q** Okay. And did you ultimately become aware that Ms. Light said she found a second [threatening] note in her classroom?<br>**A** I did.<br>**Q** Okay. And how did you become aware of that note?<br>**A Ms. Clarino.**<br>**Q** Okay. And what steps, if anything, did you take after **Ms. Clarino** informed you of that note?<br>**A Ms. Clarino --** we were informed of the note after Ms. Light left the school, the day that she was transferring, that it was found in her classroom. And I believe Mr. Delucia was who informed us as well.<br>**Q** Okay. Did you or Ms. Clarino ever determine where that note came from?<br>**A** No. | 668 | 3-16 |

### 8/8/24 Tr. – Gethings Cross

| Testimony | Page # | Line # |
|---|---|---|
| **Q** Are you friends with Jessica Light on Facebook?<br>**A** No, I'm not.<br>**Q** Are you friends with Jenny Clarino?<br>**A** Yes, I am. | 692 | 16-19 |
| **Q** The email that Mr. Bianchine, Jessica's husband, sent **to you and Ms. Clarino** about Ms. Alden?<br>**A** I'm certain that I would tell any teacher about a parent concern or a parent email.<br>**Q** And the email was from Jessica's husband to **you and Ms. Clarino** because **Ms. Clarino** had asked him for an update regarding Wesley and Ms. Alden; right?<br>**A We** were following up on how the binder was going, how the assignments were going, and checking in. It is normal protocol. We pride ourselves on communicating with parents and teachers. | 728 | 11-21 |