**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JESSICA LIGHT, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:22-cv-00425 (JAM) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| MARGARET-MARY GETHINGS in her | : | |
| individual capacity | : | |
|     Defendants. | : | October 28, 2024 |

**DEFENDANTS' MOTION ON CONSENT**
**FOR AN EXENSION OF TIME TO FILE A REPLY BRIEF.**

Pursuant to Local Rule 7(b), defendants New Haven Board of Education and Margaret-Mary Gethings (collectively, the "Defendants") respectfully move this Court for an extension of time of seven (7) days, up to and including November 11, 2024, in which to respond to Plaintiff Jessica Light's Objection to Defendants' Post-Trial Motions. In support of this request, Defendants represent as follows:

1.    On September 9, 2024, Defendants filed their post-trial motions. (Ecf. 121).

2.    Plaintiff's response was due on September 30, 2024, however, with Defendants' consent Plaintiff sought a 21-day extension of time, up to October 21, 2024, to file her response. (Ecf. 122).

3.    The Court granted that extension, and Plaintiff then filed her Opposition to Defendants' motion on October 21, 2024. (Ecf. 124).

4.    Undersigned counsel now requests this brief extension of time in order to continue to assess the arguments in Plaintiff's extensive objection and due to the press of other

business, including the recent submission of Second Circuit brief and preparations for a trial scheduled to start in November 2024 in the Superior Court.

5.     On this day undersigned counsel spoke with Anthony Interlandi, Plaintiff's counsel, who indicated he consented to the requested extension of time.

6.     There is no oral argument date set for Defendants' post-trial motions, and the requested extension of time will not unduly delay these proceedings.

7.     This is Defendants' first request for an extension of time to submit a reply brief.

WHEREFORE, Defendants respectfully request that the Court grant this request for a 7-day extension of time to submit a reply brief, up to and including espond to the Discovery Requests, up to and including November 11, 2024.

DEFENDANTS,
NEW HAVEN BOARD OF EDUCATION and
MARGARET-MARY GETHINGS


BY:   /s/ *Peter J. Murphy*
         Peter J. Murphy (ct26825)
         Shipman & Goodwin LLP
         One Constitution Plaza
         Hartford, CT  06103-1919
         Telephone: (860) 25l-5000
         Facsimile:  (860) 251-5316
         pjmurphy@goodwin.com
         Its Attorney

2