# EXHIBIT A

```
 1   work at the lower building.  And we also had other things
 2   that we wanted to discuss with Ms. Light together, so
 3   that's why she was there.
 4   Q    And at the time, how long had Ms. Clarino been with
 5   you at Worthington Hooker?
 6   A    That was her second year.
 7   Q    Okay.  And at that time, was she in charge of the
 8   little school?
 9   A    Yes.
10   Q    And if Ms. Light moved to the little school, that
11   would be the building -- would that be the building
12   Ms. Clarino was in charge of?
13   A    Yes.
14   Q    Okay.  When you met with Ms. Light at that time, did
15   you know she was taping the meeting?
16   A    No.
17   Q    Were you ever informed at any of your meetings with
18   Ms. Light that she was taping the meetings?
19   A    Never.
20   Q    Ms. Light claims that T-Eval meeting was a little
21   longer than usual.  Are you aware of that?
22   A    It was.
23   Q    Okay.  And why was it a little longer?
24   A    So it's very interesting.  It wasn't just a T-Eval
25   meeting because at the time, New Haven Public Schools was
```