# EXHIBIT B

```
 1   not giving ratings and we were using the T-Eval, which is
 2   the teacher evaluation, to give feedback.
 3        We loved -- that's sacred time for us to have
 4   one-to-one with our teacher.  And we wanted to discuss
 5   other issues and also see how we could support Ms. Light
 6   as well as discuss our plans to be proactive for next year
 7   of changing her class and getting her training and
 8   exposure to the grade that she would be teaching.
 9   Q    All right.  Was this meeting disciplinary for
10   Ms. Light?
11   A    No.
12   Q    Okay.  And if I could show you again Exhibit 7, now
13   page 117.
14   A    Yes.
15   Q    All right.  And what is this --
16   A    So that is the feedback that was provided to her from
17   me following our T-Eval.
18   Q    Okay.  And when you see this section called Feedback
19   from Instructional Manager, how do you view the comments
20   you put in there?
21   A    I think they're very positive and very fitting to
22   capture what we -- what I was saying to Ms. Light.
23   Q    Okay.  There's some handwriting on that form.  Is
24   that your handwriting?
25   A    No.
```