# EXHIBIT C

```
 1   A.   Targeted.  Isolated.
 2   Q.   Why?
 3   A.   Because when speaking to her, I had tried to explain
 4   to her that there was no judgment, and I thought that we
 5   had gotten on pretty okay ground.  And I felt like she was
 6   painting my actions in a really negative light to the
 7   whole community.  And that -- well.
 8   Q.   Did she tell you how she saw your comments to that
 9   Facebook post?
10   A.   At one point Jenny Clarino said she had seen them on
11   New Haven Advocates, but then I think Ms. Gethings told me
12   that teachers had texted her my comments.
13   Q.   Did she tell you which teachers texted her your
14   comments?
15   A.   I believe it was Kathleen Morrison, Meghan Rose, and
16   maybe Ms. Cav.
17   Q.   Ms. Cav?
18   A.   Cavanaugh.
19   Q.   Did you have any other feelings about what she said
20   to you regarding the Facebook comments or receiving this
21   email that went to your peers and colleagues at Hooker?
22   A.   Um, I felt isolated and, I don't know, sad.
23   Q.   Did you provide misinformation in the Facebook post
24   in March 2021?
25   A.   No.
```

```
 1   didn't hear you.
 2           MR. MURPHY:  Sure.  That's twice my questions
 3   have been mischaracterized.  I ask that they be accurate
 4   moving forward.
 5           MR. INTERLANDI:  He said the word "leveraging."
 6   I mean, we could have it read back.
 7           THE COURT:  All right.  Let's move on.  The
 8   attorneys' words or questions are not evidence, only the
 9   witness's answers.
10   BY MR. INTERLANDI:
11   Q.   You had a meeting on March 31, 2021, with various
12   people.  We've talked about that already.  Why weren't you
13   aware that Ms. Morrison was going to be in attendance?
14   A.   I wasn't told that she would be in attendance.  I was
15   told it was just going to be a meeting between Ms. Cav and
16   myself and an administrator so that we could work out our
17   differences and move on.
18   Q.   Told by whom?
19   A.   Ms. Gethings.
20   Q.   Was Ms. Morrison there as your union representative
21   or Ms. Gallagher's representative?
22   A.   I've been told Ms. Cav requested her be there.
23   Q.   Did you have any union representation at this
24   meeting?
25   A.   No.
```