# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **December 10, 2024**

**Light** Vs. **New Haven et al**

Start Time: **11:31**   End Time: **12:55**

Total Time: **01** hour(s) **24** minute(s)

Case #: **3:22cv425 (JAM)**
Honorable Judge: **Janet Bond Arterton**
Deputy Clerk: **Diahann Lewis**
Counsel for Pla(s): **Interlandi**
Counsel for Dft(s): **Murphy, McCallum**
Reporter/ECRO/Courtsmart: **Diana Huntington**

Hearing held: ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other:

**MOTIONS**

☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___
☐ Status report due ___
☐ Hearing continued until ___ at ___

**NOTES**

Matter taken under advisement; plaintiff has 30 days to file briefs re attorney fees, defendants have 21 days thereafter to file response. Ruling will issue in due course.

Rev. 3/21/24