**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT**<br><br>    Plaintiff,<br><br>v.<br><br>**NEW HAVEN BOARD OF EDUCATION &**<br>**MARGARET-MARY GETHINGS in her**<br>**individual capacity**<br><br>    Defendants. | **CIVIL ACTION NO:**<br>**3:22-CV-00425 (JBA)**<br><br><br><br><br><br><br><br>**SEPTEMBER 9, 2025** |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Plaintiff, Jessica Light, hereby moves for an award of attorney's fees and costs. After a four-day trial, the jury in the above-captioned matter returned a verdict as follows: As to Count One, the jury awarded the Plaintiff $50,000 in compensatory damages, $300,000 in non-economic damages, and $100,000 in punitive damages. As to Count Two, the jury awarded Plaintiff $75,000 in economic damages, $350,000 in non-economic damages, and $200,000 in punitive damages. The jury also awarded Plaintiff $10,000 in Special Damages and $15,000 for her defamation claim. *ECF Doc. 110 at pp. 4-6.*

In response, Defendants filed a Motion for Directed Verdict, Judgment NOV, new trial or remittitur. *ECF Doc. 121.* On August 26, 2025, this Court issued an Order on Defendants' motion. *ECF Doc. 133.* The Court granted the defendants' motion for a new trial as to Count Two. As to Count One, the Court found: "The jury's award of $350,000 in compensatory damages and $100,000 in punitive damages against Defendant New Haven Board of Education was shown to be fair and reasonable and remains in place for its retaliation against Ms. Light in violation of Conn. Gen. Stat. § 31-51q, as does its award of $10,000 in special damages and $15,000 in general

damages against Defendant Gethings for defaming the Plaintiff, for a total verdict of $450,000."[1] Plaintiff requests attorney's fees in the amount of one-third of the total verdict on Count One and $14,112.63 for expenses. Accompanying this motion is Plaintiff's Memorandum of Law and the Affidavit of Anthony J. Interlandi, Esq.

THE PLAINTIFF,
JESSICA LIGHT

By: /s/ *Anthony J. Interlandi*
Anthony J. Interlandi (ct27512)
tony@monarchlaw.com

---

[1] The Court's decision did not disturb the jury's verdict on Counts One (retaliation against Defendant New Haven Board of Education) and Three (defamation against Defendant Gethings). Therefore, the total verdict amount is $475,000 ($450,000 + $25,000), not $450,000.

## CERTIFICATION OF SERVICE

      I hereby certify that on September 9, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Anthony J. Interlandi*
                                              Anthony J. Interlandi