**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JESSICA LIGHT** | **CIVIL ACTION NO:** |
| | **3:22-CV-00425 (JBA)** |
|     Plaintiff, | |
| v. | |
| **NEW HAVEN BOARD OF EDUCATION &** | |
| **MARGARET-MARY GETHINGS in her** | |
| **individual capacity** | |
|     Defendants. | **SEPTEMBER 11, 2025** |

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES AND COSTS**

    Plaintiff submits this supplemental motion in response to the Court's Order dated September 10, 2025 (ECF Doc. 136). The Court heard oral argument on the defendants' post-trial motions in December 2024 and issued its ruling on August 26, 2025. The Court denied the post-trial motions in all respects except it granted a new trial on Count Two. As a result, Plaintiff's Motion does not seek attorney's fees relative to Count Two.[1]

    The Motion seeks an award of attorney's fees on the jury's August 12, 2024 verdict regarding Count One against Defendant New Haven Board of Education. Specifically, Plaintiff requests $150,000 pursuant to § 31-51q(b), as well as costs in the total amount of $14,112.63. Plaintiff did not include the hours spent by her legal counsel because her agreement with Monarch Law requires a one-third contingency fee. Attorney's fees are not recoverable pursuant to the jury's verdict on Count Three (defamation).

    In any event, and to comply with the Court's Order, the Declaration of Anthony J. Interlandi is attached hereto as Exhibit A. The total time spent on this matter (prior to the filing of the Motion) is 476.90 hours from March 2022 through August 2025.

---

[1] Plaintiff's Motion (ECF Doc. 135) is hereby incorporated by reference.

In addition, Plaintiff hereby includes a request for an award of pre- and post-judgment interest on the jury's award of $350,000 in compensatory damages (Count One) pursuant to C.G.S. § 37-3a.

>                THE PLAINTIFF,
>                JESSICA LIGHT
>
> By: */s/ Anthony J. Interlandi*
>     Anthony J. Interlandi (ct27512)
>     tony@monarchlaw.com

## CERTIFICATION OF SERVICE

      I hereby certify that on September 11, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                             */s/ Anthony J. Interlandi*
                                                                                Anthony J. Interlandi